**MAINE JUDICIAL BRANCH**

Plaintiff: Matthew Thurston

v.

Defendant: Progressive Casualty Insurance Co.
Address: C/O CT Corporation System, Agent

"X" the court for filing:
☒ Superior Court ☐ District Court
County: Hancock
Location (Town): Ellsworth
Docket No.: CV-22-

## SUMMONS
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the ☐ District ☒ Superior Court, which holds sessions at (street address) 50 State St., Ellsworth, in the Town/City of Ellsworth, County of Hancock, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of ☐ District ☒ Superior Court, 50 State St. (Mailing Address), Ellsworth (Town, City), Maine 04605 (Zip), before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING:** If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. If you intend to oppose this lawsuit, do not fail to answer within the requested time.

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (mm/dd/yyyy): 10/24/22
John Z. Steed, Esq.
Island Justice
PO Box 771
Stonington, ME 04681
207.200.7077

(☒ Attorney for) Plaintiff
Bar # (if applicable) 5394
Address
Telephone/Email

(Seal of Court)

[signature] Clerk

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

*Harry McKenney, Chief Civil Deputy, Kennebec County Sheriff's Office*

*NOV 01 2022*