| | |
|---|---|
| STATE OF MAINE<br>HANCOCK, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>Docket No. ELLSC-CV-2022-00034 |

MATTHEW THURSTON,
Individually and on behalf of other similarly situated,

    Plaintiff

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY

and

UNITED FINANCIAL CASUALTY COMPANY

    Defendants

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Defendants in the above-captioned matter.

Dated at Portland, Maine this _____ day of November, 2022.

_____
Thomas S. Marjerison, Esq. ~ Bar No. 7836

Attorney for Defendants

NORMAN, HANSON & DETROY, LLC
2 Canal Plaza
P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000