| | |
|---|---|
| STATE OF MAINE<br>HANCOCK, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>Docket No. ELLSC-CV-2022-00034 |

| | |
|---|---|
| MATTHEW THURSTON,<br>Individually and on behalf of other similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>and<br><br>UNITED FINANCIAL CASUALTY COMPANY<br><br>    Defendants | **DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE AN ANSWER** |

NOW COME the Defendants, by and through counsel, Norman, Hanson & DeTroy and move to continue the deadline to file an answer in the above-captioned matter to November 30, 2022. The Plaintiff, through Attorney John Steed, does not object to the granting of this motion.

Dated at Portland, Maine this ____ day of November, 2022.

_____
Thomas S. Marjerison, Esq. ~ Bar No. 7836
Attorney for Defendants

NORMAN, HANSON & DETROY, LLC
2 Canal Plaza
P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000

| | |
|---|---|
| STATE OF MAINE<br>HANCOCK, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>Docket No. ELLSC-CV-2022-00034 |

| | |
|---|---|
| MATTHEW THURSTON,<br>Individually and on behalf of other similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>and<br><br>UNITED FINANCIAL CASUALTY COMPANY<br><br>    Defendants | **ORDER** |

Upon due consideration of the record and without objection, Defendants' Motion to Extend the Deadline to File an Answer is granted and the deadline to file an Answer is hereby extended to November 30, 2022.

_____          _____

Date                                                        Justice, Superior Court