# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
BANGOR DIVISION

| | |
|---|---|
| MATTHEW THURSTON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY and UNITED FINANCIAL CASUALTY COMPANY,<br><br>Defendants. | Civil Action No.<br><br>_____ cv _____ |

## DECLARATION OF MICHAEL D. SILVER

Pursuant to 28 U.S.C. § 1746, I, Michael D. Silver, hereby depose and state as follows:

1. I am the Coordinator for Claims Data Compliance at the Progressive Group of Insurance Companies and have knowledge regarding data for claims submitted under policies issued by Progressive Casualty Insurance Company ("Progressive Casualty") and United Financial Casualty Company ("UFCC"). In my role as Coordinator for Claims Data Compliance, one of my responsibilities is to coordinate data requests for claims data.

2. Progressive Casualty is a corporation incorporated in the state of Ohio with its principal place of business located in Ohio.

3. UFCC is a corporation incorporated in the state of Ohio with its principal place of business located in Ohio.

4. Based on my review of data that is reasonably accessible, in the period beginning October 24, 2016 through October 27, 2022, Progressive Casualty and UFCC have settled 6,436 first-party total loss claims under automobile insurance policies issued in the state of Maine for which a Mitchell valuation report was generated.

1

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: 11/29/2022

By: _____
Michael D. Silver