UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW THURSTON,<br><br>      Plaintiff<br><br>v.<br><br>PROGRESSIVE CASUALTY<br>INSURANCE COMPANY, et al.,<br><br>      Defendants | Case No.: 1:22-cv-00375-NT |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER AND FILE LOCAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants Progressive Casualty Insurance Company and United Financial Casualty Insurance Company, by and through counsel Norman Hanson & DeTroy, move without objection to extend the Answer deadline and Local Rule 7.1 Corporate Disclosure Statement deadline from December 7, 2022 to December 21, 2022. The Plaintiff, through counsel John Steed, does not object to the granting of this motion.

DATED at Portland, Maine this 6th day of December, 2022.

                                        NORMAN, HANSON & DeTROY, LLC

                                        By:  */s/ Thomas Marjerison*
                                        Thomas S. Marjerison, Esq.
                                        *Attorney for Defendants*

Two Canal Plaza
P.O. Box 4600
Portland, Maine  04112-4600
(207)774-7000
tmarjerison@nhdlaw.com

2

Mkane@nhdlaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 6, 2022, I electronically filed the within Unopposed Motion to Extend Discovery Deadlines with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John Steed, Esq., Bar #5399
Island Justice
PO Box 711
Stonington, ME 04681
John@islandjustice.com

                                        By:   */s/ Thomas Marjerison*
                                            Thomas S. Marjerison, Esq.
                                            *Attorney for Defendants*

Two Canal Plaza
P.O. Box 4600
Portland, Maine  04112-4600
(207)774-7000
tmarjerison@nhdlaw.com
Mkane@nhdlaw.com