Exhibit 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

BANGOR DIVISION

| | |
|---|---|
| MATTHEW THURSTON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY and UNITED FINANCIAL CASUALTY COMPANY<br><br>Defendants. | Civil Action No.<br><br>1:22-cv-00375-NT |

### DECLARATION OF MATTHEW MORRISON

Pursuant to 28 U.S.C. § 1746, I, Matthew Morrison, hereby depose and state as follows:

1.  I am a Claims Specialist Lead that supervises claims on behalf of United Financial Casualty Company ("UFCC"), a Progressive Group Insurance Company.

2.  Matthew Thurston filed a claim under his insurance policy with UFCC in January 2022 for damage to a 2012 Volvo XC70.

3.  Attached as Exhibit A is a true and correct copy of Mr. Thurston's declarations page and insurance policy.

4. On February 21, 2022, UFCC offered Mr. Thurston $13,179.89 for his claim, which reflected an actual cash value of $12,824.37 plus taxes and fees and minus deductible. UFCC also explained that if Mr. Thurston wished to retain salvage, the payout would be reduced by $3,659.

5. Mr. Thurston did not accept the offer, and informed UFCC that he hired an attorney to handle the matter.

6. On March 26, 2022, after Mr. Thurston's attorney and UFCC could not agree on a valuation, a UFCC representative sent an email to the attorney invoking the appraisal provision and asking him to begin the appraisal process with respect to Mr. Thurston's claim.

7. Mr. Thurston's attorney did not identify an appraiser. UFCC has followed up with him several times since March 2022, but he has refused to engage in the appraisal process.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: DEC 20, 2022

By:

_____
Matthew Morrison