Exhibit 2

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E. Ste. 1600
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

Zachary A. McEntyre
Partner
Direct Dial: +1 404 572 4636
Direct Fax: +1 404 572 5100
zmcentyre@kslaw.com

August 10, 2022

**VIA U.S. MAIL AND EMAIL**
John Z. Steed
Ellen S. Best, Attorney at Law
36 Main Street
Blue Hill, Maine 04614
jsteed@ellenbestlaw.com

  Re: Matthew Thurston

Dear Mr. Steed:

  I am writing on behalf of The Progressive Corporation and its automobile insurer subsidiaries in response to your July 12, 2022 demand letter and draft complaint regarding Matthew Thurston's automobile property damage claim.

  As an initial matter, The Progressive Corporation does not issue insurance policies or adjust claims, and therefore is not the proper target of your demand or anticipated lawsuit. Your client's automobile insurance policy was issued by United Fire and Casualty Company ("UFCC"). I have attached a copy of your client's policy for your convenience.

  As you know, UFCC determined in January 2022 that your client's vehicle was a total loss. UFCC obtained a third-party valuation report that estimated the actual cash value of your client's vehicle to be $12,824.37, and offered to settle your client's claim based on that amount. Your client disagreed with the valuation, but neither he nor you provided alternative comparable vehicles for UFCC's consideration. In March, UFCC invoked the appraisal process mandated by the policy in another attempt to resolve the valuation dispute. *See* Policy at 21. You indicated that your client was unwilling to participate in the appraisal process, and your client's total-loss claim is still pending.

  Page 27 of the policy provides that "We [UFCC] may not be sued unless there is full compliance with all the terms of this policy." Accordingly, Mr. Thurston must follow through with

August 10, 2022
Page 2

the appraisal process before he can file a lawsuit against UFCC. Pursuant to the appraisal provision, UFCC appoints Paul Walker at Property Damage Appraisers, Inc. as its appraiser. Mr. Walker can be contacted at (401) 226-8780 or paul.walker.c@gmail.com. You must notify UFCC of your selected appraiser within 30 days. Together, the appraisers will determine the value of Mr. Thurston's total-loss vehicle.

Sincerely,

Zachary A. McEntyre
Partner