UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MATTHEW THURSTON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00375-NT |
| | ) | |
| PROGRESSIVE CASUALTY | ) | |
| INSURANCE COMPANY et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON MOTION TO AMEND SCHEDULING ORDER**

On August 3, 2023, I held a conference with the Attorneys Steed, Frederick, White, and Marjerison, to discuss the parties' joint motion to amend the scheduling order (ECF No. 27). After hearing from the parties, I ***GRANTED*** the motion in part, placed this case on the complex track, and set the following deadlines and limitations:

**Amendment of Pleadings/Joinder of Parties**: December 29, 2023

**Fact Discovery**: December 29, 2023

**Class Certification Motion**: January 12, 2024

**Opposition to Class Certification Motion**: February 9, 2024

**Plaintiff's Expert Designation**: February 15, 2024

**Reply to Opposition to Class Certification Motion**: March 11, 2024

**Defendants' Expert Designation**: April 17, 2024

**Expert Discovery**: May 29, 2024

**Local Rule 56(h) Notice**: June 5, 2024

**Dispositive/*Daubert*/*Kumho* Motions**: June 19, 2023

1

**Ready for Trial:** August 5, 2024

**Number of Interrogatories Per Side**: 30

**Number of Request for Admission Per Side**: 30

**Number of Request for Production Per Side**: 2 sets

**Number of Depositions Per Side**: 8

I anticipate that some of the above deadlines will need to be adjusted depending on the course of proceedings, but the parties are encouraged to work together to move this case along as efficiently as possible. The Clerk's Office is requested to schedule a status conference with the parties sometime in November 2023.

*SO ORDERED.*

## *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: August 3, 2023

/s/ Karen Frink Wolf
United States Magistrate Judge