# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW THURSTON, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Action Case No: 1:22-cv-00375-NT ) ) |
| v. | ) ) |
| PROGRESSIVE CASUALTY INSURANCE COMPANY and UNITED FINANCIAL CASUALTY COMPANY | ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS' UNOPPOSED MOTION FOR AN ENTRY OF CONFIDENTIALITY ORDER

Defendants Progressive Casualty Insurance Company and United Financial Casualty Company, by and through counsel, move for entry of the attached Stipulated Confidentiality Order. Plaintiff Matthew Thurston, by and through counsel, Scott Borison, does not object to the granting of this Motion. The parties seek entry of the Confidentiality Order to ensure full, fair, and expeditious disclosure of all discovery materials in this matter.

Dated at Portland, Maine this 13th day of November 2023.

/s/Thomas S. Marjerison
Thomas S. Marjerison ~ Bar No. 7366
Attorney for Defendants

Norman, Hanson, & DeTroy, LLC
Two Canal Plaza
P.O. Box 4600
Portland, Maine  04112
(207) 774-7000
tmarjerison@nhdlaw.com

Jeffrey S. Cashdan*
jcashdan@kslaw.com
Zachary A. McEntyre*
zmcentyre@kslaw.com
J. Matthew Brigman*
mbrigman@kslaw.com
Allison Hill White*
awhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, Georgia 30309
P: (404) 572-4600
F: (404) 572-5140

Julia C. Barrett*
jbarrett@kslaw.com
KING & SPALDING LLP
500 W. 2nd Street
Suite 1800
Austin, Texas 78701
P: (512) 457-2000
F: (512) 457-2100

*Counsel for Defendants*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2023, I electronically filed Defendants' Unopposed Motion for Entry of a Confidentiality order with the Clerk of the Court using the CM/ECF system which will send notification of such filings(s) to the all attorneys of record on the subject matter.

Dated at Portland, Maine this 13th day of November 2023.

/s/ Thomas S. Marjerison
Thomas S. Marjerison, Esq.
Attorney

Norman, Hanson, & DeTroy, LLC
Two Canal Plaza
P.O. Box 4600
Portland, Maine  04112
(207) 774-7000
tmarjerison@nhdlaw.com
Service Email:
MarjerisonService@nhdlaw.com