UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MATTHEW THURSTON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00375-NT |
| | ) | |
| PROGRESSIVE CASUALTY | ) | |
| INSURANCE COMPANY et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON MOTION TO AMEND SCHEDULING ORDER**

I accept that the parties need more time complete fact discovery, but that need does not justify the lengthy briefing schedule they have proposed for the anticipated class certification motion. Accordingly, I will **GRANT** their motion (ECF No. 44) in part and **EXTEND** the deadlines as follows.

**Amendment of Pleadings/Joinder of Parties**: February 9, 2024

**Fact Discovery**: February 9, 2024

**Plaintiff's Expert Designation**: February 15, 2024

**Class Certification Motion**: February 15, 2024

**Opposition to Class Certification Motion**: March 15, 2024

**Reply to Opposition to Class Certification Motion**: April 15, 2024

**Defendants' Expert Designation**: April 15, 2024

**Expert Discovery**: May 29, 2024

**Local Rule 56(h) Notice**: June 5, 2024

**Dispositive/*Daubert*/*Kumho* Motions**: June 20, 2024

<u>**Ready for Trial:**</u> August 5, 2024

*SO ORDERED.*

*<u>NOTICE</u>*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: December 15, 2023

<u>/s/ Karen Frink Wolf</u>
United States Magistrate Judge

2