# Exhibit B

Page 1

1              UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF MAINE

2

3

      * * * * * * * * * * * * * * * * *

4                                      *

      MATTHEW THURSTON,                 *

5     individually and on behalf of     * No.

      others similarly situated,        * 1:22-cv-00375-NT

6                                       *

                    Plaintiff,          *

7     V.                                *

                                        *

8     PROGRESSIVE CASUALTY              *

      INSURANCE COMPANY and UNITED      *

9     FINANCIAL CASUALTY COMPANY,       *

                                        *

10                  Defendants.         *

                                        *

11    * * * * * * * * * * * * * * * * *

12

13    VIDEOTAPED DEPOSITION OF MATTHEW THURSTON,

14    Deposition taken at Norman Hanson Detroy, Two Canal

15

16    Plaza, Portland, Maine, on Monday, January 22, 2024,

17

18    commencing at 10:48 a.m.

19

20

21

22

23

24    Court Reporter:

25    Pamela J. Carle, LCR, RPR, CRR

                                                                    Page 2

1                          APPEARANCES
2
      For the Plaintiff:
3
              FREDERICK & BERLER, LLC
4             767 East 185th Street
              Cleveland, Ohio 44119
5             By: Ronald Ira Frederick, Esq.
                  filings@clevelandconsumerlaw.com
6                 and
              ISLAND JUSTICE
7             P.O. Box 771
              Stonington, Maine 04681
8             By:  John Steed, Esq. (Via telephone)
                  john@islandjusticelaw.com
9                 and
              BORISON FIRM, LLC
10            5830 E. Second Street #95943
              Casper, WY 82609
11            By:  Scott C. Borison, Esq. (Via telephone)
                  scott@borisonfirm.com
12
13
      For the Defendants:
14
              KING & SPALDING
15            1180 Peachtree Street, NE, Suite 1600
              Atlanta, Georgia 30309
16            By:  Allison Hill White, Esq.
                  404.572.4600
17                awhite@kslaw.com
18
      Videographer:
19
              Leigh Doran
20
21
22
23
24
25

Matthew Thurston                                          January 22, 2024
Multiple Plaintiffs v. Progressive

Page 30

1        they are both in the Progressive umbrella.

2              A.      Yes, ma'am.

3              Q.      And we can get to it later, but your

4        insurer is UFCC, but you probably dealt with them

5        as Progressive.

6              A.      Yes.

7              Q.      So I'll use the term Progressive, to

8        keep it simple.  When I say Progressive I'm

9        referring to UFCC; we may talk later about

10       Progressive Casualty Insurance Company, and that

11       will be separate.

12             A.      Okay.

13             Q.      And why are you suing Progressive in

14       this case?

15             A.      Because I felt like my car was unfairly

16       valued due to the projected sales adjustment.

17             Q.      Okay.  Why are you suing Progressive

18       Casualty Insurance Company in this case?

19             A.      For the same reason.

20             Q.      Do you understand that United Financial

21       Casualty Company is the entity that issued your

22       insurance policy?

23             A.      I understand you saying that right now,

24       but to me there was no distinction at any other

25       time.

Matthew Thurston
Multiple Plaintiffs v. Progressive

January 22, 2024

Page 32

1          Q.      Okay.  All right, we'll look into that.

2     Do you see at the top where it says insurance

3     company, United Financial Casualty Company?

4          A.      Yes.

5          Q.      Okay, so do you understand that to mean

6     that the specific insurance company owned by

7     Progressive that insured you is United Financial

8     Casualty Company?

9          A.      Yes.

10         Q.      And can you remind me why you sued

11    Progressive Casualty Insurance Company?

12         A.      That's something I discussed with my

13    lawyers.

14         Q.      Don't tell me what you talked about

15    with your lawyers, but is it your understanding

16    that the Progressive trade name is Progressive

17    Casualty, is that why you named them?

18              MR. FREDERICK:  Objection.  Anything

19    that he learned about that would have come through

20    his lawyers.

