# Exhibit E

**Expert Report of David H. Kinney, ASA**

in

*Thurston v. Progressive Casualty Ins. Co., et al.*

**Case No. 1:22-cv-00375-NT**

**United States District Court for
the District of Maine**

## BACKGROUND, QUALIFICATIONS, AND COMPENSATION

I am a professional automobile appraiser. I have been in the business of buying, selling, and appraising cars for the last fifty years. I currently work as the founder and owner of USAppraisal, LLC, an automotive, truck and motorcycle appraisal firm. Since 2011, I have also served as the publisher for Hagerty Price Guide, which is the leading resource for values of classic cars in the United States.

I am an active member of the American Society of Appraisers, and currently serve as the leader of its Automotive Specialties Group. Previous positions I have held with the American Society of Appraisers include Co-Chair of the Automotive Group and President of the Washington, DC Area Chapter.

A complete copy of my curriculum vitae is included as Appendix 1 to this report. I am currently being compensated for my work at $375 hour for office work and $525 per hour for time spent testifying.

## MATERIALS CONSIDERED

I considered the following materials in preparing my opinions in this case:

- *Report of Joseph D. Jesser.*

- *American Society of Appraisers Monographs, 2012.*

    - Part of a series used in the *Principles of Valuation* courses developed by the American Society of Appraisers Personal Property Committee. Monographs referred to are used in the *Principles of Valuation POV 201, 202, 203 and 204 courses.*

- *Amended Complaint in Thurston v. Progressive Casualty Ins. Co., filed October 24, 2022.*

- *The Uniform Standards of Professional Appraisal Practice (USPAP).*

## SUMMARY OF OPINIONS

### A. The Process of Estimating Actual Cash Value

Actual Cash Value is defined as the fair or reasonable cash price for which the property could be sold in the market, in the ordinary course of business, and not at a forced sale; the price it will bring in a fair market after reasonable efforts to find a purchaser who will give the highest price. Auto appraisers generally equate Actual Cash Value with the more commonly utilized term, "Fair Market Value." Fair Market Value is defined as "an opinion expressed in terms of money, of which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or sell, and both having reasonable knowledge of relevant facts, as of a specific date."

In automobile appraisal, the market approach is most often used to determine Actual Cash Value. Ideally, the data collected to form an opinion of Actual Cash Value would include price guides such as JD Power (formerly N.A.D.A.), Black Book or others, including online valuation sources. Market Examples, often referred to as Comparables or Comps, are also collected. Relevant online offerings are located, and then an initial process of removing invalid examples (out of market, misidentified, out-of-date) begins. At this point, Market Examples are again examined and used if they are relevant to answering the value question. In my office, we then further divide those market examples that we use in one of three categories, Superior, Similar and Inferior. If possible, we like to speak to someone actively involved in the market selling vehicles like the car in question. Although for practical reasons, including costs or confidentiality, this is not often possible.

Once an appraiser has selected the appropriate market and located comparable properties to analyze, the appraiser discerns the differences and similarities among the "elements of quality" and "characteristics of value" of the comparable properties and the subject property. The elements of quality require aesthetic judgment, connoisseurship, and visual memory, usually independent of economics and fashion. Representative elements of quality are harmony, form, content, and color. Characteristics of value reflect the tastes of consumers in the market as measured by reactions in terms of the prices realized. Representative characteristics of value are style, condition, rarity, utility, provenance, and scale. (ASA Monograph #8, P. 8-12)

Typically, an appraiser analyzes the comparable properties selected for their characteristics of value and compares them to the subject property. These observations are related in the appraisal narrative and then each of the comparable properties are judged to be inferior, comparable, or superior to the subject property. These observations should serve to support the reasoning behind the conclusion.

The value of a component part (its "contribution") can be measured by comparing two similar properties, one with and one without the characteristic (assuming the difference in the price realized is attributable to the difference between them). The resulting positive value characteristic is then compared to the subject property and may result in an upward adjustment (if the subject property has the characteristic) or a downward adjustment (if the subject property lacks the characteristic). Further, sales that occurred closer to the effective date of the appraisal provide stronger evidence for a conclusion. (ASA Monograph #7, P. 7-17 and 7-18)

The Uniform Standards for Professional Appraisal Practice (USPAP) do not have any limits on the size of adjustments for comparable sales, though some clients may address this issue in connection with a particular assignment. (USPAP 2020-2021 FAQ 211, P. 276)

It is important to note that appraisers report out an estimate of value, and that different data and data collection, or even similar data collection with differing analysis can result in varying estimates of value. Put another way, estimating the value of a vehicle is a highly individualized process and different methodologies—and even different appraisers using the same methodology—are likely to come up with different estimates of value for the same vehicle. That does not mean any of these estimates is "wrong," it simply indicates that there is often a range of good faith estimates of value for any given vehicle.

