# Vehicle Valuation Report

**EXHIBIT B**

Prepared For Progressive Group of Insurance Companies   (800) 321-9843

## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| ██████86-01 | | COLLISION | KATHERINE BRIDGES ███████ ████████ |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 09/28/2023 | 09/29/2023 | 10/05/2023 | ██████ 426 | 1 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2020 | Kia | Telluride EX 4 Door Utility 114" WB 3.8L 6 Cyl Gas A AWD | ME 04616 | 83,411 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| Ebony Black | | ██████████7730 | No |

## Valuation Summary

### Loss Vehicle Adjustments

Adjustments specific to your vehicle

| | |
|---|---|
| Base Value = | $33,731.80 |
| Condition | $0.00 |
| Prior Damage | $0.00 |
| Aftermarket Parts | $0.00 |
| Refurbishment | $0.00 |
| Market Value = | $33,731.80 |

### Settlement Adjustments

Adjustments specific to your policy

| | |
|---|---|
| (5.500%) Tax + | $1,855.25 |
| Deductible - | $250.00 |
| Settlement Value = | $35,337.05 |

**Settlement Value:**

## $35,337.05

**J.D. POWER**

# Loss Vehicle Detail

Loss vehicle: 2020 Kia Telluride | EX 4 Door Utility 114" WB | 3.8L 6 Cyl Gas A AWD

## Standard Equipment

### Exterior

| | |
|---|---|
| Black Rear Bumper w/Metal-Look Rub Strip/Fascia Accent | Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent and Metal-Look Bumper Insert |
| Body-Colored Power Heated Side Mirrors w/Power Folding and Turn Signal Indicator | Chrome Bodyside Insert, Black Bodyside Cladding and Black Wheel Well Trim |
| Chrome door handles | Chrome grille |
| Chrome Side Windows Trim and Black Rear Window Trim | Clearcoat paint |
| Compact Spare Tire Mounted Inside Under Cargo | Deep tinted glass |
| Express Open/Close Sliding and Tilting Glass 1st Row Sunroof w/Sunshade | Fixed Rear Window w/Fixed Interval Wiper, Heated Wiper Park and Defroster |
| Fully Automatic Projector Beam Halogen Daytime Running Headlamps w/Delay-Off | Fully Galvanized Steel Panels |
| LED brakelights | Lip spoiler |
| Perimeter/Approach Lights | Power Liftgate Rear Cargo Access |
| Roof Rack Rails Only | Steel spare wheel |
| Tailgate/Rear Door Lock Included w/Power Door Locks | Tires: 245/60R18 |
| Variable intermittent wipers | Wheels: 7.5" x 18" Machined Finish Alloy |

### Interior

| | |
|---|---|
| 2 LCD Monitors In The Front | 2 Seatback Storage Pockets |
| 4 12V DC Power Outlets | 60-40 Folding Split-Bench Front Facing Manual Reclining Fold Forward Seatback Rear Seat w/Manual Fore/Aft |
| Air filtration | Analog Display |
| Cargo Area Concealed Storage | Cargo Space Lights |
| Carpet Floor Trim | Compass |
| Cruise control w/steering wheel controls | Day-Night Auto-Dimming Rearview Mirror |
| Delayed Accessory Power | Distance Pacing w/Traffic Stop-Go |
| Driver / Passenger And Rear Door Bins | Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination, Driver And Passenger Auxiliary Mirror |
| Driver foot rest | Driver Seat |
| Dual Zone Front Automatic Air Conditioning | Engine Immobilizer |
| Fade-to-off interior lighting | Find My Car Tracker System |
| Fixed 70-30 Split-Bench 3rd Row Seat Front, Manual Fold Into Floor and 3 Fixed Head Restraints | FOB Controls -inc: Trunk/Hatch/Tailgate |
| Front Center Armrest and Rear Center Armrest | Front Cupholder |
| Front map lights | Full Carpet Floor Covering |
| Full cloth headliner | Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 4 12V DC Power Outlets |
| Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer | Heated & Ventilated Front Bucket Seats -inc: 8-way power-adjustable driver's seat w/2-way power lumbar and 8-way power adjustable front passenger's seat |
| HVAC -inc: Underseat Ducts and Headliner/Pillar Ducts | Illuminated locking glove box |
| Integrated Roof Antenna | Interior Trim -inc: Simulated Wood Instrument Panel Insert, Metal-Look Door Panel Insert, Piano Black Console Insert and Metal-Look Interior Accents |

