# Vehicle Valuation Report

EXHIBIT C



Prepared For  Progressive Group of Insurance Companies   (800) 321-9843

mitchell

## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| ▓▓▓86-01 | | COLLISION | GENEVIEVE MCDONALD |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 02/28/2019 | 02/28/2019 | 03/06/2019 | ▓▓▓1549 | 1 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2009 | Volkswagen | Passat Komfort 4 Door Sedan 2.0L 4 Cyl Gas Turbocharged A FWD | ME 04681 | 113,343 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| | | ▓▓▓7779 | No |

## Valuation Summary

### Loss Vehicle Adjustments
Adjustments specific to your vehicle

| | |
|---:|---:|
| Base Value = | $5,408.75 |
| Condition - | $1,110.38 |
| Prior Damage | $0.00 |
| Aftermarket Parts | $0.00 |
| Refurbishment | $0.00 |
| Market Value = | $4,298.37 |

### Settlement Adjustments
Adjustments specific to your policy

| | |
|---:|---:|
| (5.500%) Tax + | $236.41 |
| Deductible - | $500.00 |
| Settlement Value = | $4,034.78 |

## Settlement Value: $4,034.78

J.D. POWER

Mitchell WorkCenter™ Total Loss
© 2018 Mitchell International, Inc. All Rights Reserved.

# Loss Vehicle Detail

**Loss vehicle:** 2009 Volkswagen Passat | Komfort 4 Door Sedan | 2.0L 4 Cyl Gas Turbocharged A FWD

## Standard Equipment

### Exterior

| | |
|---|---|
| 17" x 7" "Monte Carlo" alloy wheels w/anti-theft wheel locks | 2-speed adjustable intermittent wipers w/heated washer nozzles |
| Body-color bumpers | Body-color door handles |
| Body-color heated pwr side mirrors w/integrated LED turn signals | Chrome grille |
| Full-size spare tire | Halogen headlights |
| LED taillights | P235/45HR17 all-season tires |
| Pwr tilt/slide sunroof -inc: tinted glass, sunshade, pinch protection | |

### Interior

| | |
|---|---|
| (2) front & (2) rear reading lights | (3) pwr outlets |
| 3-spoke leather-wrapped multi-function steering wheel w/Tiptronic controls, height-adjustable telescopic steering column | 60/40 split folding rear seat -inc: adjustable headrests, folding center armrest w/storage, integrated cupholders |
| AM/FM stereo w/6-disc in-dash CD changer -inc: MP3 playback, (8) speakers, auxiliary input jack, Sirius satellite radio w/3-month service | Audible/visible anti-theft vehicle alarm system |
| Brushed stainless interior trim | Cargo area -inc: trunk storage dividers, (2) tie-down hooks, light |
| Center console & footwell ambient lighting | Center console w/(2) cupholders |
| Central pwr locking system -inc: speed-sensitive automatic locking, selective unlocking | Climatic single-zone air conditioning w/pollen & odor filter |
| Cruise control | Double sliding sunvisors for driver & front passenger w/illuminated vanity mirrors |
| Front center armrest w/integrated storage box | Front seatback storage pockets |
| Front/rear floor mats | Immobilizer III theft-deterrent system |
| Integrated roof/window diversity antenna | Leather-wrapped shift knob |
| Leatherette heated front bucket seats w/12-way pwr driver & 8-way manual passenger seat adjusters, 4-way pwr driver lumbar | Manual rear & side sunshades |
| Multi-function trip computer w/digital compass, temp display | Pwr windows -inc: front windows w/driver 1-touch up/down feature, pinch protection |
| Rear heating/air conditioning ducts | Rear window defroster |
| Remote keyless entry w/trunk release & panic button | Remote trunk/fuel door releases located on drivers door |

### Mechanical

| | |
|---|---|
| Auto disc-wiping brake feature | Dual exhaust pipes |
| Electro-mechanical dual-pinion pwr steering | Electronic differential lock |
| Front MacPherson suspension w/triangular wishbones, stabilizer bar | Front wheel drive |
| Pwr 4-wheel disc brakes w/vented front, solid rear rotors | Rear four-link suspension w/stabilizer bar |

