EXHIBIT _____ 5
WIT: _____
DATE: 1/22/24
Pamela Carle, RPR, CRR

## ELLEN S. BEST, ATTORNEY AT LAW

36 MAIN STREET
P.O. BOX 386 • BLUE HILL ME 04614
TELEPHONE: 207-374-2573 • Fax: 207-374-5163

Ellen S. Best
ebest@ellenbestlaw.com

John Z. Steed
jsteed@ellenbestlaw.com

March 15, 2022

Received By A.M.

Progressive Corporation
6300 Wilson Mills Road
Mayfield Village, OH 44143

MAR 2 2 2022

RE: Matthew Thurston - Claim #22-5056549-01

CORP. CLAIMS MAIL

Dear Sir or Madam:

I am writing on behalf of my client, Matthew Thurston, to inform you that I represent him and to offer to settle potential claims under the Maine Unfair Trade Practices Act and for violation of the Unfair Settlement Practices section of the Maine Insurance Code (24-A M.R.S. § 2436-A).

Matthew is your insured, and you are obligated to pay him for the total loss on his Volvo XC70. I do not believe that is in dispute. The fair market value of that vehicle is $17,250.00, as outlined in Matthew's well-reasoned email to Kyle Mayer (copied here) dated February 21, 2022, at 3:37 p.m., enclosed, with its attachments, as Exhibit A. However, you have only offered to pay him $12,428.37—significantly less than Matthew's well-reasoned number. Because of this, he has been forced to hire counsel at a non-refundable cost of $2,500. I believe your actions in this case constitute unfair or deceptive trade practices as defined by the Unfair Trade Practices Act because you have a duty to pay him the fair market value of his vehicle but have chosen, instead, to offer significantly less than the fair market value he is entitled to receive. This has caused him financial harm in that he has had to hire an attorney and that he has been denied use of the money to which he is entitled and the use of his vehicle, something to which he is also entitled.

I can offer to settle claims under the Maine Unfair Trade Practices Act for payment of $21,750.00, which is the fair market value of the vehicle plus the $2,500.00 in legal fees he had to pay to get help with the problem, plus $2,000.00 for loss of use of a vehicle for two months.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

Progressive Corporation
March 15, 2022
Page 2


     I believe, for the same reasons as outlined above, that you have also violated 24-A M.R.S. § 2436-A by refusing to pay the reasonable value of the vehicle and can offer to settle both claims for the same payment of $21,750.00.


                Respectfully,

                John Z. Steed


JZS:mf
Enclosure

cc: Kyle Mayer

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

3/16/22, 2:47 PM                                Ellen Best Law Mail - Re: [EXTERNAL] Re: Vehicle Storage

 **Gmail**                                                      John Steed <jsteed@ellenbestlaw.com>

---

# Re: [EXTERNAL] Re: Vehicle Storage
6 messages

---

**Matthew Thurston** ████████████████                           Tue, Feb 22, 2022 at 10:43 AM
To: Kyle Mayer <Kyle_Mayer@progressive.com>
Cc: ████████████████████████████, Nicholas Kimball
<NICHOLAS_KIMBALL@progressive.com>, JSteed@ellenbestlaw.com

Kyle,

You are welcome to move the vehicle wherever you would like at your expense. If you would like to leave it on our property, use the below address. If you would prefer to have it moved to a salvage yard, that is fine too.

   402 Varnumville Rd, Brooksville ME, 04617

In regards to valuation, we will be in touch once we have had a chance to consult with our attorney, as I have provided documented evidence to why your valuation does not reflect the ACV of the vehicle.

Best
  Matt

On Feb 22, 2022, at 8:23 AM, Kyle Mayer <Kyle_Mayer@progressive.com> wrote:

Hello Matt,

Regarding moving your vehicle, I would just like to have it moved out of the shop location and to your property of that of your parents. I'd like to do this as a courtesy to the shop so that they can free up some space.

Regarding the valuation, we don't actually use KBB values to evaluate the vehicle. If you wish to provide documented information supporting the increase in value to the car, please provide dealer comparisons outlined on page 7 (Dealer listings, Same model and year, with VIN# included in the listing, mileage).

