Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

## Claim Notes for 22-5056549



**PLAINTIFF'S EXHIBIT**

tabbies

**11**

**Claims Processor**
X014776 **01/25/2022 02:57 PM EST**
ACCIDENT INFORMATION:
REPORTING APPLICATION: CONTINGENCY
WHERE DID IT HAPPEN? SEDGWICK MAINE
IN WHAT STATE OR PROVINCE? ME
WHEN DID IT HAPPEN? 01/21/2022 - 01:00 PM ET
IS THE DAMAGE ONLY TO WINDSHIELD OR WINDOW GLASS? NO
WAS SOMEONE DRIVING OR WAS THE VEHICLE PARKED? DRIVING
WHO WAS DRIVING?  MATTHEW   THURSTON
WHAT DESCRIPTION BEST MATCHES THE INCIDENT? COLLISION WITH ANOTHER OBJECT
DID ANY OF THESE HAPPEN TO YOUR VEHICLE? AIRBAGS DEPLOYED, ONE OR MORE WHEELS
DAMAGED, ONE OR MORE DOORS DO NOT OPEN PROPERLY
WAS ANYONE INJURED? NO
DTE SCORE: 60
DTE RESULT: PROBABLE TOTAL LOSS

**Claims Processor**
X014776 **01/25/2022 02:57 PM EST**
ADDITIONAL INFORMATION:
WAS THERE ANY OTHER PROPERTY DAMAGE: NO
- WHAT POLICE REPORT AGENCY CAME OUT:
HANCOCK COUNTY PD
- PD REPORT NUMBER: 2200292
- WITNESS INFORMATION: NO
CLAIMANT/S
- CLAIMANT NAME: JENNIFER MURPHY
- CLAIMANT ADDRESS:  UNKNOWN
-
CLAIMANT PHONE #:
- CLAIMANT VEHICLE: UNKNOWN PLATE # MAINE 1438YX
-
CLAIMANT CARRIER:  GEICO
- CLAIMANT POLICY #: 6090-06-73-61
- CLAIMANT CLAIM
#:
INSURED SWERVED TO AVOID ANOTHER VEHICLE AND HIT A TREE. CLAIMANT WAS
LSITED AS AT FAULT FOR ACCIDENT ON POLICE REPORT I HAVE PICTURES AND/OR
DOCUMENTS TO SHARE.

**Claims Processor**
X014776 **01/25/2022 02:57 PM EST**
CLRU CLAIM NOT QUALIFIED FOR CCU HANDLING:VEHICLE MAY BE A TOTAL LOSS

**Claims Processor**
X014776 **01/25/2022 02:57 PM EST**
INTERNET XFERRED TO CARS RECOMMENDED ORG 30277 AT 02:57:11 PM ET. ZIPCODE
04627 ENTERED FOR INSURED PARTY MATTHEW THURSTON.

**Claims Processor**
INTERNET **01/25/2022 02:57 PM EST**
-->REPT BY: MATHEW THURSTON INSURED DRIVER (207) 266-8312 CELLULAR.
-->FOL: ACCIDENT | SINGLE VEHICLE | IV STRUCK OBJECT
-->VEH INFO: 12 VOLVO XE70

PGR_THURSTON_0000101

**Claim #:** 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

- VEHICLE TYPE: PASSENGER AUTO.
- VEHICLE DRIVEABLE: YES.
- AIRBAGS DEPLOYED: YES.
-->INJ INFO: NONE REPORTED.

**Claims Processor**
X014776 **01/25/2022 02:57 PM EST**
CALLBACK EXPECTATIONS: WITHIN 2 BUSINESS DAYS
PREFERRED CONTACT INFO:

**File Intervention**
Emily Brown (A116741) **01/25/2022 02:59 PM EST**
ASSIGNED CLAIM TO A155666

**Damages**
Kyle Mayer (A155666) **01/25/2022 03:44 PM EST**
NEW VEHICLE ADDED TO CLAIM: 35 UNKNOWN UNKNOWN

**Contact Information**
Kyle Mayer (A155666) **01/25/2022 03:45 PM EST**
NEW PARTY ADDED TO CLAIM: JENNIFER MURPHY

**Contact Information**
Kyle Mayer (A155666) **01/25/2022 03:45 PM EST**
ADDED OTHER INSURANCE GEICO TO PARTY: JENNIFER MURPHY

**Coverage**
Kyle Mayer (A155666) **01/25/2022 04:12 PM EST**
RESOLVED COVERAGE ISSUE: * ANOTHER LOSS EXISTS FOR THIS POLICY
REV CLAIM 19-5651995. COMP, GLASS ONLY, DIFF LOSS VEH. CWP. NO TREND. OK TO
CLEAR.

**Contact Information**
Kyle Mayer (A155666) **01/25/2022 04:16 PM EST**
***POLICE REPORT REQUEST***
POLICE DEPARTMENT: HANCOCK COUNTY, ME
REPORT #: 2200292
TYPE OF REPORT IF OTHER THAN ACCIDENT (EXAMPLE:FIRE, THEFT):
LOSS LOCATION: SEDGWICK, ME
**PLATE # NEEDED FOR MA STATE POLICE REPORT REQUESTS**

**Contact Information**
Kyle Mayer (A155666) **01/25/2022 04:18 PM EST**
PRE-CALL BACK / FILE REVIEW
*************************************
POLICY STATE (ADD MANUAL CVQ FOR OUT OF STATE CLAIMS): ME
PD LIMITS / POTENTIAL LIMITS CASE & CVQ NEEDED?: 100K
COVERAGE ISSUES:
  ADD CVQ REMINDER TO R/O UM/UIM/BI: Y
  POLICY REVIEW (LOSS HX AND CARS VS DRIVERS): 1 LOSS, 3:2
  POLICY CHANGE REVIEW (LIST ANY CHANGES IN LAST 60 DAYS): RENEW
LOSS W/IN 30 DAYS OF INCEPT? (ADD MANUAL NEW CLAIMER CVQ IF YES):  N
FEATURE RECOGNITION: COLL, PD
POSSIBLE T/L?: Y
BEST MOI / NW OPTION: SALVAGE

**Contact Information**

Page [PAGE] cf [NUMPAGES]

PGR_THURSTON_0000102

Claim #: 22-5056549 / Insured: THURSTON, MATTHEW / DOL: 01/21/2022

Kyle Mayer (A155666) **01/25/2022 04:22 PM EST**
OBC TO NOD. UNABLE TO LM, VM NOT SETUP
OBT TO NOD
OBE TO NOD
HI MATTHEW, I'VE BEEN TRYING TO REACH YOU ABOUT YOUR CLAIM. PLEASE CALL ME @
860-616-6796. THANKS!

**Contact Information**
Kyle Mayer (A155666) **01/25/2022 04:34 PM EST**
*CONTACT MATRIX*
PARTY SEARCHING FOR: MATTHEW THURSTON
BINOCULARS: NR
ISO: NR FOR NI OR WIFE CATHERINE WENTWORTH
ACCURINT: NR FOR NI OR WIFE
TOW CO: NA
POLICE:NA
GOOGLE:NA
CC: PEND
AGENT: PEND
LTR/TEXT/EMAIL?: SENT LTTR/TXT/EMAIL

**Content Submission**
Kyle Mayer (A155666) **01/25/2022 04:36 PM EST**
CONTENT SUBMISSION INVITATION SENT
METHOD: EMAIL
EMAIL: █████████████████████
SENT TO: MATTHEW THURSTON
ASSOCIATED PROPERTY: 12 VOLVO XE70
FREE FORM TEXT: HELLO MATTHEW, PLEASE UPLOAD PHOTOS TO THE CLAIM FILE VIA THIS
LINK.

