# Exhibit A

PROGRESSIVE
P.O. BOX 31260
TAMPA, FL 33631



MATTHEW THURSTON
CATHERINE D WENTWORTH
1193 SUNSHINE RD
DEER ISLE, ME 04627

**Policy Number:** 913586280
Underwritten by:
United Financial Casualty Company
July 22, 2020
Policy Period: Aug 24, 2020 - Feb 24, 2021
Page 1 of 3

**progressive.com**
**Online Service**
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-776-4737**
For customer service and claims service, 24 hours a day, 7 days a week.

# Auto Insurance Coverage Summary

## This is your Renewal Declarations Page

The coverages, limits and policy period shown apply only if you pay for this policy to renew.

Your coverage begins on August 24, 2020 at 12:01 a.m. This policy expires on February 24, 2021 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle. The policy contract is form 9611D ME (09/16). The contract is modified by forms 4884 (10/08) and A265 ME (01/19).

## Drivers and resident relatives

| | Additional information |
|---|---|
| Matthew Thurston | Named insured |
| Catherine D Wentworth | Named insured |

## Outline of coverage

**2000 SUBARU IMPREZA STATION WAGON**
VIN: **JF1GF4853YG802541**
Garaging ZIP Code: 04627
Primary use of the vehicle: Commute
Length of vehicle ownership when policy started or vehicle added: 5 years or more
This vehicle is currently enrolled in the Snapshot<sup>SM</sup> Program.

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $74 |
|   Bodily Injury Liability | $100,000 each person/$300,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| Uninsured/Underinsured Motorist | $100,000 each person/$300,000 each accident | | 5 |
| Medical Payments | $2,000 each person | | 5 |
| Total premium for 2000 SUBARU | | | $84 |

Form 6489 ME (07/17)


Continued

PGR_THURSTON_0000843

Policy Number: 913586280  
Matthew Thurston  
Catherine D Wentworth  
Page 2 of 3

**2016 HYUNDAI TUCSON 4 DOOR WAGON**  
VIN: **KM8J3CA40GU038308**  
Garaging ZIP Code: 04627  
Primary use of the vehicle: Pleasure  
Length of vehicle ownership when policy started or vehicle added: At least 1 month but less than 1 year

|  | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others |  |  | $94 |
|   Bodily Injury Liability | $100,000 each person/$300,000 each accident |  |  |
|   Property Damage Liability | $100,000 each accident |  |  |
| Uninsured/Underinsured Motorist | $100,000 each person/$300,000 each accident |  | 7 |
| Medical Payments | $2,000 each person |  | 6 |
| Comprehensive | Actual Cash Value | $2,000 | 22 |
| Collision | Actual Cash Value | $2,000 | 80 |
| Total premium for 2016 HYUNDAI |  |  | **$209** |

**2016 HONDA CR-V 4 DOOR WAGON**  
VIN: **2HKRM4H73GH718207**  
Garaging ZIP Code: 04627  
Primary use of the vehicle: Commute  
Length of vehicle ownership when policy started or vehicle added: At least 1 year but less than 3 years

|  | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others |  |  | $99 |
|   Bodily Injury Liability | $100,000 each person/$300,000 each accident |  |  |
|   Property Damage Liability | $100,000 each accident |  |  |
| Uninsured/Underinsured Motorist | $100,000 each person/$300,000 each accident |  | 7 |
| Medical Payments | $2,000 each person |  | 6 |
| Comprehensive | Actual Cash Value | $1,000 | 29 |
| Collision | Actual Cash Value | $1,000 | 82 |
| Total premium for 2016 HONDA |  |  | **$223** |
| **Total 6 month policy premium** |  |  | **$516.00** |
| Discount if paid in full |  |  | -100.00 |
| **Total 6 month policy premium if paid in full** |  |  | **$416.00** |

