# Exhibit L

Claim #: 19-2813486 / **Insured:** MCDONALD, GENEVIEVE L / **DOL:** 02/28/2019

```
---------
CTA OR TITLE INFORMATION
CTA OR TITLE NUMBER:    P933990              PENDING CTA:    NO
STATUS: ACTIVE   ENTERED DATE:  08/20/13     ISSUE DATE:     08/28/13
VEHICLE INFORMATION
YEAR:    2009    MAKE:   VOLK    MODEL: PASSAT
MSRP:    27610   IMPORT:N   BODY TYPE:    4D
MILEAGE       56480   CONDITION:     USED    PURCHASE DATE: 07/19/13
MILEAGE TYPE:   ACTUAL  MILES/KM:      MILES   ODOMETER CHGD:
OWNER INFORMATION
1ST OWNER INFORMATION
LAST NAME:      KURILEC
FIRST NAME:     GENEVIEVE
MIDDLE INITIAL: L
SUFFIX:
2ND OWNER INFORMATION
LAST NAME:      MCDONALD
FIRST NAME:     CORY
MIDDLE INITIAL: B
SUFFIX:
DBA:                             JOINT OWNERSHIP:    Y
ADDRESS INFORMATION
ADDRESS:        129 N MAIN ST
CITY/STATE/ZIP: STONINGTON, ME 04681
LIEN INFORMATION
1ST LIEN INFORMATION
LIEN DATE:       07/19/13      ADDRESS:    PO BOX 961272
LIEN RELEASE DATE:             CITY/TOWN:  FORT WORTH
NAME ON LIEN:  CHRYSLER CAPITAL    STATE:  TX
                 ZIP CODE:     76161
```

**Coverage**

Michael J. Fries (MJF0020) 03/06/2019 12:25 PM ET
Resolved Coverage Issue Note:
ANOTHER LOSS EXISTS FOR VIN # WVWJK73C19P047779
1 PRIOR CLM FROM '14, DMG TO REAR.  NO ISSUES OR OVERLAP.  NOTES IN PRIOR CLM INDICATE BACK GLASS NEEDED RR AND ITS FINE NOW.  EVIDENT THIS DMG WAS REPAIRED.

**Total Loss**

Michael J. Fries (MJF0020) 03/06/2019 01:04 PM ET
**** TOTAL LOSS/ WARM HANDOFF TO F/O ****
---VEHICLE:  09 VW PASSAT
AUTHED SETTLEMENT AMOUNT: 4,534.78
-DEDUCT: 500
TOTAL SETTLEMENT: 4,034.78
---CONTACTED CUSTOMER MADE T/L OFFER: YES- WENT OVER WCTL EVAL DETAILS, SHE ACCEPTS VALUE SAID ITS HONESTLY MORE THAN SHE THOUGHT IT WOULD BE WORTH.  SHE HAS GAP ON LOAN THAT CAN TAKE CARE OF DIFF SHE SAID.  SHES GLAD TO BE OUT FROM UNDER THIS 8K LOAN ON A CAR WORTH HALF OF THAT, SHE WAS READY FOR A NEW CAR ANYWAY SO WILL END UP WORKING OUT.  SHE SAID HUSB GOT HIS POA NOTARIZED AND SHES GETTING HERS DONE.
---EMAILED WCTL & SETTLEMENT REPORT: YES
---PLAN FOR TDE: F/O ALREADY HAS IN PROCESS
-LIEN: F/O CONFIRMED PAYOFF
-TITLE: WITH L/H
-POA: NEED FROM NOD AND HUSB

Page [PAGE] of [NUMPAGES]