# Exhibit N



**John Steed**
Dec 29, 2023

Anyone know anyone who had PROGRESSIVE INSURANCE whose car was totaled?



 **Genevieve McDonald**
Me. I had Progressive a few years ago when I totaled my VW.

32w   Like   Reply

McDonald_000015