# Exhibit O





3/11/2019

PROGRESSIVE INSURANCE
POB 94742
CLEVELAND, OH 44101

To whom it may concern:

Customer Name: Genevieve Kurilec
Claim Number: 19-2813486
Year: 2009
Make: VOLKSWAG
Model: PASSAT-4 CYL
VIN: WVWJK73C19P047779
Date of Loss: 02/28/2019
**15 Day Payoff: $8,247.51**
Mileage: 113,343
Insurance Phone: (800) 776-4737
Insurance Fax: (603) 637-9847

This letter is to guarantee that Chrysler Capital, as the lien holder, will release the lien/title to PROGRESSIVE INSURANCE, upon receipt of the claim, in the amount of $4,034.78.

Please remit payment to:

**Chrysler Capital
PO Box 660443
Dallas, TX 75265**

This letter of guarantee is null and void 60 days from the above date.

Sincerely,

Insurance Department
1-855-858-0808

P. O. BOX 961275
Fort Worth, TX 76161-1275

3/11/2019

Genevieve Kurilec
129 N MAIN ST
STONINGTON, ME 04681-0000

PGR_THURSTON_0008236