# Exhibit Q

**CHRYSLER CAPITAL.**

# Settlement Offer Agreement – Full Payment

04/15/2021

Genevieve Kurilec
129 N MAIN ST
STONINGTON, ME, 04681

Re: ███████
Total Remaining Balance: $3,438.96

Dear: Genevieve Kurilec

The purpose of this letter is to confirm the agreement made between you and Chrysler Capital regarding your account.

As discussed in our telephone conversation on 04/14/2021 Chrysler Capital agrees to allow you to settle your account by making payments on your account as follows, subject to the terms and conditions in this letter:

- Settlement Amount: $2,500.00
- First Payment Amount: $2,500.00
- First Payment Due by: 04/14/2021
- Balance Due: $0.00
- Balance Due Date: 04/14/2021

We have updated your account to reflect your agreement to make payments to resolve your total balance remaining in accordance with the terms of this letter. If you fail to make payments in accordance with the terms of this letter, Chrysler Capital will consider this settlement offer automatically revoked and null and void without further notice. In addition, Chrysler Capital may pursue its right to collect the full amount due in addition to pursuing any other available remedies.

Once all payments have been received by Chrysler Capital, posted to your account and cleared in accordance with the terms set forth in this letter, Chrysler Capital will (i) forgive the remaining portion of your Outstanding Balance, (ii) consider your account as settled, (iii) adjust our records to reflect the settlement of your account, (iv) report the status of your account to the credit reporting agencies as settled for less than the full balance and (v) release the title (if applicable).

Acceptable methods of payment include the following:

| Mailed Payments | Western Union | Money Gram | Debit Card - Checking/Savings Account | Check Free | Pay Near Me |
|---|---|---|---|---|---|
| 1010 W. Mockingbird Ln. Suite 100 Dallas, TX 75247 | **Code City:** CHRYSLERCAP **Code State:** TX | **Receive Code:** 1192 **State Code:** TX | Call us! 855-563-5635 | Checkfreepay.com | Paynearme.com |

P.O. Box 961275, Fort Worth, TX 76161-1275 • www.ChryslerCapital.com • 855.563.5635
©2017 Chrysler Capital. Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc.
CC-SER_40114-6A_042117

THURSTON_SANTANDER_0000019



You also agree to allow Chrysler Capital to request a refund of any credit insurance, life insurance, GAP coverage and/or service/warranty contract(s) that were financed under your contract or loan and apply any and all refunds to the remaining balance due on your account after the payment made by you of the Settlement Amount. Payment of the Settlement Amount must be received by one of the acceptable methods of payment set forth above and by 04/14/2021   .

This settlement may have tax implications. Please consult a tax advisor to determine the impact on your specific tax situation. Chrysler Capital cannot provide tax advice to you.

If you have any questions, please contact the Loss Recovery Department at 855-563-5635. Our Customer Service Business Hours are as follows: Monday through Friday 7am - 9pm, Saturday 7am - 5pm.

Sincerely,

Chrysler Capital
Loss Recovery Department

P.O. Box 961275, Fort Worth, TX 76161-1275 • www.ChryslerCapital.com • 855.563.5635
©2017 Chrysler Capital. Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc.
CC-SER_40114-6A_042117

THURSTON_SANTANDER_0000020