# Exhibit U

**Amended Expert Report of David H. Kinney, ASA**

in

*Thurston v. Progressive Casualty Ins. Co., et al.*

**Case No. 1:22-cv-00375-NT**

**United States District Court for
the District of Maine**

## BACKGROUND, QUALIFICATIONS, AND COMPENSATION

I am a professional automobile appraiser. I have been in the business of buying, selling, and appraising cars for the last fifty years. I currently work as the founder and owner of USAppraisal, LLC, an automotive, truck and motorcycle appraisal firm. Since 2011, I have also served as the publisher for Hagerty Price Guide, which is the leading resource for values of classic cars in the United States.

I am an active member of the American Society of Appraisers, and currently serve as the leader of its Automotive Specialties Group. Previous positions I have held with the American Society of Appraisers include Co-Chair of the Automotive Group and President of the Washington, DC Area Chapter.

A complete copy of my curriculum vitae is included as Appendix 1 to this report. I am currently being compensated for my work at $375 hour for office work and $525 per hour for time spent testifying.

## MATERIALS CONSIDERED

I considered the following materials in preparing my opinions in this case:

- *Report of Jason Merritt*

- *Supplemental Report of Jason Merritt*

- *Report of Joseph D. Jesser*

- *Progressive Maine Insurance Policy (Bates Nos. PGR-THURSTON 0477 – 0512)*

- *American Society of Appraisers Monographs, 2012*

    o Part of a series used in the *Principles of Valuation* courses developed by the American Society of Appraisers Personal Property Committee. Monographs referred to are used in the *Principles of Valuation POV 201, 202, 203 and 204 courses.*

- *Amended Complaint in Thurston v. Progressive Casualty Ins. Co., filed October 24, 2022*

- *The Uniform Standards of Professional Appraisal Practice (USPAP)*

- *Deposition of Jason Merritt in Koch v. Progressive Direct Insurance Company, dated March 6, 2024*

- *Deposition of Jason Merritt in Sibert v. Progressive Select Insurance Company (D. Md.), dated January 10, 2024*

- *Deposition of Jason Merritt in Schroeder v. Progressive Paloverde Insurance Company (S.D. Ind.), dated October 18, 2023*

- *Deposition of Jason Merritt in Ambrosio v. Progressive Preferred Insurance Company (D. Ariz.); Holmes v. Progressive Universal (N.D. Ill.); Kroeger v. Progressive Universal (S.D. Iowa); Reynolds v. Progressive Direct (N.D. Ala.); Vantree v. Progressive Gulf (N.D. Miss.), dated August 7, 2023*

- *Deposition of Jason Merritt in Costello v. Mountain Laurel Assurance Company (E.D. TN) and Brown v. Progressive Mountain Insurance Company, dated April 14, 2023*

- *Deposition of Jason Merritt in Jones v. Progressive Universal (E.D. Wis.) and Davenport v. Progressive Direct (Cuyahoga Cty., Ohio) dated May 30, 2023*

- *Deposition of Jason Merritt in Bartee v. Progressive Advanced Ins. Co. (E.D. Mo.) and Curran v. Progressive Direct Ins. Co. (D. Colo.) dated July 6, 2023*

- *Deposition of Jason Merritt in Freeman v. Progressive Cas. Ins. Co. (D.S.C.), dated October 12, 2022*

- *Deposition of Jason Merritt in Volino v. Progressive Gas. Ins. Co. (S.D.N.Y.), dated April 7, 2022*

# SUMMARY OF OPINIONS[1]

## A. The Process of Estimating Actual Cash Value

Actual Cash Value is defined as the fair or reasonable cash price for which the property could be sold in the market, in the ordinary course of business, and not at a forced sale; the price it will bring in a fair market after reasonable efforts to find a purchaser who will give the highest price. Auto appraisers generally equate Actual Cash Value with the more commonly utilized term, "Fair Market Value." Fair Market Value is defined as "an opinion expressed in terms of money, of which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or sell, and both having reasonable knowledge of relevant facts, as of a specific date."

