**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

MATTHEW THURSTON, GENEVIEVE MCDONALD, and KATHERINE BRIDGES, individually and on behalf of others similarly situated,

Plaintiffs,

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY and UNITED FINANCIAL CASUALTY COMPANY,

Defendants.

Docket No. 1:22-cv-00375-NT

**JOINT MOTION TO AMEND THE SCHEDULE AND NOTICE PURSUANT TO LOCAL RULE 56(h)**

NOW COME the Plaintiffs and the Defendants (together, the "Parties"), by and through their counsel, and jointly seek to amend the schedule with respect to the deadline for Plaintiffs to file a Reply in Support of their Amended Motion for Class Certification (the "Reply"). The Parties also respectfully submit the following notice and proposed schedule for summary judgment and *Daubert/Kumho* briefing pursuant to Local Rule 56(h).

By joint motion of the Parties, Dkt. 91, and subsequent Order by this Court, Dkt. 92, the Reply is presently due on December 13, 2024. Due to a trial conflict in another matter, Plaintiffs' counsel sought Defendants' agreement to a short one-week extension to file. Defendants do not oppose this request. As such, the Parties jointly move the Court to amend the deadline so that the Plaintiffs' Reply will be due on **December 20, 2024**.

Further, Defendants notified Plaintiffs of their intent to file a motion for summary judgment pursuant to Local Rule 56, as well as their intent to file a motion to exclude Plaintiffs' expert,

Jason Merritt. Plaintiffs notified Defendants of their intent to file motions to exclude Defendants' experts as well. The Parties have conferred and jointly propose the following schedule:

- Summary judgment and *Daubert/Kumho* motions: **January 3, 2025**
- Oppositions to summary judgment and *Daubert/Kumho* motions: **February 12, 2025**
- Replies in support of summary judgment and *Daubert/Kumho* motions: **March 14, 2025**

In addition to granting the above proposed schedule, the Parties jointly seek to expand the page limits for *Daubert/Kumho* briefing. Local Rule 7 sets the page limits for *Daubert/Kumho* motions as ten (10) pages for the opening motion and opposition, and seven (7) pages for the reply. Due to the complexity of the expert opinions, the Parties respectfully request fifteen (15) pages for the opening motions and oppositions for *Daubert/Kumho* motions, but do not seek to extend the page limits for the replies.

Defendants estimate that the number of statements of material fact offered in support of Defendants' motion for summary judgment will be seventy (70). Plaintiffs estimate that the number of additional statements offered to oppose the motion for summary judgment will be twenty (20).

The Parties do not anticipate filing any stipulated statement of material fact for purposes of Local Rule 56(b).

WHEREFORE, the Parties jointly move for a schedule to complete the summary judgment and *Daubert/Kumho* briefing as set out above. The Parties duly certify that this request is sought in good faith and is not intended to cause delay. The Parties do not request a pre-filing conference with the Court.

Respectfully submitted this 4th day of December 2024.

*/s/ Brian E. Roof*
John Z. Steed, Esq. #5399
**ISLAND JUSTICE**
P.O. Box 771
Stonington, ME 04681
(207) 200-7077
john@islandjusticelaw.com

Ronald Ira Frederick*
Brian E. Roof*
**FREDERICK & BERLER, LLC**
767 East 185th Street
Cleveland, OH 44119
brianr@clevelandconsumerlaw.com
filings@clevelandconsumerlaw.com

Scott C. Borison*
**BORISON FIRM, LLC**
1400 S. Charles Street
Baltimore, MD 21230
scott@borisonfirm.com

*/s/ Allison Hill White*
Jeffrey S. Cashdan*
jcashdan@kslaw.com
Zachary A. McEntyre*
zmcentyre@kslaw.com
J. Matthew Brigman*
mbrigman@kslaw.com
Allison Hill White*
awhite@kslaw.com
Allexia Bowman Roberts*
aroberts@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St. NE
Atlanta, Georgia 30309
P: (404) 572-4600

Julia Barrett Bates*
jbates@kslaw.com
**KING & SPALDING LLP**
500 W. 2nd Street
Suite 1800
Austin, Texas 78701
P: (512) 457-2000

Thomas S. Marjerison, Esq.
Bar No. 7836
tmarjerison@nhdlaw.com
**NORMAN, HANSON & DETROY, LLC**
2 Canal Plaza
P.O. Box 4600
Portland, Maine 04112
P: (207) 774-7000

*Counsel for Defendants*

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December 2024, I electronically filed the Joint Motion to Modify Schedule with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

*/s/ Allison Hill White*
Allison Hill White

*Attorney for Defendants*