# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW THURSTON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY and UNITED FINANCIAL CASUALTY COMPANY,<br><br>Defendants. | Docket No. 1:22-cv-00375-NT<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANTS' INITIAL DISCLOSURES**

Defendant Progressive Casualty Insurance Company ("PCIC") and Defendant United Financial Casualty Company ("UFCC") (together, "Defendants") by and through undersigned counsel, make the following initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(A), based on the information currently available to them. Defendants expressly reserve the right to supplement these initial disclosures to the extent further information becomes available to them during discovery in this matter.

**Fed. R. Civ. P. 26(a)(1)(A)(i).** Defendants provide the following list of names and, if known, addresses and telephone numbers of individuals likely to have discoverable information that they may use to support their claims and defenses, unless the use would be solely for impeachment, and identify the subjects of information each individual may possess. Where individuals are known to be represented by counsel, as appropriate, the individuals may be contacted through counsel. Defendants reserve the right to supplement this list to the extent further information becomes available to them during discovery in this matter.

1. **Plaintiff Matthew Thurston.** Plaintiff Thurston has knowledge of the allegations in the Complaint, the events underlying those allegations, and his alleged damages. Plaintiff Thurston may be contacted through his counsel.

2. **Scott Thurston.** Mr. Thurston has knowledge of the allegations in the Complaint regarding ownership of the loss vehicle and adjustment of the claim, and the events underlying those allegations. Mr. Thurston may be contacted at: 2304 Fairway Dr, Baton Rouge, LA 70809.

3. **Joan M. Thurston.** Mrs. Thurston has knowledge of the allegations in the Complaint regarding ownership of the loss vehicle and the events underlying those allegations. Mrs. Thurston may be contacted at: 2304 Fairway Dr, Baton Rouge, LA 70809.

4. **Representative of Progressive Casualty Insurance Company.** A representative of PCIC will have information regarding its lack of a contractual relationship with Plaintiff. The representative of PCIC may be contacted through counsel.

5. **Representative of United Financial Casualty Company.** A representative of UFCC, after reviewing relevant business records, will have information regarding communications between Plaintiff Thurston and UFCC, as well as UFCC's policies, practices, and procedures for adjusting total loss claims in Maine. The representative of UFCC may be contacted through counsel.

6. **Representative of Mitchell International, Inc. ("Mitchell").** A representative of Mitchell, after reviewing relevant business records, will have information regarding the platform that Mitchell licenses to Defendant UFCC to assist it in adjusting total loss claims. The representative of Mitchell may be contacted at: Mitchell International, Inc., 6220 Greenwich Drive San Diego, CA 92122.

    7.    **Representative of J.D. Power.** A representative of J.D. Power, after reviewing relevant business records, will have information regarding the platform that Mitchell licenses to Defendant UFCC to assist it in adjusting total loss claims. The representative of J.D. Power may be contacted at: J.D. Power, 3200 Park Center Dr., Costa Mesa, CA.

**Fed. R. Civ. P. 26(a)(1)(A)(ii).** Based on the information currently available to Defendants, subject to and without waiving any and all privileges and protections (including the attorney-client privilege and work-product doctrine), and the right to supplement, amend, or otherwise modify these initial disclosures, and preserving any and all objections to the discoverability or admissibility of particular information, Defendants identify the following categories of documents and things in their possession, custody, or control that may be used to support their claims and defenses, unless the use would be solely for impeachment:

1. The insurance policy with UFCC on which Plaintiff bases his claims.
2. Documents reflecting or relating to UFCC's communications with Plaintiff regarding his claims.
3. Documents reflecting or relating to the adjustment of Plaintiff's claims, including (but not limited to) the valuation of the loss vehicle.

**Fed. R. Civ. P. 26(a)(1)(A)(iv).** Defendants identify the following policy:

1. Progressive Casualty Insurance Co. Policy No. 4141177-8 (Policy Period 2/1/2023 to 2/1/2024). Copies of this policy will be made available to Plaintiff's counsel upon request and subject to a Protective Order.
2. Progressive Direct Insurance Co. Policy No. 4141353-8 (Policy Period 2/1/2023 to 2/1/2024). Copies of this policy will be made available to Plaintiff's counsel upon request and subject to a Protective Order.

3

Respectfully submitted this 19th day of July, 2023.

/s/ *Allison Hill White*
Jeffrey S. Cashdan*
jcashdan@kslaw.com
Zachary A. McEntyre*
zmcentyre@kslaw.com
J. Matthew Brigman*
mbrigman@kslaw.com
Allison Hill White*
awhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, Georgia 30309
P: (404) 572-4600
F: (404) 572-5140

Julia C. Barrett*
jbarrett@kslaw.com
KING & SPALDING LLP
500 W. 2nd Street
Suite 1800
Austin, Texas 78701
P: (512) 457-2000
F: (512) 457-2100

Thomas S. Marjerison, Esq.
Bar No. 7836
tmarjerison@nhdlaw.com
NORMAN, HANSON & DETROY, LLC
2 Canal Plaza
P.O. Box 4600
Portland, ME 04112
P: (207) 774-7000

*Counsel for Defendants*

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023, a copy of Defendants' Rule 26(a)(1)(A) Initial Disclosures was served via email to all counsel of record.

*/s/ Allison Hill White*
Allison Hill White