Claim #: 23-2733986 / Insured: BRIDGES, KATHERINE / DOL: 09/28/2023

## Claim Notes for 23-2733986

**Claims Processor**
**INTERNET 09/29/2023 12:25 PM ET**
--------------------
ACCIDENT INFORMATION:
REPORTING APPLICATION: OSWA
WHERE DID IT HAPPEN?  REACH RD
IN WHAT STATE OR PROVINCE? ME
WHEN DID IT HAPPEN? 9/28/2023 - 12:30:00 AM ET
IS THE DAMAGE ONLY TO WINDSHIELD OR WINDOW GLASS? NO
DTE SCORE: 75
DTE RESULT: PROBABLE TOTAL LOSS

**Claims Processor**
**INTERNET 09/29/2023 12:25 PM ET**
ADDITIONAL INFORMATION:
-->REPT BY: KATHERINE BRIDGES
-          RELATIONSHIP TO CLAIM: INSURED NAMED
-          PHONE NUMBER: (207) 479 - 6925
-          PHONE TYPE: CELLULAR
-          EMAIL: BRIDGESKA9@GMAIL.COM
-          TEXT OPTIN NUMBER: (207) 479 - 6925
DTE DETAILS: AIRBAGS DEPLOYED, ONE OR MORE WHEELS DAMAGED, ONE OR MORE DOORS DO NOT OPEN PROPERLY, VEHICLE IS LEAKING FLUIDS, VEHICLE LEFT THE ROADWAY
DTE SCORE: 75
DTE RESULT: PROBABLE TOTAL LOSS

**Claims Processor**
**INTERNET 09/29/2023 12:25 PM ET**
CALLBACK EXPECTATIONS:  BY THE END OF THE NEXT BUSINESS DAY
PREFERRED CONTACT INFO: 207-479-6926

**Claims Processor**
**INTERNET 09/29/2023 12:25 PM ET**
INTERNET XFERRED TO CARS RECOMMENDED ORG 30277 AT 12:25:42 PM ET. ZIPCODE 04616 ENTERED FOR INSURED PARTY KATHERINE BRIDGES.

**Claims Processor**
**INTERNET 09/29/2023 12:25 PM ET**
CLRU CLAIM NOT QUALIFIED FOR CCU HANDLING:VEHICLE MAY BE A TOTAL LOSS

**Claims Processor**
**CARS 09/29/2023 12:25 PM ET**
-->REPT BY: KATHERINE BRIDGES INSURED NAMED (207) 479-6926 CELLULAR.
-->REPT VIA: CLRU BY INTERNET.
-->FOL: ACCIDENT | SINGLE VEHICLE | IV STRUCK OBJECT
-->VEH INFO: 20 KIA TELLURIDE
-         VEHICLE TYPE: PASSENGER AUTO.
-         VEHICLE DRIVEABLE: NO.
-->INJ INFO: NONE REPORTED.

**Content Submission**
**SYSTEM 09/29/2023 12:25 PM ET**
CONTENT SUBMISSION INVITATION SENT VIA FNOL EMAIL
METHOD: EMAIL

Claim #: 23-2733986 / Insured: BRIDGES, KATHERINE / DOL: 09/28/2023

EMAIL: BRIDGESKA9@GMAIL.COM
SENT TO: KATHERINE BRIDGES
ASSOCIATED PARTY: KATHERINE BRIDGES

**Damages**
**Digital Text (DIGITAL) 09/29/2023 12:25 PM ET**
GUIDED PHOTO INVITATION SENT
METHOD: TEXT
TEXT PHONE: (207)479-6925
SENT TO: KATHERINE BRIDGES
PROPERTY: 20 KIA TELLURIDE

**File Intervention**
**SYSTEM 09/29/2023 12:25 PM ET**
ASSIGNED CLAIM TO A193677

**File Intervention**
**Keila Vasquez (A096721) 09/29/2023 02:37 PM ET**
PLEASE REASSIGN , REP IS OUT FOR THE DAY

**File Intervention**
**Keila Vasquez (A096721) 09/29/2023 02:37 PM ET**
TRANSFERRED CLAIM TO ORG 30277 - ME PCS TEAM 1

**File Intervention**
**Amy E. Pare' (AEP0006) 09/29/2023 02:41 PM ET**
ASSIGNED CLAIM TO A184010

**Damages**
**Tyler Kardas (A184010) 09/29/2023 02:44 PM ET**
PD OPENED ON POWER POLE AND ROCK WALL

**File Review**  EZ - NY - Initial Claim Review
**Tyler Kardas (A184010) 09/29/2023 02:49 PM ET**

EVENT
**FNOL SUMMARY:**
IV struck object
**EFF/CUSTOMER CONTACT REVIEW SUMMARY:**
rep by nod
no injury

