**01 25 2022 024805 pm x44056641030 Loss Rep_1_1_7057232915418134443_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**[00:00:04]**

**NICOLE:** Thank you for calling Progressive, this is Nicole, how can I help you?

**[00:00:10]**

**MATTHEW THURSTON:** Hi, I have a question. I was driving somebody else's vehicle, and got into an accident, was determined to not be at fault. Apparently, that person's vehicle, their coverage has lapsed, and I'm wondering if it's possible for me to file a claim to review against the other insurance for repairs.

**[00:00:43]**

**NICOLE:** Okay, so you were driving someone else's vehicle, but you are insured with Progressive?

**[00:00:48]**

**MATTHEW THURSTON:** Correct.

**[00:00:49]**

**NICOLE:** Okay, so we can definitely file it, and then the adjuster would reach out to you to let you know how he'll handle that.

**[00:00:56]**

**MATTHEW THURSTON:** Okay.

**[00:00:57]**

**NICOLE:** Alright. What is your Progressive policy number?

**[00:01:00]**

**MATTHEW THURSTON:** 913586280.

**[00:01:08]**

**NICOLE:** Alright, and your first name?

**[00:01:15]**

**MATTHEW THURSTON:** Matthew Thurston, or Matthew, sorry.

01 25 2022 024805 pm x44056641030 Loss Rep_1_1_7057232915418134443_1_176
King & Spalding LLP
December 17, 2024
Transcript by TransPerfect

**[00:01:18]**

**NICOLE:** That's okay, and Thurston is the last name?

**[00:01:22]**

**MATTHEW THURSTON:** Correct.

**[00:01:23]**

**NICOLE:** Alright, and what is the best number to reach you at, Matthew?

**[00:01:26]**

**MATTHEW THURSTON:** 207-266-8312.

**[00:01:38]**

**NICOLE:** Is that a home, work, or cell number?

**[00:01:41]**

**MATTHEW THURSTON:** Cell phone.

**[00:01:42]**

**NICOLE:** Okay. Alright, and Matthew, can you verify your date of birth for me, please?

**[00:01:57]**

**MATTHEW THURSTON:** 6/07/1990.

**[00:02:00]**

**NICOLE:** Okay, and you said you were driving someone else's, what type of vehicle were you driving?

**[00:02:06]**

**MATTHEW THURSTON:** It was 2012 Volvo XC70.

**[00:02:16]**

**NICOLE:** Okay, and was anybody hurt that was involved in the accident? Is everybody okay?

**01 25 2022 024805 pm x44056641030 Loss Rep_1_1_7057232915418134443_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**[00:02:21]**

**MATTHEW THURSTON:** Everyone was okay.

**[00:02:23]**

**NICOLE:** Okay, good, I'm glad to hear that everybody is okay. What we're going to do, we're going to gather the basics, and once the claim has been assigned, we'll reach out again to gather any remaining information at the end. I just have to go through a few questions before filing the claim.

**[00:02:40]**

**MATTHEW THURSTON:** Absolutely.

**[00:02:42]**

**NICOLE:** Alright. Is the damage only to the windshield or window glass?

**[00:02:45]**

**MATTHEW THURSTON:** No.

**[00:02:46]**

**NICOLE:** Where did the accident happen?

**[00:02:50]**

**MATTHEW THURSTON:** Sedgwick, Maine.

**[00:02:57]**

**NICOLE:** And about what time did this happen?

**[00:03:02]**

**MATTHEW THURSTON:** It was probably around 1 in the afternoon, 1 to 2 in the afternoon, and this happened on the 21st.

**[00:03:23]**

**NICOLE:** Okay. Can you describe the incident for me, and how it happened?

**[00:03:43]**

01 25 2022 024805 pm x44056641030 Loss Rep_1_1_7057232915418134443_1_176
King & Spalding LLP
December 17, 2024
Transcript by TransPerfect

**MATTHEW THURSTON:** The other vehicle was turning left across my lane, and she turned immediately following another vehicle without looking, and I attempted to stop and swerved out of the way. I was unable to stop. I didn't hit her vehicle, I hit a tree in the driveway.

**[00:04:16]**

**NICOLE:** Okay. Now, when this happened, did the airbags deploy?

**[00:04:21]**

**MATTHEW THURSTON:** One, just the driver airbag deployed.

**[00:04:23]**

**NICOLE:** Okay, and was there any wheel or door damage to the vehicle, where the doors don't open properly?

**[00:04:30]**

**MATTHEW THURSTON:** The driver's side door was more difficult to open. I'm not sure if it was the actual door that was damaged, or just the front quarter panel was causing it not to open, and there is also likely damage to the front driver's side wheel.