21              MS. WHITE:  Okay.

22    BY MS. WHITE:

23         Q.      So sitting here, your own independent

24    knowledge, separate from what you've discussed

25    with your lawyers, do you have any understanding

Page 33

1      of why you sued Progressive Casualty?

2          A.    Because Progressive -- Progressive

3      versus United Financial Casualty I -- there was no

4      distinction in my mind before speaking with my

5      lawyers.

6          Q.    Okay.  And do you believe that you've

7      ever had insurance issued by Progressive Casualty

8      Insurance Company?

9          A.    I -- I'm not sure.

10         Q.    Okay.  All right, so in general you

11     said you sued Progressive because you felt like

12     your car was unfairly valued due to the projected

13     sold adjustment.  Any other reasons you sued

14     Progressive?

15         A.    I'm not sure of the extent of my harms,

16     but.

17         Q.    When did you decide to file a lawsuit

18     against Progressive?

19         A.    I first discussed seeking legal advice

20     sometime in February of 2022.

21         Q.    Okay.

22         A.    That's the year of the accident.

23         Q.    So you sought legal advice in February

24     of '22.  At what point did you decide, without

25     telling me what you and your lawyers talked about,

Page 38

```
 1            A.     Yes.

 2                   MR. FREDERICK:  You can't do that in

 3       our house because we have two Volvos.

 4     BY MS. WHITE:

 5            Q.     And did you ever add the Volvo to your

 6       Progressive insurance policy in Maine?

 7            A.     I had not.

 8            Q.     Why not?

 9            A.     Because I hadn't gotten to it.

10                   MS. WHITE:  Okay, we can take a break

11       now.

12                   THE VIDEOGRAPHER:  The time is

13       approximately 11:36 a.m., we're going off the

14       record.

15                   (Recess taken.)

16                   THE VIDEOGRAPHER:  The time is

17       approximately 12:02 p.m.  We're back on the

18       record.

19     BY MS. WHITE:

20            Q.     All right, before we took a break we

21       were talking about the Volvo.  Who purchased the

22       Volvo?

23            A.     My parents.

24            Q.     Do you know where they purchased it?

25            A.     I -- no.
```

Matthew Thurston                                    January 22, 2024
Multiple Plaintiffs v. Progressive

Page 39

1          Q.      Was it a dealership in Baton Rouge?

2          A.      I don't know where they purchased it.

3          Q.      Do you know when they purchased it?

4          A.      I believe it was purchased new.

5          Q.      And it was a 2012 model?

6          A.      Yes, ma'am.

7          Q.      Who was on the title?

8          A.      Just my mom, I believe.

9          Q.      So just Joann?

10         A.      Yeah.

11         Q.      And who was on the vehicle

12    registration?

13         A.      No idea.

14         Q.      Was the Volvo financed?

15         A.      I didn't purchase the Volvo, I don't

16    know.

17         Q.      Who primarily drove the Volvo?

18         A.      My mom.

19         Q.      And at what point did you begin driving

20    it?

21         A.      When I picked it up from Baton Rouge

22    early 2022.

23         Q.      Is that January 2022?

24         A.      Yes, ma'am.

25         Q.      Why did you pick up the Volvo in early

Matthew Thurston                                    January 22, 2024
Multiple Plaintiffs v. Progressive

Page 40

1      2022?

2            A.      My parents were giving it to me.

3            Q.      And why did they give it to you?

4            A.      I wanted a safer car to drive.

5            Q.      Did you intend to drive the Volvo for

6      the winter or indefinitely?

7            A.      Indefinitely.

8            Q.      And when you say you picked it up, what

9      do you mean by that?

10           A.      I mean I flew to Louisiana and got in

11     the car and drove back to Maine.

12           Q.      How long did it take you to go from

13     Louisiana to Maine?

14           A.      I drove two days to south of Boston to

15     where Cate has family, and we stayed there for

16     another few days, I think.

17           Q.      Did you understand when you took the

18     Volvo that you were supposed to become the owner

19     of the vehicle?

20           A.      Yes.

21           Q.      Did your parents advise that you needed

22     to get your own insurance?