### B. Relevant Appraisal Standards

There is no requirement for any personal property appraiser to be a member of an appraisal organization. Many appraisers, including many appraisers in the automobile appraiser field, are independents with no societal affiliations.

There are also several appraisal societies that are small and independent. Generally, such organizations are, at best, groups that for a fee will teach an aspiring appraiser the basic requirements of the appraisal business. There are a number of these groups that have been formed specifically for automobile appraisers. In my experience, these organizations generally do not publish their own appraisal standards.

The three largest personal property appraisal societies in the U.S. are The Appraisal Association of America (AAA), the International Society of Appraisers (ISA) and the American Society of Appraisers (ASA). All three of these organizations have their own sets of rules and guidelines. They also mandate certain re-qualification standards, and offer courses and continuing education opportunities. Additionally, all three of these appraisal organizations subscribe to the USPAP Standards, as promulgated by the Appraisal Foundation. The Appraisal Foundation was formed by an act of Congress after the Savings & Loan crisis starting in the late 1980s. USPAP standards apply to all appraisers including those in personal property, real property, machinery and technical specialties, gems and jewelry and business valuation.

Automobile appraisals are considered real property appraisals. USPAP is frequently updated, and it provides a set of guidelines for both appraisers and the end-user.

The goal for all appraisers should be to provide an accurate and informative opinion of value based upon data that they researched and interpreted. There is no single set of appraisal standards. While not mandatory for independent appraisers and not adopted by every appraisal group or organization, USPAP is generally viewed as the best set of guidelines for appraisals currently available.

### C. Review of Mr. Jesser's Opinions

Mr. Jesser states on page one of his expert report that he has "appraised over a thousand vehicles to determine their fair market, or actual cash, value." Appraisers *estimate* value, they do not determine, declare, or proclaim value. Some say that when an auto is sold, that is the same as

determining value, however, each transaction is individual and therefore, theoretically impossible to duplicate (same buyer, same seller, same car).

Mr. Jesser states on page four of his expert report that often the only "hard objective data appropriate for" determining the market value of a used vehicle is the "Internet price" of comparable vehicles. I disagree. Indeed, Mr. Jesser's position is contrary to the instruction of the American Society of Appraisers. As ASA Monograph #7 states: "What a group of people would each be willing and able to pay for a property on the effective date of value is an indication of the value for the property." (ASA Monograph #7, P. 7-15.) In estimating vehicle values at Hagerty, for example, we regularly rely on the sale prices of comparable vehicles whenever such sale prices are available.

Mr. Jesser's opinion would only be true if every car offered on the internet was sold for the asking price. Asking prices are just that; they are not representative of actual sales prices. For many buyers the asking price is merely a suggestion, and they will use it as a starting point in their negotiations. Cars that are unsold units are often discounted as the dealer is in the business of selling and not holding on to inventory. The dealer's marginal cost on each unit goes up every day if they are "floor planned" at a lending institution. Moreover, "One price", "no hassle" "Internet special", "no haggle" and similar are far from always true. A determined buyer and a motivated seller may agree to a lesser price than advertised.

As noted below, I disagree with Mr. Jesser's contention that the PSA that Mitchell's WorkCenter Total Loss ("WCTL") methodology applies is contrary to appraisal standards. In fact, Mr. Jesser does not actually cite any appraisal standards at all in forming his conclusion about the PSA. As set forth in this report, there are several appraisal standards that can be consulted when valuing vehicles; those standards do not prohibit adjustments like the PSA.

### D. The Projected Sold Adjustment used in Mitchell's WCTL Methodology Is Consistent With Established Appraisal Standards

Automobile appraisers, when producing a Sales Comparison approach document, look for sales information about similar property that has recently been sold or that is currently offered for sale in the relevant market. This is the process of property description and data collection. Market examples are used or rejected, most often because of location, condition, mileage, or options.