| | |
|---|---|
| Leather steering wheel | Leather-trimmed upholstery |
| Leather/Metal-Look Gear Shift Knob | Leatherette Door Trim Insert |
| Manual tilt/telescoping steering column | Manual w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints |
| Outside temp gauge | Passenger Seat |
| Perimeter alarm | Power 1st Row Windows w/Driver And Passenger 1-Touch Up/Down |
| Power Door Locks w/Autolock Feature | Power Rear Windows and Fixed 3rd Row Windows |
| Proximity Key For Doors And Push Button Start | Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Aux Audio Input Jack, Steering Wheel Controls, Rear Controls and Radio Data System |
| Radio: AM/FM/MP3/SiriusXM Audio System -inc: UVO link infotainment system, w/smartphone integration for remote commands and remote vehicle status, 6-speaker, support for Android Auto and Apple CarPlay, 10.25" Thin Film Transistor (TFT) touch-screen display, navigation, a total of 6 USB charge ports in all rows, Bluetooth wireless connectivity w/voice recognition (a Bluetooth enabled cell phone is required to use Bluetooth wireless technology) and Multi-Bluetooth connectivity, allowing 2 phone connections simultaneously | Rear cupholder |
| Rear HVAC w/Separate Controls | Redundant Digital Speedometer |
| Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry, Illuminated Ignition Switch and Panic Button | Remote Releases -Inc: Smart Liftgate Proximity Cargo Access and Power Fuel |
| Smart Device Remote Engine Start | Systems Monitor |
| Trip computer | Trunk/Hatch Auto-Latch |
| Valet Function | |

## Mechanical

| | |
|---|---|
| 18.8 Gal. Fuel Tank | 3.648 Axle Ratio |
| 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist, Hill Descent Control and Hill Hold Control | Automatic Full-Time All-Wheel Drive |
| Battery w/run down protection | Electric Power-Assist Speed-Sensing Steering |
| Front And Rear Anti-Roll Bars | Gas-pressurized shock absorbers |
| GVWR: 5,917 lbs | Multi-link rear suspension w/coil springs |
| Permanent Locking Hubs | Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher |
| Strut Front Suspension w/Coil Springs | Transmission w/Driver Selectable Mode |

## Safety

| | |
|---|---|
| ABS And Driveline Traction Control | Airbag Occupancy Sensor |
| Blind Spot Sensor | Curtain 1st, 2nd And 3rd Row Airbags |
| Driver knee airbag | Dual Stage Driver And Passenger Front Airbags |
| Dual Stage Driver And Passenger Seat-Mounted Side Airbags | Forward Collision-Avoidance Assist (fca) |
| Lane Change Assist Lane Departure Warning | Lane Change Assist Lane Keeping Assist |
| Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners | Parking Distance Warning Rear Parking Sensors |
| Rear child safety locks | Rear View Monitor w/Parking Guidance Dynamic (RVM w/PG) Back-Up Camera |
| Side impact beams | Tire Specific Low Tire Pressure Warning |
| Vehicle Stability Management (VSM) Electronic Stability Control (ESC) | |

# Packages

EX PREMIUM PACKAGE

-inc: Anodized Roof Rails, Wheels: 20" Alloy, Tires: 20", Captain Chairs

TOWING PACKAGE

-inc: Self-Leveling Rear Suspension, Tow Hitch w/Harness

## Optional Equipment

CARGO COVER

FOLDING CARGO TRAY

MUD GUARD KIT

TOW HITCH W/HARNESS

CARPETED FLOOR MATS

HYBRID CARGO NET

REAR BUMPER PROTECTOR

**\*DIO/PIO =**   Dealer/Port Installed Options

# Loss Vehicle Base Value

Loss vehicle:  2020 Kia Telluride |  EX 4 Door Utility 114" WB | 3.8L 6 Cyl Gas A AWD

## Comparable Vehicle Information

Search Radius used for this valuation: **200 miles from loss vehicle zip/postal code.**