### Safety

| | |
|---|---|
| 4-wheel anti-lock braking system (ABS) | Anti-intrusion door beams |
| Child safety locks on rear doors | Collapsible steering column |
| Daytime running lights | Driver & front passenger airbags |



| Driver & front passenger side-impact airbags | Driver controlled window lockout |
| Dual note horn | Electronic stabilization program (ESP) w/anti-slip regulation (ASR), brake assist |
| Front 3-point height-adjustable safety belts w/load limiters, pretensioners | Front/rear head curtain airbags |
| Front/rear side curtain airbags | Internal emergency release trunk handle w/location reflector |
| Lower anchors & tethers for children, rear outboard seating positions (LATCH) | Passenger airbag cutoff |
| Rear 3-point safety belts w/outboard position load limiters | Tire-pressure monitoring system |

## Optional Equipment

| LIP SPOILER | REAR SIDE AIRBAGS |

**\*DIO/PIO =**   Dealer/Port Installed Options

## Loss Vehicle Base Value

Loss vehicle:  2009 Volkswagen Passat | Komfort 4 Door Sedan | 2.0L 4 Cyl Gas Turbocharged A FWD

### Regional Comparable Vehicle Information

Search Radius used for this valuation: 200 miles from loss vehicle zip/postal code.
Typical Mileage for this vehicle: 116,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2TURBO GAS A 2WD | 97,049 | 03106 | 158 miles | $5,995.00 List Price | $5,292.05 |
| 2 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2TURBO GAS A 2WD | 132,000 | 01970 | 161 miles | $5,500.00 List Price | $5,544.09 |
| 3 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2TURBO GAS A 2WD | 47,314 | 02190 | 180 miles | $6,995.00 List Price | $5,269.23 |
| 4 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2TURBO GAS A 2WD | 109,695 | 02382 | 185 miles | $5,995.00 List Price | $5,495.66 |
| 5 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2TURBO GAS A 2WD | 64,180 | 02382 | 185 miles | $6,995.00 List Price | $5,442.72 |

**Base Value: $5,408.75**

## Loss Vehicle Adjustments

Loss vehicle:  2009 Volkswagen Passat | Komfort 4 Door Sedan | 2.0L 4 Cyl Gas Turbocharged A FWD

## Condition Adjustments

| | | | |
|---|---|---|---|
| Condition Adjustment: -$1,110.38 | Overall Condition: 2.09-Fair | | Typical Vehicle Condition: 3.00 |

| Category | Condition | Comments |
|---|---|---|
| **Interior** | | |
| CARPET | 2 Fair | significant wear |
| DASH/CONSOLE | 3 Good | |
| DOORS/INTERIOR PANELS | 3 Good | |
| HEADLINER | 3 Good | |
| GLASS | 3 Good | |
| SEATS | 2 Fair | multipe small cuts on driver seat |
| **Exterior** | | |
| PAINT | 3 Good | |
| TRIM | 2 Fair | right rear bumper large impact and cracked |
| BODY | 2 Fair | rust more than 2 panels...hood, both rear quarter panels |
| VINYL/CONVERTIBLE TOP | Typical | |
| **Mechanical** | | |
| TRANSMISSION | 3 Good | |
| ENGINE | 1 Poor | obvious leak/wet discharge on side of oil pan |
| Tire | 1 Poor | all four tires bald 0/32 tread depth |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

## Regional Comparable Vehicles

Loss vehicle: 2009 Volkswagen Passat | Komfort 4 Door Sedan | 2.0L 4 Cyl Gas Turbocharged A FWD

### 1 — 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2 TURBO GAS A2WD

**List Price: $5,995.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| WVWJK73C89P049965 | 09 2.0T KOMFORT 97 | 11/27/2018 | 03106 | 158 miles |

Source
DEALER WEB LISTING - CARS.COM
MIKE'S IMPORT A/S OF HOOKSETT
196 LONDONDERRY TURNPIKE
HOOKSETT NH 03106
603-627-5800

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$485.00 |
| Mileage | 113,343 | 97,049 | -$350.14 |
| Equipment | | | |
|    LIP SPOILER | Yes | No | $64.05 |
|    REAR SIDE AIRBAGS | Yes | No | $68.14 |
| | | Total Adjustments: | -$702.95 |
| | | **Adjusted Price:** | **$5,292.05** |

---

### 2 — 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2 TURBO GAS A2WD

**List Price: $5,500.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| WVWJK73CX9P050003 | 101115 | 11/05/2018 | 01970 | 161 miles |