Thank you,

Kyle Mayer

Claims Generalist
40 Commerce Court
Newington, CT 06111
Phone: 860-616-6796
Fax: 833-905-1750
Kyle_mayer@progressive.com
Office Hours: Monday-Friday, 8am-5pm



Confidentiality Notice: This e-mail, including any attachments, may contain confidential and privileged information for the sole and exclusive use of the intended recipient (s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000128

recipient (or authorized to receive information for the recipient), please contact the sender by reply e-mail and delete all copies of this message. All correspondence (including any e-mail) we receive from you may become part of your permanent claims file. If you request a reply to this e-mail, we may respond by e-mail or by phone.


**From:** Matthew Thurston ▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Monday, February 21, 2022 3:37 PM
**To:** Kyle Mayer <Kyle_Mayer@progressive.com>
**Subject:** [EXTERNAL] Re: Vehicle Storage

Hi Kyle,
Claim # 22-5056549-01

    Since I have been unable to connect with you via phone today, I am sending this email instead. In regards to the letter you emailed concerning the storage of the vehicle, you are welcome to move the vehicle wherever you would like to mitigate the storage fees. I do not believe we discussed that on Thursday 2/17 as you did not remember where the vehicle currently was located.

    In regards to the settlement offer for the vehicle,

The settlement offer presented by Progressive seems to be far outside of the range of any other determination of value for the vehicle.


The three vehicles presented as comparable all have significantly higher mileage than my vehicle, and the appraisal relies heavily on adjusting the vehicles value based on mileage. For that adjustment the number which is used is between 3.4 and 3.8 cents/mile. There is no explanation why this number was chosen.   I compared the comparison vehicles to each other. I adjusted those vehicles values, based off of the adjustment values stated in the appraisal. I then determined how their mileage effected their list price. All of the vehicles list prices varied compared to the others at a rate of **10.22- 10.46 cents/mile.**

 **If the average of these was used, it would give an adjusted vehicle value of my vehicle at $16,542.56. (See attached) This is WITHOUT changing your vehicle configuration adjustments.**


Furthermore, the appraisal adjusts the value of the vehicle based off of trim level, but it does not describe what differences in actual features exist. My vehicle has added options which brought its MSRP above 37,000, about equal to a premium plus model.


The comparison vehicles are also assumed to be in perfect condition, but there seems to be no way to verify this, as the listings are no longer available to the public. It seems unlikely that these vehicles are all in perfect condition. If you have these listing to share, I would appreciate seeing them.


In addition to this, Kelley Blue Book states the private party value for each of these vehicles below the price they were listed at. But for some reason the settlement claims my vehicle is worth nearly $5000 less than the private party blue book value. It seems unlikely that Kelley Blue Book would be able to do

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000129

a good job predicting that value of these comparison vehicles but it would be so wildly far off in predicting the value of my vehicle.  (See Attached)

**Blue Book Value of my vehicle 17641**

I also was in contact with a local (Baton Rouge) car dealer. He informed me that if he had my vehicle on his lot, he would put a list price on the vehicle of $17,900 and that $16,500 would be the low end of offers that he would consider. He based this valuation on the Route One valuation of the vehicle that came in at $15050, without all options selected. He explained this valuation was always less than any a dealer will sell a vehicle for.  (See attached)

**Dealer Valuation of my Vehicle $17250**

**We find no evidence that supports a vehicle value below $16,500, and that a fair market value is $17,250.**

Looking forward to hearing from you.

Best
 Matt Thurston
 <image001.png>

On Feb 21, 2022, at 10:38 AM, Kyle Mayer <Kyle_Mayer@progressive.com> wrote:

Hello Matt,

Please see the attached letter regarding your vehicle.

Thank you,

Kyle Mayer

Claims Generalist
40 Commerce Court
Newington, CT 06111
Phone: 860-616-6796
Fax: 833-905-1750
Kyle_mayer@progressive.com
Office Hours: Monday-Friday. 8am-5pm

Confidentiality Notice: This e-mail, including any attachments, may contain confidential and privileged information for the sole and exclusive use of the intended recipient (s). Any review, use, distribution or disclosure by others is strictly

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000130

3/16/22, 2:47 PM                      Ellen Best Law Mail - Re: [EXTERNAL] Re: Vehicle Storage

prohibited. If you are not the intended recipient (or authorized to receive
information for the recipient), please contact the sender by reply e-mail and delete
all copies of this message. All correspondence (including any e-mail) we receive
from you may become part of your permanent claims file. If you request a reply to
this e-mail, we may respond by e-mail or by phone.