**Damages**
Kyle Mayer (A155666) **01/25/2022 04:42 PM EST**
INJURY UPDATED FOR MATTHEW THURSTON  LEVEL: NONE

**Contact Information**
Kyle Mayer (A155666) **01/25/2022 04:43 PM EST**
NEW PARTY ADDED TO CLAIM: CAROLINE THURSTON

**Damages**
Kyle Mayer (A155666) **01/25/2022 04:43 PM EST**
INJURY UPDATED FOR CAROLINE THURSTON  LEVEL: NONE

**Contact Information**
Kyle Mayer (A155666) **01/25/2022 04:46 PM EST**
NEW PARTY ADDED TO CLAIM: SCOTT THURSTON

**Liability**
Kyle Mayer (A155666) **01/25/2022 05:00 PM EST**
**ME - RS TEMPLATE **
PARTY: ND
WHAT I DID: RECORDED STATEMENT WITH: MATTHEW  THURSTON
SCENE (DESCRIBE & REQUEST SCENE PIX): 1/21/2022, 1:30PM. CLEAR WEATHER, LIGHT
TRAFFIC. SNOW'S COVE RD/RT15 AT ELEMENTARY SCHOOL. GOING SB ON RT15. 40-45MPH,
50PSL.
FOL: DRIVING SB, CV WAS GOING NB, FOLLOWING ANOTHER VEH CLOSELY. VEH AND THEN
CV BOTH TURNED L INTO ELEM SCHOOL. WHEN IV SAW CV CROSS LANE, HONKED HORN,

Page [PAGE] of [NUMPAGES]

PGR_THURSTON_0000103

**Claim #:** 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

SWERVED TO AVOID COLLISION, BUT CROSSED OVER DRIVEWAY AND HIT TREE. CD GOT OUT
AND APOLOGIZED, SAID SHE DIDN'T SEE IV, BOTH WAITED FOR POLICE TO ARRIVE.
HANCOCK CO POLICE RESPONDED. THERE WERE WITNESSES BUT POLICE DID NOT GET
STMNTS OR CTC INFO AFTER CD ADMITTED FAULT. NO PHOTOS OR VIDEOS AT SCENE, BUT
PHOTOS LATER. UNSURE IF CD GOT TICKET, ND DID NOT. ND BELIEVES CD.
POI - IV: DRIVER SIDE FRONT
POI - CV: NONE
INJURIES - R/O ALL PARTIES (CONF # OF PEOPLE IN VEHS): NO APPARENT INJ. UNSURE
IF MORE THAN 1 PERSON IN CV. 2 PPL IN IV.
ANALYSIS OF DUTIES: CD MAINTAIN LOOKOUT, YROW
RVWD LIABILITY: Y
INTRODUCE / EXPLAIN POTENTIAL S/R: Y
OK TO SHARE CTC INFO W/ CC: Y
CVQ'S: BI, ULV
RVWD COVERAGES: Y
WORKING AT TOL: N
REPAIRS: MOI/MOR: CC/SALVAGE
RENTAL OFFER  N
EXPECTATIONS: CTC CC, PR REV, CD RS.
WHAT I NEED TO DO: CTC CC, PR REV, CD RS, ULV PROCESS
WHAT I NEED TO DO:

**Coverage**
Kyle Mayer (A155666) 01/25/2022 05:03 PM EST
**ULV RS**
INDEPENDENT CONF OF DOL: PENDING
WHO OWNS THE ULV?: PARENTS
*** FOR NON-OWNED:***
WHY WAS NI USING THE ULV?: WIFE'S CAR IS IN SHOP W/BROKEN FUEL PUMP. THIRD VEH
DOESN'T HAVE SNOW TIRES, FEELS INFANT DAUGHTER
DOES THE ULV HAVE INSURANCE? STATE FARM, BUT POL HAD LAPSED DAY BEFORE
ACCIDENT.
OBTAINED RENTAL/ LOANER AGREEMENT: NA, PARENT'S CAR.

**To Do**
Kyle Mayer (A155666) 01/25/2022 07:21 PM EST
1. RS CD
2. CTC CC
3. PR REV
4. CODE LIAB
5. IV MOI

**Content Submission**
SYSTEM 01/25/2022 07:26 PM EST
CONTENT SUBMISSION PACKAGE RECEIVED
INVITED PACKAGE
NUMBER OF ITEMS RECEIVED IN PACKAGE: 2
PARTY WHO SUBMITTED CONTENT:
NAME: MATTHEW THURSTON
EMAIL:
ASSOCIATED PROPERTY: 12 VOLVO XE70
ADDITIONAL COMMENTS:

**Contact Information**
Kyle Mayer (A155666) 01/26/2022 01:42 PM EST
*CONTACT MATRIX*
PARTY SEARCHING FOR: JENNIFER MURPHY

**Claim #:** 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

BINOCULARS: ⌐Redacted - PII⌐ OBC, INACTIVE. WORK #⌐Redacted - PII⌐ OBC, DOESN'T
WORK THERE ANYMORE
ISO: MULTIPLE HITS, POSSIBLE SURRY ME ADDY.
ACCURINT: ⌐Redacted - PII⌐ OBC LM, ⌐Redacted - PII⌐ OBC INACTIVE, ⌐Redacted - PII⌐ OBC,
UNABLE TO LM KEPT RINGING
TOW CO: NA
POLICE: PENDING
GOOGLE: NR
CC: OPENED CLAIM ONLINE
AGENT:NA
LTR/TEXT/EMAIL?: NA

**Contact Information**
**Kyle Mayer (A155666)** 01/26/2022 02:38 PM EST
OBC TO IO. LM RE: CB.
OBT TO IO.
HI SCOTT, I'VE BEEN TRYING TO REACH YOU ABOUT YOUR CLAIM. PLEASE CALL ME @
860-616-6796. THANKS

**Claims Processor**
**Brenda E. Bourgoin (A139254)** 01/27/2022 08:25 AM EST
***PR ORDERED***
THANK YOU FOR YOUR ORDER.
ORDER ID: 164210241
STATUS:
IN PROGRESS (WAIT)

**PD Suite**  2012 VOLVO XC70
**Kyle Mayer (A155666)** 01/27/2022 12:29 PM EST
Drop Off or Field Inspect Date: 1/28/2022
Facts of Loss: IV WENT OFF RD AND HIT A TREE
Specific Location/Description of Damage: FRONT END DRIVER SIDE
Specific Location/Description of UPD: NONE
OK to pay? (If not, set feature Level 3 CVQ): Y
Rental (Example: Rate/class/policy limits etc.): N
State Specifics: CUSTOMER CHOICE
Preferred contact person/number: MATT (207) 266-8312
Additional notes/Customer Concerns: VEHICLE OWNER IS MATT'S FATHER WHO LIVES IN LOUISIANA
If Network or Non Network: Conference call completed/Who?: Y W/KATHY
If Photo Estimate Inspection: Vehicle Year/Make/Model: NA
Vehicle/key location (if non-drive): W/VEH
Tow release/Repair Auth obtained (if non-drive): Y, VERBAL THRU SNOW TOWING
Total Loss (Title obtained, L/H info; include stock # if at DTL or tow yard): LIKELY TL

**Damages**
**Kyle Mayer (A155666)** 01/27/2022 12:35 PM EST
OBC TO UNION ST TOWING, USED BY MOODY'S. ARRANGED TOW FROM SNOW'S TO
MOODY'S ON FRIDAY 1/28.