## Premium discounts

| Policy | |
|---|---|
| 913586280 | Multi-Policy, Home Owner, Online Quote, Multi-Car, Continuous Insurance: Diamond, Paperless and Three-Year Safe Driving |

| Vehicle | |
|---|---|
| 2000 SUBARU IMPREZA | Snapshot Driving |

## Lienholder and additional interest information

| Vehicle | Lienholder | Additional interest |
|---|---|---|
| 2016 HONDA CR-V 2HKRM4H73GH718207 | Honda Lease Trust Torrance, CA 90503 | Honda Lease Trust Torrance, CA 90503 |

Form 6489 ME (07/17)


Continued

Policy Number: 913586280
Matthew Thurston
Catherine D Wentworth
Page 3 of 3

**Company officers**

*[signature: Patricia M. Corwin]*

Secretary

PROGRESSIVE
P.O. BOX 31260
TAMPA, FL 33631


PROGRESSIVE DIRECT Auto

GENEVIEVE L MCDONALD
129 N MAIN ST
STONINGTON, ME 04681

**Policy Number:** 22233881
Underwritten by:
United Financial Casualty Company
December 24, 2018
Policy Period: Jan 24, 2019 - Jul 24, 2019
Page 1 of 2

progressive.com
**Online Service**
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-776-4737**
For customer service and claims service, 24 hours a day, 7 days a week.

# Auto Insurance Coverage Summary

This is your Renewal Declarations Page

The coverages, limits and policy period shown apply only if you pay for this policy to renew.

Your coverage begins on January 24, 2019 at 12:01 a.m. This policy expires on July 24, 2019 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle. The policy contract is form 9611D ME (09/16). The contract is modified by form 4884 (10/08).

## Drivers and resident relatives

| | Additional information |
|---|---|
| Genevieve L McDonald | Named insured |
| Cory B Mcdonald | SR22 driver filing |

## Outline of coverage

**2009 VOLKSWAGEN PASSAT 4 DOOR SEDAN**
VIN: **WVWJK73C19PD47779**
Garaging ZIP Code: 04681
Primary use of the vehicle: Commute

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $246 |
|   Bodily Injury Liability | $50,000 each person/$100,000 each accident | | |
|   Property Damage Liability | $25,000 each accident | | |
| Uninsured/Underinsured Motorist | $50,000 each person/$100,000 each accident | | 13 |
| Medical Payments | $2,000 each person | | 16 |
| Comprehensive | Actual Cash Value | $500 | 62 |
| Collision | Actual Cash Value | $500 | 379 |
| Total premium for 2009 VOLKSWAGEN | | | **$716** |

Form 6489 ME (07/17)


Continued

PGR_THURSTON_0009231

**2008 TOYOTA TUNDRA CREW PICKUP**
VIN: **5TBBT54168S464900**
Garaging ZIP Code: 04681
Primary use of the vehicle: Commute

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $302 |
|    Bodily Injury Liability | $50,000 each person/$100,000 each accident | | |
|    Property Damage Liability | $25,000 each accident | | |
| Uninsured/Underinsured Motorist | $50,000 each person/$100,000 each accident | | 14 |
| Medical Payments | $2,000 each person | | 14 |
| Comprehensive | Actual Cash Value | $500 | 152 |
|    Comprehensive Window Glass | | $0 glass | |
| Collision | Actual Cash Value | $500 | 350 |
| Total premium for 2008 TOYOTA | | | **$832** |
| **Subtotal policy premium** | | | **$1,548.00** |
| SR22 driver filing fee | | | 25.00 |
| **Total 6 month policy premium and fees** | | | **$1,573.00** |

## Premium discounts

| Policy | |
|---|---|
| 22233881 | Electronic Funds Transfer (EFT), Home Owner, Online Quote, Multi-Car, Continuous Insurance: Diamond and Paperless |

## Lienholder information

| Vehicle | Lienholder |
|---|---|
| 2009 VOLKSWAGEN PASSAT<br>WVWJK73C19PD47779 | CHRYSLER CAPITAL<br>CARMEL, IN 46082 |
| 2008 TOYOTA TUNDRA<br>5TBBT54168S464900 | Down East CU<br>Baileyville, ME 04694 |