Here, I understand that Progressive's insurance policy further defines Actual Cash Value as "replacement cost minus depreciation." For the appraiser, replacement cost minus depreciation is effectively the same as Actual Cash Value. While replacement cost does not factor in depreciation, deducting depreciation from replacement cost should result in the amount at which the property would change hands between a willing buyer and a willing seller. As a result, the individualized issues associated with determining Actual Cash Value described herein also apply when attempting to estimate "replacement cost minus depreciation."

In automobile appraisal, the market approach is most often used to determine Actual Cash Value. Ideally, the data collected to form an opinion of Actual Cash Value would include price guides such as JD Power (formerly N.A.D.A.), Black Book or others, including online valuation sources. Market Examples, often referred to as Comparables or Comps, are also collected. Relevant online offerings are located, and then an initial process of removing invalid examples (out of market, misidentified, out-of-date) begins. At this point, Market Examples are again examined and used if they are relevant to answering the value question. In my office, we then further divide those market examples that we use in one of three categories, Superior, Similar and Inferior. If possible, we like to speak to someone actively involved in the market selling vehicles like the car in question. Although for practical reasons, including costs or confidentiality, this is not often possible.

Once an appraiser has selected the appropriate market and located comparable properties to analyze, the appraiser discerns the differences and similarities among the "elements of quality" and "characteristics of value" of the comparable properties and the subject property. The elements of quality require aesthetic judgment, connoisseurship, and visual memory, usually independent of economics and fashion. Representative elements of quality are harmony, form, content, and color. Characteristics of value reflect the tastes of consumers in the market as measured by reactions in terms of the prices realized. Representative characteristics of value are style, condition, rarity, utility, provenance, and scale. (ASA Monograph #8, P. 8-12)

Typically, an appraiser analyzes the comparable properties selected for their characteristics of value and compares them to the subject property. These observations are related in the appraisal

---

[1] I previously issued an expert report in this matter on April 11, 2024. Since that time, Plaintiffs withdrew their initial appraisal expert—Mr. Joseph Jesser—and submitted a new expert report from Mr. Jason Merritt. I therefore submit this amended report to remove the previous references to Mr. Jesser and to address the new report issued by Mr. Merritt.

narrative and then each of the comparable properties are judged to be inferior, comparable, or superior to the subject property. These observations should serve to support the reasoning behind the conclusion.

The value of a component part (its "contribution") can be measured by comparing two similar properties, one with and one without the characteristic (assuming the difference in the price realized is attributable to the difference between them). The resulting positive value characteristic is then compared to the subject property and may result in an upward adjustment (if the subject property has the characteristic) or a downward adjustment (if the subject property lacks the characteristic). Further, sales that occurred closer to the effective date of the appraisal provide stronger evidence for a conclusion. (ASA Monograph #7, P. 7-17 and 7-18)

The Uniform Standards for Professional Appraisal Practice (USPAP) do not have any limits on the size of adjustments for comparable sales, though some clients may address this issue in connection with a particular assignment. (USPAP 2020-2021 FAQ 211, P. 276)

It is important to note that appraisers report out an estimate of value, and that different data and data collection, or even similar data collection with differing analysis can result in varying estimates of value. Put another way, estimating the value of a vehicle is a highly individualized process and different methodologies—and even different appraisers using the same methodology—are likely to come up with different estimates of value for the same vehicle. That does not mean any of these estimates is "wrong," it simply indicates that there is often a range of good faith estimates of value for any given vehicle.

### B.     Relevant Appraisal Standards

There is no requirement for any personal property appraiser to be a member of an appraisal organization. Many appraisers, including many appraisers in the automobile appraiser field, are independents with no societal affiliations.

There are also several appraisal societies that are small and independent. Generally, such organizations are, at best, groups that for a fee will teach an aspiring appraiser the basic requirements of the appraisal business. There are a number of these groups that have been formed specifically for automobile appraisers. In my experience, these organizations generally do not publish their own appraisal standards.