COVERAGE
Helpful Links
[ HYPERLINK "https://progressiveinsurance.sharepoint.com/:w:/r/sites/East%20Claims%20Home/Reps/_layouts/15/Doc.aspx?DefaultItemOpen=1&action=default&cid=df116a63-d4d6-441b-bf75-be56ac1125dc&file=Coverage+Resolution+Guide+-+Final.docx&mobileredirect=true&sourcedoc={E0FB5E84-6DCE-46A8-8A56-B77D1EC9EFDA}&wdExp=TEAMS-CONTROL&wdOrigin=TEAMS-ELECTRON.p2p.mw&wdhostclicktime=1687276769527&web=1" ]
[ HYPERLINK "https://progressiveinsurance.sharepoint.com/sites/highway_claimscasualty/fileowner/pages/coverageinvestigationsmenu.aspx" ]
Claims Verification/Policy FAQ's[ HYPERLINK "https://progressiveinsurance.sharepoint.com/sites/highway_Claims/Pages/JobAidsPolicyMenu.aspx" ]
**POLICY STATE / LOSS STATE: ME/ME**

**IS THE POLICY CURRENTLY ACTIVE:** Yes
**RENEWAL COUNTER:** 5
**POLICY INCEPTION DATE:** 07/16/2023
**POLICY EXPIRATION DATE:** 01/16/2024
**ARE THERE MORE VEHICLES THAN DRIVERS ON THE POLICY:** No
**WHAT TYPE OF VEHICLES ARE ON THE POLICY:** 20 kia telluride, 13 chevy silverado
**LOSS LOCATION VS POLICY GARAGING ZIP CODE:** REACH RD ZIP: 04616 BROOKLIN, ME USA vs 712 REACH RD, BROOKLIN, ME 04616
**ANY LAPSES OR SONL :** No
**HAVE ANY POLICY CHANGES OCCURRED :** No
**IS THIS A SVA, HIT/RUN, OR PHANTOM VEH LOSS:** No
**IS AN ROR NEEDED:** No
**IS A DETAILED TIMELINE INVESTIGATION REQUIRED:** No
**CVQ'S OR OTHER POTENTIAL COVERAGE ISSUES:**
another loss on policy

STATE SPECIFICS
**ANY ENDORSEMENTS THAT IMPACT CLAIM:** No
**ANY FILINGS THAT IMPACT CLAIM  :** No
**POTENTIAL SUBRO:** No
**ARE ANY STATE REGULATION LETTERS NEEDED :** No

DAMAGES/EXPOSURE RECOGNITION
**COMP/COLL AND/OR RENTAL ON POLICY:** Yes
**POTENTIAL ADDITIONAL EXPOSURES:** Yes
**COVERAGES / DEDUCTIBLES:**
PD
**VEHICLE STATUS:**
IV prob TL
**PD LIMIT AMOUNT:** 100k
**POTENTIAL ADDITIONAL EXPOSURES:**
powerpole
**NEXT STEPS:**
verify FOL
ROI
QM IV
TL process

### Coverage
Tyler Kardas (A184010) 09/29/2023 02:50 PM ET
RESOLVED COVERAGE ISSUE: * ANOTHER LOSS EXISTS FOR THIS POLICY
REVIEWED PRIOR CLAIM
IV STRUCK PARKED CV
NO TRENDS
DIFFERENT IV
OK TO CLEAR

### Liability
Tyler Kardas (A184010) 09/29/2023 02:54 PM ET
LIABILITY COMPLETE
RESOLUTION SUMMARY: IV RAN OFF ROAD STRUCK OBJECT