**[00:04:52]**

**NICOLE:** Okay. Was a police report filed?

**[00:04:59]**

**MATTHEW THURSTON:** Yes.

**[00:05:02]**

**NICOLE:** The police department that came out, was it Sedgwick?

**[00:05:05]**

**MATTHEW THURSTON:** Hancock County.

**[00:05:07]**

**NICOLE:** Okay, and the report number?

**[00:05:15]**

01 25 2022 024805 pm x44056641030 Loss Rep_1_1_7057232915418134443_1_176
King & Spalding LLP
December 17, 2024
Transcript by TransPerfect

**MATTHEW THURSTON:** 22-00292.

[00:05:21]

**NICOLE:** Okay, and was there any other property damage that happened due to the accident, but not including the vehicle?

[00:05:30]

**MATTHEW THURSTON:** There was some very minor damage, there was some damage to a tree, but I don't think it's anything that anyone is going to try and get compensation for. We've got a lot of trees in Maine.

[00:05:44]

**NICOLE:** Okay, and were there any witnesses that saw the incident that happened, not anybody that was related to it, though?

[00:05:53]

**MATTHEW THURSTON:** There were other witnesses at the school that saw it, it was during a school pickup, and that's like where, but the police didn't talk to anyone because the other driver admitted fault readily.

[00:06:07]

**NICOLE:** Okay, and the other driver's name?

[00:06:11]

**MATTHEW THURSTON:** Jennifer Murphy, I believe, yes, Jennifer Murphy.

[00:06:18]

**NICOLE:** Okay, and I'm sorry, so she was found at fault for the accident, and her insurance company isn't handling it?

[00:06:29]

**MATTHEW THURSTON:** I don't know. Should I just call them directly? I didn't know.

[00:06:34]

**01 25 2022 024805 pm x44056641030 Loss Rep_1_1_7057232915418134443_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**NICOLE:** You know what, no, I was just curious. I just wanted to make sure, because the adjuster will go over all of that information with you, so there is another insurance company involved in it too as well then, because she was found at fault for the accident.

**[00:06:48]**

**MATTHEW THURSTON:** Yes, she is insured by Geico. I haven't talked to them directly.

**[00:06:53]**

**NICOLE:** That's okay, that's okay, and the adjuster will reach out. I was just asking, so no worries on that, so I would wait for the adjuster to reach out, and he'll explain how to handle everything at that point, okay?

**[00:07:04]**

**MATTHEW THURSTON:** Okay, great.

**[00:07:05]**

**NICOLE:** Okay, alright. Do you have her mailing address, Jennifer's?

**[00:07:10]**

**MATTHEW THURSTON:** I don't have her mailing address. I have her policy number and plate number, that's all.

**[00:07:16]**

**NICOLE:** Alright. What is her policy number?

**[00:07:20]**

**MATTHEW THURSTON:** It's with Geico, and it's 6090-06-73-61.

**[00:07:33]**

**NICOLE:** Okay, and do you have her phone number or anything like that, any type of contact information for her?

**[00:07:39]**

**MATTHEW THURSTON:** I don't have any contact information for her.

**[00:07:42]**

**01 25 2022 024805 pm x44056641030 Loss Rep_1_1_7057232915418134443_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**NICOLE:** Okay, and what type of vehicle was she driving?

**[00:07:46]**

**MATTHEW THURSTON:** I didn't write that down, and I didn't pay enough attention. It was a black SUV. I have the plate number.

**[00:07:56]**

**NICOLE:** What is that plate number?

**[00:07:58]**

**MATTHEW THURSTON:** It's a Maine plate, and it's 1438YX.

**[00:08:05]**

**NICOLE:** Okay, and do you have any pictures or documents you'd like to share with the adjuster, once they reach out?

**[00:08:12]**

**MATTHEW THURSTON:** I have two pictures of the damage to the car, to my vehicle, or the vehicle I was driving.

**[00:08:34]**

**NICOLE:** Okay, and the claimant received a ticket?

**[00:08:37]**

**MATTHEW THURSTON:** I don't know if she was cited or not, I was just told that she was listed as at fault for the accident, but the officer didn't tell me whether or not she had been ticketed.