23           A.      Yes.

24           Q.      And why didn't you do that?

25           A.      I had not gotten to it.

Matthew Thurston                                  January 22, 2024
Multiple Plaintiffs v. Progressive

Page 41

1          Q.     Was it your understanding at the time
2     that you picked it up that it still had insurance
3     through your parents' policy?
4          A.     Yes.
5          Q.     And your parents had State Farm, right?
6          A.     Yes.
7          Q.     Did your parents sign the title over to
8     you when you picked it up?
9          A.     They did not.
10         Q.     Why not?
11         A.     They weren't in town when I picked it
12     up.
13         Q.     Where was the title at the time you
14     picked up the car?
15         A.     Louisiana.
16         Q.     Did you ever receive the title?
17         A.     Yes.
18         Q.     When was that?
19         A.     After the accident.
20         Q.     So after the accident, how did you
21     receive the title?
22         A.     Federal Express, I believe.
23         Q.     Do you have the title now?
24         A.     I hope so.
25         Q.     Are you supposed to have the title now?

Matthew Thurston                    January 22, 2024
Multiple Plaintiffs v. Progressive

Page 42

1          A.      Yes.

2          Q.      Okay.  Do you recall when you received

3     the title from your parents?

4          A.      I don't.

5          Q.      Do you know if it was a week after the

6     accident, a month after the accident?

7          A.      Probably in -- well, no, I don't

8     recall.

9          Q.      At the time of the accident you didn't

10    have the title in hand to the Volvo, correct?

11         A.      Correct.

12         Q.      Was it your plan to register the Volvo

13    in Maine in your name?

14         A.      Yes.

15         Q.      And did you plan to put the Volvo on

16    your Progressive insurance policy?

17         A.      Yes.

18         Q.      When did you plan to do that?

19         A.      I didn't have a specific date in mind.

20         Q.      Did you understand that you would need

21    the title to be able to register the vehicle in

22    your name?

23         A.      Yes.

24         Q.      And you didn't receive the title from

25    your parents until after the accident?

Page 43

```
 1            A.     Correct.

 2      (Thurston Exhibit 2 was marked for identification.)

 3      BY MS. WHITE:

 4            Q.     All right, I am showing you a document

 5         marked as Exhibit 2, and it's Bates labeled

 6         Thurston 007.  Do you recognize this document?

 7            A.     It looks -- no.

 8            Q.     Do you understand, based on that Bates

 9         label, it was a document that you provided in this

10         case?

11            A.     Based on what?

12            Q.     The Bates label, Thurston 007.

13            A.     Oh.  Okay.

14            Q.     So this is a document that you

15         provided.

16            A.     Okay.

17            Q.     Is this a document that you provided to

18         your lawyers to produce?

19            A.     Yes, I -- I think I forwarded it from

20         my parents.

21            Q.     Okay.  And do you see on the top right

22         it says declarations page?

23            A.     Yes, ma'am.

24            Q.     And on the left it says State Farm?

25            A.     Yes, ma'am.
```

Page 44

1           Q.      And the named insureds are Robert S.

2      and Joann M. Thurston.  Those are your parents,

3      right?

4           A.      Yes, ma'am.

5           Q.      If you look at the top right it says

6      policy period, January 1st, 2022 to July 21, 2022,

7      do you see that?

8           A.      Yes.

9           Q.      And the accident with the Volvo

10     happened on January 21st, 2022, correct?

11          A.      Yes, ma'am.

12          Q.      Do you see about a third of the way

13     down the page that it lists the 2012 Volvo XC70?

14          A.      Yes, ma'am.

15          Q.      And that's the same Volvo we've been

16     talking about, right?

17          A.      Yes, ma'am.

18          Q.      And do you see at the very bottom of

19     the page it says prepared February 9, 2022?

20          A.      Yes.

21          Q.      MR. FREDERICK:  Where is that?

22                  MS. WHITE:  At the very bottom of the

23     page.