In the sales comparison approach, the appraiser compares the automobile's value attributes. For example, lower miles most often add to the value of an automobile, while higher miles will tend to suppress the value.

The traditional weak link in the chain of collecting market examples, also referred to as "comps," is the actual selling price of any car offered at a dealer or from a private individual. ASA Monograph #7 recognizes this specific potential problem: "Ascertaining an actual sale price in the gallery/dealer market is not always possible in the 'normal course of business' due to privacy issues between sellers and their clientele." (ASA Monograph #7, P. 7-16.) One difference between the collector car market, which I am involved in on a day-to-day basis, and the "general" car market, is the lack of these sizeable public auctions for late model automobiles and trucks. When automobiles are sold at a public (not dealer/wholesale) auction, the appraiser obtains a better idea

of actual selling prices. Unfortunately, dealer sales and private sales (also known as private treaty sales) are rarely if ever conducted in public. In my own appraisal business, I have asked both dealers and private individuals the final sales price of a number of general market used cars, and often I receive a curt "no comment" style response.

While the individual appraiser's job is to search for market examples, we are limited to those examples that we can find. An automated system such as Mitchell's WCTL, however, can cast a wider net, and find Market Examples that a single appraiser, or even a group of appraisers might not have the time or be willing to put the effort into finding. The most useful aspect of this, in my estimation, is the ability of the WCTL software to identify the difference between asking and actual sales prices for particular vehicles. In other words, WCTL utilizes big data to solve the problem, as stated above in ASA Monograph #7, that dealers are often unwilling to disclose the sales price of their vehicles. WCTL applies this data to its valuations in the form of the Projected Sold Adjustment. It is my understanding that the PSA is derived from actual sales data gathered from a large number of dealers, and therefore can forecast a reasonable expectation of the price for which an individual car may sell. As a result, I think that the PSA is a positive use of information that was previously not available absent unusual access to actual vehicle sales prices. In my opinion, the WCTL methodology of using actual market data to apply a Projected Sold Adjustment to estimate actual sales prices for comparable vehicles is consistent with generally accepted appraisal standards and helps to produce reliable market value estimates for used vehicles. While someone might disagree with the individual adjustment applied to a particular vehicle at a particular point in time (as if often the case with a variety of judgments that appraisers must make in valuing personal property), use of this Projected Sold Adjustment is reasonable and consistent with appraisal standards.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this _____ day of April, 2024

_____  4/11/2024
David Kinney, ASA

# APPENDIX 1

**APPRAISER QUALIFICATIONS**
- Candidate 1991, Accredited Member 1996, Accredited Senior Appraiser -1998 Personal Property/Automotive Specialties-American Society of Appraisers
- Leader, Automotive Specialties Group -American Society of Appraisers (current)
- Member, Constitution and Bylaws Committee - American Society of Appraisers (current)
- Member, Personal Property Resource Panel - The Appraisal Foundation (current)
- President, American Society of Appraisers Washington, DC Area Chapter (2002- 2003)
- American Society of Appraisers Personal Property Governor (2003-2008)
- American Society of Appraisers Human Relations Committee (2004-2008)
- Co-Chair, American Society of Appraisers Automotive Group (1999- 2001)

**COLUMNIST**
Valuation articles written for National Corvette Owners Association (1999), Head Auction Reporter, Sports Car Market (1999-2001), Lead Auction Analyst, Sports Car Market (2001-2002), Senior Auction Analyst Sports Car Market (2002-2008) Past- Contributing Editor, AutoWeek Magazine, Contributor, New York Times, Automobile Section, Monthly columnist, Automobile Magazine, Upshift Auctions Present- Monthly columnist, Octane Magazine (Great Britain), Quarterly columnist Magneto (Great Britain), Linkage, Hagerty Insider Magazine

**PUBLISHER**
Founder and Publisher, Cars That Matter Price Guide (2006-2011) Publisher, Hagerty Price Guide (2011-present)