Typical Mileage for this vehicle: **36,000 miles**

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 56,300 | 04210 | 83 miles | $36,900.00 List Price | $34,749.69 |
| 2 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 52,030 | 04021 | 91 miles | $33,900.00 List Price | $33,725.57 |
| 3 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 60,887 | 03301 | 166 miles | $32,903.00 List Price | $32,790.26 |
| 4 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 45,628 | 01851 | 181 miles | $35,995.00 List Price | $34,727.70 |
| 5 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 59,695 | 03063 | 182 miles | $32,984.00 List Price | $32,661.36 |
| 6 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 41,742 | 05602 | 200 miles | $37,888.00 List Price | $33,736.19 |

**Base Value:**   **$33,731.80**

# Loss Vehicle Adjustments

Loss vehicle:  2020 Kia Telluride | EX 4 Door Utility 114" WB | 3.8L 6 Cyl Gas A AWD

Condition Adjustments

Condition Adjustment: $0.00          Overall Condition: 3.00-Good          Typical Vehicle Condition: 3.00

| Category | Condition | Condition $ | Comments |
| --- | --- | --- | --- |
| **Interior** | | | |
| HEADLINER | 3 Good | $0.00 | |
| DOORS/INTERIOR PANELS | 3 Good | $0.00 | |
| CARPET | 3 Good | $0.00 | |
| SEATS | 3 Good | $0.00 | |
| DASH/CONSOLE | 3 Good | $0.00 | |
| GLASS | 3 Good | $0.00 | |
| **Exterior** | | | |
| BODY | 3 Good | $0.00 | |
| VINYL/CONVERTIBLE TOP | Typical | $0.00 | |
| TRIM | 3 Good | $0.00 | |
| PAINT | 3 Good | $0.00 | |
| **Mechanical** | | | |
| TRANSMISSION | 3 Good | $0.00 | |
| ENGINE | 3 Good | $0.00 | |
| **Tire** | 3 Good | $0.00 | |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

## Comparable Vehicles

Loss vehicle:  2020 Kia Telluride | EX 4 Door Utility 114" WB | 3.8L 6 Cyl Gas A AWD

© 2023 Mitchell International, Inc. All Rights Reserved.

| 1 | **2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD** | | | **List Price: $36,900.00** |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 5XYP3DHC8LG082604 | CT082604 | 06/20/2023 | 04210 | 83 miles |

Source

DEALER WEB LISTING -
BUILDSHEET - CARS.COM

LEE GMC TRUCK CENTER

817 CENTER ST

AUBURN ME 04210

207-784-5441

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$830.00 |
| Mileage | 83,411 | 56,300 | -$1,984.68 |
| Equipment | | | |
| CARGO COVER | Yes | No | $143.02 |
| FOLDING CARGO TRAY | Yes | No | $106.12 |
| HYBRID CARGO NET | Yes | No | $46.13 |
| MUD GUARD KIT | Yes | No | $106.12 |
| REAR BUMPER PROTECTOR | Yes | No | $110.73 |
| TOW HITCH W/HARNESS | Yes | No | $438.29 |
| CROSS BARS | No | Yes | -$286.04 |

Total Adjustments: -$2,150.31

**Adjusted Price: $34,749.69**

Comparable Vehicle Package Details:

EX PREMIUM PACKAGE

TOWING PACKAGE

Comparable Vehicle Option Details:

CARPETED FLOOR MATS, CROSS BARS

| 2 | **2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD** | | | **List Price: $33,900.00** |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 5XYP3DHC0LG061567 | 10738 | 07/17/2023 | 04021 | 91 miles |

Source

DEALER WEB LISTING -
BUILDSHEET - VAST.COM

MAINE STREET AUTO

174 MAIN STREET

CUMBERLAND ME 04021

207-489-9149

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$741.00 |
| Mileage | 83,411 | 52,030 | -$2,249.70 |
| Equipment | | | |
| EX PREMIUM PACKAGE | Yes | No | $1,268.17 |
| TOWING PACKAGE | Yes | No | $674.39 |
| CARGO COVER | Yes | No | $131.48 |
| FOLDING CARGO TRAY | Yes | No | $97.55 |
| HYBRID CARGO NET | Yes | No | $42.41 |
| MUD GUARD KIT | Yes | No | $97.55 |
| REAR BUMPER PROTECTOR | Yes | No | $101.80 |
| TOW HITCH W/HARNESS | Yes | No | $402.92 |