Source
DEALER WEB LISTING - CARS.COM
CARFIVE
296 HIGHLAND AVE
SALEM MA 01970
978-306-7109

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$445.00 |
| Mileage | 113,343 | 132,000 | $367.81 |
| Equipment | | | |
|    LIP SPOILER | Yes | No | $58.76 |
|    REAR SIDE AIRBAGS | Yes | No | $62.52 |
| | | Total Adjustments: | $44.09 |
| | | **Adjusted Price:** | **$5,544.09** |

Mitchell WorkCenter Total Loss    86-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 5

| 3 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2 TURBO GAS A2WD | | | List Price: $6,995.00 |
|---|---|---|---|---|
| **VIN** | **Stock No** | **Listing Date** | **ZIP/Postal Code** | **Distance from Loss Vehicle** |
| ▮▮▮▮▮▮▮▮▮▮2968 | 02863 | 11/13/2018 | 02190 | 180 miles |

**Source**

DEALER WEB LISTING - CARS.COM
777 AUTO LLC
1076 MAIN ST
WEYMOUTH MA 02190
781-340-0877

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$566.00 |
| Mileage | 113,343 | 47,314 | -$1,314.02 |
| Equipment | | | |
|     LIP SPOILER | Yes | No | $74.74 |
|     REAR SIDE AIRBAGS | Yes | No | $79.51 |
| | | Total Adjustments: | -$1,725.77 |
| | | **Adjusted Price:** | **$5,269.23** |

| 4 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2 TURBO GAS A2WD | | | List Price: $5,995.00 |
|---|---|---|---|---|
| **VIN** | **Stock No** | **Listing Date** | **ZIP/Postal Code** | **Distance from Loss Vehicle** |
| WVWJK73C99P049831 | NAVIGATION MINT | 12/09/2018 | 02382 | 185 miles |

**Source**

DEALER WEB LISTING - AUTOTRADER.COM
AUTO SALES EXPRESS
960 TEMPLE ST
WHITMAN MA 02382
508-507-9227

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$485.00 |
| Mileage | 113,343 | 109,695 | -$78.39 |
| Equipment | | | |
|     LIP SPOILER | Yes | No | $64.05 |
| | | Total Adjustments: | -$499.34 |
| | | **Adjusted Price:** | **$5,495.66** |

**Comparable Vehicle Option Details:**

REAR SIDE AIRBAGS

| 5 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2 TURBO GAS A2WD | | | List Price: | $6,995.00 |
|---|---|---|---|---|---|

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| WVWJK73C29P018064 | 64k LOW MILES | 01/19/2019 | 02382 | 185 miles |

Source

DEALER WEB LISTING - AUTOTRADER.COM
AUTO SALES EXPRESS
960 TEMPLE ST
WHITMAN MA 02382
508-507-9227

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$566.00 |
| Mileage | 113,343 | 64,180 | -$1,061.02 |
| Equipment | | | |
|    LIP SPOILER | Yes | No | $74.74 |
| | | Total Adjustments: | -$1,552.28 |
| | | **Adjusted Price:** | **$5,442.72** |

Comparable Vehicle Option Details:

REAR SIDE AIRBAGS

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2009 Volkswagen Passat Komfort | 4 Door Sedan 2.0L 4 Cyl Gas Turbocharged  FWD | $28,300.00 |

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was designed and built in conjunction with J.D. Powers, experts in data analysis and vehicle pricing and a highly trusted name among consumers. With years of experience in vehicle pricing, J.D Power is a credible, third-party expert whose name provides consumer recognition and confidence. WCTL provides a consistent methodology across all vehicles and it includes valid comparable vehicles that most closely resemble the totaled vehicle and are similar to the vehicles a consumer would find in their own research.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

**Step 1 - Locate Comparable Vehicles**

Locate vehicles that are the closest match to the loss vehicle in the same market area. WorkCenter Total Loss utilizes consumer-based vehicle sources along with inventory directly from Dealerships. When available WCTL also provides sold vehicle records from sources such as J.D. Powers.

**Step 2 - Adjust Comparable Vehicles**

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).

- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.

- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

**Step 3 - Calculate Base Vehicle Value**

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

**Step 4 - Calculate Loss Vehicle Adjustments**

There are four types of loss vehicle adjustments:

- Condition Adjustment:

  Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

  Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

  Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

  Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

**Step 5 - Calculate the Market Value**

The Market Value is calculated by applying the loss vehicle adjustments to the base value.