<22-5056549_2-21-2022_Total Loss_Free-form.pdf>

---

**Kyle Mayer** <Kyle_Mayer@progressive.com>                    Tue, Feb 22, 2022 at 10:45 AM
To: Matthew Thurston
Cc: ████████████████████████████████████████ >, Nicholas Kimball
<NICHOLAS_KIMBALL@progressive.com>, "JSteed@ellenbestlaw.com" <JSteed@ellenbestlaw.com>

Ok, it sounds like you will not be keeping the vehicle, is that correct? Your mother or father may need to call the shop and
provide verbal release. I will check with them.

[Quoted text hidden]

---

**Scott Thurston** ████████████                               Tue, Feb 22, 2022 at 11:14 AM
To: Kyle Mayer <Kyle_Mayer@progressive.com>
Cc: Matthew Thurston <████████████ >, Nicholas Kimball <NICHOLAS_KIMBALL@progressive.com>,
JSteed@ellenbestlaw.com

Hello Kyle,
You have my permission to move the car.
And notice that in our valuation of the car we didn't rely solely on KBB, we used YOUR comparables and your VINs to
understand the mileage adjustments and then apply them to our car.
Your offer is a wholesale number which does not approach replacement value.
S

Scott Thurston MD
225 938 7178

> On Feb 22, 2022, at 7:45 AM, Kyle Mayer <Kyle_Mayer@progressive.com> wrote:

[Quoted text hidden]

---

**Kyle Mayer** <Kyle_Mayer@progressive.com>                    Fri, Feb 25, 2022 at 12:36 PM
To: Scott Thurston ████████████████████████
Cc: Matthew Thurston ████████████         Nicholas Kimball <NICHOLAS_KIMBALL@progressive.com>,
"JSteed@ellenbestlaw.com" <JSteed@ellenbestlaw.com>

Hi Scott,

Have you spoken with anyone else at Progressive about the valuation? Did you end up hiring an independent appraiser?

[Quoted text hidden]

41Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Matthew Thurston** ▮▮▮▮▮▮▮▮                                      Fri, Feb 25, 2022 at 1:49 PM
To: JSteed@ellenbestlaw.com, Kyle Mayer <Kyle_Mayer@progressive.com>, Nicholas Kimball
<NICHOLAS_KIMBALL@progressive.com>, Scott Thurston ▮▮▮▮▮▮▮▮▮▮▮

Kyle,

My attorney will be in touch with progressive. Thank you for your time.

Matt
[Quoted text hidden]

--

## Matt Thurston

**Sales Agent**
*The Christopher Group, LLC*
Coastal Maine Real Estate

▮▮▮▮▮▮▮

---

**Kyle Mayer** <Kyle_Mayer@progressive.com>                      Fri, Feb 25, 2022 at 2:18 PM
To: Matthew Thurston ▮▮▮▮▮▮▮▮▮, "JSteed@ellenbestlaw.com" <JSteed@ellenbestlaw.com>, Nicholas
Kimball <NICHOLAS_KIMBALL@progressive.com>, Scott Thurston ▮▮▮▮▮▮▮▮▮▮

Alright, thank you for the update.