**IntelliRisk Review**
**Heidi E. Lacross (A117157)** 02/02/2022 11:26 AM EST
* FILE REV *
- REV FOR FEATURELESS CLAIM
- DY TO FO TO ADDRESS
-
COV- ULV
- FO TO ATTACH IO VEH TO THE POLICY AND OPEN COLL FT ON THE IV

Page [PAGE] of [NUMPAGES]

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

- IV IS OWNED BY ND PARENTS - FO TO RUN MAINE BMV TO CONFIRM OWNERSHIP
- FO TO RUN CARRIER AND CONFIRM NO INSURANCE ON THE LOSS VEH WITH CC
-
LIAB-
-FO TO REV P/R ONCE REC
-
DAMAGES:
IV- FO TO CONTINUE TO MONITOR REP
-
INJ- FO TO SET CVQ AND RESOLVE/R/O INJ FOR ALL PARTIES

**Contact Information**
Kyle Mayer (A155666) **02/02/2022 04:31 PM EST**
***CARRIER DISCOVERY REQUEST***
SEARCH PARTY: N/A
SEARCH VEHICLE: IV
REASON FOR REQUEST: ULV INVESTIGATION
ACTION ALREADY TAKEN:

**Coverage**
Kyle Mayer (A155666) **02/02/2022 04:38 PM EST**
**INTELLI**
USED ACCURINT TO LOCATE VEHICLE WITH REAL-TIME REGISTRATIONS. LOCATED
POSSIBLE LOSS VEHICLE MATCHING NI'S PARENT'S NAMES AND ADDY. PLACED OBC TO
MOODY'S SHOP WHO CONFIRMED PLATE AND VIN. THE SAME VEHICLE FOUND ON ACCURINT
IS THE LOSS VEHICLE.
VEHICLE INFO:
   DESCRIPTION - 2012 VOLVO XC703.2 / 3.2 PLATINUM / 3.2 PREMIER - WAGON 4
DOOR
   VIN - YV4952BL2C1140915
   STATE OF ORIGIN - LOUISIANA
   DATA SOURCE - GOVERNMENTAL
 REGISTRANT(S) INFO:
   NAME - JOANN M THURSTON
   ADDRESS - 2304 FAIRWAY DR, BATON ROUGE, LA 70809-1305
   TAG NUMBER - WDD885
   REGISTRATION ISSUE STATE - LA
   PLATE TYPE CODE: PRV
   PLATE TYPE DESCRIPTION: PRIVATE
   LATEST REGISTRATION DATE - 03/28/2020

**Contact Information**
Kyle Mayer (A155666) **02/02/2022 04:39 PM EST**
OBC TO NI. LM RE: DATE HE ACQUIRED IV BEFORE CRASH. NEED IT FOR UW MEMO.
OBT TO NI
HI MATTHEW, CAN YOU TELL ME THE DATE YOU FIRST ACQUIRED THE VOLVO XC70 FOR
USE?

**Underwriting**
Kyle Mayer (A155666) **02/02/2022 07:49 PM EST**
A POLICY CHANGES ADD VEHICLE/TRAILER UNDERWRITING MEMO HAS BEEN CREATED

**PD Suite** N/A | 2012 VOLVO XC70
Moody's Collision Center - Bangor (swe) **02/03/2022 11:23 AM EST**
please review for total loss- thank you!

**PD Suite** 2012 VOLVO XC70

Page [PAGE] of [NUMPAGES]

PGR_THURSTON_0000106

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

**Jacob Eckert (JXE0040)** 02/03/2022 02:26 PM EST
SWE estimate review

vehicle: iv
coverage in order: no, reached out to f/h via teams
liability in order: no, first party coverage through
SWE shop: Moody's Collision Center Bangor
SWE estimator: Chantel
SWE estimator note in journal: yes, chantel thinks the iv is a t/l
reviewer notes:
- estimate is at $8850.34 (61.1%) when i take the tow bill out
- left front inner structure is damaged and the driver air bag deployed, chantel only wrote the air bag module,
no other air bag components that will needed in the replacement process
- high salvage is $3659
- sent a teams message to the f/h to reach out to the ni and get the iv moved to dtl for the valuation
- set follow up task to check on same
- set up supplement for valuation at copart tuesday of next week

**PD Suite**  2012 VOLVO XC70
**Jacob Eckert (JXE0040)** 02/03/2022 02:34 PM EST
ProQuote
All values are shown in USD Print Email
ProQuote Result ProQuote Home Page

$2,858.00
(Hide) Low $2,667.00
(Hide) High $3,659.00
Quote ID
Generated


Criteria Edit ProQuote
SellerP805 - PROGRESSIVE - ME - S.PORTLAND

Claim #

VINYV4952BL2C1140915

MakeVolvo

Body Style4dr Sport Utility

Primary DamageFront End

Secondary DamageNone

Drivability RatingDrives

Repair Cost$9,000.00

Sale Title TypeSalvage Title

KeysYes

CountryUnited States

Vehicle Type

PGR_THURSTON_0000107

Year2012

ModelXc70 3.2

Engine Size3.2L 6

Severity of DamageLight

Vehicle Location04401

ACV$11,325.00

Loss TypeCollision

Drive TrainFront-wheel Drive

Odometer

Odometer Brand

**PD Suite**  2012 VOLVO XC70
Jacob Eckert (JXE0040) **02/03/2022 02:45 PM EST**
- valuation only, estimate and salvage value done

**PD Suite**  2012 VOLVO XC70
Jacob Eckert (JXE0040) **02/03/2022 02:48 PM EST**
circle back, f/h moving iv t/l foward?

**Total Loss**
Kyle Mayer (A155666) **02/03/2022 05:15 PM EST**
**COPART ASSIGNMENT**
LOT #34589162
ASSIGNMENT DATE02/03/2022
LOCATION ASSIGNEDME - LYMAN (YARD 90)
136 KENNEBUNK POND ROAD
LYMAN ME 04002 7719
UNITED STATESTITLE PROCESSING LOCATIONCOPART AUTO AUCTIONS
PO BOX 819
ALFRED ME 04002
UNITED STATES
LOCATION ASSIGNED PHONE #(207) 249-6176TITLE PROCESSING PHONE #(207) 249-6176
FAX #(207) 499-7081
SELLERP801 - PROGRESSIVE - CT - GLASTONBURYADJUSTERKYLE MAYER
CLAIM #22-5056549SELLER REFERENCE #
VEHICLE TYPEINSPECTION
DESCRIPTION2012 VOLVO XC70 3.2VINYV4952BL2C1140915
LOSS DATE01/21/2022
INSUREDMATTHEW THURSTONOWNERSCOTT THURSTON
ESTIMATED ADVANCE CHARGES$0.00
COMMENTS

**Claims Processor**
Colleen M. Kelley (A158053) **02/04/2022 01:31 PM EST**
CARRIER DISCOVERY IN EFF

**Coverage**
Kyle Mayer (A155666) **02/04/2022 03:08 PM EST**

PGR_THURSTON_0000108

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

REV CDS RESULT. NO OTHER COVERAGE ON THE LOSS VEHICLE ON DOL. OK TO MOVE FORWARD WITH COV ONCE VEH ADDED TO POL.

**Coverage**
Kyle Mayer (A155666) **02/04/2022 03:10 PM EST**
RESOLVED COVERAGE ISSUE: VEHICLE NOT ON POLICY
ULV / RENTAL CVQS
OBTAIN RENTAL CONTRACT: NA, NI USING FATHER'S CAR
RENTER/RENTAL VEHICLE/RENTAL LOCATION:
WAS COVERAGE PURCHASED WITH THE RENTAL COMPANY?:
DETERMINE THE PURPOSE OF THE USE: WINTER DRIVING
DOCUMENT WHO IS PRIMARY FOR EACH COVERAGE: MAINE CLAIM AND POL, DRIVER IS PRIMARY. UW MEMO SENT TO ADD VEH. WILL PROCEED WITH COV.

**Claims Processor**
Ashley Goncalves (A159389) **02/04/2022 05:45 PM EST**
PR ORDERED
02/04/2022
5:44 PM
22-5056549      165185316      AUTO ACCIDENT
01/21/2022
THURSTON, MATTHEW
MURPHY, JENNIFER
A155666
IN PROGRESS (INWP)

**PD Suite**  2012 VOLVO XC70
Jacob Eckert (JXE0040) **02/07/2022 01:00 PM EST**
- valuation only, estimate and salvage value done, owner does not want to move to dtl as he may want to keep it

**Contact Information**
Kyle Mayer (A155666) **02/07/2022 01:55 PM EST**
OBC TO IO. WANTS TL VALUE BEFORE DECIDING ORS/PRS. DOES HAVE TITLE IN HAND SO MAY DO ORS AND REPAIR AT MOODY'S.
===
MESSAGED WITH MRR, HE SET UP TL INSPECT AT MOODY'S. NOTIFIED IO, HE'S OK WITH THAT.