## Company officers

*Patricia M. Corwin*

Secretary

Form 6489 ME (07/17)

PGR_THURSTON_0009232

PROGRESSIVE
P.O. BOX 31260
TAMPA, FL 33631



KATHERINE BRIDGES
CHRISTOPHER WRIGHT
712 REACH RD
BROOKLIN, ME 04616

**Policy Number: 945652160**
Underwritten by:
United Financial Casualty Company
June 14, 2023
Policy Period: Jul 17, 2023 - Jan 17, 2024
Page 1 of 2

progressive.com
**Online Service**
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-776-4737**
For customer service and claims service, 24 hours a day, 7 days a week.

# Auto Insurance Coverage Summary

## This is your Renewal Declarations Page

The coverages, limits and policy period shown apply only if you pay for this policy to renew.

Your coverage begins on July 17, 2023 at 12:01 a.m. This policy expires on January 17, 2024 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle. The policy contract is form 9611D ME (09/16). The contract is modified by forms 4884 (10/08) and A265 ME (01/19).

## Drivers and resident relatives

| | Additional information |
|---|---|
| Katherine Bridges | Named insured |
| Christopher Wright | Named insured |

## Outline of coverage

**2020 KIA TELLURIDE 4 DOOR WAGON**
VIN: **5XYP3DHC4LG067730**
Garaging ZIP Code: 04616
Primary use of the vehicle: Commute

Length of vehicle ownership when policy started or vehicle added: At least 1 month but less than 1 year
Information regarding your vehicle history (prior damage, theft or title issues) has impacted how we determine your premium.

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $265 |
|   Bodily Injury Liability | $250,000 each person/$500,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| Uninsured/Underinsured Motorist | $250,000 each person/$500,000 each accident | | 33 |
| Medical Payments | $2,000 each person | | 14 |
| Comprehensive | Actual Cash Value | $250 | 122 |
| Collision | Actual Cash Value | $250 | 279 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 25 |
| Loan/Lease Payoff | 25% Of The Actual Cash Value | | 29 |
| Total premium for 2020 KIA | | | **$767** |

Form 6489 ME (02/20)


Continued

Policy Number: 945652160
Katherine Bridges
Christopher Wright
Page 2 of 2

**2013 CHEVROLET SILVERADO C1500K1500 CREW PICKUP**
VIN: **3GCPKSE79DG176752**
Garaging ZIP Code: 04616
Primary use of the vehicle: Commute
Length of vehicle ownership when policy started or vehicle added: 5 years or more

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $285 |
|   Bodily Injury Liability | $250,000 each person/$500,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| Uninsured/Underinsured Motorist | $250,000 each person/$500,000 each accident | | 21 |
| Medical Payments | $2,000 each person | | 10 |
| Comprehensive | Actual Cash Value | $250 | 69 |
| Collision | Actual Cash Value | $250 | 196 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 15 |
| Total premium for 2013 CHEVROLET | | | $596 |
| **Total 6 month policy premium** | | | **$1,363.00** |

## Premium discounts

Policy
945652160 — Electronic Funds Transfer (EFT), Home Owner, Online Quote, Multi-Car, Continuous Insurance: Gold and Paperless

Vehicle
2020 KIA TELLURIDE — Smart Technology Discount

Smart Technology Discount ℠ is a service mark of Progressive Casualty Ins. Co.

## Lienholder information

| Vehicle | Lienholder |
|---|---|
| 2020 KIA TELLURIDE<br>5XYP3DHC4LG067730 | KIA MOTOR FINANCE CO<br>FOUNTAIN VALLEY, CA 92728 |
| 2013 CHEVROLET SILVERADO C1500K1500<br>3GCPKSE79DG176752 | TD AUTO FINANCE<br>SACRAMENTO, CA 95899 |

## Company officers

*Patricia M. Conner*

Secretary

Form 6489 ME (02/20)