The three largest personal property appraisal societies in the U.S. are The Appraisal Association of America (AAA), the International Society of Appraisers (ISA) and the American Society of Appraisers (ASA). All three of these organizations have their own sets of rules and guidelines. They also mandate certain re-qualification standards, and offer courses and continuing education opportunities. Additionally, all three of these appraisal organizations subscribe to the USPAP Standards, as promulgated by the Appraisal Foundation. The Appraisal Foundation was formed by an act of Congress after the Savings & Loan crisis starting in the late 1980s. USPAP standards apply to all appraisers including those in personal property, real property, machinery and technical specialties, gems and jewelry and business valuation.

Automobile appraisals are considered real property appraisals. USPAP is frequently updated, and it provides a set of guidelines for both appraisers and the end-user.

The goal for all appraisers should be to provide an accurate and informative opinion of value based upon data that they researched and interpreted. There is no single set of appraisal standards. While not mandatory for independent appraisers and not adopted by every appraisal group or organization, USPAP is generally viewed as the best set of guidelines for appraisals currently available.

### C. Review of Mr. Merritt's Opinions

Mr. Merritt states on page 1 of his expert report that he is hired "for the purpose of determining [] fair market value." Appraisers estimate value, they do not determine, declare, or proclaim value. Some say that when an auto is sold, that is the same as determining value, however, each transaction is individual and therefore, theoretically impossible to duplicate (same buyer, same seller, same car).

Mr. Merritt states on page 4 of his report that "the hard data appropriate for" determining the market value of a used vehicle "is typically the Internet price of the comp." I disagree. Indeed, Mr. Merritt's position is contrary to the instruction of the American Society of Appraisers. As ASA Monograph #7 states: "What a group of people would each be willing and able to pay for a property on the effective date of value is an indication of the value for the property." (ASA Monograph #7, P. 7-15.) This publication further explains that "[u]sing the Sales Comparison Approach requires the appraiser to distinguish between prices asked and prices realized. Actual, realized prices in the relevant market are more reliable indicators of value than asking prices." (ASA Monograph #7, P. 7-15.) In estimating vehicle values at Hagerty, for example, we regularly rely on the sale prices of Comparables whenever such sale prices are available. Mr. Merritt's approach would only be true if every car offered on the internet was sold for the asking price. Asking prices are just that; they are not representative of actual sales prices. For many buyers the asking price is merely a suggestion, and they will use it as a starting point in their negotiations. Cars that are unsold units are often discounted as the dealer is in the business of selling and not holding on to inventory. The dealer's marginal cost on each unit goes up every day if they are "floor planned" at a lending institution.

"One price," "no hassle," "Internet special," "no haggle" and similar are far from always true. A determined buyer and a motivated seller may agree to a lesser price than advertised.

As noted below, I disagree with Mr. Merritt's opinion that the Projected Sold Adjustment ("PSA") that Mitchell's WorkCenter Total Loss ("WCTL") methodology applies is contrary to appraisal standards. In fact, Mr. Merritt does not actually cite or refer to any appraisal standards at all. As set forth in this report, there are several appraisal standards that can be consulted when valuing vehicles. In my opinion, it is improper for Mr. Merritt to opine that the PSA does not comply with appraisal standards when he personally is unaware of those published standards and simply relies on so-called "word-of-mouth" or "common sense" for his views.

Finally, even if Mr. Merritt's "comp methodology" existed in some appraisal standards somewhere—and based on his own testimony, it does not—Merritt's proclamation that the PSA "deviates" from the "comp methodology" is not sufficient to draw the conclusion that that the PSA universally results in undervaluation. As described herein, there are numerous appraisal methodologies and even when appraisers are using the same methodology, they may legitimately

arrive at different estimates of value for the same vehicle. Only by considering all the available evidence and sources of vehicle valuations would it be possible to draw a conclusion as to whether Mitchell's software resulted in the undervaluation of any particular vehicle. Moreover, a determination that any particular vehicle had been undervalued would not support the conclusion that the Mitchell software undervalued vehicles across the board.