### Contact Information
Tyler Kardas (A184010) 09/29/2023 02:57 PM ET
OBC to NOD
//
LVM2CB

Claim #: 23-2733986 / Insured: BRIDGES, KATHERINE / DOL: 09/28/2023

### Damages
**SYSTEM 09/29/2023 08:35 PM ET**
GUIDED PHOTO REMINDER SENT
METHOD: TEXT
TEXT PHONE: 2074796925
SENT TO: KATHERINE BRIDGES
PROPERTY: 20 KIA TELLURIDE

### To Do
**INTERNET 09/30/2023 04:38 PM ET**
INTERNET MESSAGE FROM: KATHERINE  BRIDGES :
HI THERE JUST WONDERING HOW TO GET YOU MY CASE NUMBER AND WHEN WE CAN GET MY RENTAL CAR SO I CAN GET BACK TO WORK
CONTACT REQUESTED.

### To Do
**INTERNET 10/01/2023 03:55 PM ET**
INTERNET MESSAGE FROM: KATHERINE  BRIDGES :
HI TYLER, I AM JUST WRITING TO SEE HOW THINGS ARE PROGRESSING AS I NEED TO GET A RENTAL CAR ASAP. MY PHONE WAS DESTROYED IN THE ACCIDENT AND I WONT BE GETTING MY NEW ONE UNTIL LTER IN THE WEEK SO I WILL HAVE MY SONS PHONE TOMORROW 10/2 AND THE NUMBER IS (207)479-3320. PLEASE CALL ME SO WE CAN FIGURE OUT WHAT THE NEXT STEPS ARE. I JUST GOT MY TEMPORARY LICENSE FROM THE DMV. ALSO, I HAVE THE CASE NUMBER FOR THE ACCIDENT REPORT.
CONTACT REQUESTED.

### To Do
**INTERNET 10/01/2023 04:34 PM ET**
INTERNET MESSAGE FROM: KATHERINE  BRIDGES :
ALSO I WANTED TO ASK IF THERE WAS A WAY TO CLAIM ANY OF THE ITEMS THAT WERE IN THE CAR AT THE TIME OF THE FIRE....... I LOST A LOT OF PERSONAL BELONGING LIKE MY WORK COMPUTER AND SOME OTHER HARD TO REPLACE ITEMS

### Damages
**Tyler Kardas (A184010) 10/02/2023 11:36 AM ET**
INJURY UPDATED FOR KATHERINE BRIDGES  LEVEL: NONE

### Total Loss
**Tyler Kardas (A184010) 10/02/2023 12:03 PM ET**
IBc from NOD
//
ROI
vehicle caught fire after impact with pole.
Offered QM and accepted
went through TL process
set up rental in arms
advised of rental cut off
vehicle is loan with lh on title

### Total Loss
**Tyler Kardas (A184010) 10/02/2023 12:05 PM ET**
Lot #
70679183
Assignment Date
10/02/2023
Location Assigned

Page [PAGE] of [NUMPAGES]

ME - WINDHAM (Yard 384)
11 BEDROCK TERRACE
WINDHAM ME 04062
United States
Title Processing Location
COPART AUTO AUCTIONS
PO BOX 819
ALFRED ME 04002
United States
Location Assigned Phone #
(207) 383-1500

**Total Loss**
Justin Green (A126781) **10/05/2023 03:25 PM ET**
CTA or Title Information

CTA or Title Number: AN63774     Pending CTA: No
Status: ACTIVE Entered Date: 02/20/20 Issue Date: 03/12/20

Vehicle Information

Year: 2020 Make: KIA Model: TELLUR
MSRP: 42540 Import: N Body Type: UT
Mileage 832 Condition: NEW Purchase Date: 01/23/20
Mileage Type: ACTUAL Miles/Km: Miles Odometer Chgd:

Owner Information

1st Owner Information
Last Name: WRIGHT
First Name: CHRISTOPHER
Middle Initial: W
Suffix:
2nd Owner Information
Last Name: BRIDGES
First Name: KATHERINE
Middle Initial: A
Suffix:
DBA:     Joint Ownership: Y

Address Information

Address: 712 REACH RD
City/State/ZIP: BROOKLIN, ME 04616

Lien Information

1st Lien Information
Lien Date: 01/23/20  Address: PO BOX 105299
Lien Release Date:   City/Town: ATLANTA
Name on Lien: KIA MOTORS FINANCE  State: GA
   ZIP Code: 30348-5299

NOTE: If there is unfamiliar text listed in the 2nd lien holder field, please disregard it.