**[00:08:54]**

**NICOLE:** Alright, so let me go ahead and get you a claim number, just bear with me one moment.

**[00:09:00]**

**MATTHEW THURSTON:** Okay.

**01 25 2022 024805 pm x44056641030 Loss Rep_1_1_7057232915418134443_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**[00:09:09]**

**NICOLE:** Alright, whenever you're ready, I do have that claim number for you.

**[00:09:12]**

**MATTHEW THURSTON:** Okay, I'm ready for you.

**[00:09:14]**

**NICOLE:** The claim number is 225056549.

**[00:09:28]**

**MATTHEW THURSTON:** 225056549.

**[00:09:31]**

**NICOLE:** Yes.

**[00:09:33]**

**MATTHEW THURSTON:** Great.

**[00:09:34]**

**NICOLE:** So what happens next, the adjuster is going to reach out in two business days, and they'll explain how they're going to handle the claim. If you have any questions, they'll be able to answer those, and they'll also let you know where to send any pictures or documents to as well.

**[00:09:47]**

**MATTHEW THURSTON:** Okay.

**[00:09:49]**

**NICOLE:** Alright?

**[00:09:50]**

**MATTHEW THURSTON:** Thank you so much, appreciate your help.

**[00:09:53]**

**01 25 2022 024805 pm x44056641030 Loss Rep_1_1_7057232915418134443_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**NICOLE:** You are very welcome. I thank you for calling in to report the claim, and I thank you for being a Progressive [INDISCERNIBLE]. I hope you have a better day.

**[00:09:59]**

**MATTHEW THURSTON:** Okay, thanks so much.

**[00:10:01]**

**NICOLE:** Bye-bye.

**[00:10:03]**



I hereby certify that "01 25 2022 024805 pm x44056641030 Loss Rep_1_1_7057232915418134443_1_176", is, to the best of my knowledge and belief, a true and accurate transcription from English to English.

*Anders Nelson*

Anders Nelson (Dec 17, 2024 19:34 EST)

Anders Nelson
Project Manager
TransPerfect Legal Solutions

December 17, 2024

**01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**[00:00:02]**

**RECORDING:** Recording initiated.

**[00:00:06]**

**KYLE:** Okay, this is Kyle with Progressive Insurance, and I'm speaking with Matthew Thurston about an accident he was involved in. Mr. Thurston, I'll be recording this conversation, is that alright?

**[00:00:18]**

**MATTHEW THURSTON:** Yep.

**[00:00:19]**

**KYLE:** Okay, very good. On what day did this accident happen and at what time of day?

**[00:00:26]**

**MATTHEW THURSTON:** I believe it was 1 or 2 in the afternoon, and it was on Friday, which was the 21st of January of this year.

**[00:00:47]**

**KYLE:** Okay, so it was 1:30 in the afternoon?

**[00:00:51]**

**MATTHEW THURSTON:** Yeah, about.

**[00:00:54]**

**KYLE:** Okay, and was it raining or snowing at the time?

**[00:00:58]**

**MATTHEW THURSTON:** It was not.

**[00:01:00]**

**KYLE:** Okay, and how was traffic at the time of the accident, light, heavy, or moderate?

**[00:01:05]**

1

**01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**MATTHEW THURSTON:** Light.

**[00:01:07]**

**KYLE:** Okay. What was the exact location of the accident?

**[00:01:15]**

**MATTHEW THURSTON:** It was at the Sedgwick Elementary School, located on Route 15, so on Route 15, directly in front of the Sedgwick Elementary School. Route 15 is also known as Snow's Cove Road right there, I believe.

**[00:01:39]**

**KYLE:** Okay. It was on the road, which direction were you traveling on Route 15?

**[00:02:01]**

**MATTHEW THURSTON:** I was southbound.

**[00:02:03]**

**KYLE:** Okay, and about how fast were you going?

**[00:02:11]**

**MATTHEW THURSTON:** 40-45.

**[00:02:19]**

**KYLE:** Do you know the posted speed limit there?

**[00:02:22]**

**MATTHEW THURSTON:** I believe it's 50. It could be anywhere from 40 to 50 there, I think.

**[00:02:29]**

**KYLE:** Alright, so you're going southbound, Sedgwick Elementary School is there on your right, okay. Alright, so go ahead and tell me in your own words how the accident happened.

**[00:02:45]**

**MATTHEW THURSTON:** I was driving southbound. The other vehicle, Jennifer Murphy's vehicle, was driving northbound. She was following closely behind another vehicle, traveling

2

**01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

northbound. The vehicle turned left across my lane into the elementary school, which felt fairly aggressive to me, driving southbound, but Jennifer then proceeded to also turn left across my lane immediately after that car, seemingly without looking. When I saw her turn across my lane, I honked and applied the brakes and turned toward the school to avoid hitting her. I was able to avoid hitting her car, but I crossed over the driveway and hit a tree on the south side of the driveway of Sedgwick Elementary School, and that was it. Jennifer stopped and, well, she was picking up her kid from school, but she apologized to me and said that it was her fault, she just hadn't looked, and we waited for the cops to arrive.