24                  MR. FREDERICK:  Thank you.

25     BY MS. WHITE:

Page 45

```
 1           Q.     So according to this document, as of
 2      February 9, 2022 your parents still had insurance
 3      coverage with State Farm on the Volvo, correct?
 4           A.     Yes, that's what that means.
 5           Q.     Do you know why they didn't cancel
 6      their insurance when they gave you the Volvo in
 7      January?
 8           A.     I believe their insurance was -- no, I
 9      don't know why they didn't.
10           Q.     So according to this document, as of
11      January 21, 2022, which is the day of your
12      accident, the Volvo was still covered under your
13      parents' State Farm auto insurance, correct?
14           A.     Yes, ma'am.
15           Q.     Did you file a claim with State Farm?
16           A.     I talked to State Farm.  I don't
17      believe I filed a claim.
18           Q.     When you say you talked to State Farm,
19      who did you talk to?
20           A.     I'm not sure.
21           Q.     Did you talk to State Farm the company,
22      or did you talk to the State Farm agent?
23           A.     Presumably an agent, I don't know.
24           Q.     Did you talk to Sam Daily who's listed
25      here as your parents' State Farm agent?
```

Matthew Thurston                                    January 22, 2024
Multiple Plaintiffs v. Progressive

Page 46

1          A.      Once again, I don't recall.

2          Q.      Were you aware that your parents still

3    had insurance on the Volvo as of the date of the

4    accident?

5          A.      I think there was some confusion to

6    that fact.

7          Q.      What was your understanding at the

8    time?

9          A.      My understanding was that their

10   insurance had expired the day before the accident.

11         Q.      And where did that understanding come

12   from?

13         A.      Texts with my mother.

14         Q.      And did your parents tell you that they

15   talked to State Farm about the accident?

16         A.      Yes.

17         Q.      Did your parents file a claim with

18   State Farm?

19         A.      I don't know.

20         Q.      So it was your parents' understanding

21   from their conversations with State Farm that

22   there was no coverage on the Volvo as of the date

23   of the accident?

24         A.      That was my understanding.

25   (Thurston Exhibit 3 was marked for identification.)

Matthew Thurston
Multiple Plaintiffs v. Progressive

January 22, 2024

Page 47

1      BY MS. WHITE:

2           Q.    Knowing now that your parents had

3      coverage through State Farm for the Volvo, if you

4      had known that back in 2022, would you have filed

5      a claim with State Farm?

6           A.    I don't know.

7           Q.    I'm showing you a document that we will

8      mark as Exhibit 3.  Have you seen this document

9      before?

10          A.    Presumably.

11          Q.    And is this your renewal declarations

12     page with Progressive?

13          A.    Yes.

14          Q.    All right, and there are three

15     vehicles.  If you start at the bottom of the first

16     page and go on to the next page there are three

17     vehicles listed there, a 2000 Subaru, a 2016

18     Hyundai Tucson, and a 2016 Honda CRV, right?

19          A.    Yes.

20          Q.    And the Volvo wasn't covered under your

21     policy, right?

22          A.    It was not listed on my policy.

23          Q.    And you hadn't added the Volvo to your

24     policy before the accident, did you?

25          A.    Correct.

Page 52

1      seemed to just have me file the claim with them.

2                      MS. WHITE:  All right, I think we can

3      go off the record.

4                      THE VIDEOGRAPHER:  Stand by.  The time

5      is approximately 12:23 p.m., and we're going off

6      the record.

7                      (Recess taken.)

8                      THE VIDEOGRAPHER:  The time is

9      approximately 1:02 p.m., and we're back on the

10     record.

11     BY MS. WHITE:

12          Q.     Mr. Thurston, I want to play you an

13     audio file.

14                      (Audio played.)

15     BY MS. WHITE:

16          Q.     Did you recognize the voice on that

17     recording?

18          A.     My own.

19          Q.     And is that you that said I was driving

20     somebody else's vehicle and got into an accident?

21          A.     Yes.

22          Q.     Were you referring to the Volvo?

23          A.     Yes.

24          Q.     And why did you say that you were

25     driving someone else's vehicle?