**ADVISORY BOARD MEMBER**
McPherson College Advisory Board - 2019-2023 Rolls Royce Foundation- 2019-2021

**FEATURED PANELIST, SEMINARS**
Hagerty's "No Reserve" Podcast - Co-Host, Frequent Guest "The Driven" Podcast - Valuation Subjects, Host - Collector Car Auction, Television, Fine Living Channel, frequent guest Hagerty Radio (2009, 2010 and 2011), Boca Raton Concours Valuation Seminars (2013-2023), frequent guest-Auto News Radio Show (2012-2016), Fox News-Auto TV Segments with Adam Shapiro (2014-2018), featured panelist at Hagerty Valuation Seminars (2009-2022), Guest Speaker Valuation Subjects - Hagerty Garage & Social (North America) Co-instructor, American Society of Appraisers 201 level Personal Property course, George Washington University Center for Continuing Education, Washington, DC (1994)

**EMPLOYMENT HISTORY**
*1990- Current*
Founder of USAppraisal, LLC, automotive, truck and motorcycle appraisal firm.
Appraisal of antique and collector cars and trucks as well as current vehicles - all years and models; Diminished Value Appraisals

1979-Ongoing
Purchasing, refurbishing, appraising, and selling numerous types of antique and collector vehicles.

i

6

*1977-1992*
Vice-President and part owner of Ballston Metro Park, Inc. automobile parking facilities

*1986-1989*
Operation of automobile repair shop, managing seven full time employees.

*1977-1979*
Owned and operated Contemporary Classic Automobiles, Arlington, Virginia, buyer and reseller of antique, classic, and special interest vehicles.

*1972-1977*
Vice-President of Thorobred Motorcars, Inc. Arlington, Virginia, Washington DC area's oldest exotic automobile dealership. Work responsibilities included all phases of purchasing, sales, and management.

**EDUCATION**
BA, Communication Arts, Park University, Kansas City MO (1976)

**CONCOURS JUDGE**
- Fairfield County, CT Concours de Elegance Judge (2004-2011); Advisory Committee Member (2006-2011), Chief Judge (2010-2011)
- St. Michaels Concours, Maryland Judge (2009-2022)
- The 100 Motor Cars of Radnor Hunt, PA Judge (2011, 2014, 2017)
- The Elegance of Hershey, Pennsylvania Judge (2011-2019)
- Boca Raton, FL Concours d' Elegance - Distinguished Judge and Honorary Judge (2012-2023)
- Carmel-by-the-Sea Concours d' Elegance Judge (2011-2021)
- Kiawah Concours d' Elegance Judge (2013, 2016)
- Saint Johns, Ml Concours d' Elegance Judge (2014-2021)
- Pinehurst Concurs d'Elegance Judge (2015-2017)
- Cobble Beach Concours d' Elegance Judge (Canada) (2014)
- Concours d' Elegance Suisse Judge (Geneva) 2019
- Audrain Concours (Newport, RI) Chief Judge (2019-2022)
- 21 Gun Salute - New Delhi India 2020
- Concours Virtual - Chief Judge 2020
- Greenbriar Concours (WV) Judge 2021

**MOTORING AWARD JUDGE**
- International Historical Motoring Awards Judge (UK) (2014-2021)

**MEMBERSHIPS AND PROFESSIONAL ACTIVITIES**
Antique Automobile Club of America (Life Member), Automotive Restoration Market Organization (ARMO), Avanti Owners Association International (Life Member), The Classic Car Club of America, Credentialed Member International Motor Press Association (IMPA) and Washington Automotive Press Association (WAPA), The Ferrari Club of America, The Modern Car Society, National Corvette Owners and Corvette Restorers Society, The Shelby American

Automotive Club (SAAC), The Society of Automotive Historians, Life Member Auburn, Cord and Duesenberg Museum (IN), Specialty Equipment Market Association (SEMA), The Rolls Royce Owners Club, Volvo Club of America

# Exhibit 1

### 40-Hour - IACP Auto Appraisers Course

$550.00 - Online IACP Certified Auto Appraisers Course and Final Test.

This 40-hour online auto appraiser certification course is intended to test the student on the Code of Ethics and Standards of Appraising, Appraisal Review, Development and Reporting, Personal Property Appraisal Reporting, Ethics and Standards, Terminology and Processes of Appraising, Certified Vehicle Inspection Report, and IACP Certified Collision Estimating Standards. These methodologies follow industry standards for all personal property appraisals of value and not limited to the material provided.