Total Adjustments: -$174.43

**Adjusted Price: $33,725.57**

Comparable Vehicle Option Details:

CARPETED FLOOR MATS

**3**    **2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD**      **List Price: $32,903.00**

| | | | |
|---|---|---|---|
| VIN | Stock No | Listing Date | ZIP/Postal Code |
| 5XYP3DHC1LG020087 | 441738A | 09/30/2023 | 03301 |

Distance from Loss Vehicle: 166 miles

**Source**

DEALER WEB LISTING -
BUILDSHEET - AUTOTRADER.COM
DAN OBRIEN KIA
158 MANCHESTER ST
CONCORD NH 03301
603-227-0550

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$720.00 |
| Mileage | 83,411 | 60,887 | -$1,327.49 |
| Equipment | | | |
| EX PREMIUM PACKAGE | Yes | No | $1,230.84 |
| CARGO COVER | Yes | No | $127.61 |
| FOLDING CARGO TRAY | Yes | No | $94.68 |
| HYBRID CARGO NET | Yes | No | $41.16 |
| REAR BUMPER PROTECTOR | Yes | No | $98.80 |
| TOW HITCH W/HARNESS | Yes | No | $391.06 |
| WHEEL LOCKS | No | Yes | -$49.40 |
| | | Total Adjustments: | -$112.74 |
| | | **Adjusted Price:** | **$32,790.26** |

Comparable Vehicle Package Details:

TOWING PACKAGE

Comparable Vehicle Option Details:

CARPETED FLOOR MATS, MUD GUARD KIT, WHEEL LOCKS

## 4    2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD                 List Price: $35,995.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 5XYP3DHC3LG048957 | K7731A | 09/20/2023 | 01851 | 181 miles |

Source

DEALER WEB LISTING -
BUILDSHEET - CARS.COM

GERVAIS KIA

6 INDUSTRIAL AVE

LOWELL MA 01851

978-454-1202

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$787.00 |
| Mileage | 83,411 | 45,628 | -$3,218.39 |
| Equipment | | | |
| EX PREMIUM PACKAGE | Yes | No | $1,346.53 |
| TOWING PACKAGE | Yes | No | $716.06 |
| CARGO COVER | Yes | No | $139.60 |
| MUD GUARD KIT | Yes | No | $103.58 |
| REAR BUMPER PROTECTOR | Yes | No | $108.09 |
| TOW HITCH W/HARNESS | Yes | No | $427.81 |
| CARGO MAT W/SEATBACK PROTECTION | No | Yes | -$103.58 |

|  | Total Adjustments: | -$1,267.30 |
|---|---|---|
|  | **Adjusted Price:** | **$34,727.70** |

Comparable Vehicle Option Details:

CARPETED FLOOR MATS, FOLDING CARGO TRAY, HYBRID CARGO NET, CARGO MAT W/SEATBACK PROTECTION

## 5  2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD          List Price: **$32,984.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 5XYP3DHC1LG012216 | 23H82A | 07/29/2023 | 03063 | 182 miles |

Source

DEALER WEB LISTING -
BUILDSHEET - AUTOTRADER.COM
PETERS OF NASHUA
280 - 300 AMHERST ST
NASHUA NH 03063
603-889-1166

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$721.00 |
| Mileage | 83,411 | 59,695 | -$1,446.28 |
| Equipment | | | |
| EX PREMIUM PACKAGE | Yes | No | $1,233.90 |
| CARGO COVER | Yes | No | $127.92 |
| HYBRID CARGO NET | Yes | No | $41.26 |
| MUD GUARD KIT | Yes | No | $94.92 |
| REAR BUMPER PROTECTOR | Yes | No | $99.05 |
| TOW HITCH W/HARNESS | Yes | No | $392.03 |
| CARGO MAT W/SEATBACK PROTECTION | No | Yes | -$94.92 |
| WHEEL LOCKS | No | Yes | -$49.52 |
| | | Total Adjustments: | -$322.64 |
| | | **Adjusted Price:** | **$32,661.36** |