[Quoted text hidden]

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000132

# Vehicle Valuation Report

Prepared For **Progressive Group of Insurance Companies**  (800) 321-9843

**mitchell**

## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| 22-5056549-01 | | **UNKNOWN** | SCOTT THURSTON 2304 FAIRWAY DR BATON ROUGE, LA 70809 |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 01/21/2022 | 01/25/2022 | 02/17/2022 | 1014377008 | 4 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2012 | Volvo | XC70 4 Door Wagon 3.2L 6 Cyl Gas A FWD | LA 70809 | 55,374 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| Twilight Bronze Metallic | WDD885, Maine | YV4952BL2C1140915 | No |

## Valuation Summary

### Loss Vehicle Adjustments
Adjustments specific to your vehicle

| | |
|---|---|
| Base Value = | $13,231.80 |
| Condition - | $462.43 |
| Prior Damage | $0.00 |
| Aftermarket Parts + | $55.00 |
| Refurbishment | $0.00 |
| Market Value = | $12,824.37 |

# Settlement Value:
# $12,824.37

### Settlement Adjustments
Adjustments specific to your policy

| | |
|---|---|
| Settlement Value = | $12,824.37 |

**J.D. POWER**

Mitchell **WorkCenter**™
Total Loss
© 2018 Mitchell International, Inc. All Rights Reserved

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

# Loss Vehicle Detail

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

## Standard Equipment

### Exterior

| | |
|---|---|
| 16" "CECINO" alloy wheels | Aluminum roof rails w/"XC" logo |
| Body-side protective lower cladding | Front fog lights |
| P215/65R16 all-season tires | Pwr heated mirrors w/memory, puddle lights, integrated turn signals |
| Rear fog light w/auto-off | Rear wiper/washer -inc: automatic function in reverse when front wipers on |
| Safe approach & home safe security lighting | Variable intermittent wipers |
| Volvo Sensus w/integrated 7" color display | |

### Interior

| | |
|---|---|
| "XC" door stitching | "XC" front/rear/cargo textile floor mats |
| 40/20/40 flat-folding rear bench -inc: (3) manual-fold rear head restraints | AM/FM stereo w/CD/MP3/WMA player -inc: HD Radio, 160-watt amp, (8) speakers, USB input, iPod connection |
| Auto-dimming rearview mirror | Bluetooth |
| Central pwr door locks, fuel filler | Cross avenue aluminum inlays |
| Cruise control | Dual illuminated visor vanity mirrors |
| Dual-zone electronic climate control (ECC) w/rear seat vents | Flat-folding front passenger seat |
| Front center armrest | Front door storage pockets |
| Front reclining bucket seats w/adjustable head restraints | Front/rear reading lamps |
| Ignition immobilizer | Illuminated lockable glove box |
| Intelligent driver info system (IDIS) | Interior cabin light delay feature |
| Leather shift knob -inc: aluminum inlay | Leather-wrapped steering wheel w/illuminated cruise & audio controls -inc: aluminum inlay |
| Lockable underfloor storage in cargo area | Outside temp gauge |
| Pollen filter | Pwr driver seat w/adjustable lumbar, 3-position memory |
| Pwr windows -inc: front auto-up/down, anti-trap feature | Rear window defroster w/timer |
| Remote keyless entry | Security alarm system |
| SIRIUS satellite radio w/6-month subscription | T-Tec cloth seating surfaces w/"XC" stitching |
| Tilt/telescopic steering column | Trip computer |

### Mechanical

| | |
|---|---|
| Front wheel drive | Front/rear skid plates |
| Front/rear stabilizer bars | MacPherson strut front suspension |
| Multi-link independent rear suspension | Pwr 4-wheel disc brakes |
| Pwr parking brake w/auto release | Pwr rack & pinion steering |

### Safety

① Mitchell WorkCenter
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 2

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

| | |
|---|---|
| 3-point seat belts -inc: pretensioners, front height adjustable anchors | 4-wheel anti-lock braking system (ABS) -inc: electronic brake distribution (EBD), hydraulic brake assist (HBA), ready alert brakes (RAB), fading brake support (FBS) |
| Anti-submarine seats | Child safety rear door locks |
| Collapsible steering column | Daytime running lights |
| Driver/front passenger dual stage airbags -inc: front passenger cutoff switch | Driver/front passenger whiplash protection seating system (WHIPS) |
| Dynamic stability & traction control (DSTC) | ISOFIX child seat attachments -inc: top tether anchors |
| Rear window deactivation | Side impact protection system (SIPS) -inc: driver/front passenger side-impact airbags, front/rear side inflatable curtains (IC) |
| Tire pressure monitoring system | |

# Loss Vehicle Base Value

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

## Regional Comparable Vehicle Information

Search Radius used for this valuation: 350 miles from loss vehicle zip/postal code.