**Liability**
Kyle Mayer (A155666) **02/07/2022 08:20 PM EST**
POLICE REPORT REVIEW
WHAT I DID:
CV DID NOT YIELD TO IV WHO WAS COMING FROM THE ONCOMING LANE. IV WAS UNABLE TO STOP TO AVOID CV AND SWERVED OFF ROAD TO THE RIGHT, AROUND CV. IV LOST CONTROL AND HIT A TREE.
ANALYSIS OF DUTIES:  COD O/B YROW, MAINTIAN LOOKOOUT
WHAT I NEED TO DO:  RS CD, CTC CC.

**Liability**
Kyle Mayer (A155666) **02/07/2022 08:22 PM EST**
LIABILITY RANGE DETERMINED
DUTIES OWED/DUTIES BREACHED: COD O/B MAINTAIN LOOKOUT, YROW
ID R/S: Y
CD R/S: N
SCENE INVESTIGATION / CAMERAS: Y
POLICE REPORT: Y

Page [PAGE] of [NUMPAGES]

PGR_THURSTON_0000109

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

VEHICLE DAMAGE REVIEW:N
VTL: Y
INJURIES: N
WITNESS: N
ADDITIONAL INFO TO SUPPORT DECISION: PR INDICATES COD AF FOR FAILING TO YROW.

**Liability**
Kyle Mayer (A155666) **02/07/2022 08:23 PM EST**
VEHICLE TRAFFIC LAW REVIEW
WHAT I DID:
§2053. RIGHT-OF-WAY
 5. VEHICLE TURNING LEFT. AN OPERATOR OF A VEHICLE WHO INTENDS TO TURN LEFT MUST
YIELD THE RIGHT-OF-WAY TO A VEHICLE APPROACHING FROM THE OPPOSITE DIRECTION WHEN THE
APPROACHING VEHICLE IS WITHIN THE INTERSECTION OR SO CLOSE AS TO CONSTITUTE AN IMMEDIATE HAZARD.
ANALYSIS OF DUTIES:  COD O/B YROW
WHAT I NEED TO DO:  SCENE INVEST

**Liability**
Kyle Mayer (A155666) **02/07/2022 08:29 PM EST**
SCENE INVESTIGATION
WHAT I DID:
CV TURNED L IN FRONT OF IV. IV SWERVED TO AVOID COLLISION, LOST CONTROL AND HIT A TREE.
ANALYSIS OF DUTIES:  CV O/B YROW
WHAT I NEED TO DO:  RS CD, FINAL LIAB

**Liability**
Kyle Mayer (A155666) **02/08/2022 10:18 AM EST**
**FINALIZED LIABILITY**
WERE INTERVIEWS OBTAINED FROM ALL MATERIAL PARTIES?  N
WERE ALL PARTIES NOTIFIED OF FINAL LIAB DECISION?  Y
LIAB DENIAL LETTER(S) SENT IF CD A/F? N
CLMNT +/OR CC INFO UPDATED, SUBRO OPENED IF CD A/F?  Y

**Coverage**
Jamie S. Sabellico (A089305) **02/08/2022 03:25 PM EST**
MANUAL CVQ ADDED: ULV

**PD Suite**  2012 VOLVO XC70
Jacob Eckert (JXE0040) **02/08/2022 04:47 PM EST**
***** wctl *****
interior
- seats, carpet dash and glass are without issues, rated them a 3, the trim panels have gouges and the headliner has some stains, rated both a 2
exterior
- crease in the right rear door, scratches in the paint, rated the body and paint a 2, the trim, engine, transmission and tires are all without issue and were rated a 3
***** packages and options *****
- work center, witch clutch and comp nine could not tell me which packages and options came with the iv by vin, no one on my team knew of a website for assistance in determining this for volvo vehicles, i was able to visually rule out or confirm everything with the exception of the technology package and the blis and keyless drive w/personal car communicator options, i called darlings volvo and gave them the entire vin, they confirmed that the iv does not have any of these 3 packages and/or options
*****

PGR_THURSTON_0000110

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

- coverage is being looked into currently by my supervisor and manager, will hold off on making any offers until this is finalized
- i also reached out to the baton rouge LA claims org manager to put me in touch with someone who can tell me what else we owe on a LA t/l (taxes, fees, ect.) waiting to hear back from same

**Contact Information**
Kyle Mayer (A155666) **02/10/2022 07:17 PM EST**
OBC TO CC. S/W RYAN. CC ACCEPTS LIAB. ADVISED THERE'S A COVERAGE ISSUE SO OUR INSURED MAY REACH OUT TO GEICO REGARDING THE VEHICLE.

**Contact Information**
Kyle Mayer (A155666) **02/11/2022 02:01 PM EST**
OBC TO ND VM CB. S/W MATT. INFORMED HIM OF CC ACCEPTING LIAB AND THAT TL INSPECT COMPLETE BUT I NEED TO SPEAK WITH SUP BEFORE DISCUSSING THE NUMBERS. HE ASKED IF VEH ISN'T DECLARED TOTAL HE COULD GET A NORMAL TITLE, AND I SAID IT'S GOING TO TOTAL NO MATTER WHAT, HIS FATHER IS WAITING FOR THE VALUATION TO DECIDE WHAT PHYSICALLY HAPPENS WITH THE VEHICLE. HE U/S. THANKED, ENDED CALL.

**Coverage**
Heidi E. Lacross (A117157) **02/11/2022 05:22 PM EST**
- REV COV
- ULV - REV WITH JXP0018 PRIOR TO MOVING FORWARD
- VEH IS NOT LISTED ON THE POLICY
- NI DOES NOT OWN THE VEH - DAD IS THE OWNER
- NO INSURANCE ON THE LOSS VEH (CONFIRMED WITH CARRIER)
- NI HAS VEH IN MAINE AND HAS BEEN IN POSSESSION OF SAME SINCE JAN
- POTENTIAL COV DENIAL DUE TO EXCLUSION AND IU HAVING POSSESSION OF THE VEH AND DRIVING ON A REGULAR BASES
- UW MEMO HAS ALREADY BEEN SENT TO HAVE VEH ADDED TO THE POLICY
- WOULD BE BOUND TO COV DUE TO SAME
-
- TEAMS MESSAGE TO FO TO MAKE AWARE.

**Damages**
Heidi E. Lacross (A117157) **02/21/2022 10:20 AM EST**
COLL OPENED ON 2012 VOLVO XC70

**Coverage**
Heidi E. Lacross (A117157) **02/21/2022 10:22 AM EST**
RESOLVED COVERAGE ISSUE: ULV
RESOLVED COVERAGE ISSUE: POLICY DATA AFFECTING AN OPEN CLAIM HAS CHANGED
ULV/ POLICY DATA- LOSS VEH ADDED TO THE POLICY
- UW MEMO SENT TO HAVE LOSS VEH ADDED TO THE POLICY - BOUND TO COV DUE TO SAME
- NO ADD IMPACTING CHANGES ON THE POLICY
- OK TO MORE FORWARD WITH COV

**IntelliRisk Review**
Heidi E. Lacross (A117157) **02/21/2022 10:25 AM EST**
* FILE REVIEW *
- REV FOR FEATURESS CLAIM
- FO OOO TODAY - DY TO FO TO ADDRESS 2/22 WHEN BACK IN THE OFFICE
-
COV-
- ATTACHED VEH THAT WAS ON THE POLICY AT TIME OF LOSS TO THE CLAIM AS SAME HAD NOT BEEN DONE
- CLEARELD LV 2 CVQ AS INVEST WAS ALREADY DONE ON SAME
-

PGR_THURSTON_0000111

LIAB- SET
-

DAMAGE
IV- OPENED CCLL FT AS SAME HAS YET TO BE DONE
TL- FO TO F/U WITH IO AND CONFIRM HOW SAME WOULD LIKE TO PROCEED- TDE-
PAYMENT
-