### D. The Projected Sold Adjustment used in Mitchell's WCTL Methodology Is Consistent With Established Appraisal Standards

Automobile appraisers, when producing a Sales Comparison approach document, look for sales information about similar property that has recently been sold or that is currently offered for sale in the relevant market. This is the process of property description and data collection. Market examples are used or rejected, most often because of location, condition, mileage, or options.

In the sales comparison approach, the appraiser compares the automobile's value attributes. For example, lower miles most often add to the value of an automobile, while higher miles will tend to suppress the value.

The traditional weak link in the chain of collecting market examples, also referred to as "comps," is the actual selling price of any car offered at a dealer or from a private individual. ASA Monograph #7 recognizes this specific potential problem: "Ascertaining an actual sale price in the gallery/dealer market is not always possible in the 'normal course of business' due to privacy issues between sellers and their clientele." (ASA Monograph #7, P. 7-16.) One difference between the collector car market, which I am involved in on a day-to-day basis, and the "general" car market, is the lack of these sizeable public auctions for late model automobiles and trucks. When automobiles are sold at a public (not dealer/wholesale) auction, the appraiser obtains a better idea of actual selling prices. Unfortunately, dealer sales and private sales (also known as private treaty sales) are rarely if ever conducted in public. In my own appraisal business, I have asked both dealers and private individuals the final sales price of a number of general market used cars, and often I receive a curt "no comment" style response.

While the individual appraiser's job is to search for market examples, we are limited to those examples that we can find. An automated system such as Mitchell's WCTL, however, can cast a wider net, and find Market Examples that a single appraiser, or even a group of appraisers might not have the time or be willing to put the effort into finding. The most useful aspect of this, in my estimation, is the ability of the WCTL software to identify the difference between asking and actual sales prices for particular vehicles. In other words, WCTL utilizes big data to solve the problem, as stated above in ASA Monograph #7, that dealers are often unwilling to disclose the sales price of their vehicles. WCTL applies this data to its valuations in the form of the Projected Sold Adjustment. It is my understanding that the PSA is derived from actual sales data gathered from a large number of dealers, and therefore can forecast a reasonable expectation of the price for which an individual car may sell. As a result, I think that the PSA is a positive use of information that was previously not available absent unusual access to actual vehicle sales prices. In my opinion, the WCTL methodology of using actual market data to apply a Projected Sold Adjustment to estimate actual sales prices for comparable vehicles is consistent with generally accepted appraisal standards and helps to produce reliable market value estimates for used vehicles. While someone might disagree with the individual adjustment applied to a particular vehicle at a

particular point in time (as if often the case with a variety of judgments that appraisers must make in valuing personal property), use of this Projected Sold Adjustment is reasonable and consistent with appraisal standards.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 5th day of November, 2024

_____  11/5/2024
David Kinney, ASA

# APPENDIX 1

**APPRAISER QUALIFICATIONS**
- Candidate 1991, Accredited Member 1996, Accredited Senior Appraiser -1998 Personal Property/Automotive Specialties-American Society of Appraisers
- Leader, Automotive Specialties Group -American Society of Appraisers (current)
- Member, Constitution and Bylaws Committee - American Society of Appraisers (current)
- Member, Personal Property Resource Panel - The Appraisal Foundation (current)
- President, American Society of Appraisers Washington, DC Area Chapter (2002- 2003)
- American Society of Appraisers Personal Property Governor (2003-2008)
- American Society of Appraisers Human Relations Committee (2004-2008)
- Co-Chair, American Society of Appraisers Automotive Group (1999- 2001)

**COLUMNIST**
Valuation articles written for National Corvette Owners Association (1999), Head Auction Reporter, Sports Car Market (1999-2001), Lead Auction Analyst, Sports Car Market (2001-2002), Senior Auction Analyst Sports Car Market (2002-2008) Past- Contributing Editor, AutoWeek Magazine, Contributor, New York Times, Automobile Section, Monthly columnist, Automobile Magazine, Upshift Auctions Present- Monthly columnist, Octane Magazine (Great Britain), Quarterly columnist Magneto (Great Britain), Linkage, Hagerty Insider Magazine