**Total Loss**
Justin Green (A126781) **10/09/2023 11:30 AM ET**

Claim #: 23-2733986 / Insured: BRIDGES, KATHERINE / DOL: 09/28/2023

*** IV IS A TOTAL LOSS ***
===
T/L OFFER (ACCEPTED?): y
.
-EMAILED EVAL & SETTLEMENT REPORT (Y or N):y
.
PREFERRED CTC METHOD, TEXT OK ? : call
.
-PLAN FOR TDE- needs fedex
.
-SECURED PERMISSION TO MOVE (Y or N - If N Why Not): at copart
.
-EXPECTATION SET AROUND RENTAL (LAST DAY): friday

-Copy of e-mail sent to customer/FO/Super:
**From:** Justin Green
**Sent:** Monday, October 09, 2023 11:29 AM
**To:** BRIDGESKA9@GMAIL.COM
**Cc:** Tyler Kardas <Tyler_Kardas@Progressive.com>
**Subject:** Progressive Claim #23-2733986

Dear Katherine,
Thank you for your time today as discussed your vehicle was declared a total loss. I've included some information below to answer questions you may have.

**What does it mean when my vehicle is "not repairable"?**
In general, the cost to fix your vehicle to return it to pre-accident condition would be as much or more than the value of the vehicle or your states total loss threshold.

**How does the payment process work?**
If you don't have a loan or lease on your vehicle, you'll receive a payment covering the value of your vehicle. If you have a loan or lease, we're required to pay the lender first and you'll receive the remaining balance.
We'll send you your payment once we get the necessary paperwork from you, and from your lender if you have one.
**What paperwork do you need before you can issue my payment?**
If you're the titled owner, you'll need to provide the physical title to us. If a lender holds the title, we'll get the title from them and you'll just need to sign a Power of Attorney.
**How does the rental vehicle process work?**
If you are entitled to a rental vehicle we'll cover the cost of the rental vehicle for up to three days after we've let you know the value of your vehicle.

**Helpful Reminders**

Locate your vehicle's title (if it's not held by your lienholder).
If you have a loan or a lease on the vehicle, have the account number and lienholder contact information ready and available for your claims representative.
If you plan to purchase a replacement vehicle, begin researching your options and contact your lienholder to discuss possible financing.
Contact your claims representative with any questions.
Log onto progressive.com/claims to follow the progress of your claim. Or you can also check status of your claim using the Progressive Mobile App available for iPhone and Android users.

Please contact me if you have any questions.


Justin Green
Managed Repair Rep

Claim #: 23-2733986 / Insured: BRIDGES, KATHERINE / DOL: 09/28/2023

603-327-5610
600 Sable Oaks Drive
Suite 180
South Portland, Me 04106

### Total Loss
**Tyler Kardas (A184010)** 10/09/2023 11:59 AM ET
LH Name: Leaders Kia Motor Finance Co
Listed in LH portal: N
If listed in LH portal, stop and submit via LH portal process
LH Phone Number: 866-331-5632
Name of Rep: Gloria
CVQ set for lease: N
10 day Payoff: $12,852.72
Good thru date: 11/08/2023
Payment being made to: Kia finance America
Per Diem: 0.67
Account Number:
GAP coverage available via LH: N
ORS allowed (if requested by customer): N
LH Payment Address: PO Box 20875 Fountain Valley CA, 92728-0875
LH Fax Number/Email: valuation/breakdown/VIN/
totalloss@hcs.com/714-965-0520
When to expect GOT/LOG: 5-7 business days
VERBAL: Once Payment Received and Lien will be release

### Total Loss
**Tyler Kardas (A184010)** 10/09/2023 12:04 PM ET
Sent email to LH for LOG
provided VIN settlement and Valuation

### Claims Processor
**Tyler Kardas (A184010)** 10/09/2023 12:07 PM ET
TDE TEMPLATE (NOT IN PERSON)
OWNER(S) NAME & ADDR AS LISTED ON TITLE: Katherine Bridges 712 REACH RD, BROOKLIN, ME 04616
STATE VEH IS TITLED IN: ME
ODOM READING (STATE IF EXACT OR ESTD): 83411 Estimate
SETTLEMENT AMNT (AFTER DEDUCTIBLE): $35,337.05
SETTLEMENT DATE: 10/09/2023
PRS OR ORS: PRS
PAPERWORK NEEDED (RETURN ENVELOPE NEEDED?): POA
DELIVERY METHOD & ADDRESS(EMAIL / FEDEX MUST BE PHYSICAL): Fedex
USPS/FEDEX DROP LOCATION: 712 REACH RD, BROOKLIN, ME 04616
BEST CONTACT PHONE? OK TO TEXT/EMAIL? (207) 479-3320
COPART LOT# AND CITY:
70679183 Windham