**[00:04:28]**

**KYLE:** Okay, and which department arrived on scene?

**[00:04:38]**

**MATTHEW THURSTON:** Hancock County.

**[00:04:46]**

**KYLE:** Okay, which part of your vehicle, where on your vehicle was the point of impact?

**[00:04:59]**

**MATTHEW THURSTON:** The driver's side front, right there, cracks in front of the hood in the driver's side front quarter panel.

**[00:05:13]**

**KYLE:** Okay, and were there any witnesses to this accident?

**[00:05:24]**

**MATTHEW THURSTON:** There were witnesses at the school, but the police officer decided she didn't need to talk to them after Jennifer admitted fault to the accident.

**[00:05:38]**

**KYLE:** Okay. Did you take any pictures or video at the scene?

**[00:06:02]**

**MATTHEW THURSTON:** Not at the scene, I did, I went to where the car is currently, where it was towed to, and took pictures of the damage to the car.

**[00:06:14]**

**01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**KYLE:** Okay. Did the police issue any tickets or citations?

**[00:06:24]**

**MATTHEW THURSTON:** They didn't tell me whether or not they issued Jennifer a citation. I did not receive one.

**[00:06:29]**

**KYLE:** Okay, and did anyone appear injured at the scene?

**[00:06:40]**

**MATTHEW THURSTON:** No.

**[00:06:42]**

**KYLE:** Was Jennifer the only occupant of her vehicle?

**[00:06:48]**

**MATTHEW THURSTON:** I do not know.

**[00:06:50]**

**KYLE:** Okay.

**[00:06:56]**

**MATTHEW THURSTON:** She kind of pulled into the school and was picking up a kid, so she had an occupant later when I really talked to her, but I'm not sure if she had an occupant at the time of the crash.

**[00:07:16]**

**KYLE:** Okay. Who do you believe is at fault or responsible for this accident?

**[00:07:21]**

**MATTHEW THURSTON:** Jennifer Murphy.

**[00:07:23]**

01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement
King & Spalding LLP
December 17, 2024
Transcript by TransPerfect

**KYLE:** Okay, I agree with you at this time, however the liability decision is not final. I do need to review the police report, ideally get in contact with Jennifer, and do that. I do not think that there is potential for shared responsibility, but generally I do mention that it's possible for a lot of accidents until the liability decision is finalized. Again, I don't think that's the case here, but it is very tiny, tiny possible. Is it okay if I share your contact information with the other insurance carrier, such as your name and phone number?

**[00:08:12]**

**MATTHEW THURSTON:** Yes.

**[00:08:13]**

**KYLE:** Okay. Were you working at the time of the accident?

**[00:08:25]**

**MATTHEW THURSTON:** No.

**[00:08:28]**

**KYLE:** Okay. Just a couple more questions, because you were driving a vehicle that does not belong to you. What was your purpose for using your parents' vehicle?

**[00:09:36]**

**MATTHEW THURSTON:** My wife's car is in the shop, with the fuel pump broken, which is a Honda CR-V.

**[00:09:47]**

**KYLE:** Okay. There are a total of three cars on your policy, however.

**[00:09:56]**

**MATTHEW THURSTON:** There are. The Hyundai doesn't have snow tires on it, so we generally don't drive it in the winter, and I feel more safe with my daughter in that, the 22-year-old Japanese Hatchback.

**[00:10:13]**

**KYLE:** Fair enough, okay. Yeah, I can't blame you for taking your daughter around in a Volvo. That's what I'd do.

**[00:10:33]**

01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement
King & Spalding LLP
December 17, 2024
Transcript by TransPerfect

**MATTHEW THURSTON:** Yeah, a nice, safe, Volvo station wagon.

**[00:10:42]**

**KYLE:** Okay, and can you tell me about the insurance that your parents have on the vehicle?

**[00:10:50]**

**MATTHEW THURSTON:** Yeah, so they had State Farm on it, but it had lapsed the day before I was driving the vehicle, which I was unaware of.

**[00:11:03]**

**KYLE:** Are you sure that it lapsed, or did the insurance card within the car, did it just have an expiration, or you checked with your parents, and they said that the policy lapsed?