Page 53

```
 1          A.     I thought that's what the ownership

 2     was, since I had not completed a transfer of title.

 3          Q.     So you were referring to legally it was

 4     still your parents' vehicle?

 5          A.     That -- yes.

 6          Q.     Okay.  I want to play you another audio

 7     file.  It's going to take me a second to get to

 8     the right spot.

 9              MR. FREDERICK:  Can you identify that

10     for me, which you provided it to us?

11              MS. WHITE:  Yes.  That -- the one that

12     I've just played was Bates labeled

13     PGR_Thurston_0000097.

14              MR. FREDERICK:  00 --

15              MS. WHITE:  A bunch of zeros and ends

16     in 97.  And the one I'm going to play is

17     PGR_Thurston_0000098.  All right?

18              MR. FREDERICK:  Yup.

19              (Audio played.)

20     BY MS. WHITE:

21          Q.     Okay, and was that you talking on that

22     audio recording?

23          A.     It was.

24          Q.     You stated in that audio recording that

25     you were driving -- you had driven the car to
```

Matthew Thurston                                    January 22, 2024
Multiple Plaintiffs v. Progressive

Page 56

```
 1        Volvo to your policy?

 2              A.    I did not.  Well, I'm not -- I think

 3        Kyle added it to my policy at some point, and I may

 4        have been charged a premium after the accident.

 5              Q.    When you say Kyle, are you referring to

 6        a Progressive employee?

 7              A.    Yes.

 8              Q.    So you think Kyle added the Volvo to

 9        your policy?

10              A.    Something like that happened.

11              Q.    And you may have paid some additional

12        premium for the Volvo?

13              A.    Yes.

14              Q.    Who mainly handled the claim with

15        Progressive, was it you or your parents?

16              A.    Myself.

17              Q.    Do you remember who at Progressive you

18        talked to about the claim?

19              A.    Kyle Mayer is the only name I remember.

20              Q.    Did you ever receive a denial letter

21        from State Farm that they would not cover the

22        claim?

23              A.    I did not.

24              Q.    Do you know if State Farm ever

25        inspected the Volvo?
```

Page 57

```
 1              A.      I do not know.

 2              Q.      Did GEICO ever inspect the Volvo?

 3              A.      I do not know.

 4              Q.      Did GEICO ever offer to cover the

 5      claim?

 6              A.      I do not know.

 7              Q.      Progressive inspected the Volvo as part

 8      of your claim, correct?

 9              A.      I think a representative they hired

10      inspected the Volvo.

11              Q.      Were you present for the inspection?

12              A.      I was not.

13              Q.      Do you recall when the inspection

14      occurred?

15              A.      I do not.

16              Q.      Do you recall the name of the person

17      who inspected your vehicle?

18              A.      No.

19              Q.      And Progressive determined that the

20      Volvo was a total loss, is that right?

21              A.      That is correct.

22              Q.      And what does total loss mean to you?

23              A.      It means that the insurance company is

24      not willing to cover the cost of repair.

25              Q.      And is that because the cost of repair
```

Page 133

                          CERTIFICATE

1                    I, Pamela J. Carle, Registered

2       Professional Reporter, do hereby certify that the

3       foregoing is a true and accurate transcript of my

4       stenographic notes of the deposition of MATTHEW

5       THURSTON, who was first duly sworn, taken at the

6       place and on the date hereinbefore set forth, and

7       that reading and signing of the transcript was

8       requested.

9

10                   I further certify that I am neither

11      attorney nor counsel for, nor related to or

12      employed by any of the parties to the action in

13      which this deposition was taken, and further that

14      I am not a relative or employee of any attorney or

15      counsel employed in this case nor am I financially

16      interested in this action.

17

18                   THE FOREGOING CERTIFICATION OF THIS
        TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF
19      THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT
        CONTROL AND/OR DIRECTION OF THE CERTIFYING
20      REPORTER.

21

22

23      _____
                  Pamela J. Carle, LCR, RPR, CRR

24

25