Member applicants must pass the accrediting IACP Certified Auto Appraisers test with a 70% or higher before being issued an Official IACP Certified Auto Appraiser Number and Wall Certificate. IACP Certified Appraisers follow strict adherence the Bureaus' Code of Ethics and USPAP guidelines.

These tests are derived directly from the educational and training materials provided by BOCM and include ethics and standards created by the Uniform Standards of Professional Appraisal Practices.

Appraise New and Used Cars and Trucks, Commercial Vehicles, Classic, Collectible, Exotic & Muscle Cars, Farm Equipment, Agriculture Equipment, Marine, Motorcycles, Powersports, & ATV, Vintage Motorcycles, Recreation Vehicles, Limousines and much more.

**BECOME A MEMBER TODAY**

**RETURNING STUDENTS**



The courses are designed to properly train and educate the appraiser with the minimum requirements set forth by the Bureau of Certified Auto Appraisers including but not limiting to: Visual Inspection Methods, Appraisal Practices, Code of Ethics, and Documentation.

**Advertise Your Appraisal Company Here!**

We offer appraisal firm advertisements on our site categorized by state

CALL
**1-877-424-8560**
FOR MORE INFO

© 2023 - All Rights Reserved - Bureau of Certified Auto Appraisers - Privacy Policy

10

# Exhibit 2

## PREAMBLE

The purpose of the Uniform Standards of Professional Appraisal Practice (USPAP) is to promote and maintain a high level of public trust in appraisal practice by establishing requirements for appraisers. It is essential that appraisers develop and communicate their analyses, opinions, and conclusions to intended users of their services in a manner that is meaningful and not misleading. The Appraisal Standards Board promulgates USPAP for both appraisers and users of appraisal services.

The appraiser's responsibility is to protect the overall public trust and it is the importance of the role of the appraiser that places ethical obligations on those who serve in this capacity. USPAP reflects the current standards of the appraisal profession and does not establish who or which assignments must comply.

Neither The Appraisal Foundation nor its Appraisal Standards Board is a government entity with the power to make, judge, or enforce law. Compliance with USPAP is required when either the service or the appraiser is obligated to comply by law or regulation, or by agreement with the client or intended users. When not obligated, individuals may still choose to comply.

USPAP addresses the ethical and performance obligations of appraisers through: Definitions, Rules, Standards,

12

# Exhibit 3

**In developing an appraisal review, the reviewer must:**

A. Identify the client and other intended users.
B. Identify the intended use of the appraiser's opinions and conclusions.
   - An appraiser must not allow the intended use of an assignment or a client's objectives to cause the assignment results to be biased.
C. Identify the type and definition of value, and, if the value opinion to be developed is market value, ascertain whether the value is to be the most probable price:
   1. in terms of cash; or
   2. in terms of financial arrangements equivalent to cash; or
   3. in other precisely defined terms; and
   4. if the opinion of value is to be based on non-market financing or financing with unusual conditions or incentives, the terms of such financing must be clearly identified and the appraiser's opinion of their contributions to or negative influence on value must be developed by analysis of relevant market data.
      - When developing an opinion of value in a specified market or at a specified market level based on the potential sale of the property, the appraiser must also develop an opinion of reasonable exposure time linked to the value opinion.
D. Identify the effective date of the appraiser's opinions and conclusions.
E. Identify the characteristics of the property that are relevant to the type and definition of value and intended use of the appraisal, including:
   1. sufficient characteristics to establish the identity of the item including the method of identification;
   2. sufficient characteristics to establish the relative quality of the item (and its component parts, where applicable) within its type;
   3. all other physical and economic attributes with a material effect on value;
      - Some examples of physical and economic characteristics include condition, style, size, quality, manufacturer, author, materials, origin, age, provenance, alterations, restorations, and obsolescence.
      - The type of property, the type of definition of value, and intended use of the appraisal determine which characteristics have a material effect on value.
   4. the ownership interest to be valued;
   5. any known restrictions, encumbrances, leases, covenants, contracts, declarations, special assessments, ordinances, or other items of a similar nature; and
   6. any real property or intangible items that are not personal property but which are included in the appraisal.