Comparable Vehicle Package Details:

TOWING PACKAGE

Comparable Vehicle Option Details:

CARPETED FLOOR MATS, FOLDING CARGO TRAY, CARGO MAT W/SEATBACK PROTECTION, WHEEL LOCKS

| 6 | **2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD** | | | **List Price:** | **$37,888.00** |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 5XYP3DHC9LG068209 | K24093A | 09/17/2023 | 05602 | 200 miles |

Source

DEALER WEB LISTING -
BUILDSHEET - VAST.COM

CAPITOL CITY KIA
51 GALLISON HILL ROAD
MONTPELIER VT 05602
802-262-2030

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$829.00 |
| Mileage | 83,411 | 41,742 | -$4,005.40 |
| Equipment | | | |
| CARGO COVER | Yes | No | $146.94 |
| FOLDING CARGO TRAY | Yes | No | $109.03 |
| HYBRID CARGO NET | Yes | No | $47.40 |
| MUD GUARD KIT | Yes | No | $109.03 |
| REAR BUMPER PROTECTOR | Yes | No | $113.77 |
| TOW HITCH W/HARNESS | Yes | No | $450.30 |
| CROSS BARS | No | Yes | -$293.88 |
| | | Total Adjustments: | -$4,151.81 |
| | | **Adjusted Price:** | **$33,736.19** |

Comparable Vehicle Package Details:

EX PREMIUM PACKAGE

TOWING PACKAGE

Comparable Vehicle Option Details:

CARPETED FLOOR MATS, CROSS BARS

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2020 Kia Telluride EX | 4 Door Utility 114" WB 3.8L 6 Cyl Gas  AWD | $39,090.00 |

© 2023 Mitchell International, Inc. All Rights Reserved.

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss ("WCTL") was designed and built by Mitchell International, Inc. in conjunction with J.D. Power, which is an expert in data analysis with years of experience in vehicle pricing. WCTL provides a consistent methodology across vehicle makes and models for estimating the value of a vehicle. The WCTL analysis is based on comparable vehicles that most closely resemble the loss vehicle, with certain adjustments to both the comparable vehicle and loss vehicle depending on the facts of a particular claim.

WCTL produces accurate and easy-to-understand vehicle valuations via a five-step process:

**Step 1 - Locate Comparable Vehicles**

Locate vehicles from WCTL's comparable vehicle database that are the closest match to the loss vehicle in the same market area. These are not intended to be replacement vehicles and may no longer be listed for sale .The comparable vehicle database includes millions of vehicles listed for sale on publicly available websites (for example, cars.com and autotrader.com), as well as sold vehicle records (where available).

**Step 2 - Adjust Comparable Vehicles**

Make adjustments to the prices of the comparable vehicles. There are several types of comparable vehicle adjustments, including:

- Projected Sold Adjustment - where the comparable vehicle is listed for sale, this adjustment reflects the fact that consumers typically negotiate a purchase price less than the list price. (There is no projected sold adjustment where the comparable vehicle has actual sold data, or where a vehicle is listed for sale at a "no haggle" dealership.)

- Mileage Adjustment – an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.

- Equipment Adjustment – an adjustment for differences in equipment between the comparable vehicle and the loss vehicle (for example, differences in equipment packages and options).

**Step 3 - Calculate Base Vehicle Value**

Calculate the base vehicle value by averaging the adjusted prices of the comparable vehicles.

**Step 4 - Calculate Loss Vehicle Adjustments**

There are four types of loss vehicle adjustments:

- Condition Adjustment – an adjustment to account for the condition of the loss vehicle at the time of the loss.

- Prior Damage Adjustment – an adjustment to account for any prior damage present on the loss vehicle at the time of the loss.

- After Market Part Adjustment – an adjustment to account for any aftermarket parts present on the loss vehicle at the time of the loss.

- Refurbishment Adjustment – an adjustment to account for any refurbishment performed on the loss vehicle at the time of the loss.

**Step 5 - Calculate the Market Value**

The Market Value is calculated by applying the loss vehicle adjustments to the base value.