Typical Mileage for this vehicle: 113,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 125,000 | 77015 | 249 miles | $11,569.00 List Price | $11,764.92 |
| 2 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 82,089 | 36117 | 322 miles | $15,991.00 List Price | $14,712.02 |
| 3 | 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2NORMAL GAS A 2WD | 105,350 | 35244 | 323 miles | $12,700.00 List Price | $13,218.45 |

**Base Value:** **$13,231.80**

# Loss Vehicle Adjustments

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

## Condition Adjustments

Condition Adjustment:  -$462.43          Overall Condition:  2.65-Good          Typical Vehicle Condition:  3.00

| Category | Condition | Condition $ | Comments |
|---|---|---|---|
| **Interior** | | | |
| DASH/CONSOLE | 3 Good | $0.00 | |
| HEADLINER | 2 Fair | -$23.12 | some stains |
| CARPET | 3 Good | $0.00 | |
| GLASS | 3 Good | $0.00 | |
| DOORS/INTERIOR PANELS | 2 Fair | -$46.24 | greater then 3 gouges |
| SEATS | 3 Good | $0.00 | |
| **Exterior** | | | |
| TRIM | 3 Good | $0.00 | |
| BODY | 2 Fair | -$277.46 | crease in right rear door |
| PAINT | 2 Fair | -$115.61 | numerous small scratches |
| VINYL/CONVERTIBLE TOP | Typical | $0.00 | |
| **Mechanical** | | | |
| ENGINE | 3 Good | $0.00 | |
| TRANSMISSION | 3 Good | $0.00 | |
| Tire | 3 Good | $0.00 | |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

## After Market Parts and OEM Equipment Adjustments

| Category | Description | Adjustment Type | Purchase Date | Amount Paid | Adjustment Amount |
|---|---|---|---|---|---|
| INTERIOR | FLOOR MATS (ALL-WEATHER) - 2 ROWS | INSTANT QUOTE | | | $55.00 |

# Regional Comparable Vehicles

Loss vehicle:  2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000136

## 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $11,569.00**

| VIN | Stock No. | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| YV4952BLXC1143836 | MBEdeG1A | 10/05/2021 | 77015 | 249 miles |

Source

DEALER WEB LISTING - AUTOTRADER.COM

PRIVATE OWNER VIA TRED.COM

APPOINTMENT ONLY

HOUSTON TX 77015

206-471-6212

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$398.00 |
| Vehicle Configuration Adjustment | | | -$1,264.41 |
| Mileage | 55,374 | 125,000 | $2,364.71 |
| Equipment | | | |
| CLIMATE PKG | No | Yes | -$295.92 |
| BLIND SPOT INFORMATION SYSTEM (BLIS) | No | Yes | -$210.46 |

| | |
|---|---|
| Total Adjustments: | $195.92 |
| **Adjusted Price:** | **$11,764.92** |

Comparable Vehicle Package Details

**CLIMATE PKG**

Comparable Vehicle Option Details

**BLIND SPOT INFORMATION SYSTEM (BLIS)**

## 2 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $15,991.00**

| VIN | Stock No. | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| YV4952BL1C1142834 | VV2231A | 11/03/2021 | 36117 | 322 miles |

Source

DEALER WEB LISTING - CARS.COM

JACK INGRAM MOTORS

235 EASTERN BLVD

MONTGOMERY AL 36117

334-277-5700

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$537.00 |
| Vehicle Configuration Adjustment | | | -$1,749.19 |
| Mileage | 55,374 | 82,069 | $1,007.21 |

| | |
|---|---|
| Total Adjustments: | -$1,278.98 |
| **Adjusted Price:** | **$14,712.02** |

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

## 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $12,700.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|-----|----------|--------------|-----------------|----------------------------|
| YV4952BL9C1125148 | M76456A | 02/02/2022 | 35244 | 323 miles |

Source

DEALER WEB LISTING - VAST.COM
HENDRICKSUBARU USED
2929 JOHN HAWKINS PARKWAY
HOOVER AL 35244
770-232-0099

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$427.00 |
| Vehicle Configuration Adjustment | | | -$892.27 |
| Mileage | 55,374 | 105,350 | $1,837.72 |
| | | Total Adjustments: | $518.45 |
| | | **Adjusted Price:** | **$13,218.45** |