INJ- SET
-

**Coverage**
Heidi E. Lacross (A117157) 02/21/2022 10:25 AM EST
RESOLVED COVERAGE ISSUE: VEHICLE MAKE DOES NOT MATCH POLICY INFORMATION
VEH ADDED TC THE POLICY - INVEST ALREADY DONE- OK TO CL

**Contact Information**
Kyle Mayer (A155666) 02/21/2022 10:33 AM EST
FROM: KYLE MAYER
SENT: THURSDAY, FEBRUARY 17, 2022 4:57 PM
TO:
CC: JACOB ECKERT <JACOB_ECKERT@PROGRESSIVE.COM>
SUBJECT: VOLVO APPRAISAL
HELLO MATT,
THANK YOU FCR TAKING THE TIME TO SPEAK WITH ME TODAY. PLEASE SEE THE ATTACHED
DOCUMENT. PLEASE NOTE THAT THIS VALUE ASSUMES PROGRESSIVE RETAINS THE
VEHICLE. IF YOU CHOOSE TO RETAIN THE CAR, THE PAYOUT WILL BE REDUCED BY $
3,659.00
THANK YOU,
KYLE MAYER
CLAIMS GENERALIST
40 COMMERCE COURT
NEWINGTON, CT 06111
PHONE: 860-616-6796
FAX: 833-905-1750

**Contact Information**
Kyle Mayer (A155666) 02/21/2022 10:35 AM EST
OBC TO ND. LM RE: TL VALUE F/U & DECISION PRS/ORS

**Contact Information**
Kyle Mayer (A155666) 02/22/2022 11:45 AM EST
FROM: SCOTT THURSTON
SENT: TUESDAY, FEBRUARY 22, 2022 11:14 AM
TO: KYLE MAYER <KYLE_MAYER@PROGRESSIVE.COM>
CC: MATTHEW THURSTON                        >; NICHOLAS KIMBALL
<NICHOLAS_KIMBALL@PROGRESSIVE.COM>; JSTEED@ELLENBESTLAW.COM
SUBJECT: RE: [EXTERNAL] RE: VEHICLE STORAGE
HELLO KYLE,
YOU HAVE MY PERMISSION TO MOVE THE CAR.
AND NOTICE THAT IN OUR VALUATION OF THE CAR WE DIDN'T RELY SOLELY ON KBB, WE
USED YOUR CCMPARABLES AND YOUR VINS TO UNDERSTAND THE MILEAGE ADJUSTMENTS AND
THEN APPLY THEM TO OUR CAR.
YOUR OFFER IS A WHOLESALE NUMBER WHICH DOES NOT APPROACH REPLACEMENT VALUE.
S
SCOTT THURSTON MD
225 938 7178
ON FEB 22, 2022, AT 7:45 AM, KYLE MAYER <KYLE_MAYER@PROGRESSIVE.COM> WROTE:

Page [PAGE] of [NUMPAGES]

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

OK, IT SOUNDS LIKE YOU WILL NOT BE KEEPING THE VEHICLE, IS THAT CORRECT? YOUR
MOTHER OR FATHER MAY NEED TO CALL THE SHOP AND PROVIDE VERBAL RELEASE. I WILL
CHECK WITH THEM.
THANK YOU,
KYLE MAYER
CLAIMS GENERALIST
40 COMMERCE COURT
NEWINGTON, CT 06111
PHONE: 860-616-6796

**Contact Information**
Kyle Mayer (A155666) **02/25/2022 12:35 PM EST**
KYLE MAYER
HI MATT, HAVE YOU REACHED A DECISION ABOUT YOUR VEHICLE OR SPOKEN WITH ANYONE
ELSE FROM PROGRESSIVE ABOUT THE VALUATION? DID YOU END UP HIRING AN APPRAISER
TO EVALUATE THE CAR?
FEBRUARY 25, 2022 12:34 PM SENT

**Contact Information**
Kyle Mayer (A155666) **02/25/2022 12:37 PM EST**
FROM: KYLE MAYER
SENT: FRIDAY, FEBRUARY 25, 2022 12:37 PM
TO: SCOTT THURSTON█████████████
CC: MATTHEW THURSTON████████████████████████; NICHOLAS KIMBALL
<NICHOLAS_KIMBALL@PROGRESSIVE.COM>; JSTEED@ELLENBESTLAW.COM
SUBJECT: RE: [EXTERNAL] RE: VEHICLE STORAGE
HI SCOTT,
HAVE YOU SPOKEN WITH ANYONE ELSE AT PROGRESSIVE ABOUT THE VALUATION? DID YOU
END UP HIRING AN INDEPENDENT APPRAISER?
THANK YOU,
KYLE MAYER
CLAIMS GENERALIST
40 COMMERCE COURT
NEWINGTON, CT 06111
PHONE: 860-616-6796

**Contact Information**
Kyle Mayer (A155666) **02/25/2022 02:19 PM EST**
FROM: KYLE MAYER
SENT: FRIDAY, FEBRUARY 25, 2022 2:18 PM
TO: 'MATTHEW THURSTON'████████████████████████>; JSTEED@ELLENBESTLAW.COM>;
NICHOLAS KIMBALL <NICHOLAS_KIMBALL@PROGRESSIVE.COM>; SCOTT THURSTON
████████████████████████
SUBJECT: RE: [EXTERNAL] RE: VEHICLE STORAGE
ALRIGHT, THANK YOU FOR THE UPDATE.
THANK YOU,
KYLE MAYER
CLAIMS GENERALIST
40 COMMERCE COURT
NEWINGTON, CT 06111
PHONE: 860-616-6796
FAX: 833-905-1750
KYLE_MAYER@PROGRESSIVE.COM
OFFICE HOURS: MONDAY-FRIDAY, 8AM-5PM
FROM: MATTHEW THURSTON█████████████████████
SENT: FRIDAY, FEBRUARY 25, 2022 1:50 PM
TO: JSTEED@ELLENBESTLAW.COM; KYLE MAYER <KYLE_MAYER@PROGRESSIVE.COM>;

Page [PAGE] of [NUMPAGES]

Claim #: 22-5D56549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

NICHOLAS KIMBALL <NICHOLAS_KIMBALL@PROGRESSIVE.COM>; SCOTT THURSTON

SUBJECT: RE: [EXTERNAL] RE: VEHICLE STORAGE

KYLE,

MY ATTORNEY WILL BE IN TOUCH WITH PROGRESSIVE. THANK YOU FOR YOUR TIME.
MATT

ON FRI, FEB 25, 2022 AT 12:36 PM KYLE MAYER <KYLE_MAYER@PROGRESSIVE.COM>
WROTE:

HI SCOTT,

HAVE YOU SPOKEN WITH ANYONE ELSE AT PROGRESSIVE ABOUT THE VALUATION? DID YOU
END UP HIRING AN INDEPENDENT APPRAISER?

**IntelliRisk Review**

Heidi E. Lacross (A117157) 03/02/2022 11:01 AM EST

* FILE REVIEW *
- REV FOR TL DELAY
- DY TO FO TO ADDRESS
-
- NOD HAS INDICATED IN EMAIL THAT ATTY WILL BE HANDLING WILE MOVING FORWARD
- ATTY IS COPIED IN THE EMAIL - JSTEED@ELLENBESTLAW.COM
- FO TO SEARCH ATTY OFFICE ONLINE AND CALL TO GET AN UPDATE

**Contact Information**

Kyle Mayer (A155666) 03/02/2022 11:33 AM EST

DBC TO ATTY. S/W MARIA. ATTY NAME IS JOHN STEED AND WAS NOT AVAILABLE ATT. LM
W/MARIA W/ NAME, PHONE, AND CLIENT.