**PUBLISHER**
Founder and Publisher, Cars That Matter Price Guide (2006-2011) Publisher, Hagerty Price Guide (2011-present)

**ADVISORY BOARD MEMBER**
McPherson College Advisory Board - 2019-2024 Rolls Royce Foundation- 2019-2021

**FEATURED PANELIST, SEMINARS**
Hagerty's "No Reserve" Podcast - Co-Host, Frequent Guest "The Driven" Podcast - Valuation Subjects, Host - Collector Car Auction, Television, Fine Living Channel, frequent guest Hagerty Radio (2009, 2010 and 2011), Boca Raton Concours Valuation Seminars (2013-2023), frequent guest-Auto News Radio Show (2012-2016), Fox News-Auto TV Segments with Adam Shapiro (2014-2018), featured panelist at Hagerty Valuation Seminars (2009-2022), Guest Speaker Valuation Subjects - Hagerty Garage & Social (North America) Co-instructor, American Society of Appraisers 201 level Personal Property course, George Washington University Center for Continuing Education, Washington, DC (1994)

**EMPLOYMENT HISTORY**
*1990- Current*
Founder of USAppraisal, LLC, automotive, truck and motorcycle appraisal firm.
Appraisal of antique and collector cars and trucks as well as current vehicles - all years and models; Diminished Value Appraisals

<u>1979-Ongoing</u>
Purchasing, refurbishing, appraising, and selling numerous types of antique and collector vehicles.

*1977-1992*
Vice-President and part owner of Ballston Metro Park, Inc. automobile parking facilities

*1986-1989*
Operation of automobile repair shop, managing seven full time employees.

*1977-1979*
Owned and operated Contemporary Classic Automobiles, Arlington, Virginia, buyer and reseller of antique, classic, and special interest vehicles.

*1972-1977*
Vice-President of Thorobred Motorcars, Inc. Arlington, Virginia, Washington DC area's oldest exotic automobile dealership. Work responsibilities included all phases of purchasing, sales, and management.

**EDUCATION**
BA, Communication Arts, Park University, Kansas City MO (1976)

**CONCOURS JUDGE**
- Chief Judge - Audrain Concours d'Elegance (Newport, RI) 2019-2024
- Amelia Concours d'Elegance 2024
- Distinguished Judge and Hon. Judge- Boca Raton, FL Concours d` Elegance 2012-2023
- Chief Judge (2010-2011) Judge (2004-11); Fairfield County, CT Concours d'Elegance
- St. Michaels Concours (MD) 2009-2024
- The 100 Motor Cars of Radnor Hunt, PA 2011, 2014, 2017
- The Elegance of Hershey, Pennsylvania 2011-2019
- Greenbriar Concours (WV) Judge 2021
- Greenwich Concours d' Elegance 2016-2024
- Carmel-by-the-Sea Concours d`Elegance 2011-2021
- Kiawah Concours d`Elegance Judge 2013, 2016
- Saint John's Concours d`Elegance, MI 2014-2021
- Pinehurst Concurs d'Elegance Judge 2015-2017
- Cobble Beach Concours d`Elegance Judge (Canada) 2014
- Concours d' Elegance Suisse (Geneva) 2019
- 21 Gun Salute – New Delhi India 2020
- Chief Judge Concours Virtual 2020

**MOTORING AWARD JUDGE**
- International Historical Motoring Awards Judge (UK) (2014-2021)

**MEMBERSHIPS AND PROFESSIONAL ACTIVITIES**
Antique Automobile Club of America (Life Member), Automotive Restoration Market Organization (ARMO), Avanti Owners Association International (Life Member), The Classic Car Club of America, Credentialed Member International Motor Press Association (IMPA) and

Washington Automotive Press Association (WAPA), The Ferrari Club of America, The Modern Car Society, National Corvette Owners and Corvette Restorers Society, The Shelby American Automotive Club (SAAC), The Society of Automotive Historians, Life Member Auburn, Cord and Duesenberg Museum (IN), Specialty Equipment Market Association (SEMA), The Rolls Royce Owners Club, Volvo Club of America