### Claims Processor
**Brittany Heller (A191661)** 10/09/2023 02:54 PM ET
2 ME POAS FOR EACH OWNER W/INSTRUCTIONS TO NOD VIA FEDEX IN REUSABLE ENVELOPE W/ RETURN LABEL TO SOPO
TRACKING TO-773679150767
RETURN TRACKING-791397227717


ACK MMR TITLE RUN NOTE ON 10/5/23-2 NAMES ON TITLE SO NEED POAS FROM BOTH. DY TO FO AS SENDING POAS FOR BOTH.

Page [PAGE] of [NUMPAGES]

Claim #: 23-2733986 / Insured: BRIDGES, KATHERINE / DOL: 09/28/2023

TDE TEMPLATE (NOT IN PERSON)
OWNER(S) NAME & ADDR AS LISTED ON TITLE: Katherine Bridges 712 REACH RD, BROOKLIN, ME 04616
STATE VEH IS TITLED IN: ME
ODOM READING (STATE IF EXACT OR ESTD): 83411 Estimate
SETTLEMENT AMNT (AFTER DEDUCTIBLE): $35,337.05
SETTLEMENT DATE: 10/09/2023
PRS OR ORS: PRS
PAPERWORK NEEDED (RETURN ENVELOPE NEEDED?): POA
DELIVERY METHOD & ADDRESS(EMAIL / FEDEX MUST BE PHYSICAL): Fedex
USPS/FEDEX DROP LOCATION: 712 REACH RD, BROOKLIN, ME 04616
BEST CONTACT PHONE? OK TO TEXT/EMAIL? (207) 479-3320
COPART LOT# AND CITY:
70679183 Windham

2020 KIA TELLURIDE     BRIDGES, KATHERINE

**Claims Processor**
Kaila E. Rowan (A128018) 10/12/2023 02:28 PM ET
***TOTAL LOSS MEETING (NOT IN PERSON)***
PARTY: NOD
VEHICLE:  IV
DATE DOCS RECEIVED: 10/12/2023
DOCS RECEIVED (TITLE, POA, BLUE FORM): POA'S
IS THE PAPERWORK ACCURATE AND COMPLETE (Y,N):  NO
IF ERROR, WHAT IS THE ERROR: NEITHER POA IS NOTARIZED
SENT FO A DY (Y,N):  Y
------------------
        1. PLEASE HAVE BOTH CUSTOMERS COMPLETE THE "EXTRA" COPY OF THE POA'S THAT WERE SENT ON 10/09.
        2. IF THEY REQUIRE A NEW COPY- PLEASE SUBMIT A NEW VTDE REQUEST

BRIDGES, KATHERINE

**Claims Processor**
Tyler Kardas (A184010) 10/12/2023 04:29 PM ET
TDE TEMPLATE (NOT IN PERSON)
OWNER(S) NAME & ADDR AS LISTED ON TITLE: Katherine Bridges 712 REACH RD, BROOKLIN, ME 04616
STATE VEH IS TITLED IN: ME
ODOM READING (STATE IF EXACT OR ESTD): 83411 Estimate
SETTLEMENT AMNT (AFTER DEDUCTIBLE): $35,337.05
SETTLEMENT DATE: 10/09/2023
PRS OR ORS: PRS
PAPERWORK NEEDED (RETURN ENVELOPE NEEDED?): return label
DELIVERY METHOD & ADDRESS(EMAIL / FEDEX MUST BE PHYSICAL): Fedex
USPS/FEDEX DROP LOCATION: 712 REACH RD, BROOKLIN, ME 04616
BEST CONTACT PHONE? OK TO TEXT/EMAIL? (207) 479-3320
COPART LOT# AND CITY:
70679183 Windham