**[00:11:20]**

**MATTHEW THURSTON:** The policy had lapsed. My mom had gotten a new car, I had driven that car to Maine for them, they weren't planning on using it for the next four months, so they had a 30-day buffer period from when my mom had gotten her new car, and I crashed it on day 31, which has been a pain in the ass.

**[00:11:51]**

**KYLE:** Okay, understood. Well, in Maine, the insurance follows the driver, so it's really not as big of an issue, if you will. Yeah, Maine is one of those rare states where the insurance follows the driver, rather than the vehicle.

**[00:12:13]**

**MATTHEW THURSTON:** Okay.

**[00:12:14]**

**KYLE:** Yeah. I'm going to have to double-check on coverage for this, especially if there is a disagreement with Geico as far as liability goes. They can sometimes take their time, let's say, with making a decision, they're not very prompt about obtaining police reports, so I'm going to follow up with them, see if I can also reach the other driver and get a statement from her. Can you tell me where the vehicle is right now?

**[00:12:51]**

**MATTHEW THURSTON:** It's at Snow's Garage, [INDISCERNIBLE].

6

01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement
King & Spalding LLP
December 17, 2024
Transcript by TransPerfect

**[00:13:00]**

**KYLE:** Okay. Do you have their phone number?

**[00:13:06]**

**MATTHEW THURSTON:** I can certainly get it for you. Snow's Garage, it's 207-326-8822.

**[00:13:27]**

**KYLE:** 326-8822, and do you happen to know the address, let's see, is it in Penobscot?

**[00:13:38]**

**MATTHEW THURSTON:** Yes.

**[00:13:40]**

**KYLE:** Got it, okay, very good. Alright, I'm going to reach out to Geico, see what they say. I will get back to you. Yes, it seems like this is kind of a left turn in front of you kind of accident, and she would be at fault. I don't really see how Geico is going to dispute that. The only way I could see is that there was no actual physical contact between yourself and she, but I will tell you that a couple months ago, a pedestrian got ticketed by the police because she was standing in the middle of the road, and our driver swerved to avoid her, and the police determined that the pedestrian was at fault for the accident, so something like that, making physical contact is not necessarily a ruled-out fault for any particular driver or anyone involved.

**[00:14:41]**

**MATTHEW THURSTON:** Okay. I look at it as I am saving Geico a heck of a lot of money, because I didn't crash her car, because that was the other option.

**[00:14:54]**

**KYLE:** Right, they might have two totaled cars to deal with, instead of just one.

**[00:14:57]**

**MATTHEW THURSTON:** Yeah, yeah, and the driver readily admitted fault to the police officer, I know the insurance companies will do whatever they want, but that seems like it should be pretty clear. Cool, thank you. Is there anything else you need from me?

**[00:15:20]**

**01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**KYLE:** Not at the moment. I will follow up with you, and probably your father as well, about the vehicle, especially if Geico is going to take their sweet time to make a liability decision, but yeah, in the meantime, I'll wait the police report that I've requested. Do you want to take down my phone number, in case you want to call me with any questions or concerns?

**[00:15:45]**

**MATTHEW THURSTON:** Sure, I'm ready anytime.

**[00:15:48]**

**KYLE:** It's 860-616-6796.

**[00:16:00]**

**MATTHEW THURSTON:** 6796, and what is your name again, I'm sorry?

**[00:16:06]**

**KYLE:** Kyle. K-Y-L-E.

**[00:16:08]**

**MATTHEW THURSTON:** Kyle, cool.

**[00:16:17]**

**KYLE:** Alright.

**[00:16:19]**

**MATTHEW THURSTON:** Alright, thanks so much, Kyle.

**[00:16:21]**

**KYLE:** Oh yeah, you're very welcome. Yeah, I'm glad everybody is okay, and nobody's in desperate need of a vehicle, that's always a good thing, but anyway, yeah, thank you for taking the time to speak with me, and thank you for choosing Progressive. Have a good evening.

**[00:16:41]**

**MATTHEW THURSTON:** Alright, thanks so much. Bye-bye.

**[00:16:42]**

8

**01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**KYLE:** Okay, bye-bye.



I hereby certify that "01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement", is, to the best of my knowledge and belief, a true and accurate transcription from English to English.