   Comments on items (1)–(6):
   - The information used by an appraiser to identify the property characteristics must be from sources the appraiser reasonably believes are reliable.
   - An appraiser may use any combination of a property inspection and documents or other resources to identify the relevant characteristics of the subject property.
   - When appraising proposed modifications, an appraiser must examine and have available for future examination, plans, specifications, or other documentation sufficient to identify the extent and character of the proposed modifications.
   - An appraiser may not be required to value the whole when the subject of the appraisal is a fractional interest, a physical segment, or a partial holding.
F. Identify any extraordinary assumptions necessary in the assignment.

# Exhibit 4

### Introduction

The purpose of an Appraisal Reports is to determine an appropriate value of property (ie. vehicles) at the date of inspection relating to function and purpose of the Appraisal. The intent of the Appraiser is to comply with accepted societal and governmental standards of development and content, as well as, to act in a professional and ethical manner in the preparation of reports. Depending on the needs of the client, there are different types of Appraisal Reports that may be used, such as:

- Summary Appraisals;
- Self-Contained Appraisals;
- Restricted Use Appraisals;
- Hypothetical Appraisals; and
- Interim Appraisals.

An appraisal is not a precise measurement, nor a guess, but rather a relative estimate of value:

- Relative to the degree of similarity between the subject and the comparable property;
- Relative to the market conditions at the time the comparable was sold or is for sale and the effective date of the subject property appraisal; and
- Relative to the degree of similarity of value characteristics between the subject and comparable properties.

In appraisal reports, the appraiser may choose to use the secondary markets most often used to buy or sell Automobiles. The appraiser also may choose to use retail (new) markets for recently purchased vehicles. The markets considered are whichever market is most appropriate for each vehicle being appraised.

### KEY DEFINITIONS AND CONCEPTS

- **AP_P-raisal** is a valuation or an estimation of value of property by disinterested persons of suitable qualifications. In addition, it is also described as the process of ascertaining a value of an asset or liability that involves expert opinion rather than explicit market transactions.
- **Personal ProPerty_** is anything one possesses that is both tangible and movable.
- **ComP-arables "ComP-s"** is property having qualities and/or characteristics sufficiently similar to the property in question.
- **ReP-lacement Cost - New** is the cost to replace an item with another having similar qualities within a reasonable amount of time in the most relevant marketplace. Where applicable, this takes into consideration costs incurred by shipping and the costs associated with purchasing from a specific source.
- **ReP-lacement Cost - Used** is the cost necessary to replace an item of personal property with an equivalent item having similar appearance, quality, condition, age, authorship, and utility.
- **Value** is the opinion of monetary worth which an informed purchaser would offer in exchange for an item of personal property, taking into consideration given market conditions.
- **Market Value** is the amount that would be paid in cash by a willing buyer who desires to buy, but is not required to buy, to a willing seller who desires to sell, but is under no necessity of selling.
- **DeP-reciation** is a loss in property value between the difference of reproduction cost or replacement cost new and the current market value. Determining accrued depreciation from all causes is subjective and extremely difficult to measure. Appraisers consider depreciation tables used by the federal government and States Assessors when applicable and/or available.
- **Market Diminished Value** (or inherent diminished value) is the loss of market value due to the fact that a vehicle has been in an accident and has an accident history.

# Exhibit 5

Case 1:22-cv-00375-NT   Document 58-5   Filed 04/15/24   Page 20 of 20   PageID #: 1021

## Standards Rules, and Statements

**Definitions**
They establish the application of certain terminology in USPAP.

**Ethics Rules**
They set forth the requirements for integrity, impartiality, objectivity, independent, judgment and ethical conduct

**Competency Rules**
They present pre-assignment and assignment conditions for knowledge and experience.

**Scope of Work Rules**
They present obligations related to problem identification, research and analyses.

**Jurisdictional Exception Rules**
They preserve the balance of USPAP if a portion is contrary to law or public policy of a jurisdiction.

**Standards**
They establish the requirements for appraisal, appraisal review, and appraisal consulting service and the manner in which each is communicated.

- **Standard 3** establishes requirements for the development and communication of an appraisal review.
- **Standards 7 and 8** establish requirements for the development and communication of a personal property appraisal.

**Statements on Appraisal Standards**
They clarify, interpret, explain, or elaborate on a Rules and/or Standards Rules.

**Comments**
They are an integral part of USPAP and have the same weight as the component they address.

2.