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|-----------------------|---------------|---------------|
| 2012 Volvo XC70 | 4 Door Wagon 3.2L 6 Cyl Gas  FWD | $32,950.00 |
| 2012 VOLVO XC70 PREMIER PLUS | 4D WGN 6 3.2 NORMAL GAS A 2WD | $37,750.00 |
| 2012 VOLVO XC70 PREMIER | 4D WGN 6 3.2 NORMAL GAS A 2WD | $35,900.00 |

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was designed and built in conjunction with J.D. Powers, experts in data analysis and vehicle pricing and a highly trusted name among consumers. With years of experience in vehicle pricing, J.D Power is a credible, third-party expert whose name provides consumer recognition and confidence. WCTL provides a consistent methodology across all vehicles and it includes valid comparable vehicles that most closely resemble the totaled vehicle and are similar to the vehicles a consumer would find in their own research.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

**Step 1 - Locate Comparable Vehicles**

Locate vehicles that are the closest match to the loss vehicle in the same market area. WorkCenter Total Loss utilizes consumer-based vehicle sources along with inventory directly from Dealerships. When available WCTL also provides sold vehicle records from sources such as J.D. Powers.

**Step 2 - Adjust Comparable Vehicles**

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).
- Vehicle Configuration Adjustment- an adjustment for differences in configuration between the comparable vehicle and the loss vehicle (e.g. differences in trim).
- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.
- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

**Step 3 - Calculate Base Vehicle Value**

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

**Step 4 - Calculate Loss Vehicle Adjustments**

There are four types of loss vehicle adjustments:

- Condition Adjustment:

  Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

  Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

  Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

  Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

**Step 5 - Calculate the Market Value**

The Market Value is calculated by applying the loss vehicle adjustments to the base value.

**Kelley Blue Book**
THE TRUSTED RESOURCE

## 2012 Volvo XC70
## Pricing Report
**Style**: 3.2 Wagon 4D
**Mileage**: 55,374
**KBB.com Consumer Rating**: 4.7/5

## Vehicle Highlights

Fuel Economy: City 19/Hwy 25/Comb 21 MPG

Engine: 6-Cyl, 3.2 Liter

Transmission: Automatic, 6-Spd Geartronic

Drivetrain: FWD

Country of Assembly: Sweden

Country of Origin: Sweden

EPA Class: Midsize Station Wagons

Max Seating: 5

Doors: 4

Body Style: Wagon

## Sell to Private Party



Private Party Range
**$16,503 - $18,778**
Private Party Value
**$17,641**

Valid for **ZIP code 70809** through **02/17/2022**

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000140

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Beige

**Wheels and Tires**
Alloy Wheels

**Entertainment and Instrumentation**
CD/MP3 (Single Disc)

AM/FM Stereo

Sirius Satellite

Bluetooth Wireless

Volvo Sensus

**Engine**
6-Cyl, 3.2 Liter

**Transmission**
Automatic, 6-Spd
Geartronic

**Drivetrain**
✓ FWD

**Braking and Traction**
ABS (4-Wheel)

Hill Descent Control

Traction Control

Stability Control

**Comfort and Convenience**
Air Conditioning

Power Windows

Power Door Locks

Cruise Control

Keyless Entry

✓ Power Liftgate Release

Alarm System

**Steering**
Power Steering

Tilt Wheel

**Seats**
Power Seat

✓ Leather

✓ Heated Seats

**Roof and Glass**
Moon Roof

**Safety and Security**
Dual Air Bags

Side Air Bags

F&R Head Curtain Air Bags

**Lighting**
Daytime Running Lights

**Exterior**
Fog Lights

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

## Tip:

**It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.**

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Good Condition** - 9% of all cars we value. This car is clean and has no major problems, but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

© 1995-2022 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2022 Kelley Blue Book Co., Inc. All rights reserved. 2/17/2022-2/17/2022 Edition for LA 70809. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