**Contact Information**

Kyle Mayer (A155666) 03/02/2022 05:02 PM EST

FROM: KYLE MAYER
SENT: WEDNESDAY, MARCH 2, 2022 5:02 PM
TO: 'JSTEED@ELLENBESTLAW.COM' <JSTEED@ELLENBESTLAW.COM>
SUBJECT: THURSTON
HELLO JOHN,
WHAT IS THE STATUS OF THINGS WITH YOUR CLIENT, MATTHEW THURSTON? PLEASE CALL
ME AT YOUR EARLIEST CONVENIENCE AT 860-616-6796.
THANK YOU,
KYLE MAYER
CLAIMS GENERALIST
40 COMMERCE COURT
NEWINGTON, CT 06111
PHONE: 860-616-6796

**Contact Information**

Kyle Mayer (A155666) 03/02/2022 07:34 PM EST

**ATTY CORRESPNDENCE**
FROM: KYLE MAYER
SENT: WEDNESDAY, MARCH 2, 2022 7:33 PM
TO: 'JOHN STEED' <JSTEED@ELLENBESTLAW.COM>
CC: HEIDI E LACROSS <HEIDI_E_LACROSS@PROGRESSIVE.COM>
SUBJECT: RE: [EXTERNAL] RE: THURSTON
JOHN,
I AM INTERESTED IN UNDERSTANDING YOUR POSITION REGARDING HOW PROGRESSIVE HAS
VIOLATED THE ACT TO WHICH YOU REFER.
UNFORTUNATELY AT THIS TIME I DO NOT HAVE THE ABILITY TO SIMPLY PAY WHAT YOU
ASK AND SETTLE ANYTHING.
THANK YOU,

Page [PAGE] of [NUMPAGES]

PGR_THURSTON_0000114

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

KYLE MAYER
CLAIMS GENERALIST
40 COMMERCE COURT
NEWINGTON, CT 06111
PHONE: 860-616-6796
FAX: 833-905-1750
KYLE_MAYER@PROGRESSIVE.COM
OFFICE HOURS: MONDAY-FRIDAY, 8AM-5PM
===
FROM: JOHN STEED <JSTEED@ELLENBESTLAW.COM>
SENT: WEDNESDAY, MARCH 2, 2022 5:08 PM
TO: KYLE MAYER <KYLE_MAYER@PROGRESSIVE.COM>
SUBJECT: [EXTERNAL] RE: THURSTON
HI KYLE,
I'LL BE FILING SUIT UNDER THE MAINE UNFAIR CLAIM SETTLEMENTS ACT. I THINK
MATTHEW DID AN EXCELLENT JOB OF VALUING THE VEHICLE AND THAT YOUR NUMBERS ARE
OFF FOR THE VALUE OF THE VEHICLE. AND THAT THE REFUSAL TO PAY HIS REASONABLE
CLAIM IS A VIOLATION OF THE ACT.  I'LL SEND A MORE FORMAL DEMAND WHEN THE
SUIT IS FILED.
IF YOU WANT TO PAY HIS MOST RECENT NUMBER PLUS THE $2500 NON-REFUNDABLE
RETAINER MATTHEW PAID ME, I COULD SETTLE ON THOSE TERMS.

**File Intervention**
Lisa M. Dawson (A116354) **03/05/2022 09:45 AM EST**
TRANSFERRED FEATURE 1 TO
A155666 - KYLE MAYER
ORG 32545 - CT PCS MILFORD TM1

**IntelliRisk Review**
Franchelyz Soto (A124647) **03/14/2022 07:14 PM EDT**
RVW'D / DAY 48
 - VALUATION DISPUTE / PRS? ORS?
 - FOLLOW UP WITH INSD TO SETTLE
 - TDE
 * IF ATTORNEY REP'D, NEED LOR ON FILE
 * RESET FO'S BACK DY TO IV TL PRIORITY

**To Do**
Kyle Mayer (A155666) **03/15/2022 11:12 AM EDT**
ACK IR TASKS
- IV IS PRS
- REQUESTED LOR FROM ATTY VIA EMAIL
- CUSTOMER HAS TITLE IN HAND BUT REFUSES TDE UNTIL VALUATION SETTLED
===
FROM: KYLE MAYER
SENT: TUESDAY, MARCH 15, 2022 11:08 AM
TO: JOHN STEED <JSTEED@ELLENBESTLAW.COM>
SUBJECT: RE: [EXTERNAL] RE: THURSTON
DO YOU HAVE A LETTER OF REP FOR MR. THURSTON?
THANK YOU,
KYLE MAYER
CLAIMS GENERALIST
40 COMMERCE COURT
NEWINGTON, CT 06111
PHONE: 860-616-6796

**Contact Information**

PGR_THURSTON_0000115

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

**Kyle Mayer (A155666)** 03/15/2022 03:21 PM EDT
OBC TO ATTY. S/W MARIA. ATTY UNAVAILABLE ATM BUT MARIA TOOK MSG THAT WE'RE IN
NEED OF THE LOR, AND MY CTC INFO. THANKED, ENDED CALL.

**File Intervention**
**Andrea L. Bowne (ALA0008)** 03/15/2022 06:14 PM EDT
TRANSFERRED CLAIM AND FEATURE 1 TO
X013838 - HANNAH HAMELBERG
ORG 35653 - EZ FIELD IND ADJ

**Claims Processor**
**Hannah Hamelberg (X013838)** 03/15/2022 06:58 PM EDT
REVD TRANSFERRED CLAIM
DOL - 1/21/22
FOL - V1 STRUCK OBJ
V1 HAS BEEN INSPECTED AND IS DEEMED TL
VALUATION AND SETTLEMENT SUMMARY ARE IN EFF
INSD IS NOT HAPPY WITH THE VAL AND HAS OBTAINED AN ATTY
WE AWAIT A LOR FROM ATTY
FILE NOTE INDICATE ATTY JOHN STEED IS HANDLING PD FOR V1
*********
THE FOLLOWING IS FROM ATTY JOHN SNEED:
"'LL BE FILING SUIT UNDER THE MAINE UNFAIR CLAIM SETTLEMENTS ACT. I THINK
MATTHEW DID AN EXCELLENT JOB OF VALUING THE VEHICLE AND THAT YOUR NUMBERS ARE
OFF FOR THE VALUE OF THE VEHICLE. AND THAT THE REFUSAL TO PAY HIS REASONABLE
CLAIM IS A VIOLATION OF THE ACT. I'LL SEND A MORE FORMAL DEMAND WHEN THE
SUIT IS FILED.
IF YOU WANT TO PAY HIS MOST RECENT NUMBER PLUS THE $2500 NON-REFUNDABLE
RETAINER MATTHEW PAID ME, I COULD SETTLE ON THOSE TERMS."
*******
PENDING FOR LOR FROM ATTY AND TO MOVE THE CLAIM FWD

**Claims Processor**
**Hannah Hamelberg (X013838)** 03/21/2022 03:10 PM EDT
RECVD ATTY JOHN STEED'S LOR WHICH INCLUDED THE FOLLOWING:
-OFFER/DEMAND TO SETTLE THE CLAIM FOR $21,750.00 WHICH INCLUDES
-$17,250 SETTLEMENT
-$2500 ATTY RETAINER FEE
-$2000 LOSS OF USE
*******
ATTY ALSO ATTACHED THE EMAIL SENT TO INSD FROM PREVIOUS F/O WHO ADVD HE DOES
THE FOLLOWING:
-PROVIDE DOCUMENTED INFO SUPPORTING THE INCREASE IN VALUE TO 1V
-PROVIDE DEALER COMPARISONS WHICH WILL INCLUDE DEALER LISTINGS WITH SAME
 MODEL AND YEAR, VIN# AND MILEAGE
*******
SENT EMAIL TO ATTY TO ADHERE TO THE REQUEST SO WE CAN MOVE THE CLAIM FWD
"ATTORNEY SNEED,
THANK YOU FCR YOUR LETTER OF REPRESENTATION WITH ATTACHED DOCUMENTS SENT ON
3/15/22. I HAVE ATTACHED OUR VALUATION REPORT FOR YOU TO REVIEW. WE
DETERMINED THE VALUE OF YOUR CLIENT'S VEHICLE BY INSPECTING IT, MAKING
ADJUSTMENTS BASED ON ITS ACTUAL CONDITION, AND TAKING INTO ACCOUNT MARKET
CONDITIONS, WHICH INCLUDES INFORMATION ABOUT WHAT A CAR LIKE THE 2012 VOLVO
XC70 WOULD SELL FOR IN BOTH DEALER AND PRIVATE TRANSACTIONS. WE WERE ABLE TO
FIND COMPARABLE VEHICLES CONFIRMING OUR VALUATION, WHICH CAN BE SEEN IN THE
VALUATION REPORT. PLEASE RESPOND WITH COMPARABLE VEHICLES THAT YOU ARE ABLE
TO FIND THAT SHOWS THAT YOUR CLIENT'S VEHICLE IS WORTH MORE THAN OUR