**Claims Processor**
Brittany Heller (A191661) 10/13/2023 01:58 PM ET
RETURN FEDEX LABEL TO NOD VIA EMAIL W/ RETURN LABEL TO SOPO
RETURN TRACKING-773738195857


TDE TEMPLATE (NOT IN PERSON)

Claim #: 23-2733986 / Insured: BRIDGES, KATHERINE / DOL: 09/28/2023

OWNER(S) NAME & ADDR AS LISTED ON TITLE: Katherine Bridges 712 REACH RD, BROOKLIN, ME 04616
STATE VEH IS TITLED IN: ME
ODOM READING (STATE IF EXACT OR ESTD): 83411 Estimate
SETTLEMENT AMNT (AFTER DEDUCTIBLE): $35,337.05
SETTLEMENT DATE: 10/09/2023
PRS OR ORS: PRS
PAPERWORK NEEDED (RETURN ENVELOPE NEEDED?): return label
DELIVERY METHOD & ADDRESS(EMAIL / FEDEX MUST BE PHYSICAL): Fedex
USPS/FEDEX DROP LOCATION: 712 REACH RD, BROOKLIN, ME 04616
BEST CONTACT PHONE? OK TO TEXT/EMAIL? (207) 479-3320
COPART LOT# AND CITY:
70679183 Windham

2020 KIA TELLURIDE    BRIDGES, KATHERINE

### Claims Processor
Kaila E. Rowan (A128018) 10/17/2023 10:29 AM ET
***TOTAL LOSS MEETING (NOT IN PERSON)***
PARTY: NOD & CO-OWNER
VEHICLE: IV
DATE DOCS RECEIVED: 10/17/2023
DOCS RECEIVED (TITLE, POA, BLUE FORM): POA'S
IS THE PAPERWORK ACCURATE AND COMPLETE (Y,N):  Y
IF ERROR, WHAT IS THE ERROR: N/A
SENT FO A DY (Y,N):  Y
DATE DOCS MAILED TO COPART/IAA: 10/17/2023
FEDEX ROUTING #: 773761142288

BRIDGES, KATHERINE

### Salvage
Curtis L. Williams (A134572) 10/18/2023 02:54 PM ET
**NSU OPTIMIZATION**
- VEHICLE: IV   2020  KIA
- INCOMPLETE
- VEH LOCATION: COPART-WINDHAM, ME
- DOCS VENDOR RCVD:  POA/ODOM-ME(2)
- THERE HAS NOT BEEN A TL SETTLEMENT YET
- ACTION TAKEN SET DY
- SET F/U DIARY

2020 KIA TELLURIDE

### Salvage  NSU - Incomplete
Curtis L. Williams (A134572) 10/30/2023 08:19 AM ET

***NSU Incomplete Review***
**Vehicle :** 2020  KIA
**Reviewed bucket:** INCOMPLETE
**Documents vendor received:** POA/ODOM-ME
**Documents vendor requested:** TITLE
**Completed/Updated Title Direct Form:** Competed TD
**Branding requested:** GENERAL TITLE
**Missing keys:** Yes
**If Y, include yard address for vehicle physical location:**
ME - WINDHAM(Yard 384)
11 BEDROCK TERRACE
WINDHAM ME 04062
**Set follow up diary:** Yes

Page [PAGE] of [NUMPAGES]

Claim #: 23-2733986 / Insured: BRIDGES, KATHERINE / DOL: 09/28/2023

**Add rework or alternative method template if needed**

2020 KIA TELLURIDE

**Salvage**

Melissa M. Gierke (A142201) 11/01/2023 11:11 AM ET
***NSU KEY RECOVERY***RECKEY
- IV
- SALVAGE VENDOR: COPART WINDHAM
- CONFIRMED KEYS NOT WITH VEHICLE/VENDOR VIA DASHBOARD: Y
- REVIEWED VENDOR PHOTOS/NOTES: Y
- REVIEWED CLAIM NOTES/PDS JOURNAL: Y
- ACTION TAKEN: VEH IS A TOTAL BURN. NO KEYS NEEDED. OFF DY.