*Anders Nelson*
Anders Nelson (Dec 17, 2024 19:39 EST)

Anders Nelson
Project Manager
TransPerfect Legal Solutions

December 17, 2024

# PM Cert_01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement

Final Audit Report                                                   2024-12-18

| | |
|---|---|
| Created: | 2024-12-18 |
| By: | Anders Nelson (anelson@transperfect.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA3y513YpPjfUzis9tW0gnJ-Hht1WZqwMF |

## "PM Cert_01 25 2022 045129 pm x8606166796 Claim 22-5056549 Recorded Statement" History

Document created by Anders Nelson (anelson@transperfect.com)
2024-12-18 - 0:36:49 AM GMT- IP address: 65.206.14.2

Anders Nelson (anelson@transperfect.com) authenticated with Adobe Acrobat Sign.
2024-12-18 - 0:39:03 AM GMT

Anders Nelson (anelson@transperfect.com) has agreed to the terms of use and to do business electronically with TransPerfect
2024-12-18 - 0:39:04 AM GMT- IP address: 65.206.14.2

Document e-signed by Anders Nelson (anelson@transperfect.com)
Signature Date: 2024-12-18 - 0:39:04 AM GMT - Time Source: server- IP address: 65.206.14.2

Agreement completed.
2024-12-18 - 0:39:04 AM GMT

**03 22 2022 032547 pm x200168272 _1_1_7078007947834500625_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**JAMES:** Thank you for calling Progressive, this is James speaking. Can I get your full name?

**[00:00:11]**

**MATTHEW THURSTON:** Matthew Thurston.

**[00:00:12]**

**JAMES:** Okay, let me get you pulled on up. It's taking a second to load. Alright, I've got your information up. How can I help you?

**[00:00:30]**

**MATTHEW THURSTON:** So, you'll see there's a Volvo XC70 on my policy, which I never owned that car, I was driving it, I was in an accident in it, and I guess the person doing my claim added that vehicle to my policy. I don't know why that was necessary, but it's been in your possession since the same day that it was added to my policy, I believe, and y'all have totaled the car, so I just wanted it removed, effective the same day it was added.

**[00:01:06]**

**JAMES:** Okay. Let me go ahead and research real quick why that was even added there in the first place, if you didn't want it. Let me go get a couple of answers real quick, so then I can figure out the process to get it off of your record here. Give me just one second, you'll have to be on a brief hold.

**[00:01:21]**

**MATTHEW THURSTON:** Thank you.

**[00:01:55]**

**JANA:** This is Jana, how can I help you?

**[00:01:57]**

**JAMES:** Hey, my name is James, I'm on week 6 of my training, and I was just here to see if I could get a quick question answered on this policy.

**[00:02:06]**

**JANA:** Okay. What's going on with Mr. Thurston?

**[00:02:08]**

03 22 2022 032547 pm x200168272 _1_1_7078007947834500625_1_176
King & Spalding LLP
December 17, 2024
Transcript by TransPerfect

**JAMES:** Alright, so he has an open claim, which was declared a total loss, and he is trying to tell me that he does not understand why that car was even added to the policy, when he never tried to add it to the policy back in like January, and exactly what all is going on with that. He is trying to delete it, effective like back then, which I'm assuming he thinks that would just get rid of a claim.

[00:02:36]

**JANA:** Which vehicle is it?

[00:02:38]

**JAMES:** It's a Volvo, 2012 Volvo.

[00:02:44]

**JANA:** So, he has the vehicle, or does not have the vehicle?

[00:02:50]

**JAMES:** He says that we have it now.

[00:02:55]

**JANA:** Okay, hang on.

[00:02:56]

**JAMES:** I just want to make sure to see if he had it. I assume he had it in the first place.

[00:02:59]

**JANA:** Is trying to say it never should have been on the policy?

[00:03:02]

**JAMES:** Yeah. He's saying that there is someone in like a claim that added it, or something.

[00:03:10]

**JANA:** Hmm, okay, let me look.

[00:03:12]

**JAMES:** Yeah, it's strange.

**03 22 2022 032547 pm x200168272 _1_1_7078007947834500625_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**[00:03:18]**

**JANA:** Policy notes, maybe? Oh yeah, received a policy change from Claims to add or replace vehicle. Type of change, add vehicle, 2012 Volvo XC70, okay. Well, let's go to guidelines for, um, I'm going to type "reverse change," and what it's going to bring up and what I was looking for is "request to reverse changes made due to claim follow-up," so if you just type "reverse change," you'll get it.

**[00:03:49]**

**JAMES:** Alright.

**[00:03:53]**

**JANA:** It doesn't talk about deleting a vehicle, hmm, okay. I don't know that I've actually seen Claims add a vehicle to your policy before.

**[00:04:05]**

**JAMES:** Yeah, this is definitely a weird one. I feel like I keep getting these weird-guy ones.

**[00:04:11]**

**JANA:** Is this vehicle restricted? We might have to call assist for this one, I have no, and I was an assist for three years, I have no idea.