# Kelley Blue Book
THE TRUSTED RESOURCE

## 2012 Volvo XC70
## Pricing Report
**Style:** 3.2 Wagon 4D
**Mileage:** 105,350
**KBB.com Consumer Rating:** 4.7/5

## Vehicle Highlights
Fuel Economy: City 19/Hwy 25/Comb 21 MPG

Engine: 6-Cyl, 3.2 Liter

Transmission: Automatic, 6-Spd Geartronic

Drivetrain: FWD

Country of Assembly: Sweden

Country of Origin: Sweden

EPA Class: Midsize Station Wagons

Max Seating: 5

Doors: 4

Body Style: Wagon

## Sell to Private Party



Private Party Range
**$10,815 - $13,090**
Private Party Value
**$11,953**

Valid for **ZIP code 70809** through **02/17/2022**

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Beige

**Wheels and Tires**
Alloy Wheels

**Entertainment and Instrumentation**
CD/MP3 (Single Disc)

AM/FM Stereo

Sirius Satellite

Bluetooth Wireless

Volvo Sensus

**Engine**
6-Cyl, 3.2 Liter

**Transmission**
Automatic, 6-Spd

Geartronic

**Drivetrain**
✓ FWD

**Braking and Traction**
ABS (4-Wheel)

Hill Descent Control

Traction Control

Stability Control

**Comfort and Convenience**
Air Conditioning

Power Windows

Power Door Locks

Cruise Control

Keyless Entry

✓ Keyless Start

✓ Power Liftgate Release

Alarm System

**Steering**
Power Steering

Tilt Wheel

**Seats**
✓ Dual Power Seats

✓ Leather

**Roof and Glass**
Moon Roof

**Safety and Security**
Dual Air Bags

Side Air Bags

F&R Head Curtain Air Bags

✓ F&R Parking Sensors

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Lighting**
Daytime Running
Lights

**Accessory
Packages**
✓ Premier Plus Pkg

**Exterior**
Fog Lights

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

**Tip:**

**It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.**

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

© 1995-2022 Kelley Blue Book 1500.®, Inc. All rights reserved.

© 2022 Kelley Blue Book Co., Inc. All rights reserved. 2/17/2022-2/17/2022 Edition for LA 70809. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Kelley Blue Book**
THE TRUSTED RESOURCE

# 2012 Volvo XC70
# Pricing Report

**Style:** 3.2 Wagon 4D
**Mileage:** 82,089
**KBB.com Consumer Rating:** 4.7/5

## Vehicle Highlights

Fuel Economy: City 19/Hwy 25/Comb 21 MPG

Engine: 6-Cyl, 3.2 Liter

Transmission: Automatic, 6-Spd Geartronic

Drivetrain: FWD

Country of Assembly: Sweden

Country of Origin: Sweden

EPA Class: Midsize Station Wagons

Max Seating: 5

Doors: 4

Body Style: Wagon

## Sell to Private Party



Private Party Range
**$13,331 - $15,606**
Private Party Value
**$14,469**

Valid for **ZIP code 70809** through **02/17/2022**

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Beige

**Wheels and Tires**
Alloy Wheels

**Entertainment and Instrumentation**
CD/MP3 (Single Disc)

AM/FM Stereo

Sirius Satellite

Bluetooth Wireless

Volvo Sensus

**Engine**
6-Cyl, 3.2 Liter

**Transmission**
Automatic, 6-Spd

Geartronic

**Drivetrain**
✓ FWD

**Braking and Traction**
ABS (4-Wheel)

Hill Descent Control

Traction Control

Stability Control

**Comfort and Convenience**
Air Conditioning

Power Windows

Power Door Locks

Cruise Control

Keyless Entry

✓ Keyless Start

✓ Power Liftgate Release

Alarm System

**Steering**
Power Steering

Tilt Wheel

**Seats**
✓ Dual Power Seats

✓ Leather

**Roof and Glass**
Moon Roof

**Safety and Security**
Dual Air Bags

Side Air Bags

F&R Head Curtain Air Bags

✓ F&R Parking Sensors

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000152

**Lighting**
Daytime Running
Lights

**Accessory Packages**
✓ Premier Plus Pkg

**Exterior**
Fog Lights

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

## Tip:

**It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.**

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

© 1995-2022 Kelley Blue Book Co., Inc. All rights reserved.