PGR_THURSTON_0000116

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

SETTLEMENT AMOUNT.  COMPARABLE VEHICLES MUST BE THE SAME YEAR, MAKE, AND MODEL.  THESE COMPARABLES MUST BE FROM A REPUTABLE SOURCE, LIKE A CAR DEALERSHIP AS WE CANNOT ACCEPT PRIVATE PARTY SALES LIKE FACEBOOK MARKETPLACE OR CRAIGSLIST.  PLEASE SEND WEBSITE HYPERLINK SO WE CAN REVIEW.
REGARDS,
HANNAH HAMELBERG
CLAIMS REPRESENTATIVE
ON BEHALF OF PROGRESSIVE CASUALTY INSURANCE
MY DIRECT PHONE NUMBER: 440-697-7590
FAX:  833-905-1750"

**To Do**
Hannah Hamelberg (X013838) **03/21/2022 03:45 PM EDT**
-ATTY SNEED TO SEND IN COMPARABLES FOR REV
HANDLE ACCORDINGLY

**Claims Processor**
Hannah Hamelberg (X013838) **03/23/2022 12:07 PM EDT**
INSD'S ATTY, MR. SNEED WAS TO SEND IN COMPARABLES FOR THE DISPUTE PROCESS
HE INSTEAD SENT THE SAME DEMAND THAT HE SENT US ON 3/16
MY EMAIL HAD MY DIRECT PHONE NUMBER FOR HIM TO CALL
PENDING COMPARABLES OR A PHONE CALL FROM ATTY SNEED

**Contact Information**
Hannah Hamelberg (X013838) **03/26/2022 10:23 AM EDT**
THE FOLLOWING EMAIL WAS SENT TO ATTY STEED ON 2/21 @ 2:44 PM:
"ATTORNEY STEED,
THANK YOU FOR YOUR LETTER OF REPRESENTATION WITH ATTACHED DOCUMENTS SENT ON 3/15/22. I HAVE ATTACHED OUR VALUATION REPORT FOR YOU TO REVIEW.  WE DETERMINED THE VALUE OF YOUR CLIENT'S VEHICLE BY INSPECTING IT, MAKING ADJUSTMENTS BASED ON ITS ACTUAL CONDITION, AND TAKING INTO ACCOUNT MARKET CONDITIONS, WHICH INCLUDES INFORMATION ABOUT WHAT A CAR LIKE THE 2012 VOLVO XC70 WOULD SELL FOR IN BOTH DEALER AND PRIVATE TRANSACTIONS.  WE WERE ABLE TO FIND COMPARABLE VEHICLES CONFIRMING OUR VALUATION, WHICH CAN BE SEEN IN THE VALUATION REPORT.  PLEASE RESPOND WITH COMPARABLE VEHICLES THAT YOU ARE ABLE TO FIND THAT SHOWS THAT YOUR CLIENT'S VEHICLE IS WORTH MORE THAN OUR SETTLEMENT AMOUNT.  COMPARABLE VEHICLES MUST BE THE SAME YEAR, MAKE, AND MODEL.  THESE COMPARABLES MUST BE FROM A REPUTABLE SOURCE, LIKE A CAR DEALERSHIP AS WE CANNOT ACCEPT PRIVATE PARTY SALES LIKE FACEBOOK MARKETPLACE OR CRAIGSLIST.  PLEASE SEND WEBSITE HYPERLINK SO WE CAN REVIEW.
REGARDS, HANNAH HAMELBERG"
*******
ATTY STEED SENT THE SAME LOR WITH ATTACHMENTS WHICH HE HAD SENT VIA FAX ON 3/15/21
WE WERE OFFERING OUT OF COURTESY FOR ATTY TO SEND IN COMPARABLES
SENT ANOTHER EMAIL TO ATTY SNEED WITH AN ATTACHMENT OF ME AUTO POLICY CONTRACT 9611 FOR HIM TO REVIEW THE APPRAISAL PROCESS
SENT THE FOLLOW EMAIL WITH ATTACHMENT
"MR. STEED,
AM I TO ASSUME YOU DID NOT RECEIVED MY EMAIL SENT TO YOU ON 3/21/22 @ 2:44 PM?  YOU HAVE SENT ME, VIA FAX THE SAME LETTER OF REPRESENTATION AND ATTACHMENTS AS WAS RECEIVED ON 3/16/22. I HAD REPLIED TO THAT ASKING THAT YOU SEND ME COMPARABLES IN THE FORM OF HYPERLINKS FOR US TO REVIEW.  IF YOU WOULDN'T LIKE TO DO THAT, I HAVE ATTACHED THE APPRAISAL CLAUSE IN THE MAINE AUTO POLICY CONTRACT 9611 TELLING YOU WHAT TO DO WHEN DISSATISFIED WITH THE VALUATION RESULTS.
PLEASE NOTE THAT YOUR CLIENT DOES NOT HAVE RENTAL COVERAGE IN HIS POLICY.

PGR_THURSTON_0000117

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

THAT'S AN OPTIONAL COVERAGE.  THE DECLARATION PAGE IS ALSO ATTACHED.  LAST,
BUT NOT LEAST, WE DO NOT PAY RETAINER FEES.  LET ME KNOW WHEN YOU WOULD LIKE
TO START THE APPRAISAL PROCESS.
REGARDS, HANNAH HAMELBERG"
AWAITING A REPLY TO MOVE THE CLAIM FWD

**Contact Information**
Hannah Hamelberg (X013838) **03/26/2022 11:54 AM EDT**
RECVD AN EMIAL REPLY FROM ATTY STEED:
"MY POSITION IN A LAWSUIT WOULD BE THAT YOUR LOWBALL OFFER IS AN UNFAIR AND
OR DECEPTIVE TRADE PRACTICE AND THAT WE'LL JUST HAVE TO LEAVE IT TO A JURY TO
DECIDE. THAT THE UNFAIR PRACTICE IS BAKED INTO A CONTRACT IS NOT A DEFENSE TO
THE MAINE UNFAIR TRADE PRACTICES ACT.
JOHN ZACHARY STEED, ESQUIRE"
******
SENT A REPLY BACK TO ATTY STEED:
"MR. STEED,
I UNDERSTAND BUT DO NOT AGREE WITH YOUR POSITION.  PRIOR TO TAKING THIS
POSITION THOUGH, REMEMBER THAT THE CONTRACT WE HAVE WITH YOUR CLIENT HAS
SPECIFIC LANGUAGE EACH OF US WOULD NEED TO ABIDE BY IN A DISPUTE.  I PROPOSE
WE FOLLOW THE POLICY CONTRACT APPRAISAL PROCESS AND MOVE TOWARDS RESOLVING
THIS FOR YOUR CLIENT IN A TIMELY MANNER.
HANNAH HAMELBERG"

**To Do**
Hannah Hamelberg (X013838) **03/26/2022 11:55 AM EDT**
-ATTY DECISION TO FOLLOW APPRAISAL PROCESS
HANDLE ACCORDINGLY

**Salvage**
Jonathan Trommer (A144595) **04/04/2022 02:38 PM EDT**
***NSU KEY RECOVERY***
-IV/CV: IV
-SALVAGE VENDOR: COPART LYMAN
-CONFIRMED KEYS NOT WITH VEHICLE/VENDOR VIA DASHBOARD: YES
-REVIEWED VENDOR PHOTOS/NOTES: YES
-REVIEWED CLAIM NOTES/PDS JOURNAL: YES
-ACTION TAKEN: TEXTED CUSTOMER TO SEE IF THEY HAVE THE KEYS.