2020 KIA TELLURIDE    BRIDGES, KATHERINE

**Salvage**  NSU - Mail Team
Suzette N. Stachiw (A190674) 11/17/2023 08:52 AM ET

***NSU Mail***
**Vehicle:** IV
**State:** ME
**Documents received:**
ME TITLE
**Forwarded to :** ME Copart Title Yard  136 Kennebunk Pond Rd Lyman, ME  04002 - Tracking number: 7741 3106 7460

2020 KIA TELLURIDE

**Content Sharing**
AWS 11/20/2023 11:08 AM ET
CONTENT SHARING INVITATION - SENT
METHOD: EMAIL
INTENDED RECIPIENT'S EMAIL: BRIDGESKA9@GMAIL.COM
INTENDED RECIPIENT'S NAME: KATHERINE BRIDGES
NUMBER OF ITEMS SHARED: 1
FREEFORM TEXT: HERE IS A COPY OF YOUR EXECUTED TITLE / POWER OF ATTORNEY FOR YOUR RECORDS.

**Salvage**
Anthony Chrzanowski (A087004) 11/29/2023 04:06 PM ET
****NSU LIEN RELEASE FOLLOW-UP****
VEHICLE: IV
----
LH: KIA
----
SUMMARY: title is at the vendor. Salvlr off dy.

**Payment**  AP-SALVAGE MAIN SALVAGE FSN
Monica F. Varketta (A138100) 12/21/2023 01:35 PM ET

*** CSS ACCOUNTS PAYABLE***

-CREATED INVOICE  AND CLOSED SALVAGE
**VEHICLE:** IV 200 KIA
**STOCK #:** COPART 70679183

2020 KIA TELLURIDE

Claim #: 23-2733986 / **Insured:** BRIDGES, KATHERINE / **DOL:** 09/28/2023

**Damages**
Tyler Kardas (A184010) **03/13/2024 09:24 AM ET**
NEW FIXED PROPERTY ADDED TO CLAIM: VERSANT POLE

**Contact Information**
Tyler Kardas (A184010) **03/13/2024 09:25 AM ET**
NEW PARTY ADDED TO CLAIM: VERSANT

**Damages**  Fixed PD Transfer - Single Feature
Tyler Kardas (A184010) **03/13/2024 09:25 AM ET**

If the property owner and address of the damaged property is not identified, do not transfer.
**Feature Number:** 003
**Property damage description:**
Utility Lines
**Is PD being handled by city, gov't, or utility company?** No
**Is PD being handled by the claimant carrier (CC)?** Yes

Transferred to Fixed PD Org: 35560

**File Intervention**
Tyler Kardas (A184010) **03/13/2024 09:25 AM ET**
TRANSFERRED FEATURE 3 TO ORG 35560 - FIXED PD TRIAGE

**Damages**
Tyler Kardas (A184010) **03/13/2024 09:26 AM ET**
PD OPENED ON VERSANT POLE

**Damages**  Fixed PD Transfer - Single Feature
Tyler Kardas (A184010) **03/13/2024 09:26 AM ET**

If the property owner and address of the damaged property is not identified, do not transfer.
**Feature Number:** 004
**Property damage description:**
Versant Pole
**Is PD being handled by city, gov't, or utility company?** Yes
**Is PD being handled by the claimant carrier (CC)?** No

Transferred to Fixed PD Org: 35560

**File Intervention**
Tyler Kardas (A184010) **03/13/2024 09:26 AM ET**
TRANSFERRED FEATURE 4 TO ORG 35560 - FIXED PD TRIAGE

**File Intervention**
Michelle E. Phillips (A133111) **03/13/2024 10:08 AM ET**
PD(3), PD(4) FEATURE(S) REJECTED BY ORG 35560

**File Intervention**
Michelle E. Phillips (A133111) **03/13/2024 10:08 AM ET**
TRANSFERRED FEATURES 3 & 4 TO
FIXEDPD2 - FIXED PD FIXEDPD2
ORG 35313 - FIXED PD TRIAGE IB SUB NO DEMAND

**File Intervention**
Michelle E. Phillips (A133111) **03/13/2024 10:08 AM ET**

Claim #: 23-2733986 / Insured: BRIDGES, KATHERINE / DOL: 09/28/2023

REFERRING FOR FIXED PD IS HANDLING, DEMAND PENDING. FIXEDPD2 ON DIARY TO MONITOR FOR DEMAND.
A133111 IS NOT FIXED PD REP / CONTACT FIXED PD 855-961-2449 FOR ANY UPDATES

PGR_THURSTON_0007588