**[00:04:22]**

**JAMES:** Oh, man, it's a good one then.

**[00:04:24]**

**JANA:** I've never seen that. Yeah, it is a good one. It's not restricted, I don't know what their goal is. I guess, I wouldn't say we could remove it all the way back, but we could remove it – what date did they add it? It got added, effective 1/8, okay. Did he call us on 1/8 or something, what the heck, why would we do that?

**[00:04:58]**

**JAMES:** Yeah, beats me.

**[00:05:00]**

**JANA:** I don't see phone call 1/8, but we did add it effective 1/8, and what date was the claim? It doesn't say we can't remove it, I don't know what the goal was with this.

3

03 22 2022 032547 pm x200168272 _1_1_7078007947834500625_1_176
King & Spalding LLP
December 17, 2024
Transcript by TransPerfect

**[00:05:16]**

**JAMES:** Yeah.

**[00:05:18]**

**JANA:** Claim date was 1/21, so essentially, we could remove it effective 1/22, because then would covered date of loss, date of loss plus one. Nothing says we can't remove it.

**[00:05:33]**

**JAMES:** So just remove it effective 1/22?

**[00:05:41]**

**JANA:** Yeah, I would think so. Hang on, let me double check. Prevent claims fraud, okay, let's do that CRA.

**[00:05:46]**

**JAMES:** Yeah, there's a CRA alert thing up there, yeah.

**[00:05:49]**

**JANA:** Yeah, CRA alerts and additional information, let's see. Claims, the following message, prevent claims fraud, use CRA guidelines before giving info or changing this policy, okay. Coverage limits, do not provide unless the vehicle or coverage changes process. Email address, request email or VOI. Customers calling about coverage changes, see FAQs for additional background. It doesn't say we can't delete it.

**[00:06:27]**

**JAMES:** Well, okay.

**[00:06:29]**

**JANA:** I don't see anything that says we can't, so we would just treat it like we normally would, and do date of loss plus one. Without being in Claims or looking at the claim information, I have no idea how this happened, but if we do date of loss plus one, it would technically cover date of claim, and we would roll with it, I think.

**[00:06:51]**

**JAMES:** Okay.

4

03 22 2022 032547 pm x200168272 _1_1_7078007947834500625_1_176
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**[00:06:52]**

**JANA:** It must have been that he purchased it within 30 days of the accident. What date did we add it? We processed it on 2/13 and backdated it to 1/8. They must have made an accommodation or something, I have no idea [INDISCERNIBLE]. He's right around that time period, that's the only reason I can see why they would have done that.

**[00:07:11]**

**JAMES:** Yeah.

**[00:07:13]**

**JANA:** I don't know, because he's actually outside of that, but maybe the date – the date of the claim, though, was within 30 days of the date we added it. That's got to be what it is. It's the only reason I can see why we would have done it.

**[00:07:25]**

**JAMES:** Yeah.

**[00:07:26]**

**JANA:** He must have purchased it 1/8, so we added it effective 1/8, and then he got into a claim 1/21, and now he's like, ah, it's not supposed to be there, so we're covering your claim or something like that, maybe. Let's remove it 1/22 and call it a day. That's the only reason I can see why we would have done that.

**[00:07:42]**

**JAMES:** Okay, so is that going to mess up the claim or anything?

**[00:07:46]**

**JANA:** No, that's why we use date of loss plus one, you always have to do the date of loss plus one, so it's covered day of loss, but anything after that doesn't matter.

**[00:07:55]**

**JAMES:** Alright, sounds good, so just once again, it's just 1/22.

**[00:08:00]**

**JANA:** Um-hum.

**03 22 2022 032547 pm x200168272 _1_1_7078007947834500625_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**[00:08:01]**

**JAMES:** Okay, simple, good enough for me.

**[00:08:02]**

**JANA:** You got it. Interesting, thank you.

**[00:08:05]**

**JAMES:** Is there anything I need to ask him for, like any proof of something, because looking through like effective date binding guideline stuff, it ends up telling me a lot of like, hey, you need to like get proof or something?

**[00:08:17]**

**JANA:** Not for that.

**[00:08:21]**

**JAMES:** Okay. Eventually, there's like an "other" section, that just says [INDISCERNIBLE].

**[00:08:26]**

**JANA:** If we go effective date [INDISCERNIBLE], policy change.

**[00:08:30]**

**JAMES:** More than 30 days from today's date.

**[00:08:34]**

**JANA:** It is but there's a claim.

**[00:08:36]**

**JAMES:** Never took possession/repossessed. Yeah, there's the claim one.

**[00:08:40]**

**JANA:** [INDISCERNIBLE] vehicle, total loss, change policy to named operator. It just says use date of loss plus one, if we're within 30 days, so for outside, it is a Progressive claim, verify the date of loss via claims information from notes, [PH] packed in claims screen or claims office, use date of loss plus one, or request a date, whichever is later.