© 2022 Kelley Blue Book Co., Inc. All rights reserved. 2/17/2022-2/17/2022 Edition for LA 70809. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Kelley Blue Book**
THE TRUSTED RESOURCE

# 2012 Volvo XC70
# Pricing Report
**Style:** 3.2 Wagon 4D
**Mileage:** 125,000
**KBB.com Consumer Rating:** 4.7/5

## Vehicle Highlights

Fuel Economy: City 19/Hwy 25/Comb 21 MPG

Engine: 6-Cyl, 3.2 Liter

Transmission: Automatic, 6-Spd Geartronic

Drivetrain: FWD

Country of Assembly: Sweden

Country of Origin: Sweden

EPA Class: Midsize Station Wagons

Max Seating: 5

Doors: 4

Body Style: Wagon

## Sell to Private Party



Private Party Range
**$9,036 - $11,311**
Private Party Value
**$10,174**

Valid for **ZIP code 70809** through **02/17/2022**

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000157

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Beige

**Wheels and Tires**
Alloy Wheels

**Entertainment and Instrumentation**
CD/MP3 (Single Disc)

AM/FM Stereo

Sirius Satellite

Bluetooth Wireless

Volvo Sensus

**Engine**
6-Cyl, 3.2 Liter

**Transmission**
Automatic, 6-Spd
Geartronic

**Drivetrain**
✓ FWD

**Braking and Traction**
ABS (4-Wheel)

Hill Descent Control

Traction Control

Stability Control

**Comfort and Convenience**
Air Conditioning

Power Windows

Power Door Locks

Cruise Control

Keyless Entry

✓ Keyless Start

✓ Power Liftgate Release

Alarm System

**Steering**
Power Steering

Tilt Wheel

**Seats**
✓ Dual Power Seats

✓ Leather

✓ Heated Seats

**Roof and Glass**
Moon Roof

**Safety and Security**
Dual Air Bags

Side Air Bags

F&R Head Curtain Air Bags

✓ F&R Parking Sensors

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000158

**Lighting**
Daytime Running
Lights

**Accessory Packages**
✓ BLIS

✓ Premier Plus Pkg

**Exterior**
Fog Lights

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

## Tip:

**It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.**

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

© 1995-2022 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2022 Kelley Blue Book Co., Inc. All rights reserved. 2/17/2022-2/17/2022 Edition for LA 70809. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

|  | | List |
|---|---|---|
| 1 | YV4952BLXC1143836 | 11,569.00 |
| 2 | YV4952BL1C1142834 | 15,991.00 |
| 3 | YV4952BL9C1125148 | 12,700.00 |

| | Difference in List Price |
|---|---|
| 1 Vs 2 | 4,443.60 |
| 1 Vs 3 | 2,009.52 |
| 2 Vs 3 | 2,434.08 |

| Subject Vehicle Milage | |
|---|---|
| | 55374 |

Subject vs
1
2
3

| Quoted Adjusted Value | | |
|---|---|---|
| 1 | 11,764.92 | 2364.71 |
| 2 | 14,712.02 | 1,007.21 |
| 3 | 13,218.45 | 1,837.72 |

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

| Value of Options | Miles | Adjusted Value |
|---|---|---|
| 1770.79 | 125000 | 9,798.21 |
| 1749.19 | 82,089 | 14,241.81 |
| 892.27 | 105,350 | 11,807.73 |

Difference in Miles

42,911

19,650

23,261

69626
26,715
49,976

| | Corrected Adjusted Value |
|---|---|
| 7205.400274 | 16,605.61 |
| 2764.660735 | 16,469.47 |
| 5171.876657 | 16,552.61 |

16542.56256

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

Dollars/ Mile

0.1035538673

0.1022656489

0.1046421048

0.103487207

Offered Dollar

| | |
|---|---|
| 7205.400274 | 0.0339630310 |
| 2764.660735 | 0.0377020400 |
| 5171.876657 | 0.0367720505 |

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

3/16/22, 2:45 PM                                                    Route One Valuation.png

RouteOne

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000166