**Claims Processor**
Hannah Hamelberg (X013838) **04/14/2022 03:51 PM EDT**
WE ARE STILL WAITING ON ATTY STEED'S DECISION AS HE'S NOT ACCEPTED THE
SETTLEMENT FOR THE 2012 VOLVO
ATTY ADVD HE WILL FILE SUIT UNDER THE ME UNFAIR CLAIM SETTLEMENT ACT
SVG NOTE INDICATE WE DO NOT HAVE THE KEYS TO 1V AND A TEXT WAS SENT TO HIM

**Salvage**
Curtis L. Williams (A134572) **04/29/2022 07:13 AM EDT**
**NSU OPTIMIZATION**
- VEHICLE: IV  12  VOLVO
- INCOMPLETE
- VEH LOCATION: COPART-LYMAN, ME
- DOCS VENDOR RCVD:
- THERE HAS NOT BEEN A TL SETTLEMENT YET
- SET F/U DIARY

**Claims Processor**

Page [PAGE] of [NUMPAGES]

PGR_THURSTON_0000118

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

**Hannah Hamelberg (X013838)** 05/04/2022 07:00 PM EDT
WE'VE BEEN WAITING ON ATTY STEED TO LET US KNOW IF HE WAS GOING THROUGH THE
APPRAISAL PROCESS
RECVD AN EMAIL FROM ATTY STEED TODAY:
"DEAR MS. HAMELBERG AND MR. MAYER,
I AM HEREBY WITHDRAWING MR. THURSTON'S SETTLEMENT OFFER THAT WAS CONVEYED IN
A LETTER DATED MARCH 15, 2022, WHICH I EMAILED TO MR. MAYER AND MAILED TO
PROGRESSIVE.
JOHN ZACHARY STEED, ESQUIRE
CONSUMER PROTECTION, CRIMINAL DEFENSE, AND OTHER JUST CAUSES."
WILL CALL THE LAW OFFICES OF ELLEN S BEST
207-374-2573 FOR NEXT STEP

**Contact Information**
**Hannah Hamelberg (X013838)** 05/05/2022 09:20 AM EDT
OBC TO ATTY STEED FOR THE NEXT STEP
LEFT A MSG WITH MARIA TO RETURN MY CALL
PENDING REMAINS

**Contact Information**
**Hannah Hamelberg (X013838)** 05/05/2022 09:28 AM EDT
ADDED ATTORNEY JOHN STEED TO PARTY: THURSTON, MATTHEW

**To Do**
**Hannah Hamelberg (X013838)** 05/05/2022 09:31 AM EDT
-ATTY STEED TO C/B
HANDLE COLL ACCORDINGLY

**Contact Information**
**Hannah Hamelberg (X013838)** 05/19/2022 12:36 PM EDT
OBC TO ATTY STEEN AND SW/JOHN
ADVD THE LAST WE HEARD FROM HIM WAS AN EMAIL WITHDRAWING HIS OFFER
ASKED HIM WHAT WAS THE NEXT STEP
HE ADVD WE WILL GET A LAW SUIT FROM HIM AND THAT'S IT
THANKED HIM FOR HIS TIME AND ENDED THE CALL
WILL TRANSF TO LITIGATION WHEN SUIT IS RECVD IN CLAIM

**To Do**
**Hannah Hamelberg (X013838)** 05/19/2022 12:37 PM EDT
-ATTY STEED'S SUIT
-TRANSF TO LITIGATION WHEN RECVD

**Salvage**
**Curtis L. Williams (A134572)** 05/26/2022 03:41 PM EDT
**NSU OPTIMIZATION**
- VEHICLE: IV 12 VOLKS
- INCOMPLETE
- VEH LOCATION: COPART-LYMAN, ME
- DOCS VENDOR RCVD: NO DOCS RCVD
- THERE HAS NOT BEEN A TL SETTLEMENT YET
- ACTION TAKEN SET DY
- SET F/U DIARY

**Claims Processor**
**Hannah Hamelberg (X013838)** 06/16/2022 12:56 PM EDT
CHECKED EFF FOR ANY NEW DOCS FROM ATTY SNEED

PGR_THURSTON_0000119

Claim #: 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

NOTHING NEW
PENDING REMAINS

**Claims Processor**
Hannah Hamelberg (X013838) **06/24/2022 09:08 AM EDT**
NOTHING FROM ATTY WHO SAID HE WAS FILING SUIT
ATTY HAD TURNED DOWN OUR VALUATION
HE SENT IN A COUNTER VALUATION WHICH DID NOT MAKE SENSE, AS HE INCLUDED
INSD'S ATTY FEES
LAST V2V WITH ATTY WA ON 5/19 WHEREIN HE ADVD HE HAS WITHDRAWN HIS OFFER AND
FILE SUIT
CHECKING WITH SUPV IF WE CAN SEND 10DAY ABANDONMENT LTR TO ATTY AS WE HAVE
HEARD NOTHING FROM HIM
AWAITING DIRECTIVES FROM SUPV

**File Intervention**
Deanna E. Mirabile (A110604) **06/24/2022 01:37 PM EDT**
RVWD
-ATTY INDICATING INTEREST IN FILING SUIT ON BEHALF OF NI
-LET'S FU W/ ATTY DIRECTLY - ADV THAT WE HAVE NOT RCVD ANYTHING FROM HIM AND
ARE F/U ON STATUS
-ADV IF NO RESPONSE, WE WILL BEGIN ABANDONMENT PROCESS

**Contact Information**
Hannah Hamelberg (X013838) **06/24/2022 04:13 PM EDT**
OBC TO ATTY STEED AND LDM WITH LYNNE
ADVD ATTY NEEDS TO CALL US TO MOVE THE CLAIM FWD
ADVD CLAIM IS 150 DAYS OLD AND WE MAY NEED TO START AN ABANDONMENT PROCESS IF
WE DO HEAR FROM HIM
THANKED LYNNE AND ENDED THE CALL
UPDATED PENDING ACCORDINGLY

**To Do**
Hannah Hamelberg (X013838) **06/24/2022 04:19 PM EDT**
ATTY TO RTN CALL
10 DAY ABANDONMENT
HANDLE ACCORDINGLY

**Contact Information**
Hannah Hamelberg (X013838) **06/28/2022 03:32 PM EDT**
RECVD AN EMAIL FROM ATTY JOHN STEED
HE REQUESTED A COPY OF THE ME POLICY CONTRACT
SENT HIM A COPY AS REQUESTED
ON 6/24/22 I HAD CALLED THE ATTY'S OFFICE AND LEFT A MSG FOR HIM TO CALL US
ON THE CLAIM OR WE WILL START AN ABANDONMENT PROCESS
WE AWAIT THE ATTY'S DECISION

**File Intervention**
Amy E. Pare' (AEP0006) **07/06/2022 12:20 PM EDT**
TRANSFERRED CLAIM TO
A138108 - JAENA DAPONTE
ORG 30517 – CT PCS INVENTORY

**Litigation**
Christine M. Delande (CMD0007) **07/20/2022 11:34 AM EDT**
RECD CORR THRU CORP LEGAL RE POTENTIAL LITIGATION FROM INSD ATY
=

PGR_THURSTON_0000120

**Claim #:** 22-5056549 / **Insured:** THURSTON, MATTHEW / **DOL:** 01/21/2022

UPLOADED THE DOC
=
F/W TO LIT SUPERVISOR SCOTT DUSTIN AND CORP LEGAL TOM CONNELL
=
SUIT HAS NOT BEEN FILED
=
WAS ADVISED LEGAL TOM CONNELL IS AWARE AND WILL BE IN TOUCH A HANDLING REP
=
SENT DI TO HANDLING REP

PGR_THURSTON_0000121