**03 22 2022 032547 pm x200168272 _1_1_7078007947834500625_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**[00:09:02]**

**JAMES:** Okay.

**[00:09:05]**

**JANA:** So yeah.

**[00:09:05]**

**JAMES:** I guess yeah, that's still 22.

**[00:09:07]**

**JANA:** Yep.

**[00:09:08]**

**JAMES:** Okay. Once again, thanks for all the help.

**[00:09:11]**

**JANA:** You're welcome.

**[00:09:12]**

**JAMES:** I've got that all figured out.

**[00:09:12]**

**JANA:** Have a good day.

**[00:09:13]**

**JAMES:** Thank you.

**[00:09:14]**

**JANA:** Yeah, absolutely. Bye.

**[00:09:17]**

**JAMES:** Bye.

**[00:10:00]**

**03 22 2022 032547 pm x200168272 _1_1_7078007947834500625_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

Okay, sorry for that wait. Are you still there with me?

**[00:10:38]**

**MATTHEW THURSTON:** Yep.

**[00:10:39]**

**JAMES:** Okay. I went back and I found it, got it dated. We would have to remove it effective of date, I got January 22nd is the earliest I can go ahead and remove it, it's basically the date of the claim.

**[00:10:57]**

**MATTHEW THURSTON:** Okay.

**[00:10:58]**

**JAMES:** Okay, and that will basically give, ah, it would be like a decrease in rate of 34.03, which should basically just be added, or well, decreased from the next policy payment that you have to get processed.

**[00:11:15]**

**MATTHEW THURSTON:** Okay.

**[00:11:16]**

**JAMES:** Do you want me to go ahead and process that change for you, get rid of that car as of 22nd of January?

**[00:11:20]**

**MATTHEW THURSTON:** Yeah.

**[00:11:22]**

**JAMES:** Okay, I am pushing it on through. Alright, that's going through. Okay, it's slowly loading.

**[00:11:46]**

**MATTHEW THURSTON:** Okay, so that 30 bucks is just for the last month or something?

03 22 2022 032547 pm x200168272 _1_1_7078007947834500625_1_176
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**[00:11:50]**

**JAMES:** Yeah. Basically, that's how much extra would have been charged off of the Volvo, or any of the stuff that comes with adding it. You know, there's plenty of like whatever the algorithm deals or deems necessary. If you want a further reduction, like if you wanted to maybe drop a couple extra bucks, we do offer an automatic payments option as well, if that's something you're interested in. It's basically just say, hey, I want to enroll, and then it just auto-pays.

**[00:12:18]**

**MATTHEW THURSTON:** Okay, yeah, I'll probably do that when I renew. I guess I still need to renew. I think I had just paid all my auto insurance, and then that got added, and then it changed, I don't know. I'm sorry, that's more information. Will that be reflected on the website pretty soon, whatever I owe?

**[00:12:50]**

**JAMES:** Whatever you owe for the policy?

**[00:12:55]**

**MATTHEW THURSTON:** Yeah.

**[00:12:57]**

**JAMES:** What you already had, you've already paid in full. There shouldn't really be any sort of issue.

**[00:13:01]**

**MATTHEW THURSTON:** Yeah, okay.

**[00:13:03]**

**JAMES:** Yeah, it will be something reflected, I believe, in the renewal process.

**[00:13:08]**

**MATTHEW THURSTON:** Okay, alright, sounds good. Thank you very much.

**[00:13:13]**

**JAMES:** Well, you take care, and I hope you have a good day.

**03 22 2022 032547 pm x200168272 _1_1_7078007947834500625_1_176**
**King & Spalding LLP**
**December 17, 2024**
**Transcript by TransPerfect**

**[00:13:16]**

**MATTHEW THURSTON:** Alright, you too. Bye-bye.



I hereby certify that "03 22 2022 032547 pm x200168272 _1_1_7078007947834500625_1_176", is, to the best of my knowledge and belief, a true and accurate transcription from English to English.

*Anders Nelson*
Anders Nelson (Dec 17, 2024 19:36 EST)
_____

Anders Nelson
Project Manager
TransPerfect Legal Solutions


December 17, 2024