EXHIBIT _7_
WIT: Merritt
DATE: 10.22.24
DJura, RPR

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CLIFFORD QUERETTE,                          CASE NO.: 50-2022-SC-020310-XXXX-MB

        Plaintiff,                          DIVISION: RF: County Civil Central – RF

v.

GEICO INDEMNITY COMPANY, a
Foreign Profit Corporation,

        Defendant.
_____/

### DECLARATION OF JASON MERRITT

   1.    My name is Jason Merritt, and I am a professional personal-property appraiser who has

been retained by the Plaintiff in this case. This declaration has been prepared for support of Plaintiff's

opposition to Defendant's Motion for Summary Judgment.

   2.    I am the owner of East Coast Auto Appraisers, LLC. I am certified through the Bureau of

Certified Auto Appraisers to appraise vehicles, including total losses. I have appraised over a thousand

vehicles to determine their fair market, or actual cash, value.

   3.    There are several factors which affect the amount of fair market value, including but not

limited to: the year, make and model, mileage, options, and the overall condition of the vehicle

immediately before the action of loss has taken place.

   4.    The first part of our industry-recognized methodology is a review of nationally recognized

valuation guides in determining what the retail value of the vehicle is worth before reviewing information

from local dealers. This way we have an idea of what the market is doing. If information from local dealers

is not available in the principally garaged location, then we begin looking for information from dealers

located radially outward from the principally garaged location until the minimum industry accepted

standard of two (2) or more comparable or similar vehicles have been identified.

Unique Code : CAA-FBH-BCAJJ-CAFHJGCII-GJAAIB-H Page 13 of 44

5. The second part is an average of retail quotes from a few dealers in the area that practice car valuations daily. It is an industry-wide objective to render a non-biased opinion pertaining to the fair market value of the vehicle in scope. We take a commonsense approach by analyzing all accessible data, local buying trends and economics, and feel our method to be a fair, objective, and non-biased means of calculating this type of loss.

6. Dealers make up nearly 90% of the used car market on average. This goal of an appraisal is to determine the fair *market* value of a vehicle. The definition of market is "the business of buying and selling a specified commodity." If dealers were left out, then nearly 90% of the market would be left out.

7. Valuation guides are a nationally recognized means that both buyers and sellers, male and female, can come to a reasonable agreement on the fair market value of the auto in question. It is a good starting point to determine if a buyer/seller should buy/sell a vehicle for more/less than what it is worth or vice versa. As part of my methodology, I rely on www.nada.com, www.kbb.com, and many other industry recognized valuations guides that are accessible to both paid subscribers and the occasional inquirer during our extensive research and data collection. If industry recognized valuation guides were not in place, it would be very easy for deceptive people to mislead the uneducated public about the going price.

8. There are several different types of vehicle values available through valuation guides, such as retail value, private-party value, trade-in value, and wholesale value. These terms carry with them a different value that can be applied to the same vehicle based on different types of vehicle sale transactions, and have nothing to do with the condition of that vehicle.

9. The wholesale value of a vehicle is the value that a dealer would pay to purchase a car from a manufacturer or auction. Consumers do not normally have the ability to purchase vehicles at wholesale values.

10.    A trade-in value is the amount a dealership will offer to trade a vehicle as part of a vehicle transaction. The trade-in value is always lower than the vehicle's market or retail value. Consumers do not normally have the ability to purchase vehicles at trade-in values.

11.    Private-party value is the amount that a vehicle can sell between a private seller and a private buyer. The data for private-party sales is inherently unreliable because it includes all sales conducted outside of dealerships. Such sales include transactions between family members and friends, where a $30,000 could sell for $500, or sales of vehicles with significant prior damage, accidents, or mechanical issues, or even transactions where vehicles are donated or gifted. Private-party sales make up only 10% of vehicle sales in the United States. Because of the wide range of circumstances surrounding private-party sales, private-party data is inherently unreliable in the determination of a car's market value.

12.    I was asked to review information related to Plaintiff Clifford Querette's total-loss vehicle and to provide an appraisal report on the appropriate value of the vehicle. According to my analysis, the vehicle had an adjusted market value of $8,720 not including replacement costs such as governmental taxes and fees. Details of my analysis are included in the attached appraisal report. (Exhibit 1).

*Pursuant to Florida Statute 92.525, I declare, under penalty of perjury, that I have read the foregoing declaration and that the facts stated in it are true to the best of my knowledge and belief.*

DocuSigned by:

*Jason Merritt*

CCC1C7ECF5B24B0...
JASON MERRITT

6/8/2023

Date

Unique Code : CAA-FBH-BCAJJ-CAFHJGCII-GJAAIB-H Page 15 of 44

# Exhibit 1

Unique Code : CAA-FBH-BCAJJ-CAFHJGCII-GJAAIB-H Page 16 of 44

# East Coast Auto Appraisers

CUMBERLAND, MD 21502
☎ 301-804-0224
WWW.EASTCOASTAUTOAPPRAISERS.COM

### IACP Certified Classic Car Appraisal

**Today's Date: June 6, 2023**
**Date of Loss: May 22, 2021**
**Vehicle Year & Make: 2013 Hyundai**
**Vehicle Model: Sonata SE**
**VIN#: 5NPEC4AC9DH765925**
**Mileage: 119,107**
**Transmission: Automatic**

**Owner of Vehicle: Querette, Clifford**
**Boca Raton, FL 33433-4359**

**Certified Auto Appraiser / Expert Witness:** Jason W. Merritt
**IACP Certification #:** 991911100



*Bureau of Certified Auto Appraisers*

Certifies that Auto Appraiser

Jason W. Merritt

has complied with the requirements of USPAP
Standard for BCAA Certification of Auto Appraisers

991911100
CERTIFICATE NUMBER
06/01/2022
EFFECTIVE DATE
06/01/2024
EXPIRATION DATE

PRESIDENT BCAA

1

**INTENDED PURPOSE:** This report is to determine the Actual Cash Value of the 2013 Hyundai Sonata SE, referenced above on the effective date of May 2021.

**APPRAISAL TYPE:** Restricted Use Appraisal.
**VALUE TYPE:** Fair Market Value / Actual Cash Value.
**APPRAISAL METHODS & TECHNIQUES USED**: Sales Comparison Approach.
**PROPERTY CLASS & USE / OWNERSHIP INTEREST:** Privately Owned / Full Ownership / Clean Title.

East Coast Auto Appraisers has conducted a certified appraisal of your **2013 Hyundai Sonata SE,** in order to determine the actual cash value of your vehicle. The local market of this vehicle is Boca Raton, FL.

## IACP CERTIFIED ACTUAL CASH VALUE APPRAISAL.

I was provided with a CCC One Market Valuation report that is dated May 24, 2021. The report was for a Total Loss Evaluation on the listed vehicle. The date of the loss was listed as May 22, 2021.

I have reviewed photos of the vehicle after the collision. The photos are high definition and show details of the vehicle exterior as well as interior and the engine compartment. I confirmed a photo of the VIN as well as a photo of the miles that show 119,107. The vehicle is a Hyundai Sonata 4 door sedan. It is gray in color. The model is an SE with a reported trim level of Limited. I have been advised that the vehicle has an installed backup camera as well as a navigation system and an aftermarket stereo system that has the Apple CarPlay features. The pictures that were provided show a touch screen aftermarket control unit as well as a backup camera. The manufacturer of the unit is unknown.

The Loss Vehicle shows a total of 119,107 miles. This is considered to be 9,107 miles over the average miles of 110,000 for the average 2013 Sonata. The deduction of value for the miles is rated at $.024 according to JD Power NADA Used Vehicles Value standard. JD Power NADA was also used as a valuation for options.

The CCC One Market Valuation shows that the loss vehicle was viewed and showed no deductions for condition. The condition report did note a $76 additional value for consideration of newer front and rear tires. For purposes of this evaluation, I relied on the condition adjustment applied by the CCC Report based on GEICO's review of the Loss Vehicle. The CCC Report indicated that a total of 4 Comparable Vehicles were used as comparisons for this Evaluation. For purposes of this Report, I utilized the Comparable Vehicles that were utilized in the CCC Report.[1]

I was able to locate the CarFax Report for the Loss Vehicle as well as the 4 Comparable vehicles. The Loss Vehicle shows a service history as well as a clean history without any accidents or reported damage. Comparable #3 of the CCC Report was noted to have a history of 2 previous accidents. Vehicles with prior accidents have diminished value, making this vehicle incompatible with the Loss Vehicle. I removed this vehicle as a Comparable Vehicle and used the remaining 3 vehicles used in the CCC Report as Comparable Vehicles for this report.

The CCC Report applied three adjustments to the Comparable Vehicles: (1) Options, (2) Mileage, and (3) Condition. The vehicle options noted that the Loss Vehicle did not include a backup camera, a navigation system, or an aftermarket stereo system that has the Apple CarPlay features. The CCC Report's Options Adjustment did not account for the inclusion of these features. I added $125, $25, and $25 to the Options Adjustment for each comparable to account for these vehicle features. The mileage adjustments applied in the

---

[1] As of the date of this Report, I am currently attempting to locate alternative vehicles to evaluate for comparison. I reserve the right to amend this Report and appraisal analysis if more appropriate vehicle information is located.

CCC Report are not consistent with rates approved as the JD Power NADA Used Vehicles Value standard. I modified the Mileage Adjustments for each vehicle based on the JD Power NADA Used Vehicles Value standards.

The CCC Report includes a $1,005 Condition Adjustment to each of the Comparable Vehicles. The explanation provided for the inclusion of this adjustment is that it "sets that comparable vehicle to Average Private condition, which the loss vehicle is also compared to in the Vehicle Condition section." There is no itemized list of what was considered in making this adjustment and there is no information on how the $1,005 Condition Adjustment was calculated. Based on my review of the photographs of the vehicle, the Loss Vehicle was in excellent condition for a 2013 Sonata with 119,107 miles. There is very little that would be required of a dealership to prepare the Loss Vehicle for sale, which would likely be limited to a detail and an oil change. Carfax report shows that the vehicle was well-maintained and was recently serviced. I cannot confirm any factual basis for the inclusion of this adjustment and excluded it from my evaluation.

3 **comparable** vehicles were used for comparisons:
The comparable vehicles were within a **50+ mile radius** of stated principal garage.

**List of Comparable Vehicles:**
May 2021

| #1 *Florida Auto Trend* | #2 *Palm Beach Toyota* | #3 *Earl Stewart Toyota* |
|---|---|---|
| *Ft Lauderdale, FL* | *West Palm Beach, FL* | *Boca Raton, FL* |
| **Miles: 131,058** | **Miles: 88,410** | **Miles: 66,845** |
| **Price: $7945** | **Price:$9999.00** | **Price: $10,988** |
| **Option Adj -$350** | **Option Adj. -$325** | **Option Adj. + $275** |
| **Miles Adj. + $425** | **Miles Adj. -$1000** | **Miles Adj. - $1625** |
| **Total Adjusted Price $8020.00** | **Total Adjusted Price: $8674.00** | **Total Adjusted Price: $9238.00** |

| **Market Value:** | $8644.00 |
|---|---|
| **Condition Adjustment** | (+$76.00) |
| **Adjusted Total:** | $8720.00 |

Fair Market Value of your auto:
(Formula and Market Quotes Average weighted by 3.0):

**Formula--$25,932**                                    **Market Quotes---$8644.00**

$8720.00
(Actual Cash Value)[2]

---

[2] This amount does not include amounts for replacement costs such as governmental taxes and fees.

3

Unique Code : CAA-FBH-BCAJJ-CAFHJGCII-GJAAIB-H Page 18 of 44

This report was prepared by Jason W. Merritt
IACP Certification No. 991911100

Signature:

Date: June 6, 2023

Unique Code : CAA-FBH-BCAJJ-CAFHJGCII-GJAAIB-H Page 19 of 44

4

Unique Code : CAA-FBH-BCAJJ-CAFHJGCII-GJAAIB-H Page 20 of 44








Unique Code : CAA-FBH-BCAJJ-CAFHJGCII-GJAAIB-H Page 21 of 44






6

# Vehicle Valuation Report

Prepared For Progressive Group of Insurance Companies   (800) 321-9843



EXHIBIT  8
WIT: Merritt
DATE: 10.22.24
DJura, RPR

## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| 23-2733986-01 | | COLLISION | KATHERINE BRIDGES 712 REACH RD BROOKLIN, ME 04616 +1-207-4793320 |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 09/28/2023 | 09/29/2023 | 10/05/2023 | 1017691426 | 1 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2020 | Kia | Telluride EX 4 Door Utility 114" WB 3.8L 6 Cyl Gas A AWD | ME 04616 | 83,411 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| Ebony Black | | 5XYP3DHC4LG067730 | No |

## Valuation Summary

### Loss Vehicle Adjustments

Adjustments specific to your vehicle

| | |
|---|---|
| Base Value = | $33,731.80 |
| Condition | $0.00 |
| Prior Damage | $0.00 |
| Aftermarket Parts | $0.00 |
| Refurbishment | $0.00 |
| **Market Value =** | **$33,731.80** |

### Settlement Adjustments

Adjustments specific to your policy

| | |
|---|---|
| (5.500%) Tax + | $1,855.25 |
| Deductible - | $250.00 |
| Settlement Value = | $35,337.05 |

## Settlement Value:

# $35,337.05

**J.D. POWER**

Mitchell **WorkCenter® Total Loss**
© 2023 Mitchell International, Inc. All Rights Reserved.

mitchell

PCR THURSTON 0007606

# Loss Vehicle Detail

Loss vehicle: **2020 Kia Telluride | EX 4 Door Utility 114" WB | 3.8L 6 Cyl Gas A AWD**

## Standard Equipment

### Exterior

| | |
|---|---|
| Black Rear Bumper w/Metal-Look Rub Strip/Fascia Accent | Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent and Metal-Look Bumper Insert |
| Body-Colored Power Heated Side Mirrors w/Power Folding and Turn Signal Indicator | Chrome Bodyside Insert, Black Bodyside Cladding and Black Wheel Well Trim |
| Chrome door handles | Chrome grille |
| Chrome Side Windows Trim and Black Rear Window Trim | Clearcoat paint |
| Compact Spare Tire Mounted Inside Under Cargo | Deep tinted glass |
| Express Open/Close Sliding And Tilting Glass 1st Row Sunroof w/Sunshade | Fixed Rear Window w/Fixed Interval Wiper, Heated Wiper Park and Defroster |
| Fully Automatic Projector Beam Halogen Daytime Running Headlamps w/Delay-Off | Fully Galvanized Steel Panels |
| LED brakelights | Lip spoiler |
| Perimeter/Approach Lights | Power Liftgate Rear Cargo Access |
| Roof Rack Rails Only | Steel spare wheel |
| Tailgate/Rear Door Lock Included w/Power Door Locks | Tires: 245/60R18 |
| Variable intermittent wipers | Wheels: 7.5" x 18" Machined Finish Alloy |

### Interior

| | |
|---|---|
| 2 LCD Monitors In The Front | 2 Seatback Storage Pockets |
| 4 12V DC Power Outlets | 60-40 Folding Split-Bench Front Facing Manual Reclining Fold Forward Seatback Rear Seat w/Manual Fore/Aft |
| Air filtration | Analog Display |
| Cargo Area Concealed Storage | Cargo Space Lights |
| Carpet Floor Trim | Compass |
| Cruise control w/steering wheel controls | Day-Night Auto-Dimming Rearview Mirror |
| Delayed Accessory Power | Distance Pacing w/Traffic Stop-Go |
| Driver / Passenger And Rear Door Bins | Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination, Driver And Passenger Auxiliary Mirror |
| Driver foot rest | Driver Seat |
| Dual Zone Front Automatic Air Conditioning | Engine Immobilizer |
| Fade-to-off interior lighting | Find My Car Tracker System |
| Fixed 70-30 Split-Bench 3rd Row Seat Front, Manual Fold Into Floor and 3 Fixed Head Restraints | FOB Controls -inc: Trunk/Hatch/Tailgate |
| Front Center Armrest and Rear Center Armrest | Front Cupholder |
| Front map lights | Full Carpet Floor Covering |
| Full cloth headliner | Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 4 12V DC Power Outlets |
| Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer | Heated & Ventilated Front Bucket Seats -inc: 8-way power-adjustable driver's seat w/2-way power lumbar and 8-way power adjustable front passenger's seat |
| HVAC -inc: Underseat Ducts and Headliner/Pillar Ducts | Illuminated locking glove box |
| Integrated Roof Antenna | Interior Trim -inc: Simulated Wood Instrument Panel Insert, Metal-Look Door Panel Insert, Piano Black Console Insert and Metal-Look Interior Accents |

| | |
|---|---|
| Leather steering wheel | Leather-trimmed upholstery |
| Leather/Metal-Look Gear Shift Knob | Leatherette Door Trim Insert |
| Manual tilt/telescoping steering column | Manual w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints |
| Outside temp gauge | Passenger Seat |
| Perimeter alarm | Power 1st Row Windows w/Driver And Passenger 1-Touch Up/Down |
| Power Door Locks w/Autolock Feature | Power Rear Windows and Fixed 3rd Row Windows |
| Proximity Key For Doors And Push Button Start | Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Aux Audio Input Jack, Steering Wheel Controls, Rear Controls and Radio Data System |
| Radio: AM/FM/MP3/SiriusXM Audio System -inc: UVO link infotainment system, w/smartphone integration for remote commands and remote vehicle status, 6-speaker, support for Android Auto and Apple CarPlay, 10.25" Thin Film Transistor (TFT) touch-screen display, navigation, a total of 6 USB charge ports in all rows, Bluetooth wireless connectivity w/voice recognition (a Bluetooth enabled cell phone is required to use Bluetooth wireless technology) and Multi-Bluetooth connectivity, allowing 2 phone connections simultaneously | Rear cupholder |
| Rear HVAC w/Separate Controls | Redundant Digital Speedometer |
| Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry, Illuminated Ignition Switch and Panic Button | Remote Releases -Inc: Smart Liftgate Proximity Cargo Access and Power Fuel |
| Smart Device Remote Engine Start | Systems Monitor |
| Trip computer | Trunk/Hatch Auto-Latch |
| Valet Function | |

## Mechanical

| | |
|---|---|
| 18.8 Gal. Fuel Tank | 3.648 Axle Ratio |
| 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist, Hill Descent Control and Hill Hold Control | Automatic Full-Time All-Wheel Drive |
| Battery w/run down protection | Electric Power-Assist Speed-Sensing Steering |
| Front And Rear Anti-Roll Bars | Gas-pressurized shock absorbers |
| GVWR: 5,917 lbs | Multi-link rear suspension w/coil springs |
| Permanent Locking Hubs | Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher |
| Strut Front Suspension w/Coil Springs | Transmission w/Driver Selectable Mode |

## Safety

| | |
|---|---|
| ABS And Driveline Traction Control | Airbag Occupancy Sensor |
| Blind Spot Sensor | Curtain 1st, 2nd And 3rd Row Airbags |
| Driver knee airbag | Dual Stage Driver And Passenger Front Airbags |
| Dual Stage Driver And Passenger Seat-Mounted Side Airbags | Forward Collision-Avoidance Assist (fca) |
| Lane Change Assist Lane Departure Warning | Lane Change Assist Lane Keeping Assist |
| Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners | Parking Distance Warning Rear Parking Sensors |
| Rear child safety locks | Rear View Monitor w/Parking Guidance Dynamic (RVM w/PG) Back-Up Camera |
| Side impact beams | Tire Specific Low Tire Pressure Warning |
| Vehicle Stability Managament (VSM) Electronic Stability Control (ESC) | |

## Packages

© 2023 Mitchell International, Inc. All Rights Reserved.

RCB THURSTON 0007608

**EX PREMIUM PACKAGE**
-inc: Anodized Roof Rails, Wheels: 20" Alloy, Tires: 20", Captain Chairs

**TOWING PACKAGE**
-inc: Self-Leveling Rear Suspension, Tow Hitch w/Harness

## Optional Equipment

CARGO COVER                              CARPETED FLOOR MATS
FOLDING CARGO TRAY                       HYBRID CARGO NET
MUD GUARD KIT                            REAR BUMPER PROTECTOR
TOW HITCH W/HARNESS

**\*DIO/PIO =**   Dealer/Port Installed Options

# Loss Vehicle Base Value

Loss vehicle:  2020 Kia Telluride |  EX 4 Door Utility 114" WB | 3.8L 6 Cyl Gas A AWD

## Comparable Vehicle Information

Search Radius used for this valuation: 200 miles from loss vehicle zip/postal code.
Typical Mileage for this vehicle: 36,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 56,300 | 04210 | 83 miles | $36,900.00 List Price | $34,749.69 |
| 2 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 52,030 | 04021 | 91 miles | $33,900.00 List Price | $33,725.57 |
| 3 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 60,887 | 03301 | 166 miles | $32,903.00 List Price | $32,790.26 |
| 4 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 45,628 | 01851 | 181 miles | $35,995.00 List Price | $34,727.70 |
| 5 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 59,695 | 03063 | 182 miles | $32,984.00 List Price | $32,661.36 |
| 6 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8NORMAL GAS A AWD | 41,742 | 05602 | 200 miles | $37,888.00 List Price | $33,736.19 |

**Base Value:**    **$33,731.80**

# Loss Vehicle Adjustments

Loss vehicle:  2020 Kia Telluride | EX 4 Door Utility 114" WB | 3.8L 6 Cyl Gas A AWD

## Condition Adjustments

Condition Adjustment: **$0.00**                Overall Condition:    **3.00-Good**                Typical Vehicle Condition:    **3.00**

| Category | Condition | Condition $ | Comments |
|---|---|---|---|
| Interior | | | |
| HEADLINER | 3 Good | $0.00 | |
| DOORS/INTERIOR PANELS | 3 Good | $0.00 | |
| CARPET | 3 Good | $0.00 | |
| SEATS | 3 Good | $0.00 | |
| DASH/CONSOLE | 3 Good | $0.00 | |
| GLASS | 3 Good | $0.00 | |
| Exterior | | | |
| BODY | 3 Good | $0.00 | |
| VINYL/CONVERTIBLE TOP | Typical | $0.00 | |
| TRIM | 3 Good | $0.00 | |
| PAINT | 3 Good | $0.00 | |
| Mechanical | | | |
| TRANSMISSION | 3 Good | $0.00 | |
| ENGINE | 3 Good | $0.00 | |
| Tire | 3 Good | $0.00 | |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

# Comparable Vehicles

Loss vehicle: 2020 Kia Telluride | EX 4 Door Utility 114" WB | 3.8L 6 Cyl Gas A AWD

© 2023 Mitchell International, Inc. All Rights Reserved.                                                Claim # 23-2733986-01 | Page 5

| 1 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD | | | | List Price: $36,900.00 |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|-----|----------|--------------|-----------------|----------------------------|---|
| 5XYP3DHC8LG082604 | CT082604 | 06/20/2023 | 04210 | 83 miles | |

Source

DEALER WEB LISTING -
BUILDSHEET - CARS.COM
LEE GMC TRUCK CENTER
817 CENTER ST
AUBURN ME 04210
207-784-5441

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$830.00 |
| Mileage | 83,411 | 56,300 | -$1,984.68 |
| Equipment | | | |
| CARGO COVER | Yes | No | $143.02 |
| FOLDING CARGO TRAY | Yes | No | $106.12 |
| HYBRID CARGO NET | Yes | No | $46.13 |
| MUD GUARD KIT | Yes | No | $106.12 |
| REAR BUMPER PROTECTOR | Yes | No | $110.73 |
| TOW HITCH W/HARNESS | Yes | No | $438.29 |
| CROSS BARS | No | Yes | -$286.04 |

Total Adjustments: -$2,150.31
**Adjusted Price: $34,749.69**

Comparable Vehicle Package Details
EX PREMIUM PACKAGE

TOWING PACKAGE

Comparable Vehicle Option Details
CARPETED FLOOR MATS, CROSS BARS

© 2023 Mitchell International, Inc. All Rights Reserved.

## 2 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD

**List Price: $33,900.00**

| VIN | Stock No. | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| 5XYP3DHC0LG061567 | 10738 | 07/17/2023 | 04021 | 91 miles | |

**Source**

DEALER WEB LISTING -
BUILDSHEET - VAST.COM

MAINE STREET AUTO

174 MAIN STREET

CUMBERLAND ME 04021

207-489-9149

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$741.00 |
| Mileage | 83,411 | 52,030 | -$2,249.70 |
| Equipment | | | |
| EX PREMIUM PACKAGE | Yes | No | $1,268.17 |
| TOWING PACKAGE | Yes | No | $674.39 |
| CARGO COVER | Yes | No | $131.48 |
| FOLDING CARGO TRAY | Yes | No | $97.55 |
| HYBRID CARGO NET | Yes | No | $42.41 |
| MUD GUARD KIT | Yes | No | $97.55 |
| REAR BUMPER PROTECTOR | Yes | No | $101.80 |
| TOW HITCH W/HARNESS | Yes | No | $402.92 |

**Total Adjustments:** -$174.43

**Adjusted Price:** $33,725.57

Comparable Vehicle Option Details

CARPETED FLOOR MATS

| 3 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD | | | | List Price: $32,903.00 | |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| 5XYP3DHC1LG020087 | 441738A | 09/30/2023 | 03301 | 166 miles | |

Source

DEALER WEB LISTING -
BUILDSHEET - AUTOTRADER.COM

DAN OBRIEN KIA

158 MANCHESTER ST

CONCORD NH 03301

603-227-0550

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$720.00 |
| Mileage | 83,411 | 60,887 | -$1,327.49 |
| Equipment | | | |
| EX PREMIUM PACKAGE | Yes | No | $1,230.84 |
| CARGO COVER | Yes | No | $127.61 |
| FOLDING CARGO TRAY | Yes | No | $94.68 |
| HYBRID CARGO NET | Yes | No | $41.16 |
| REAR BUMPER PROTECTOR | Yes | No | $98.80 |
| TOW HITCH W/HARNESS | Yes | No | $391.06 |
| WHEEL LOCKS | No | Yes | -$49.40 |

Total Adjustments: -$112.74

**Adjusted Price: $32,790.26**

Comparable Vehicle Package Details

TOWING PACKAGE

Comparable Vehicle Option Details

CARPETED FLOOR MATS, MUD GUARD KIT, WHEEL LOCKS

© 2023 Mitchell International, Inc. All Rights Reserved.

Claim # 23-2733986-01 | Page 8

| 4 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD | | | List Price: $35,995.00 | |

| VIN | Stock No. | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| 5XYP3DHC3LG048957 | K7731A | 09/20/2023 | 01851 | 181 miles | |

Source

DEALER WEB LISTING -
BUILDSHEET - CARS.COM

GERVAIS KIA

6 INDUSTRIAL AVE

LOWELL MA 01851

978-454-1202

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$787.00 |
| Mileage | 83,411 | 45,628 | -$3,218.39 |
| Equipment | | | |
| EX PREMIUM PACKAGE | Yes | No | $1,346.53 |
| TOWING PACKAGE | Yes | No | $716.06 |
| CARGO COVER | Yes | No | $139.60 |
| MUD GUARD KIT | Yes | No | $103.58 |
| REAR BUMPER PROTECTOR | Yes | No | $108.09 |
| TOW HITCH W/HARNESS | Yes | No | $427.81 |
| CARGO MAT W/SEATBACK PROTECTION | No | Yes | -$103.58 |

|  | | Total Adjustments: | -$1,267.30 |
|---|---|---|---|
|  | | **Adjusted Price:** | **$34,727.70** |

Comparable Vehicle Option Details

CARPETED FLOOR MATS, FOLDING CARGO TRAY, HYBRID CARGO NET, CARGO MAT W/SEATBACK PROTECTION

© 2023 Mitchell International, Inc. All Rights Reserved.

Claim # 23-2733986-01 | Page 9

PGR THURSTON 0007614

| | 2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD | | | | List Price: $32,984.00 |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| 5XYP3DHC1LG012216 | 23H82A | 07/29/2023 | 03063 | 182 miles | |

Source

DEALER WEB LISTING -
BUILDSHEET - AUTOTRADER.COM
PETERS OF NASHUA
280 - 300 AMHERST ST
NASHUA NH 03063
603-889-1166

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$721.00 |
| Mileage | 83,411 | 59,695 | -$1,446.28 |
| Equipment | | | |
| EX PREMIUM PACKAGE | Yes | No | $1,233.90 |
| CARGO COVER | Yes | No | $127.92 |
| HYBRID CARGO NET | Yes | No | $41.26 |
| MUD GUARD KIT | Yes | No | $94.92 |
| REAR BUMPER PROTECTOR | Yes | No | $99.05 |
| TOW HITCH W/HARNESS | Yes | No | $392.03 |
| CARGO MAT W/SEATBACK PROTECTION | No | Yes | -$94.92 |
| WHEEL LOCKS | No | Yes | -$49.52 |

| | Total Adjustments: | -$322.64 |
|---|---|---|
| | Adjusted Price: | $32,661.36 |

Comparable Vehicle Package Details:
TOWING PACKAGE

Comparable Vehicle Option Details
CARPETED FLOOR MATS, FOLDING CARGO TRAY, CARGO MAT W/SEATBACK PROTECTION, WHEEL LOCKS

PGP THURSTON 0007615

| 6 | 2020 KIA TELLURIDE EX 4D SUV 6 3.8 NORMAL GAS AAWD | | | | List Price: $37,888.00 |
|---|---|---|---|---|---|

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| 5XYP3DHC9LG068209 | K24093A | 09/17/2023 | 05602 | 200 miles | |

Source

DEALER WEB LISTING -
BUILDSHEET - VAST.COM
CAPITOL CITY KIA
51 GALLISON HILL ROAD
MONTPELIER VT 05602
802-262-2030

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$829.00 |
| Mileage | 83,411 | 41,742 | -$4,005.40 |
| Equipment | | | |
| CARGO COVER | Yes | No | $146.94 |
| FOLDING CARGO TRAY | Yes | No | $109.03 |
| HYBRID CARGO NET | Yes | No | $47.40 |
| MUD GUARD KIT | Yes | No | $109.03 |
| REAR BUMPER PROTECTOR | Yes | No | $113.77 |
| TOW HITCH W/HARNESS | Yes | No | $450.30 |
| CROSS BARS | No | Yes | -$293.88 |

| | Total Adjustments: | -$4,151.81 |
|---|---|---|
| | Adjusted Price: | $33,736.19 |

Comparable Vehicle Package Details

EX PREMIUM PACKAGE

TOWING PACKAGE

Comparable Vehicle Option Details

CARPETED FLOOR MATS, CROSS BARS

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2020 Kia Telluride EX | 4 Door Utility 114" WB 3.8L 6 Cyl Gas  AWD | $39,090.00 |

© 2023 Mitchell International, Inc. All Rights Reserved.

BCB THURSTON 0007616

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss ("WCTL") was designed and built by Mitchell International, Inc. in conjunction with J.D. Power, which is an expert in data analysis with years of experience in vehicle pricing. WCTL provides a consistent methodology across vehicle makes and models for estimating the value of a vehicle. The WCTL analysis is based on comparable vehicles that most closely resemble the loss vehicle, with certain adjustments to both the comparable vehicle and loss vehicle depending on the facts of a particular claim.

WCTL produces accurate and easy-to-understand vehicle valuations via a five-step process:

## Step 1 - Locate Comparable Vehicles

Locate vehicles from WCTL's comparable vehicle database that are the closest match to the loss vehicle in the same market area. These are not intended to be replacement vehicles and may no longer be listed for sale .The comparable vehicle database includes millions of vehicles listed for sale on publicly available websites (for example, cars.com and autotrader.com), as well as sold vehicle records (where available).

## Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. There are several types of comparable vehicle adjustments, including:

- Projected Sold Adjustment - where the comparable vehicle is listed for sale, this adjustment reflects the fact that consumers typically negotiate a purchase price less than the list price. (There is no projected sold adjustment where the comparable vehicle has actual sold data, or where a vehicle is listed for sale at a "no haggle" dealership.)

- Mileage Adjustment – an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.

- Equipment Adjustment – an adjustment for differences in equipment between the comparable vehicle and the loss vehicle (for example, differences in equipment packages and options).

## Step 3 - Calculate Base Vehicle Value

Calculate the base vehicle value by averaging the adjusted prices of the comparable vehicles.

## Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment – an adjustment to account for the condition of the loss vehicle at the time of the loss.

- Prior Damage Adjustment – an adjustment to account for any prior damage present on the loss vehicle at the time of the loss.

- After Market Part Adjustment – an adjustment to account for any aftermarket parts present on the loss vehicle at the time of the loss.

- Refurbishment Adjustment – an adjustment to account for any refurbishment performed on the loss vehicle at the time of the loss.

## Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.

© 2023 Mitchell International, Inc. All Rights Reserved.

PGR THURSTON 0007617

EXHIBIT _____
WIT: Merritt
DATE: 10-22-24
DJura, RPR

Year: 2020
Make: Kia
Model: Telluride EX AWD
VIN: 5XYP3DHC4LG067730

Engine: V6 Cylinder Engine
Transmission: 8-Speed A/T
Exterior: Ebony Black (EB)
Interior: Black

## SAFETY

- Rear View Monitor w/Parking Guidance
- Dynamic Back-Up Camera
- Outboard Front Lap And Shoulder Safety Belts - Inc: Rear Center 3 Point, Height Adjusters and Pretensioners
- Power Rear Child Safety Locks
- Driver Knee Airbag
- Airbag Occupancy Sensor
- Curtain 1st, 2nd And 3rd Row Airbags
- Dual Stage Driver And Passenger Front Airbags
- Tire Specific Low Tire Pressure Warning
- Collision Mitigation-Rear
- Driver Monitoring-Alert
- Collision Mitigation-Front
- Lane Change Assist Lane Departure Warning
- Lane Change Assist Lane Keeping Assist
- Forward Collision-Avoidance Assist
- Blind Spot
- Parking Distance Warning Rear Parking Sensors
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Side Impact Beams
- ABS And Driveline Traction Control
- Vehicle Stability Management Electronic Stability Control
- Lane Following Assist

## INTERIOR

- FOB Controls -inc: Cargo Access
- Cargo Space Lights
- Trunk/Hatch Auto-Latch
- Cargo Area Concealed Storage
- Carpet Floor Trim
- Full Carpet Floor Covering
- Fade-To-Off Interior Lighting
- Front And Rear Map Lights
- Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets
- Day-Night Auto-Dimming Rearview Mirror
- Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination, Driver And Passenger Auxiliary Mirror
- Leather-Trimmed Upholstery
- Interior Trim -inc: Simulated Wood Instrument Panel Insert, Simulated Wood Door Panel Insert, Leatherette/Piano Black Console Insert and Metal-Look Interior Accents
- Leather/Metal-Look Gear Shifter Material
- Full Cloth Headliner
- Driver Foot Rest
- Illuminated Glove Box
- Dual Zone Front Automatic Air Conditioning
- HVAC -inc: Underseat Ducts and Headliner/Pillar Ducts
- Rear HVAC w/Separate Controls
- Distance Pacing w/Traffic Stop-Go
- Cruise Control w/Steering Wheel Controls
- Remote Releases -Inc: Smart Liftgate Proximity Cargo Access
- Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry, Illuminated Ignition Switch and Panic Button
- Power Fuel Flap Locking Type
- Proximity Key For Doors And Push Button Start
- Compass
- Rear Cupholder
- Front Cupholder
- Leather Steering Wheel
- Fixed 60-40 Split-Bench 3rd Row Seat Front, Manual Recline, Manual Fold Into Floor and 3 Fixed Head Restraints
- Power Rear Windows and Fixed 3rd Row Windows
- Gauges -inc: Speedometer, Odometer, Engine Coolant Temp, Tachometer, Trip Odometer and Trip Computer
- Manual Tilt/Telescoping Steering Column
- 60-40 Folding Split-Bench Front Facing Manual Reclining Fold Forward Seatback Rear Seat w/Manual Fore/Aft
- 2-Way Power Passenger Seat -inc: Power Cushion Tilt
- Driver Seat
- Heated & Ventilated Front Bucket Seats -inc: 8-way power-adjustable driver's seat w/2-way power lumbar and 8-way power adjustable front passenger's seat
- Air Filtration
- 3 12V DC Power Outlets

- Immobilizer
- Perimeter Alarm
- 2 Seatback Storage Pockets
- Front Center Armrest and Rear Center Armrest
- Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints
- Analog Appearance
- Outside Temp Gauge
- Trip Computer
- Redundant Digital Speedometer
- Driver Information Center
- Power Door Locks w/Autolock Feature
- Delayed Accessory Power
- Power 1st Row Windows w/Front And Rear 1-Touch Up/Down
- Driver / Passenger And Rear Door Bins
- Find My Car Tracker System
- Smart Device Remote Engine Start

## ENTERTAINMENT

- 2 LCD Monitors In The Front
- Integrated Roof Antenna
- Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls, Rear Controls and Radio Data System
- Radio: AM/FM/MP3/SiriusXM Audio System -inc: UVO link infotainment system, w/smartphone integration for remote commands and remote vehicle status, 6-speaker, support for Android Auto and Apple CarPlay, 10.25" Thin Film Transistor touch-screen display, navigation, a total of 6 USB charge ports in all rows, Bluetooth wireless connectivity w/voice recognition and Multi-Bluetooth connectivity, allowing 2 phone connections simultaneously

## EXTERIOR

- Laminated Glass
- LED Brakelights
- Perimeter/Approach Lights
- Auto On/Off Projector Beam Halogen Daytime Running Headlamps w/Delay-Off
- Roof Rack Rails Only
- Tailgate/Rear Door Lock Included w/Power Door Locks
- Power Liftgate Rear Cargo Access
- Chrome Grille
- Lip Spoiler
- Fully Galvanized Steel Panels
- Variable Intermittent Wipers
- Deep Tinted Glass
- Fixed Rear Window w/Fixed Interval Wiper, Heated Wiper Park and Defroster
- Body-Colored Power Heated Side Mirrors w/Power Folding and Turn Signal Indicator
- Body-Colored Door Handles
- Chrome Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
- Chrome Bodyside Insert, Black Bodyside Cladding and Black Wheel Well Trim
- Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent and Metal-Look Bumper Insert
- Black Rear Bumper w/Metal-Look Rub Strip/Fascia Accent
- Express Open/Close Sliding And Tilting Glass 1st Row Sunroof w/Sunshade
- Clearcoat Paint
- Compact Spare Tire Stored Underbody w/Crankdown
- Aluminum Spare Wheel
- Tires: 245/60R18
- Wheels: 7.5" x 18" Machined Finish Alloy

## MECHANICAL

- Brake Actuated Limited Slip Differential
- 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist, Hill Hold Control and Electric Parking Brake
- Multi-Link Rear Suspension w/Coil Springs
- Strut Front Suspension w/Coil Springs
- Permanent Locking Hubs
- Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
- 18.8 Gal. Fuel Tank
- Electric Power-Assist Speed-Sensing Steering
- Front And Rear Anti-Roll Bars
- Gas-Pressurized Shock Absorbers
- Towing Equipment -inc: Trailer Sway Control
- Battery w/Run Down Protection
- Part And Full-Time All-Wheel
- Electronic Transfer Case
- GVWR: 5,917 lbs
- 3.648 Axle Ratio

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| **19** |  | **24** |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

# New

| MSRP | $39,290.00 |
|---|---|
| **INSTALLED OPTIONS** | |
| [EB] Ebony Black | $395 |
| [WKI] Black, Leather Trimmed Upholstery | $0 |
| [PRJ] Ex Premium Package | $1,495 |
| • Anodized Roof Rails | |
| • Wheels: 20" Alloy | |
| • Tires: 20" | |
| • Captain Chairs | |
| [TWJ] Towing Package | $795 |
| • Self-Leveling Rear Suspension | |
| • Tow Hitch w/Harness | |
| Tow Hitch W/Harness | included |
| [MUG] Mud Guard Kit | $115 |
| [RBP] Rear Bumper Protector | $120 |
| [CF] Carpeted Floor Mats | $210 |
| [CN] Hybrid Cargo Net | $50 |
| • 1 net | |
| • 2 positions | |
| [CO] Cargo Cover | $155 |
| [CTO] Folding Cargo Tray | $115 |
| Original Shipping Charge | $1,170 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$43,910.00** |

## Get more information on your smartphone:



PGR THURSTON 0007654



EXHIBIT 10
WIT: Merritt
DATE: 10-22-24
DJura, RPR

You can view 360 Images on https://seller.copart.com/360images.html?lotId=70679183

## 2020 KIA TELLURIDE

| | |
|---|---|
| Document Id | afdf4f63-d3cb-4b37-8192-138c07dcaddc |
| User Id | MMCHESSIE |
| User Name | MEREDITH M. CHESSIE |
| Address | 11 BEDROCK TERRACE WINDHAM, ME 04062 USA |
| Owner Zip Code | |
| Lot Number | 70679183 |
| Claim Number | 23-2733986 |
| Year | 2020 |
| Make | KIA |
| Model | TELLURIDE |
| Is vehicle an SUV/Van? | Yes |
| Is there Windshield Damage? | Yes |
| Driver Front Tire Tread Depth Value | 0/0 |
| Driver Rear Tire Tread Depth Value | 0/0 |
| Passenger Rear Tire Tread Depth Value | 0/0 |
| Passenger Front Tire Tread Depth Value | 0/0 |
| Is there Hail Damage? | No |
| Prior damage? | No |
| Are there any Loose Parts? | Yes |

PGR_THURSTON_0007622

PGR_THURSTON_0007623



Engine Compartment

PGR_THURSTON_0007624



Driver Entry

PGR_THURSTON_0007625



Driver Front Floor Board

PGR_THURSTON_0007626



Oil Change Sticker

PGR_THURSTON_0007627



SUV/VAN

PGR_THURSTON_0007628



Odometer/Instrument Cluster

PGR_THURSTON_0007629



Driver Rear Floor Board

PGR_THURSTON_0007630



Cockpit View

PGR_THURSTON_0007631



Trunk/Cargo/Truck Bed

PGR_THURSTON_0007632



Passenger Side Front Angle

PGR_THURSTON_0007633



Direct Front

PGR_THURSTON_0007634



Driver Side Front Angle

PGR_THURSTON_0007635



Windshield Damage

PGR_THURSTON_0007636



Driver Front Tire

PGR_THURSTON_0007637



Driver Rear Tire

PGR_THURSTON_0007638



Driver Side Rear Angle

PGR_THURSTON_0007639



Direct Rear

PGR_THURSTON_0007640



Passenger Side Rear Angle

PGR_THURSTON_0007641



Passenger Rear Tire

PGR_THURSTON_0007642



Rear Seat from Passenger Side

PGR_THURSTON_0007643



Passenger Rear Floor Board

PGR_THURSTON_0007644



Passenger Front Floor Board

PGR_THURSTON_0007645



Passenger Front Tire

PGR_THURSTON_0007646



Roof

PGR_THURSTON_0007647



Loose Parts

**Copart** 2020 KIA TELLURIDE EX

**VIN:** 5XYP3DHC4LG067730   **Year:** 2020   **Make:** Kia   **Model:** Telluride   **Trim:** EX   **Color:** Ebony Black

## Technical Specifications

| | | | |
|---|---|---|---|
| **Steering:** Rack-Pinion | **Transmission:** Automatic w/OD | **Body Style:** Sport Utility | **Base Weight:** 4255 lbs |
| **Emissions:** 8.4 | **Turning Diameter:** 38.8 ft | **Passenger Capacity:** 8 | **Axle Ratio:** 3.65 |
| **Engine Cylinder Count:** 6 | **EPA Classification:** Small SUV 4WD | **Front Headroom:** 39.5 in | **Front Hiproom:** 58.9 in |
| **Front Legroom:** 41.4 in | **Front Shoulderroom:** 61.6 in | **Second Row Headroom:** 40.2 in | **Second Row Hiproom:** 58 in |
| **Second Row Legroom:** 42.4 in | **Second Row Shoulderroom:** 59.9 in | **Suspension Front:** Strut | **Suspension Rear:** Multi-Link |
| **Wheelbase:** 114.2 in | **Drivetrain:** All Wheel Drive | **Displacement:** 3.8 L/231 | **Ground Clearance:** 8 in |
| **Front Tires:** P245/50TR20 | **Rear Tires:** P245/50TR20 | **Front Brakes:** Disc | **Rear Brakes:** Disc |
| **ABS:** 4-Wheel | | | |

## Options

| | OEM CODE | CATEGORY | OPTION | DESCRIPTION |
|---|---|---|---|---|
| ✓ | EB | PRIMARY PAINT | EBONY BLACK | |
| ✓ | WK | SEAT TRIM | BLACK, LEATHER-TRIMMED UPHOLSTERY | |
| ✓ | PRJ | ADDITIONAL EQUIPMENT | EX PREMIUM PACKAGE | Anodized Roof Rails, Wheels: 20" Alloy, Tires: 20", Captain Chairs |
| ✓ | TWJ | ADDITIONAL EQUIPMENT | TOWING PACKAGE | Self-Leveling Rear Suspension, Tow Hitch w/Harness |
| ✓ | TO | PORT INSTALLED OPTIONS | TOW HITCH W/HARNESS | |
| ✓ | MUG | PORT INSTALLED OPTIONS | MUD GUARD KIT | |
| ✓ | RBP | PORT INSTALLED OPTIONS | REAR BUMPER PROTECTOR | |
| ✓ | CF | PORT INSTALLED OPTIONS | CARPETED FLOOR MATS | |
| ✓ | CN | PORT INSTALLED OPTIONS | HYBRID CARGO NET | 1 net, 2 positions |
| ✓ | CO | PORT INSTALLED OPTIONS | CARGO COVER | |
| ✓ | CT | PORT INSTALLED OPTIONS | FOLDING CARGO TRAY | |

## Styles

| STYLE ID | DIVISION | SUBDIVISION | MODEL | STYLE | TRIM | ACODE |
|---|---|---|---|---|---|---|
| 405600 | Kia | Kia Utility Vehicles | Telluride | EX AWD | EX | J4442 |

## Engines

| TYPE | DISPLACEMENT | FUEL TYPE | HORSEPOWER | FUEL ECONOMY CITY/HWY | FUEL CAPACITY | SAE NET TORQUE |
|---|---|---|---|---|---|---|
| V6 Cylinder Engine | 3.8 liters | Gasoline Fuel | 291 @ 6000 | 19.0/24.0 | 18.8 gal | 262 @ 5200 |

## Standard Equipment

### INTERIOR

| | |
|---|---|
| ✓ Driver Seat | ✓ 60-40 Folding Split-Bench Front Facing Manual Reclining Fold Forward Seatback Rear Seat w /Manual Fore/Aft |
| ✓ Manual Tilt/Telescoping Steering Column | ✓ Fixed 60-40 Split-Bench 3rd Row Seat Front, Manual Recline, Manual Fold Into Floor and 3 Fixed Head Restraints |
| ✓ Leather Steering Wheel | ✓ Front Cupholder |
| ✓ Rear Cupholder | ✓ Compass |
| ✓ Power Fuel Flap Locking Type | ✓ Remote Releases -Inc: Smart Liftgate Proximity Cargo Access |
| ✓ Cruise Control w/Steering Wheel Controls | ✓ Distance Pacing w/Traffic Stop-Go |
| ✓ HVAC -inc: Underseat Ducts and Headliner/Pillar Ducts | ✓ Illuminated Locking Glove Box |
| ✓ Driver Foot Rest | ✓ Full Cloth Headliner |
| ✓ Leather/Metal-Look Gear Shifter Material | ✓ Interior Trim -inc: Simulated Wood Instrument Panel Insert, Simulated Wood Door Panel Insert, Leatherette/Piano Black Console Insert and Metal-Look Interior Accents |
| ✓ Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination, Driver And Passenger Auxiliary Mirror | ✓ Day-Night Auto-Dimming Rearview Mirror |
| ✓ Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets | ✓ Front And Rear Map Lights |
| ✓ Fade-To-Off Interior Lighting | ✓ Full Carpet Floor Covering |
| ✓ Carpet Floor Trim | ✓ Cargo Area Concealed Storage |
| ✓ Trunk/Hatch Auto-Latch | ✓ Cargo Space Lights |
| ✓ Find My Car Tracker System | ✓ Driver / Passenger And Rear Door Bins |
| ✓ Delayed Accessory Power | ✓ Driver Information Center |
| ✓ Redundant Digital Speedometer | ✓ Outside Temp Gauge |
| ✓ Analog Appearance | ✓ Manual Adjustable Front Head Restraints and Manual Adjustable Rear Head Restraints |
| ✓ Front Center Armrest and Rear Center Armrest | ✓ 2 Seatback Storage Pockets |
| ✓ Perimeter Alarm | ✓ Immobilizer |
| ✓ 3 12V DC Power Outlets | ✓ Air Filtration |

PGR_THURSTON_0007648

## EXTERIOR

- Tires: 245/60R18
- Compact Spare Tire Stored Underbody w/Crankdown
- Express Open/Close Sliding And Tilting Glass 1st Row Sunroof w/Sunshade
- Body-Colored Front Bumper w/Black Rub Strip/Fascia Accent and Metal-Look Bumper Insert
- Chrome Side Windows Trim, Black Front Windshield Trim and Black Rear Window Trim
- Body-Colored Power Heated Side Mirrors w/Power Folding and Turn Signal Indicator
- Deep Tinted Glass
- Fully Galvanized Steel Panels
- Chrome Grille
- Roof Rack Rails Only
- Perimeter/Approach Lights
- Laminated Glass

- Aluminum Spare Wheel
- Clearcoat Paint
- Black Rear Bumper w/Metal-Look Rub Strip/Fascia Accent
- Chrome Bodyside Insert, Black Bodyside Cladding and Black Wheel Well Trim
- Body-Colored Door Handles
- Fixed Rear Window w/Fixed Interval Wiper, Heated Wiper Park and Defroster
- Variable Intermittent Wipers
- Lip Spoiler
- Power Liftgate Rear Cargo Access
- Auto On/Off Projector Beam Halogen Daytime Running Headlamps w/Delay-Off
- LED Brakelights

## MECHANICAL

- Engine: Lambda II 3.8L GDI DOHC V6 w/Dual CVVT
- 3.648 Axle Ratio
- Transmission w/Driver Selectable Mode and Oil Cooler
- Part And Full-Time All-Wheel
- Towing Equipment -inc: Trailer Sway Control
- Front And Rear Anti-Roll Bars
- 18.8 Gal. Fuel Tank
- Permanent Locking Hubs
- Multi-Link Rear Suspension w/Coil Springs
- Brake Actuated Limited Slip Differential

- Transmission: 8-Speed Sportmatic Automatic -inc: Electronically-controlled, Idle, Stop & Go (ISG)
- GVWR: 5,917 lbs
- Electronic Transfer Case
- Battery w/Run Down Protection
- Gas-Pressurized Shock Absorbers
- Electric Power-Assist Speed-Sensing Steering
- Single Stainless Steel Exhaust w/Chrome Tailpipe Finisher
- Strut Front Suspension w/Coil Springs
- 4-Wheel Disc Brakes w/4-Wheel ABS, Front Vented Discs, Brake Assist, Hill Hold Control and Electric Parking Brake

## SAFETY

- Lane Following Assist (LFA)
- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Blind Spot
- Collision Mitigation-Front
- Collision Mitigation-Rear
- Dual Stage Driver And Passenger Front Airbags
- Airbag Occupancy Sensor
- Power Rear Child Safety Locks
- Rear View Monitor w/Parking Guidance Dynamic (RVM w/PG) Back-Up Camera

- Side Impact Beams
- Parking Distance Warning Rear Parking Sensors
- Forward Collision-Avoidance Assist (FCA)
- Driver Monitoring-Alert
- Tire Specific Low Tire Pressure Warning
- Curtain 1st, 2nd And 3rd Row Airbags
- Driver Knee Airbag
- Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners

## ENTERTAINMENT

- Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls, Rear Controls and Radio Data System
- 2 LCD Monitors In The Front

- Integrated Roof Antenna

*DISCLAIMER: The information presented here on this build sheet is of a general nature and should not be relied upon. While it is our objective to provide the most current, up-to-date and reliable information to you. Copart makes no representation to the accuracy of the information on this build sheet. Furthermore, users should undertake sufficient verification to determine the suitability for their own particular purpose of any information or products provided by this build sheet.*

*Powered by:* 

360° Images cannot be downloaded. Please view them by using this link -
https://seller.copart.com/360images.html?lotId=70679183

PGR_THURSTON_0007650

EXHIBIT ___11___
WIT: Merritt
DATE: 10.22.24
DJura, RPR

# ELLEN S. BEST, ATTORNEY AT LAW

36 MAIN STREET
P.O. BOX 386 • BLUE HILL ME 04614
TELEPHONE: 207-374-2573 • Fax: 207-374-5163

Ellen S. Best                                                                  John Z. Steed
ebest@ellenbestlaw.com                                                 jsteed@ellenbestlaw.com

March 15, 2022

**Received By A.M.**

Progressive Corporation
6300 Wilson Mills Road                                                    MAR 2 2 2022
Mayfield Village, OH 44143

RE:  Matthew Thurston - Claim #22-5056549-01              **CORP. CLAIMS MAIL**

Dear Sir or Madam:

I am writing on behalf of my client, Matthew Thurston, to inform you that I represent him and to offer to settle potential claims under the Maine Unfair Trade Practices Act and for violation of the Unfair Settlement Practices section of the Maine Insurance Code (24-A M.R.S. § 2436-A).

Matthew is your insured, and you are obligated to pay him for the total loss on his Volvo XC70. I do not believe that is in dispute. The fair market value of that vehicle is $17,250.00, as outlined in Matthew's well-reasoned email to Kyle Mayer (copied here) dated February 21, 2022, at 3:37 p.m., enclosed, with its attachments, as Exhibit A. However, you have only offered to pay him $12,428.37—significantly less than Matthew's well-reasoned number. Because of this, he has been forced to hire counsel at a non-refundable cost of $2,500. I believe your actions in this case constitute unfair or deceptive trade practices as defined by the Unfair Trade Practices Act because you have a duty to pay him the fair market value of his vehicle but have chosen, instead, to offer significantly less than the fair market value he is entitled to receive. This has caused him financial harm in that he has had to hire an attorney and that he has been denied use of the money to which he is entitled and the use of his vehicle, something to which he is also entitled.

I can offer to settle claims under the Maine Unfair Trade Practices Act for payment of $21,750.00, which is the fair market value of the vehicle plus the $2,500.00 in legal fees he had to pay to get help with the problem, plus $2,000.00 for loss of use of a vehicle for two months.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

Progressive Corporation
March 15, 2022
Page 2


I believe, for the same reasons as outlined above, that you have also
violated 24-A M.R.S. § 2436-A by refusing to pay the reasonable value of the
vehicle and can offer to settle both claims for the same payment of $21,750.00.

Respectfully,

John Z. Steed

JZS:mf
Enclosure

cc: Kyle Mayer

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000127

 Gmail

**John Steed <jsteed@ellenbestlaw.com>**

---

## Re: [EXTERNAL] Re: Vehicle Storage

6 messages

---

**Matthew Thurston** <thurstonmatthew@gmail.com>                                  Tue, Feb 22, 2022 at 10:43 AM
To: Kyle Mayer <Kyle_Mayer@progressive.com>
Cc: "STHURSTON2003@YAHOO.COM" <STHURSTON2003@yahoo.com>, Nicholas Kimball
<NICHOLAS_KIMBALL@progressive.com>, JSteed@ellenbestlaw.com

Kyle,

You are welcome to move the vehicle wherever you would like at your expense. If you would like to leave it on our
property, use the below address. If you would prefer to have it moved to a salvage yard, that is fine too.

   402 Varnumville Rd, Brooksville ME, 04617

In regards to valuation, we will be in touch once we have had a chance to consult with our attorney, as I have provided
documented evidence to why your valuation does not reflect the ACV of the vehicle.

Best
  Matt

---

         On Feb 22, 2022, at 8:23 AM, Kyle Mayer <Kyle_Mayer@progressive.com> wrote:

         Hello Matt,

         Regarding moving your vehicle, I would just like to have it moved out of the shop location and to your
         property of that of your parents. I'd like to do this as a courtesy to the shop so that they can free up
         some space.

         Regarding the valuation, we don't actually use KBB values to evaluate the vehicle. If you wish to provide
         documented information supporting the increase in value to the car, please provide dealer comparisons
         outlined on page 7 (Dealer listings, Same model and year, with VIN# included in the listing, mileage).

         Thank you,

         Kyle Mayer

         Claims Generalist
         40 Commerce Court
         Newington, CT 06111
         Phone: 860-616-6796
         Fax: 833-905-1750
         Kyle_mayer@progressive.com
         Office Hours: Monday-Friday, 8am-5pm



         Confidentiality Notice: This e-mail, including any attachments, may contain confidential and
         privileged information for the sole and exclusive use of the intended recipient (s). Any review,
         use, distribution or disclosure by others is strictly prohibited. If you are not the intended

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000128

recipient (or authorized to receive information for the recipient), please contact the sender by reply e-mail and delete all copies of this message. All correspondence (including any e-mail) we receive from you may become part of your permanent claims file. If you request a reply to this e-mail, we may respond by e-mail or by phone.

**From:** Matthew Thurston <thurstonmatthew@gmail.com>
**Sent:** Monday, February 21, 2022 3:37 PM
**To:** Kyle Mayer <Kyle_Mayer@progressive.com>
**Subject:** [EXTERNAL] Re: Vehicle Storage

Hi Kyle,
Claim # 22-5056549-01

    Since I have been unable to connect with you via phone today, I am sending this email instead. In regards to the letter you emailed concerning the storage of the vehicle, you are welcome to move the vehicle wherever you would like to mitigate the storage fees. I do not believe we discussed that on Thursday 2/17 as you did not remember where the vehicle currently was located.

    In regards to the settlement offer for the vehicle,

The settlement offer presented by Progressive seems to be far outside of the range of any other determination of value for the vehicle.

 The three vehicles presented as comparable all have significantly higher mileage than my vehicle, and the appraisal relies heavily on adjusting the vehicles value based on mileage. For that adjustment the number which is used is between 3.4 and 3.8 cents/mile. There is no explanation why this number was chosen.  I compared the comparison vehicles to each other. I adjusted those vehicles values, based off of the adjustment values stated in the appraisal. I then determined how their mileage effected their list price. All of the vehicles list prices varied compared to the others at a rate of **10.22- 10.46 cents/mile.**

  **If the average of these was used, it would give an adjusted vehicle value of my vehicle at $16,542.56.  (See attached) This is WITHOUT changing your vehicle configuration adjustments.**

Furthermore, the appraisal adjusts the value of the vehicle based off of trim level, but it does not describe what differences in actual features exist. My vehicle has added options which brought its MSRP above 37,000, about equal to a premium plus model.

The comparison vehicles are also assumed to be in perfect condition, but there seems to be no way to verify this, as the listings are no longer available to the public. It seems unlikely that these vehicles are all in perfect condition. If you have these listing to share, I would appreciate seeing them.

In addition to this, Kelley Blue Book states the private party value for each of these vehicles below the price they were listed at. But for some reason the settlement claims my vehicle is worth nearly $5000 less than the private party blue book value. It seems unlikely that Kelley Blue Book would be able to do

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000129

a good job predicting that value of these comparison vehicles but it would be so wildly far off in predicting the value of my vehicle.  (See Attached)

**Blue Book Value of my vehicle 17641**


 I also was in contact with a local (Baton Rouge) car dealer. He informed me that if he had my vehicle on his lot, he would put a list price on the vehicle of $17,900 and that $16,500 would be the low end of offers that he would consider. He based this valuation on the Route One valuation of the vehicle that came in at $15050, without all options selected. He explained this valuation was always less than any a dealer will sell a vehicle for.  (See attached)

 **Dealer Valuation of my Vehicle $17250**


**We find no evidence that supports a vehicle value below $16,500, and that a fair market value is $17,250.**


Looking forward to hearing from you.


Best
  Matt Thurston
<image001.png>


On Feb 21, 2022, at 10:38 AM, Kyle Mayer <Kyle_Mayer@progressive.com> wrote:

Hello Matt,

Please see the attached letter regarding your vehicle.

Thank you,

# Kyle Mayer

Claims Generalist
40 Commerce Court
Newington, CT 06111
Phone: 860-616-6796
Fax: 833-905-1750
Kyle_mayer@progressive.com
Office Hours: Monday-Friday, 8am-5pm

Confidentiality Notice: This e-mail, including any attachments, may contain confidential and privileged information for the sole and exclusive use of the intended recipient (s). Any review, use, distribution or disclosure by others is strictly

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000130

3/16/22, 2:47 PM                             Ellen Best Law Mail - Re: [EXTERNAL] Re: Vehicle Storage

prohibited. If you are not the intended recipient (or authorized to receive
information for the recipient), please contact the sender by reply e-mail and delete
all copies of this message. All correspondence (including any e-mail) we receive
from you may become part of your permanent claims file. If you request a reply to
this e-mail, we may respond by e-mail or by phone.

&lt;22-5056549_2-21-2022_Total Loss_Free-form.pdf&gt;

---

**Kyle Mayer** &lt;Kyle_Mayer@progressive.com&gt;                        Tue, Feb 22, 2022 at 10:45 AM
To: Matthew Thurston &lt;thurstonmatthew@gmail.com&gt;
Cc: "STHURSTON2003@YAHOO.COM" &lt;STHURSTON2003@yahoo.com&gt;, Nicholas Kimball
&lt;NICHOLAS_KIMBALL@progressive.com&gt;, "JSteed@ellenbestlaw.com" &lt;JSteed@ellenbestlaw.com&gt;

Ok, it sounds like you will not be keeping the vehicle, is that correct? Your mother or father may need to call the shop and
provide verbal release. I will check with them.

[Quoted text hidden]

---

**Scott Thurston** &lt;sthurston2003@yahoo.com&gt;                      Tue, Feb 22, 2022 at 11:14 AM
To: Kyle Mayer &lt;Kyle_Mayer@progressive.com&gt;
Cc: Matthew Thurston &lt;thurstonmatthew@gmail.com&gt;, Nicholas Kimball &lt;NICHOLAS_KIMBALL@progressive.com&gt;,
JSteed@ellenbestlaw.com

Hello Kyle,
You have my permission to move the car.
And notice that in our valuation of the car we didn't rely solely on KBB, we used YOUR comparables and your VINs to
understand the mileage adjustments and then apply them to our car.
Your offer is a wholesale number which does not approach replacement value.
S

Scott Thurston MD
225 938 7178

On Feb 22, 2022, at 7:45 AM, Kyle Mayer &lt;Kyle_Mayer@progressive.com&gt; wrote:

[Quoted text hidden]

---

**Kyle Mayer** &lt;Kyle_Mayer@progressive.com&gt;                        Fri, Feb 25, 2022 at 12:36 PM
To: Scott Thurston &lt;sthurston2003@yahoo.com&gt;
Cc: Matthew Thurston &lt;thurstonmatthew@gmail.com&gt;, Nicholas Kimball &lt;NICHOLAS_KIMBALL@progressive.com&gt;,
"JSteed@ellenbestlaw.com" &lt;JSteed@ellenbestlaw.com&gt;

Hi Scott,

Have you spoken with anyone else at Progressive about the valuation? Did you end up hiring an independent appraiser?

[Quoted text hidden]

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

3/16/22, 2:47 PM                    Ellen Best Law Mail - Re: [EXTERNAL] Re: Vehicle Storage

**Matthew Thurston** <thurstonmatthew@gmail.com>                Fri, Feb 25, 2022 at 1:49 PM
To: JSteed@ellenbestlaw.com, Kyle Mayer <Kyle_Mayer@progressive.com>, Nicholas Kimball
<NICHOLAS_KIMBALL@progressive.com>, Scott Thurston <sthurston2003@yahoo.com>

   Kyle,

   My attorney will be in touch with progressive. Thank you for your time.

   Matt
   [Quoted text hidden]
   --
   *Matt Thurston*
   *Sales Agent*
   *The Christopher Group, LLC*
   Coastal Maine Real Estate
   Cell: 207-266-8312

**Kyle Mayer** <Kyle_Mayer@progressive.com>                Fri, Feb 25, 2022 at 2:18 PM
To: Matthew Thurston <thurstonmatthew@gmail.com>, "JSteed@ellenbestlaw.com" <JSteed@ellenbestlaw.com>, Nicholas
Kimball <NICHOLAS_KIMBALL@progressive.com>, Scott Thurston <sthurston2003@yahoo.com>

   Alright, thank you for the update.

   [Quoted text hidden]

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000132

# Vehicle Valuation Report



Prepared For **Progressive Group of Insurance Companies** (800) 321-9843

**mitchell**

## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| 22-5056549-01 | | UNKNOWN | SCOTT THURSTON 2304 FAIRWAY DR BATON ROUGE, LA 70809 |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 01/21/2022 | 01/25/2022 | 02/17/2022 | 1014377008 | 4 |

### Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2012 | Volvo | XC70 4 Door Wagon 3.2L 6 Cyl Gas A FWD | LA 70809 | 55,374 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| Twilight Bronze Metallic | WDD885, Maine | YV4952BL2C1140915 | No |

## Valuation Summary

### Loss Vehicle Adjustments
Adjustments specific to your vehicle

| | |
|---|---|
| Base Value = | $13,231.80 |
| Condition - | $462.43 |
| Prior Damage | $0.00 |
| Aftermarket Parts + | $55.00 |
| Refurbishment | $0.00 |
| Market Value = | $12,824.37 |

## Settlement Value:
# $12,824.37

### Settlement Adjustments
Adjustments specific to your policy

| | |
|---|---|
| Settlement Value = | $12,824.37 |

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**J.D. POWER**

Mitchell WorkCenter™ Total Loss
© 2018 Mitchell International Inc. All Rights Reserved

# Loss Vehicle Detail

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

## Standard Equipment

### Exterior

| | |
|---|---|
| 16" "CECINO" alloy wheels | Aluminum roof rails w/"XC" logo |
| Body-side protective lower cladding | Front fog lights |
| P215/65R16 all-season tires | Pwr heated mirrors w/memory, puddle lights, integrated turn signals |
| Rear fog light w/auto-off | Rear wiper/washer -inc: automatic function in reverse when front wipers on |
| Safe approach & home safe security lighting | Variable intermittent wipers |
| Volvo Sensus w/integrated 7" color display | |

### Interior

| | |
|---|---|
| "XC" door stitching | "XC" front/rear/cargo textile floor mats |
| 40/20/40 flat-folding rear bench -inc: (3) manual-fold rear head restraints | AM/FM stereo w/CD/MP3/WMA player -inc: HD Radio, 160-watt amp, (8) speakers, USB input, iPod connection |
| Auto-dimming rearview mirror | Bluetooth |
| Central pwr door locks, fuel filler | Cross avenue aluminum inlays |
| Cruise control | Dual illuminated visor vanity mirrors |
| Dual-zone electronic climate control (ECC) w/rear seat vents | Flat-folding front passenger seat |
| Front center armrest | Front door storage pockets |
| Front reclining bucket seats w/adjustable head restraints | Front/rear reading lamps |
| Ignition immobilizer | Illuminated lockable glove box |
| Intelligent driver info system (IDIS) | Interior cabin light delay feature |
| Leather shift knob -inc: aluminum inlay | Leather-wrapped steering wheel w/illuminated cruise & audio controls -inc: aluminum inlay |
| Lockable underfloor storage in cargo area | Outside temp gauge |
| Pollen filter | Pwr driver seat w/adjustable lumbar, 3-position memory |
| Pwr windows -inc: front auto-up/down, anti-trap feature | Rear window defroster w/timer |
| Remote keyless entry | Security alarm system |
| SIRIUS satellite radio w/6-month subscription | T-Tec cloth seating surfaces w/"XC" stitching |
| Tilt/telescopic steering column | Trip computer |

### Mechanical

| | |
|---|---|
| Front wheel drive | Front/rear skid plates |
| Front/rear stabilizer bars | MacPherson strut front suspension |
| Multi-link independent rear suspension | Pwr 4-wheel disc brakes |
| Pwr parking brake w/auto release | Pwr rack & pinion steering |

### Safety

(T) Mitchell WorkCenter™
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 2

PGR_THURSTON_0000134

| | |
|---|---|
| 3-point seat belts -inc: pretensioners, front height adjustable anchors | 4-wheel anti-lock braking system (ABS) -inc: electronic brake distribution (EBD), hydraulic brake assist (HBA), ready alert brakes (RAB), fading brake support (FBS) |
| Anti-submarine seats | Child safety rear door locks |
| Collapsible steering column | Daytime running lights |
| Driver/front passenger dual stage airbags -inc: front passenger cutoff switch | Driver/front passenger whiplash protection seating system (WHIPS) |
| Dynamic stability & traction control (DSTC) | ISOFIX child seat attachments -inc: top tether anchors |
| Rear window deactivation | Side impact protection system (SIPS) -inc: driver/front passenger side-impact airbags, front/rear side inflatable curtains (IC) |
| Tire pressure monitoring system | |

# Loss Vehicle Base Value

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

## Regional Comparable Vehicle Information

Search Radius used for this valuation: 350 miles from loss vehicle zip/postal code.

Typical Mileage for this vehicle: 113,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 125,000 | 77015 | 249 miles | $11,569.00 List Price | $11,764.92 |
| 2 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 82,089 | 36117 | 322 miles | $15,991.00 List Price | $14,712.02 |
| 3 | 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2NORMAL GAS A 2WD | 105,350 | 35244 | 323 miles | $12,700.00 List Price | $13,218.45 |

|  |  |
|---|---|
| **Base Value:** | **$13,231.80** |

# Loss Vehicle Adjustments

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD



41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Mitchell WorkCenter**
**Total Loss**

PGR_THURSTON_0000135

## Condition Adjustments

Condition Adjustment: -$462.43          Overall Condition: 2.65-Good          Typical Vehicle Condition: 3.00

| Category | Condition | Condition $ | Comments |
|---|---|---|---|
| **Interior** | | | |
| DASH/CONSOLE | 3 Good | $0.00 | |
| HEADLINER | 2 Fair | -$23.12 | some stains |
| CARPET | 3 Good | $0.00 | |
| GLASS | 3 Good | $0.00 | |
| DOORS/INTERIOR PANELS | 2 Fair | -$46.24 | greater then 3 gouges |
| SEATS | 3 Good | $0.00 | |
| **Exterior** | | | |
| TRIM | 3 Good | $0.00 | |
| BODY | 2 Fair | -$277.46 | crease in right rear door |
| PAINT | 2 Fair | -$115.61 | numerous small scratches |
| VINYL/CONVERTIBLE TOP | Typical | $0.00 | |
| **Mechanical** | | | |
| ENGINE | 3 Good | $0.00 | |
| TRANSMISSION | 3 Good | $0.00 | |
| **Tire** | 3 Good | $0.00 | |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

## After Market Parts and OEM Equipment Adjustments

| Category | Description | Adjustment Type | Purchase Date | Amount Paid | Adjustment Amount |
|---|---|---|---|---|---|
| INTERIOR | FLOOR MATS (ALL-WEATHER) - 2 ROWS | INSTANT QUOTE | | | $55.00 |

# Regional Comparable Vehicles

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

⏏ Mitchell WorkCenter™
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 4

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

## 1  2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $11,569.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| YV4952BLXC1143836 | MBEdeG1A | 10/05/2021 | 77015 | 249 miles |

Source

DEALER WEB LISTING -
AUTOTRADER.COM

PRIVATE OWNER VIA TRED.COM

APPOINTMENT ONLY

HOUSTON TX 77015

206-471-6212

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$398.00 |
| Vehicle Configuration Adjustment | | | -$1,264.41 |
| Mileage | 55,374 | 125,000 | $2,364.71 |
| Equipment | | | |
| CLIMATE PKG | No | Yes | -$295.92 |
| BLIND SPOT INFORMATION SYSTEM (BLIS) | No | Yes | -$210.46 |
| | | **Total Adjustments:** | $195.92 |
| | | **Adjusted Price:** | **$11,764.92** |

Comparable Vehicle Package Details:

CLIMATE PKG

Comparable Vehicle Option Details

BLIND SPOT INFORMATION SYSTEM (BLIS)

## 2  2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $15,991.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| YV4952BL1C1142834 | VV2231A | 11/03/2021 | 36117 | 322 miles |

Source

DEALER WEB LISTING - CARS.COM

JACK INGRAM MOTORS

235 EASTERN BLVD

MONTGOMERY AL 36117

334-277-5700

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$537.00 |
| Vehicle Configuration Adjustment | | | -$1,749.19 |
| Mileage | 55,374 | 82,089 | $1,007.21 |
| | | **Total Adjustments:** | -$1,278.98 |
| | | **Adjusted Price:** | **$14,712.02** |

(7) Mitchell WorkCenter
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 5

| 3 | 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2 NORMAL GAS A2WD | | List Price: $12,700.00 |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|-----|----------|--------------|-----------------|----------------------------|
| YV4952BL9C1125148 | M76456A | 02/02/2022 | 35244 | 323 miles |

Source

DEALER WEB LISTING - VAST.COM
HENDRICKSUBARU USED
2929 JOHN HAWKINS PARKWAY
HOOVER AL 35244
770-232-0099

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$427.00 |
| Vehicle Configuration Adjustment | | | -$892.27 |
| Mileage | 55,374 | 105,350 | $1,837.72 |
| | | **Total Adjustments:** | $518.45 |
| | | **Adjusted Price:** | **$13,218.45** |

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|-----------------------|---------------|---------------|
| 2012 Volvo XC70 | 4 Door Wagon 3.2L 6 Cyl Gas FWD | $32,950.00 |
| 2012 VOLVO XC70 PREMIER PLUS | 4D WGN 6 3.2 NORMAL GAS A 2WD | $37,750.00 |
| 2012 VOLVO XC70 PREMIER | 4D WGN 6 3.2 NORMAL GAS A 2WD | $35,900.00 |

(M) Mitchell WorkCenter
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 6

PGR_THURSTON_0000138

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was designed and built in conjunction with J.D. Powers, experts in data analysis and vehicle pricing and a highly trusted name among consumers. With years of experience in vehicle pricing, J.D Power is a credible, third-party expert whose name provides consumer recognition and confidence. WCTL provides a consistent methodology across all vehicles and it includes valid comparable vehicles that most closely resemble the totaled vehicle and are similar to the vehicles a consumer would find in their own research.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

### Step 1 - Locate Comparable Vehicles

Locate vehicles that are the closest match to the loss vehicle in the same market area. WorkCenter Total Loss utilizes consumer-based vehicle sources along with inventory directly from Dealerships. When available WCTL also provides sold vehicle records from sources such as J.D. Powers.

### Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).
- Vehicle Configuration Adjustment- an adjustment for differences in configuration between the comparable vehicle and the loss vehicle (e.g. differences in trim).
- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.
- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

### Step 3 - Calculate Base Vehicle Value

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

### Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments;

- Condition Adjustment:

  Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

  Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

  Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

  Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

### Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 7

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Kelley Blue Book**
THE TRUSTED RESOURCE

## 2012 Volvo XC70
## Pricing Report

**Style**: 3.2 Wagon 4D
**Mileage**: 55,374
**KBB.com Consumer Rating**: 4.7/5

## Vehicle Highlights

Fuel Economy: City 19/Hwy 25/Comb
21 MPG

Engine: 6-Cyl, 3.2 Liter

Transmission: Automatic, 6-Spd
Geartronic

Drivetrain: FWD

Country of Assembly: Sweden

Country of Origin: Sweden

EPA Class: Midsize Station Wagons

Max Seating: 5

Doors: 4

Body Style: Wagon

## Sell to Private Party



Private Party Range
$16,503 - $18,778
Private Party Value
**$17,641**

Valid for **ZIP code 70809** through **02/17/2022**

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Beige

**Wheels and Tires**
Alloy Wheels

**Entertainment and Instrumentation**
CD/MP3 (Single Disc)

AM/FM Stereo

Sirius Satellite

Bluetooth Wireless

Volvo Sensus

**Engine**
6-Cyl, 3.2 Liter

**Transmission**
Automatic, 6-Spd Geartronic

**Drivetrain**
✓ FWD

**Braking and Traction**
ABS (4-Wheel)

Hill Descent Control

Traction Control

Stability Control

**Comfort and Convenience**
Air Conditioning

Power Windows

Power Door Locks

Cruise Control

Keyless Entry

✓ Power Liftgate Release

Alarm System

**Steering**
Power Steering

Tilt Wheel

**Seats**
Power Seat

✓ Leather

✓ Heated Seats

**Roof and Glass**
Moon Roof

**Safety and Security**
Dual Air Bags

Side Air Bags

F&R Head Curtain Air Bags

**Lighting**
Daytime Running Lights

**Exterior**
Fog Lights

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

## Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

## Tip:

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Good Condition** - 54% of all cars we value. #: 5126 is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

# © 1995-2022 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2022 Kelley Blue Book Co., Inc. All rights reserved. 2/17/2022-2/17/2022 Edition for LA 70809. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Kelley Blue Book**
THE TRUSTED RESOURCE

# 2012 Volvo XC70
# Pricing Report
**Style**: 3.2 Wagon 4D
**Mileage**: 105,350
**KBB.com Consumer Rating**: 4.7/5

## Vehicle Highlights
Fuel Economy: City 19/Hwy 25/Comb
21 MPG

Engine: 6-Cyl, 3.2 Liter

Transmission: Automatic, 6-Spd
Geartronic

Drivetrain: FWD

Country of Assembly: Sweden

Country of Origin: Sweden

EPA Class: Midsize Station Wagons

Max Seating: 5

Doors: 4

Body Style: Wagon

## Sell to Private Party



Private Party Range
$10,815 - $13,090
Private Party Value
$11,953

Valid for **ZIP code 70809** through **02/17/2022**

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000145

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Beige

**Wheels and Tires**
Alloy Wheels

**Entertainment and Instrumentation**
CD/MP3 (Single Disc)

AM/FM Stereo

Sirius Satellite

Bluetooth Wireless

Volvo Sensus

**Engine**
6-Cyl, 3.2 Liter

**Transmission**
Automatic, 6-Spd Geartronic

**Drivetrain**
✓ FWD

**Braking and Traction**
ABS (4-Wheel)

Hill Descent Control

Traction Control

Stability Control

**Comfort and Convenience**
Air Conditioning

Power Windows

Power Door Locks

Cruise Control

Keyless Entry

✓ Keyless Start

✓ Power Liftgate Release

Alarm System

**Steering**
Power Steering

Tilt Wheel

**Seats**
✓ Dual Power Seats

✓ Leather

**Roof and Glass**
Moon Roof

**Safety and Security**
Dual Air Bags

Side Air Bags

F&R Head Curtain Air Bags

✓ F&R Parking Sensors

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000146

**Lighting**

Daytime Running
Lights

**Accessory
Packages**

✓ Premier Plus Pkg

**Exterior**

Fog Lights

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000147

## Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

# Tip:

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Good Condition** - 34% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

PGR_THURSTON_0000149

© 1995-2022 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2022 Kelley Blue Book Co., Inc. All rights reserved. 2/17/2022-2/17/2022 Edition for LA 70809. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Kelley Blue Book**
THE TRUSTED RESOURCE

## 2012 Volvo XC70
## Pricing Report

**Style**: 3.2 Wagon 4D
**Mileage**: 82,089
**KBB.com Consumer Rating**: 4.7/5

## Vehicle Highlights

Fuel Economy: City 19/Hwy 25/Comb
21 MPG

Engine: 6-Cyl, 3.2 Liter

Transmission: Automatic, 6-Spd
Geartronic

Drivetrain: FWD

Country of Assembly: Sweden

Country of Origin: Sweden

EPA Class: Midsize Station Wagons

Max Seating: 5

Doors: 4

Body Style: Wagon

## Sell to Private Party



Private Party Range
$13,331 - $15,606
Private Party Value
**$14,469**

Valid for **ZIP code 70809** through **02/17/2022**

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Beige

**Wheels and Tires**
Alloy Wheels

**Entertainment and Instrumentation**
CD/MP3 (Single Disc)

AM/FM Stereo

Sirius Satellite

Bluetooth Wireless

Volvo Sensus

**Engine**
6-Cyl, 3.2 Liter

**Transmission**
Automatic, 6-Spd Geartronic

**Drivetrain**
✓ FWD

**Braking and Traction**
ABS (4-Wheel)

Hill Descent Control

Traction Control

Stability Control

**Comfort and Convenience**
Air Conditioning

Power Windows

Power Door Locks

Cruise Control

Keyless Entry

✓ Keyless Start

✓ Power Liftgate Release

Alarm System

**Steering**
Power Steering

Tilt Wheel

**Seats**
✓ Dual Power Seats

✓ Leather

**Roof and Glass**
Moon Roof

**Safety and Security**
Dual Air Bags

Side Air Bags

F&R Head Curtain Air Bags

✓ F&R Parking Sensors

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Lighting**

Daytime Running
Lights

**Accessory
Packages**

✓ Premier Plus Pkg

**Exterior**

Fog Lights

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000153

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

# Tip:

**It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.**

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Good Condition** - 34% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

© 1995-2022 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2022 Kelley Blue Book Co., Inc. All rights reserved. 2/17/2022-2/17/2022 Edition for LA 70809. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Kelley Blue Book**
THE TRUSTED RESOURCE

## 2012 Volvo XC70
## Pricing Report
**Style**: 3.2 Wagon 4D
**Mileage**: 125,000
**KBB.com Consumer Rating**: 4.7/5

## Vehicle Highlights
Fuel Economy: City 19/Hwy 25/Comb 21 MPG

Engine: 6-Cyl, 3.2 Liter

Transmission: Automatic, 6-Spd Geartronic

Drivetrain: FWD

Country of Assembly: Sweden

Country of Origin: Sweden

EPA Class: Midsize Station Wagons

Max Seating: 5

Doors: 4

Body Style: Wagon

## Sell to Private Party



Private Party Range
**$9,036 - $11,311**
Private Party Value
**$10,174**

Valid for **ZIP code 70809** through **02/17/2022**

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Beige

**Wheels and Tires**
Alloy Wheels

**Entertainment and Instrumentation**
CD/MP3 (Single Disc)

AM/FM Stereo

Sirius Satellite

Bluetooth Wireless

Volvo Sensus

**Engine**
6-Cyl, 3.2 Liter

**Transmission**
Automatic, 6-Spd Geartronic

**Drivetrain**
✓ FWD

**Braking and Traction**
ABS (4-Wheel)

Hill Descent Control

Traction Control

Stability Control

**Comfort and Convenience**
Air Conditioning

Power Windows

Power Door Locks

Cruise Control

Keyless Entry

✓ Keyless Start

✓ Power Liftgate Release

Alarm System

**Steering**
Power Steering

Tilt Wheel

**Seats**
✓ Dual Power Seats

✓ Leather

✓ Heated Seats

**Roof and Glass**
Moon Roof

**Safety and Security**
Dual Air Bags

Side Air Bags

F&R Head Curtain Air Bags

✓ F&R Parking Sensors

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000158

Lighting

Daytime Running
Lights

**Packages**

✓ BLIS

✓ Premier Plus Pkg

Exterior

Fog Lights

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000159

## Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

# Tip:

**It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.**

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

**Good Condition** - 34% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

© 1995-2022 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2022 Kelley Blue Book Co., Inc. All rights reserved. 2/17/2022-2/17/2022 Edition for LA 70809. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

|   |   | List |
|---|---|---|
| 1 | YV4952BLXC1143836 | 11,569.00 |
| 2 | YV4952BL1C1142834 | 15,991.00 |
| 3 | YV4952BL9C1125148 | 12,700.00 |

| | Difference in List Price |
|---|---|
| 1 Vs 2 | 4,443.60 |
| 1 Vs 3 | 2,009.52 |
| 2 Vs 3 | 2,434.08 |

Subject Vehicle Milage

55374

Subject vs

1
2
3

Quoted Adjusted Value

| | | |
|---|---|---|
| 1 | 11,764.92 | 2364.71 |
| 2 | 14,712.02 | 1,007.21 |
| 3 | 13,218.45 | 1,837.72 |

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000163

| Value of Options | Miles | Adjusted Value |
|---|---|---|
| 1770.79 | 125000 | 9,798.21 |
| 1749.19 | 82,089 | 14,241.81 |
| 892.27 | 105,350 | 11,807.73 |

Difference in Miles

42,911

19,650

23,261

69626
26,715
49,976

Corrected Adjusted Value

| 7205.400274 | 16,605.61 |
| 2764.660735 | 16,469.47 |
| 5171.876657 | 16,552.61 |

16542.56256

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000164

ɔ

Dollars/ Mile

0.1035538673

0.1022656489

0.1046421048

0.103487207

Offered Dollar

7205.400274                    0.0339630310
2764.660735                    0.0377020400
5171.876657                    0.0367720505

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

3/16/22, 2:45 PM                                   Route One Valuation.png

**Route One**

Applicant:

[illegible faint text content]

41 Pages SCANNED Tue, 22 Mar 2022 18:07:35 GMT

PGR_THURSTON_0000166

# **Vehicle Valuation Report**

Prepared For  **Progressive Group of Insurance Companies**  (800) 321-9843


**mitchell**

## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| 22-5056549-01 | | **UNKNOWN** | SCOTT THURSTON 2304 FAIRWAY DR BATON ROUGE, LA 70809 |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 01/21/2022 | 01/25/2022 | 02/08/2022 | 1014331238 | 1 |

### Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2012 | Volvo | XC70  4 Door Wagon 3.2L 6 Cyl Gas A FWD | LA 70809 | 55,374 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| Twilight Bronze Metallic | WDD885, Maine | YV4952BL2C1140915 | No |

### Valuation Summary

#### Loss Vehicle Adjustments

Adjustments specific to your vehicle

| | |
|---|---|
| Base Value = | $14,417.67 |
| Condition - | $439.31 |
| Prior Damage | $0.00 |
| Aftermarket Parts | $0.00 |
| Refurbishment | $0.00 |
| **Market Value =** | **$13,978.36** |

#### Settlement Adjustments

Adjustments specific to your policy

| | |
|---|---|
| Settlement Value = | $13,978.36 |

# Settlement Value:

# **$13,978.36**

EXHIBIT  12
WIT: Merritt
DATE: 10·22·24
DJura, RPR

**J.D. POWER**

Mitchell **WorkCenter** **Total Loss**
© 2016 Mitchell International, Inc. All Rights Reserved

# Loss Vehicle Detail

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

## Standard Equipment

Exterior

| | |
|---|---|
| 16" "CECINO" alloy wheels | Aluminum roof rails w/"XC" logo |
| Body-side protective lower cladding | Front fog lights |
| P215/65R16 all-season tires | Pwr heated mirrors w/memory, puddle lights, integrated turn signals |
| Rear fog light w/auto-off | Rear wiper/washer -inc: automatic function in reverse when front wipers on |
| Safe approach & home safe security lighting | Variable intermittent wipers |
| Volvo Sensus w/integrated 7" color display | |

Interior

| | |
|---|---|
| "XC" door stitching | "XC" front/rear/cargo textile floor mats |
| 40/20/40 flat-folding rear bench -inc: (3) manual-fold rear head restraints | AM/FM stereo w/CD/MP3/WMA player -inc: HD Radio, 160-watt amp, (8) speakers, USB input, iPod connection |
| Auto-dimming rearview mirror | Bluetooth |
| Central pwr door locks, fuel filler | Cross avenue aluminum inlays |
| Cruise control | Dual illuminated visor vanity mirrors |
| Dual-zone electronic climate control (ECC) w/rear seat vents | Flat-folding front passenger seat |
| Front center armrest | Front door storage pockets |
| Front reclining bucket seats w/adjustable head restraints | Front/rear reading lamps |
| Ignition immobilizer | Illuminated lockable glove box |
| Intelligent driver info system (IDIS) | Interior cabin light delay feature |
| Leather shift knob -inc: aluminum inlay | Leather-wrapped steering wheel w/illuminated cruise & audio controls -inc: aluminum inlay |
| Lockable underfloor storage in cargo area | Outside temp gauge |
| Pollen filter | Pwr driver seat w/adjustable lumbar, 3-position memory |
| Pwr windows -inc: front auto-up/down, anti-trap feature | Rear window defroster w/timer |
| Remote keyless entry | Security alarm system |
| SIRIUS satellite radio w/6-month subscription | T-Tec cloth seating surfaces w/"XC" stitching |
| Tilt/telescopic steering column | Trip computer |

Mechanical

| | |
|---|---|
| Front wheel drive | Front/rear skid plates |
| Front/rear stabilizer bars | MacPherson strut front suspension |
| Multi-link independent rear suspension | Pwr 4-wheel disc brakes |
| Pwr parking brake w/auto release | Pwr rack & pinion steering |

Safety

Mitchell WorkCenter
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 2

3-point seat belts -inc: pretensioners, front height adjustable anchors

4-wheel anti-lock braking system (ABS) -inc: electronic brake distribution (EBD), hydraulic brake assist (HBA), ready alert brakes (RAB), fading brake support (FBS)

Anti-submarine seats

Child safety rear door locks

Collapsible steering column

Daytime running lights

Driver/front passenger dual stage airbags -inc: front passenger cutoff switch

Driver/front passenger whiplash protection seating system (WHIPS)

Dynamic stability & traction control (DSTC)

ISOFIX child seat attachments -inc: top tether anchors

Rear window deactivation

Side impact protection system (SIPS) -inc: driver/front passenger side-impact airbags, front/rear side inflatable curtains (IC)

Tire pressure monitoring system

## Packages

TECHNOLOGY PKG
-inc: adaptive cruise control w/queue assist, collision warning w/auto brake, distance alert, driver alert control, lane departure warning, pedestrian detection w/auto break

## Optional Equipment

BLIND SPOT INFORMATION SYSTEM (BLIS)

KEYLESS DRIVE W/PERSONAL CAR COMMUNICATOR (PCC)

*DIO/PIO =   Dealer/Port Installed Options

# Loss Vehicle Base Value

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

## Regional Comparable Vehicle Information

Search Radius used for this valuation: 350 miles from loss vehicle zip/postal code.
Typical Mileage for this vehicle: 113,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 125,000 | 77015 | 249 miles | $11,569.00 List Price | $12,772.12 |
| 2 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 82,089 | 36117 | 322 miles | $15,991.00 List Price | $16,105.38 |
| 3 | 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2NORMAL GAS A 2WD | 105,350 | 35244 | 323 miles | $12,700.00 List Price | $14,375.52 |

**Base Value:**    **$14,417.67**

# Loss Vehicle Adjustments

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD


Mitchell WorkCenter
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 3

## Condition Adjustments

Condition Adjustment:  -$439.31          Overall Condition:  2.67-Good          Typical Vehicle Condition:  3.00

| Category | Condition | Condition $ | Comments |
|---|---|---|---|
| Interior | | | |
| HEADLINER | 3 Good | $0.00 | |
| GLASS | 3 Good | $0.00 | |
| CARPET | 3 Good | $0.00 | |
| SEATS | 3 Good | $0.00 | |
| DASH/CONSOLE | 3 Good | $0.00 | |
| DOORS/INTERIOR PANELS | 2 Fair | -$46.24 | greater then 3 gouges |
| Exterior | | | |
| VINYL/CONVERTIBLE TOP | Typical | $0.00 | |
| BODY | 2 Fair | -$277.46 | crease in right rear door |
| PAINT | 2 Fair | -$115.61 | numerous small scratches |
| TRIM | 3 Good | $0.00 | |
| Mechanical | | | |
| ENGINE | 3 Good | $0.00 | |
| TRANSMISSION | 3 Good | $0.00 | |
| Tire | 3 Good | $0.00 | |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

## Regional Comparable Vehicles

Loss vehicle:  2012 Volvo XC70 |  4 Door Wagon | 3.2L 6 Cyl Gas A FWD


Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 4

## 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $11,569.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|-----|----------|--------------|-----------------|---------------------------|
| YV4952BLXC1143836 | MBEdeG1A | 10/05/2021 | 77015 | 249 miles |

Source

DEALER WEB LISTING -
AUTOTRADER.COM
PRIVATE OWNER VIA TRED.COM
APPOINTMENT ONLY
HOUSTON TX 77015
206-471-6212

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$398.00 |
| Vehicle Configuration Adjustment | | | -$1,264.41 |
| Mileage | 55,374 | 125,000 | $2,364.71 |
| Equipment | | | |
| TECHNOLOGY PKG | Yes | No | $631.38 |
| CLIMATE PKG | No | Yes | -$295.92 |
| KEYLESS DRIVE W/PERSONAL CAR COMMUNICATOR (PCC) | Yes | No | $165.36 |

| | |
|---|---|
| Total Adjustments: | $1,203.12 |
| **Adjusted Price:** | **$12,772.12** |

Comparable Vehicle Package Details

CLIMATE PKG

Comparable Vehicle Option Details

BLIND SPOT INFORMATION SYSTEM (BLIS)

## 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $15,991.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|-----|----------|--------------|-----------------|---------------------------|
| YV4952BL1C1142834 | VV2231A | 11/03/2021 | 36117 | 322 miles |

Source

DEALER WEB LISTING - CARS.COM
JACK INGRAM MOTORS
235 EASTERN BLVD
MONTGOMERY AL 36117
334-277-5700

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$537.00 |
| Vehicle Configuration Adjustment | | | -$1,749.19 |
| Mileage | 55,374 | 82,089 | $1,007.21 |
| Equipment | | | |
| TECHNOLOGY PKG | Yes | No | $873.45 |
| BLIND SPOT INFORMATION SYSTEM (BLIS) | Yes | No | $291.15 |
| KEYLESS DRIVE W/PERSONAL CAR COMMUNICATOR (PCC) | Yes | No | $228.76 |

| | |
|---|---|
| Total Adjustments: | $114.38 |
| **Adjusted Price:** | **$16,105.38** |

### 3 | 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $12,700.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| YV4952BL9C1125148 | M76456A | 02/02/2022 | 35244 | 323 miles |

Source

DEALER WEB LISTING - VAST.COM
HENDRICKSUBARU USED
2929 JOHN HAWKINS PARKWAY
HOOVER AL 35244
770-232-0099

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$427.00 |
| Vehicle Configuration Adjustment | | | -$892.27 |
| Mileage | 55,374 | 105,350 | $1,837.72 |
| Equipment | | | |
| TECHNOLOGY PKG | Yes | No | $725.33 |
| BLIND SPOT INFORMATION SYSTEM (BLIS) | Yes | No | $241.77 |
| KEYLESS DRIVE W/PERSONAL CAR COMMUNICATOR (PCC) | Yes | No | $189.97 |

| | |
|---|---|
| **Total Adjustments:** | $1,675.52 |
| **Adjusted Price:** | **$14,375.52** |

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2012 Volvo XC70 | 4 Door Wagon 3.2L 6 Cyl Gas FWD | $32,950.00 |
| 2012 VOLVO XC70 PREMIER PLUS | 4D WGN 6 3.2 NORMAL GAS A 2WD | $37,750.00 |
| 2012 VOLVO XC70 PREMIER | 4D WGN 6 3.2 NORMAL GAS A 2WD | $35,900.00 |



Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 6

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was designed and built in conjunction with J.D. Powers, experts in data analysis and vehicle pricing and a highly trusted name among consumers. With years of experience in vehicle pricing, J.D Power is a credible, third-party expert whose name provides consumer recognition and confidence. WCTL provides a consistent methodology across all vehicles and it includes valid comparable vehicles that most closely resemble the totaled vehicle and are similar to the vehicles a consumer would find in their own research.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

### Step 1 - Locate Comparable Vehicles

Locate vehicles that are the closest match to the loss vehicle in the same market area. WorkCenter Total Loss utilizes consumer-based vehicle sources along with inventory directly from Dealerships. When available WCTL also provides sold vehicle records from sources such as J.D. Powers.

### Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).
- Vehicle Configuration Adjustment- an adjustment for differences in configuration between the comparable vehicle and the loss vehicle (e.g. differences in trim).
- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.
- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

### Step 3 - Calculate Base Vehicle Value

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

### Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment:

    Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

    Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

    Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

    Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

### Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.


Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 7

# Vehicle Valuation Report

Prepared For  **Progressive Group of Insurance Companies**   (800) 321-9843



## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| 22-5056549-01 | | **UNKNOWN** | SCOTT THURSTON 2304 FAIRWAY DR BATON ROUGE, LA 70809 |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 01/21/2022 | 01/25/2022 | 02/08/2022 | 1014333546 | 2 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2012 | Volvo | XC70 4 Door Wagon 3.2L 6 Cyl Gas A FWD | LA 70809 | 55,374 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| Twilight Bronze Metallic | WDD885, Maine | YV4952BL2C1140915 | No |

## Valuation Summary

### Loss Vehicle Adjustments

Adjustments specific to your vehicle

| | |
|---|---|
| Base Value = | $13,231.80 |
| Condition - | $439.31 |
| Prior Damage | $0.00 |
| Aftermarket Parts | $0.00 |
| Refurbishment | $0.00 |
| Market Value = | $12,792.49 |

### Settlement Adjustments

Adjustments specific to your policy

| | |
|---|---|
| Settlement Value = | $12,792.49 |

# Settlement Value:

# $12,792.49

EXHIBIT 13
WIT: Merritt
DATE: 10.22.24
DJura, RPR

**J.D. POWER**

Mitchell **WorkCenter**
**Total Loss**
© 2018 Mitchell International, Inc. All Rights Reserved.

# Loss Vehicle Detail

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

## Standard Equipment

### Exterior

| | |
|---|---|
| 16" "CECINO" alloy wheels | Aluminum roof rails w/"XC" logo |
| Body-side protective lower cladding | Front fog lights |
| P215/65R16 all-season tires | Pwr heated mirrors w/memory, puddle lights, integrated turn signals |
| Rear fog light w/auto-off | Rear wiper/washer -inc: automatic function in reverse when front wipers on |
| Safe approach & home safe security lighting | Variable intermittent wipers |
| Volvo Sensus w/integrated 7" color display | |

### Interior

| | |
|---|---|
| "XC" door stitching | "XC" front/rear/cargo textile floor mats |
| 40/20/40 flat-folding rear bench -inc: (3) manual-fold rear head restraints | AM/FM stereo w/CD/MP3/WMA player -inc: HD Radio, 160-watt amp, (8) speakers, USB input, iPod connection |
| Auto-dimming rearview mirror | Bluetooth |
| Central pwr door locks, fuel filler | Cross avenue aluminum inlays |
| Cruise control | Dual illuminated visor vanity mirrors |
| Dual-zone electronic climate control (ECC) w/rear seat vents | Flat-folding front passenger seat |
| Front center armrest | Front door storage pockets |
| Front reclining bucket seats w/adjustable head restraints | Front/rear reading lamps |
| Ignition Immobilizer | Illuminated lockable glove box |
| Intelligent driver info system (IDIS) | Interior cabin light delay feature |
| Leather shift knob -inc: aluminum inlay | Leather-wrapped steering wheel w/illuminated cruise & audio controls -inc: aluminum inlay |
| Lockable underfloor storage in cargo area | Outside temp gauge |
| Pollen filter | Pwr driver seat w/adjustable lumbar, 3-position memory |
| Pwr windows -inc: front auto-up/down, anti-trap feature | Rear window defroster w/timer |
| Remote keyless entry | Security alarm system |
| SIRIUS satellite radio w/6-month subscription | T-Tec cloth seating surfaces w/"XC" stitching |
| Tilt/telescopic steering column | Trip computer |

### Mechanical

| | |
|---|---|
| Front wheel drive | Front/rear skid plates |
| Front/rear stabilizer bars | MacPherson strut front suspension |
| Multi-link independent rear suspension | Pwr 4-wheel disc brakes |
| Pwr parking brake w/auto release | Pwr rack & pinion steering |

### Safety


Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 2

3-point seat belts -inc: pretensioners, front height adjustable anchors

4-wheel anti-lock braking system (ABS) -inc: electronic brake distribution (EBD), hydraulic brake assist (HBA), ready alert brakes (RAB), fading brake support (FBS)

Anti-submarine seats

Child safety rear door locks

Collapsible steering column

Daytime running lights

Driver/front passenger dual stage airbags -inc: front passenger cutoff switch

Driver/front passenger whiplash protection seating system (WHIPS)

Dynamic stability & traction control (DSTC)

ISOFIX child seat attachments -inc: top tether anchors

Rear window deactivation

Side impact protection system (SIPS) -inc: driver/front passenger side-impact airbags, front/rear side inflatable curtains (IC)

Tire pressure monitoring system

## Loss Vehicle Base Value

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

### Regional Comparable Vehicle Information

Search Radius used for this valuation: 350 miles from loss vehicle zip/postal code.

Typical Mileage for this vehicle: 113,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 125,000 | 77015 | 249 miles | $11,569.00 List Price | $11,764.92 |
| 2 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 82,089 | 36117 | 322 miles | $15,991.00 List Price | $14,712.02 |
| 3 | 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2NORMAL GAS A 2WD | 105,350 | 35244 | 323 miles | $12,700.00 List Price | $13,218.45 |

**Base Value:** **$13,231.80**

## Loss Vehicle Adjustments

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD



Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 3

## Condition Adjustments

Condition Adjustment: **-$439.31**          Overall Condition: **2.67-Good**          Typical Vehicle Condition: **3.00**

| Category | Condition | Condition $ | Comments |
|---|---|---|---|
| **Interior** | | | |
| CARPET | 3 Good | $0.00 | |
| HEADLINER | 3 Good | $0.00 | |
| GLASS | 3 Good | $0.00 | |
| DASH/CONSOLE | 3 Good | $0.00 | |
| DOORS/INTERIOR PANELS | 2 Fair | -$46.24 | greater then 3 gouges |
| SEATS | 3 Good | $0.00 | |
| **Exterior** | | | |
| VINYL/CONVERTIBLE TOP | Typical | $0.00 | |
| PAINT | 2 Fair | -$115.61 | numerous small scratches |
| BODY | 2 Fair | -$277.46 | crease in right rear door |
| TRIM | 3 Good | $0.00 | |
| **Mechanical** | | | |
| TRANSMISSION | 3 Good | $0.00 | |
| ENGINE | 3 Good | $0.00 | |
| **Tire** | 3 Good | $0.00 | |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

# Regional Comparable Vehicles

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD



Mitchell **WorkCenter**
**Total Loss**

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 4

| 1 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD | | | | List Price: $11,569.00 | |
|---|---|---|---|---|---|---|

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| YV4952BLXC1143836 | MBEdeG1A | 10/05/2021 | 77015 | 249 miles | |

| Source | | | | | |
|---|---|---|---|---|---|
| DEALER WEB LISTING - | Adjustments | Loss Vehicle | This Vehicle | Amount | |
| AUTOTRADER.COM | Projected Sold Adjustment | | | -$398.00 | |
| PRIVATE OWNER VIA TRED.COM | Vehicle Configuration Adjustment | | | -$1,264.41 | |
| APPOINTMENT ONLY | Mileage | 55,374 | 125,000 | $2,364.71 | |
| HOUSTON TX 77015 | Equipment | | | | |
| 206-471-6212 | CLIMATE PKG | No | Yes | -$295.92 | |
| | BLIND SPOT INFORMATION SYSTEM (BLIS) | No | Yes | -$210.46 | |

| | Total Adjustments: | $195.92 |
|---|---|---|
| | Adjusted Price: | $11,764.92 |

Comparable Vehicle Package Details

**CLIMATE PKG**

Comparable Vehicle Option Details

**BLIND SPOT INFORMATION SYSTEM (BLIS)**

| 2 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD | | | | List Price: $15,991.00 | |
|---|---|---|---|---|---|---|

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| YV4952BL1C1142834 | VV2231A | 11/03/2021 | 36117 | 322 miles | |

| Source | | | | | |
|---|---|---|---|---|---|
| DEALER WEB LISTING - CARS.COM | Adjustments | Loss Vehicle | This Vehicle | Amount | |
| JACK INGRAM MOTORS | Projected Sold Adjustment | | | -$537.00 | |
| 235 EASTERN BLVD | Vehicle Configuration Adjustment | | | -$1,749.19 | |
| MONTGOMERY AL 36117 | Mileage | 55,374 | 82,089 | $1,007.21 | |
| 334-277-5700 | | | | | |

| | Total Adjustments: | -$1,278.98 |
|---|---|---|
| | Adjusted Price: | $14,712.02 |

Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 5

| 3 | 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2 NORMAL GAS A2WD | | | List Price: $12,700.00 | |

| VIN | Stock No. | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|-----|-----------|--------------|-----------------|---------------------------|---|
| YV4952BL9C1125148 | M76456A | 02/02/2022 | 35244 | 323 miles | |

| Source | | Adjustments | Loss Vehicle | This Vehicle | Amount |
|--------|---|-------------|--------------|--------------|--------|
| DEALER WEB LISTING - VAST.COM | | | | | |
| HENDRICKSUBARU USED | | Projected Sold Adjustment | | | -$427.00 |
| 2929 JOHN HAWKINS PARKWAY | | Vehicle Configuration Adjustment | | | -$892.27 |
| HOOVER AL 35244 | | Mileage | 55,374 | 105,350 | $1,837.72 |
| 770-232-0099 | | | | Total Adjustments: | $518.45 |
| | | | | Adjusted Price: | $13,218.45 |

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|----------------------|---------------|---------------|
| 2012 Volvo XC70 | 4 Door Wagon 3.2L 6 Cyl Gas FWD | $32,950.00 |
| 2012 VOLVO XC70 PREMIER PLUS | 4D WGN 6 3.2 NORMAL GAS A 2WD | $37,750.00 |
| 2012 VOLVO XC70 PREMIER | 4D WGN 6 3.2 NORMAL GAS A 2WD | $35,900.00 |


Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 6

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was designed and built in conjunction with J.D. Powers, experts in data analysis and vehicle pricing and a highly trusted name among consumers. With years of experience in vehicle pricing, J.D Power is a credible, third-party expert whose name provides consumer recognition and confidence. WCTL provides a consistent methodology across all vehicles and it includes valid comparable vehicles that most closely resemble the totaled vehicle and are similar to the vehicles a consumer would find in their own research.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

### Step 1 - Locate Comparable Vehicles

Locate vehicles that are the closest match to the loss vehicle in the same market area. WorkCenter Total Loss utilizes consumer-based vehicle sources along with inventory directly from Dealerships. When available WCTL also provides sold vehicle records from sources such as J.D. Powers.

### Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).
- Vehicle Configuration Adjustment- an adjustment for differences in configuration between the comparable vehicle and the loss vehicle (e.g. differences in trim).
- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.
- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

### Step 3 - Calculate Base Vehicle Value

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

### Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment:

  Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

  Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

  Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

  Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

### Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.



Mitchell **WorkCenter**
Total Loss

PGR_THURSTON_0000454

# Vehicle Valuation Report

Prepared For  **Progressive Group of Insurance Companies**  (800) 321-9843


mitchell

## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| 22-5056549-01 | | UNKNOWN | SCOTT THURSTON 2304 FAIRWAY DR BATON ROUGE, LA 70809 |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 01/21/2022 | 01/25/2022 | 02/08/2022 | 1014333725 | 3 |

### Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2012 | Volvo | XC70 4 Door Wagon 3.2L 6 Cyl Gas A FWD | LA 70809 | 55,374 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| Twilight Bronze Metallic | WDD885, Maine | YV4952BL2C1140915 | No |

## Valuation Summary

### Loss Vehicle Adjustments
Adjustments specific to your vehicle

| | |
|---|---|
| Base Value = | $13,231.80 |
| Condition - | $462.43 |
| Prior Damage | $0.00 |
| Aftermarket Parts | $0.00 |
| Refurbishment | $0.00 |
| Market Value = | $12,769.37 |

## Settlement Value:
# $12,769.37

### Settlement Adjustments
Adjustments specific to your policy

| | |
|---|---|
| Settlement Value = | $12,769.37 |

EXHIBIT 14
WIT: Merritt
DATE: 10.22.24
DJura, RPR

**J.D. POWER**

Mitchell **WorkCenter**
**Total Loss**
© 2018 Mitchell International, Inc. All Rights Reserved.

# Loss Vehicle Detail

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

## Standard Equipment

Exterior

| | |
|---|---|
| 16" "CECINO" alloy wheels | Aluminum roof rails w/"XC" logo |
| Body-side protective lower cladding | Front fog lights |
| P215/65R16 all-season tires | Pwr heated mirrors w/memory, puddle lights, integrated turn signals |
| Rear fog light w/auto-off | Rear wiper/washer -inc: automatic function in reverse when front wipers on |
| Safe approach & home safe security lighting | Variable intermittent wipers |
| Volvo Sensus w/integrated 7" color display | |

Interior

| | |
|---|---|
| "XC" door stitching | "XC" front/rear/cargo textile floor mats |
| 40/20/40 flat-folding rear bench -inc: (3) manual-fold rear head restraints | AM/FM stereo w/CD/MP3/WMA player -inc: HD Radio, 180-watt amp, (8) speakers, USB input, iPod connection |
| Auto-dimming rearview mirror | Bluetooth |
| Central pwr door locks, fuel filler | Cross avenue aluminum inlays |
| Cruise control | Dual illuminated visor vanity mirrors |
| Dual-zone electronic climate control (ECC) w/rear seat vents | Flat-folding front passenger seat |
| Front center armrest | Front door storage pockets |
| Front reclining bucket seats w/adjustable head restraints | Front/rear reading lamps |
| Ignition immobilizer | Illuminated lockable glove box |
| Intelligent driver info system (IDIS) | Interior cabin light delay feature |
| Leather shift knob -inc: aluminum inlay | Leather-wrapped steering wheel w/illuminated cruise & audio controls -inc: aluminum inlay |
| Lockable underfloor storage in cargo area | Outside temp gauge |
| Pollen filter | Pwr driver seat w/adjustable lumbar, 3-position memory |
| Pwr windows -inc: front auto-up/down, anti-trap feature | Rear window defroster w/timer |
| Remote keyless entry | Security alarm system |
| SIRIUS satellite radio w/6-month subscription | T-Tec cloth seating surfaces w/"XC" stitching |
| Tilt/telescopic steering column | Trip computer |

Mechanical

| | |
|---|---|
| Front wheel drive | Front/rear skid plates |
| Front/rear stabilizer bars | MacPherson strut front suspension |
| Multi-link independent rear suspension | Pwr 4-wheel disc brakes |
| Pwr parking brake w/auto release | Pwr rack & pinion steering |

Safety



Mitchell WorkCenter
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 2

3-point seat belts -inc: pretensioners, front height adjustable anchors

4-wheel anti-lock braking system (ABS) -inc: electronic brake distribution (EBD), hydraulic brake assist (HBA), ready alert brakes (RAB), fading brake support (FBS)

Anti-submarine seats

Child safety rear door locks

Collapsible steering column

Daytime running lights

Driver/front passenger dual stage airbags -inc: front passenger cutoff switch

Driver/front passenger whiplash protection seating system (WHIPS)

Dynamic stability & traction control (DSTC)

ISOFIX child seat attachments -inc: top tether anchors

Rear window deactivation

Side impact protection system (SIPS) -inc: driver/front passenger side-impact airbags, front/rear side inflatable curtains (IC)

Tire pressure monitoring system

## Loss Vehicle Base Value

Loss vehicle: 2012 Volvo XC70 |   4 Door Wagon | 3.2L 6 Cyl Gas A FWD

### Regional Comparable Vehicle Information

Search Radius used for this valuation: 350 miles from loss vehicle zip/postal code.

Typical Mileage for this vehicle: 113,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 125,000 | 77015 | 249 miles | $11,569.00 List Price | $11,764.92 |
| 2 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 82,089 | 36117 | 322 miles | $15,991.00 List Price | $14,712.02 |
| 3 | 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2NORMAL GAS A 2WD | 105,350 | 35244 | 323 miles | $12,700.00 List Price | $13,218.45 |

**Base Value:**    **$13,231.80**

## Loss Vehicle Adjustments

Loss vehicle: 2012 Volvo XC70 |   4 Door Wagon | 3.2L 6 Cyl Gas A FWD


Mitchell **WorkCenter**
Total Loss

## Condition Adjustments

Condition Adjustment:  -$462.43          Overall Condition:  2.65-Good          Typical Vehicle Condition:  3.00

| Category | Condition | Condition $ | Comments |
|---|---|---|---|
| Interior | | | |
| DASH/CONSOLE | 3 Good | $0.00 | |
| CARPET | 3 Good | $0.00 | |
| GLASS | 3 Good | $0.00 | |
| HEADLINER | 2 Fair | -$23.12 | some stains |
| SEATS | 3 Good | $0.00 | |
| DOORS/INTERIOR PANELS | 2 Fair | -$46.24 | greater then 3 gouges |
| Exterior | | | |
| VINYL/CONVERTIBLE TOP | Typical | $0.00 | |
| TRIM | 3 Good | $0.00 | |
| BODY | 2 Fair | -$277.46 | crease in right rear door |
| PAINT | 2 Fair | -$115.61 | numerous small scratches |
| Mechanical | | | |
| ENGINE | 3 Good | $0.00 | |
| TRANSMISSION | 3 Good | $0.00 | |
| Tire | 3 Good | $0.00 | |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

# Regional Comparable Vehicles

Loss vehicle:  2012 Volvo XC70 |  4 Door Wagon | 3.2L 6 Cyl Gas A FWD


Mitchell **WorkCenter**
**Total Loss**

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 4

## 1 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $11,569.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| YV4952BLXC1143836 | MBEdeG1A | 10/05/2021 | 77015 | 249 miles | |

Source

DEALER WEB LISTING -
AUTOTRADER.COM
PRIVATE OWNER VIA TRED.COM
APPOINTMENT ONLY
HOUSTON TX 77015
206-471-6212

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$398.00 |
| Vehicle Configuration Adjustment | | | -$1,264.41 |
| Mileage | 55,374 | 125,000 | $2,364.71 |
| Equipment | | | |
| CLIMATE PKG | No | Yes | -$295.92 |
| BLIND SPOT INFORMATION SYSTEM (BLIS) | No | Yes | -$210.46 |
| | | **Total Adjustments:** | $195.92 |
| | | **Adjusted Price:** | **$11,764.92** |

Comparable Vehicle Package Details

CLIMATE PKG

Comparable Vehicle Option Details

BLIND SPOT INFORMATION SYSTEM (BLIS)

## 2 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $15,991.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| YV4952BL1C1142834 | VV2231A | 11/03/2021 | 36117 | 322 miles | |

Source

DEALER WEB LISTING - CARS.COM
JACK INGRAM MOTORS
235 EASTERN BLVD
MONTGOMERY AL 36117
334-277-5700

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$537.00 |
| Vehicle Configuration Adjustment | | | -$1,749.19 |
| Mileage | 55,374 | 82,089 | $1,007.21 |
| | | **Total Adjustments:** | -$1,278.98 |
| | | **Adjusted Price:** | **$14,712.02** |

Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 5

| 3 | 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2 NORMAL GAS A2WD | | | | List Price: $12,700.00 |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|-----|----------|--------------|-----------------|----------------------------|---|
| YV4952BL9C1125148 | M76456A | 02/02/2022 | 35244 | 323 miles | |

Source

DEALER WEB LISTING - VAST.COM
HENDRICKSUBARU USED
2929 JOHN HAWKINS PARKWAY
HOOVER AL 35244
770-232-0099

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$427.00 |
| Vehicle Configuration Adjustment | | | -$892.27 |
| Mileage | 55,374 | 105,350 | $1,837.72 |
| | | Total Adjustments: | $518.45 |
| | | Adjusted Price: | $13,218.45 |

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|-----------------------|---------------|---------------|
| 2012 Volvo XC70 | 4 Door Wagon 3.2L 6 Cyl Gas  FWD | $32,950.00 |
| 2012 VOLVO XC70 PREMIER PLUS | 4D WGN 6 3.2 NORMAL GAS A 2WD | $37,750.00 |
| 2012 VOLVO XC70 PREMIER | 4D WGN 6 3.2 NORMAL GAS A 2WD | $35,900.00 |

Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 6

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was designed and built in conjunction with J.D. Powers, experts in data analysis and vehicle pricing and a highly trusted name among consumers. With years of experience in vehicle pricing, J.D Power is a credible, third-party expert whose name provides consumer recognition and confidence. WCTL provides a consistent methodology across all vehicles and it includes valid comparable vehicles that most closely resemble the totaled vehicle and are similar to the vehicles a consumer would find in their own research.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

### Step 1 - Locate Comparable Vehicles

Locate vehicles that are the closest match to the loss vehicle in the same market area. WorkCenter Total Loss utilizes consumer-based vehicle sources along with inventory directly from Dealerships. When available WCTL also provides sold vehicle records from sources such as J.D. Powers.

### Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).
- Vehicle Configuration Adjustment- an adjustment for differences in configuration between the comparable vehicle and the loss vehicle (e.g. differences in trim).
- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.
- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

### Step 3 - Calculate Base Vehicle Value

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

### Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment:

  Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

  Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

  Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

  Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

### Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.



# Vehicle Valuation Report

Prepared For **Progressive Group of Insurance Companies**   (800) 321-9843



## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| 22-5056549-01 | | **UNKNOWN** | **SCOTT THURSTON 2304 FAIRWAY DR BATON ROUGE, LA 70809** |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 01/21/2022 | 01/25/2022 | 02/17/2022 | 1014377008 | 4 |

### Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2012 | Volvo | XC70  4 Door Wagon 3.2L 6 Cyl Gas A FWD | LA 70809 | 55,374 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| Twilight Bronze Metallic | WDD885, Maine | YV4952BL2C1140915 | No |

### Valuation Summary

#### Loss Vehicle Adjustments
Adjustments specific to your vehicle

| | |
|---|---|
| Base Value = | $13,231.80 |
| Condition - | $462.43 |
| Prior Damage | $0.00 |
| Aftermarket Parts + | $55.00 |
| Refurbishment | $0.00 |
| Market Value = | $12,824.37 |

# Settlement Value:

# $12,824.37

#### Settlement Adjustments
Adjustments specific to your policy

| | |
|---|---|
| Settlement Value = | $12,824.37 |

EXHIBIT  15
WIT: Merritt
DATE: 10·22·24
DJura, RPR

**J.D. POWER**

Mitchell **WorkCenter**
**Total Loss**
©2018 Mitchell International, Inc. All Rights Reserved.

# Loss Vehicle Detail

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

## Standard Equipment

### Exterior

| | |
|---|---|
| 16" "CECINO" alloy wheels | Aluminum roof rails w/"XC" logo |
| Body-side protective lower cladding | Front fog lights |
| P215/65R16 all-season tires | Pwr heated mirrors w/memory, puddle lights, integrated turn signals |
| Rear fog light w/auto-off | Rear wiper/washer -inc: automatic function in reverse when front wipers on |
| Safe approach & home safe security lighting | Variable intermittent wipers |
| Volvo Sensus w/integrated 7" color display | |

### Interior

| | |
|---|---|
| "XC" door stitching | "XC" front/rear/cargo textile floor mats |
| 40/20/40 flat-folding rear bench -inc: (3) manual-fold rear head restraints | AM/FM stereo w/CD/MP3/WMA player -inc: HD Radio, 160-watt amp, (8) speakers, USB input, iPod connection |
| Auto-dimming rearview mirror | Bluetooth |
| Central pwr door locks, fuel filler | Cross avenue aluminum inlays |
| Cruise control | Dual illuminated visor vanity mirrors |
| Dual-zone electronic climate control (ECC) w/rear seat vents | Flat-folding front passenger seat |
| Front center armrest | Front door storage pockets |
| Front reclining bucket seats w/adjustable head restraints | Front/rear reading lamps |
| Ignition immobilizer | Illuminated lockable glove box |
| Intelligent driver info system (IDIS) | Interior cabin light delay feature |
| Leather shift knob -inc: aluminum inlay | Leather-wrapped steering wheel w/illuminated cruise & audio controls -inc: aluminum inlay |
| Lockable underfloor storage in cargo area | Outside temp gauge |
| Pollen filter | Pwr driver seat w/adjustable lumbar, 3-position memory |
| Pwr windows -inc: front auto-up/down, anti-trap feature | Rear window defroster w/timer |
| Remote keyless entry | Security alarm system |
| SIRIUS satellite radio w/6-month subscription | T-Tec cloth seating surfaces w/"XC" stitching |
| Tilt/telescopic steering column | Trip computer |

### Mechanical

| | |
|---|---|
| Front wheel drive | Front/rear skid plates |
| Front/rear stabilizer bars | MacPherson strut front suspension |
| Multi-link independent rear suspension | Pwr 4-wheel disc brakes |
| Pwr parking brake w/auto release | Pwr rack & pinion steering |

### Safety


Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 2

3-point seat belts -inc: pretensioners, front height adjustable anchors

Anti-submarine seats

Collapsible steering column

Driver/front passenger dual stage airbags -inc: front passenger cutoff switch

Dynamic stability & traction control (DSTC)

Rear window deactivation

Tire pressure monitoring system

4-wheel anti-lock braking system (ABS) -inc: electronic brake distribution (EBD), hydraulic brake assist (HBA), ready alert brakes (RAB), fading brake support (FBS)

Child safety rear door locks

Daytime running lights

Driver/front passenger whiplash protection seating system (WHIPS)

ISOFIX child seat attachments -inc: top tether anchors

Side impact protection system (SIPS) -inc: driver/front passenger side-impact airbags, front/rear side inflatable curtains (IC)

## Loss Vehicle Base Value

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD

### Regional Comparable Vehicle Information

Search Radius used for this valuation: 350 miles from loss vehicle zip/postal code.

Typical Mileage for this vehicle: 113,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 125,000 | 77015 | 249 miles | $11,569.00 List Price | $11,764.92 |
| 2 | 2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2NORMAL GAS A 2WD | 82,089 | 36117 | 322 miles | $15,991.00 List Price | $14,712.02 |
| 3 | 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2NORMAL GAS A 2WD | 105,350 | 35244 | 323 miles | $12,700.00 List Price | $13,218.45 |

<div align="right">

**Base Value:    $13,231.80**

</div>

## Loss Vehicle Adjustments

Loss vehicle: 2012 Volvo XC70 | 4 Door Wagon | 3.2L 6 Cyl Gas A FWD



Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 3

## Condition Adjustments

Condition Adjustment:  -$462.43          Overall Condition:  2.65-Good          Typical Vehicle Condition:  3.00

| Category | Condition | Condition $ | Comments |
|---|---|---|---|
| Interior | | | |
| DASH/CONSOLE | 3 Good | $0.00 | |
| HEADLINER | 2 Fair | -$23.12 | some stains |
| CARPET | 3 Good | $0.00 | |
| GLASS | 3 Good | $0.00 | |
| DOORS/INTERIOR PANELS | 2 Fair | -$46.24 | greater then 3 gouges |
| SEATS | 3 Good | $0.00 | |
| Exterior | | | |
| TRIM | 3 Good | $0.00 | |
| BODY | 2 Fair | -$277.46 | crease in right rear door |
| PAINT | 2 Fair | -$115.61 | numerous small scratches |
| VINYL/CONVERTIBLE TOP | Typical | $0.00 | |
| Mechanical | | | |
| ENGINE | 3 Good | $0.00 | |
| TRANSMISSION | 3 Good | $0.00 | |
| Tire | 3 Good | $0.00 | |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

## After Market Parts and OEM Equipment Adjustments

| Category | Description | Adjustment Type | Purchase Date | Amount Paid | Adjustment Amount |
|---|---|---|---|---|---|
| INTERIOR | FLOOR MATS (ALL-WEATHER) - 2 ROWS | INSTANT QUOTE | | | $55.00 |

# Regional Comparable Vehicles

Loss vehicle: 2012 Volvo XC70 |  4 Door Wagon | 3.2L 6 Cyl Gas A FWD


Mitchell WorkCenter
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 4

PGR_THURSTON 0000299

## 1  2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $11,569.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|-----|----------|--------------|-----------------|---------------------------|--|
| YV4952BLXC1143836 | MBEdeG1A | 10/05/2021 | 77015 | 249 miles | |

Source

DEALER WEB LISTING -
AUTOTRADER.COM
PRIVATE OWNER VIA TRED.COM
APPOINTMENT ONLY
HOUSTON TX 77015
206-471-6212

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$398.00 |
| Vehicle Configuration Adjustment | | | -$1,264.41 |
| Mileage | 55,374 | 125,000 | $2,364.71 |
| Equipment | | | |
| CLIMATE PKG | No | Yes | -$295.92 |
| BLIND SPOT INFORMATION SYSTEM (BLIS) | No | Yes | -$210.46 |

| | |
|--|--|
| Total Adjustments: | $195.92 |
| **Adjusted Price:** | **$11,764.92** |

Comparable Vehicle Package Details

CLIMATE PKG

Comparable Vehicle Option Details

BLIND SPOT INFORMATION SYSTEM (BLIS)

## 2  2012 VOLVO XC70 PREMIER PLUS 4D WGN 6 3.2 NORMAL GAS A2WD

**List Price: $15,991.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|-----|----------|--------------|-----------------|---------------------------|--|
| YV4952BL1C1142834 | VV2231A | 11/03/2021 | 36117 | 322 miles | |

Source

DEALER WEB LISTING - CARS.COM
JACK INGRAM MOTORS
235 EASTERN BLVD
MONTGOMERY AL 36117
334-277-5700

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$537.00 |
| Vehicle Configuration Adjustment | | | -$1,749.19 |
| Mileage | 55,374 | 82,089 | $1,007.21 |

| | |
|--|--|
| Total Adjustments: | -$1,278.98 |
| **Adjusted Price:** | **$14,712.02** |

| 3 | 2012 VOLVO XC70 PREMIER 4D WGN 6 3.2 NORMAL GAS A2WD | | | List Price: $12,700.00 | |

| VIN | Stock No. | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|-----|-----------|--------------|-----------------|---------------------------|---|
| YV4952BL9C1125148 | M76456A | 02/02/2022 | 35244 | 323 miles | |

Source

DEALER WEB LISTING - VAST.COM
HENDRICKSUBARU USED
2929 JOHN HAWKINS PARKWAY
HOOVER AL 35244
770-232-0099

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$427.00 |
| Vehicle Configuration Adjustment | | | -$892.27 |
| Mileage | 55,374 | 105,350 | $1,837.72 |
| | | **Total Adjustments:** | $518.45 |
| | | **Adjusted Price:** | **$13,218.45** |

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|-----------------------|---------------|---------------|
| 2012 Volvo XC70 | 4 Door Wagon 3.2L 6 Cyl Gas  FWD | $32,950.00 |
| 2012 VOLVO XC70 PREMIER PLUS | 4D WGN 6 3.2 NORMAL GAS A 2WD | $37,750.00 |
| 2012 VOLVO XC70 PREMIER | 4D WGN 6 3.2 NORMAL GAS A 2WD | $35,900.00 |



# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was designed and built in conjunction with J.D. Powers, experts in data analysis and vehicle pricing and a highly trusted name among consumers. With years of experience in vehicle pricing, J.D Power is a credible, third-party expert whose name provides consumer recognition and confidence. WCTL provides a consistent methodology across all vehicles and it includes valid comparable vehicles that most closely resemble the totaled vehicle and are similar to the vehicles a consumer would find in their own research.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

### Step 1 - Locate Comparable Vehicles

Locate vehicles that are the closest match to the loss vehicle in the same market area. WorkCenter Total Loss utilizes consumer-based vehicle sources along with inventory directly from Dealerships. When available WCTL also provides sold vehicle records from sources such as J.D. Powers.

### Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).
- Vehicle Configuration Adjustment- an adjustment for differences in configuration between the comparable vehicle and the loss vehicle (e.g. differences in trim).
- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.
- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

### Step 3 - Calculate Base Vehicle Value

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

### Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment:

  Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

  Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

  Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

  Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

### Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.


Mitchell **WorkCenter**
Total Loss

Claim # 22-5056549-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 7

# Vehicle Valuation Report

Prepared For  **Progressive Group of Insurance Companies**  (800) 321-9843


mitchell

## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| 19-2813486-01 | | COLLISION | GENEVIEVE MCDONALD 129 N MAIN ST STONINGTON, ME 04681 +1-207-2665113 |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 02/28/2019 | 02/28/2019 | 03/06/2019 | 1008711549 | 1 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2009 | Volkswagen | Passat Komfort 4 Door Sedan 2.0L 4 Cyl Gas Turbocharged A FWD | ME 04681 | 113,343 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| | | WVWJK73C19P047779 | No |

## Valuation Summary

### Loss Vehicle Adjustments

Adjustments specific to your vehicle

| | |
|---|---|
| Base Value = | $5,408.75 |
| Condition - | $1,110.38 |
| Prior Damage | $0.00 |
| Aftermarket Parts | $0.00 |
| Refurbishment | $0.00 |
| **Market Value =** | **$4,298.37** |

### Settlement Adjustments

Adjustments specific to your policy

| | |
|---|---|
| (5.500%) Tax + | $236.41 |
| Deductible - | $500.00 |
| **Settlement Value =** | **$4,034.78** |

# Settlement Value:

# $4,034.78

EXHIBIT  16
WIT: Merritt
DATE: 10·22·24
DJura, RPR

# Loss Vehicle Detail

Loss vehicle: 2009 Volkswagen Passat | Komfort 4 Door Sedan | 2.0L 4 Cyl Gas Turbocharged A FWD

## Standard Equipment

### Exterior

| | |
|---|---|
| 17" x 7" "Monte Carlo" alloy wheels w/anti-theft wheel locks | 2-speed adjustable intermittent wipers w/heated washer nozzles |
| Body-color bumpers | Body-color door handles |
| Body-color heated pwr side mirrors w/integrated LED turn signals | Chrome grille |
| Full-size spare tire | Halogen headlights |
| LED taillights | P235/45HR17 all-season tires |
| Pwr tilt/slide sunroof -inc: tinted glass, sunshade, pinch protection | |

### Interior

| | |
|---|---|
| (2) front & (2) rear reading lights | (3) pwr outlets |
| 3-spoke leather-wrapped multi-function steering wheel w/Tiptronic controls, height-adjustable telescopic steering column | 60/40 split folding rear seat -inc: adjustable headrests, folding center armrest w/storage, integrated cupholders |
| AM/FM stereo w/6-disc in-dash CD changer -inc: MP3 playback, (8) speakers, auxiliary input jack, Sirius satellite radio w/3-month service | Audible/visible anti-theft vehicle alarm system |
| Brushed stainless interior trim | Cargo area -inc: trunk storage dividers, (2) tie-down hooks, light |
| Center console & footwell ambient lighting | Center console w/(2) cupholders |
| Central pwr locking system -inc: speed-sensitive automatic locking, selective unlocking | Climatic single-zone air conditioning w/pollen & odor filter |
| Cruise control | Double sliding sunvisors for driver & front passenger w/illuminated vanity mirrors |
| Front center armrest w/integrated storage box | Front seatback storage pockets |
| Front/rear floor mats | Immobilizer III theft-deterrent system |
| Integrated roof/window diversity antenna | Leather-wrapped shift knob |
| Leatherette heated front bucket seats w/12-way pwr driver & 8-way manual passenger seat adjusters, 4-way pwr driver lumbar | Manual rear & side sunshades |
| Multi-function trip computer w/digital compass, temp display | Pwr windows -inc: front windows w/driver 1-touch up/down feature, pinch protection |
| Rear heating/air conditioning ducts | Rear window defroster |
| Remote keyless entry w/trunk release & panic button | Remote trunk/fuel door releases located on drivers door |

### Mechanical

| | |
|---|---|
| Auto disc-wiping brake feature | Dual exhaust pipes |
| Electro-mechanical dual-pinion pwr steering | Electronic differential lock |
| Front MacPherson suspension w/triangular wishbones, stabilizer bar | Front wheel drive |
| Pwr 4-wheel disc brakes w/vented front, solid rear rotors | Rear four-link suspension w/stabilizer bar |

### Safety

| | |
|---|---|
| 4-wheel anti-lock braking system (ABS) | Anti-intrusion door beams |
| Child safety locks on rear doors | Collapsible steering column |
| Daytime running lights | Driver & front passenger airbags |


Mitchell **WorkCenter**
  Total Loss

Claim # 19-2813486-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 2

Driver & front passenger side-impact airbags

Dual note horn

Front 3-point height-adjustable safety belts w/load limiters, pretensioners

Front/rear side curtain airbags

Lower anchors & tethers for children, rear outboard seating positions (LATCH)

Rear 3-point safety belts w/outboard position load limiters

Driver controlled window lockout

Electronic stabilization program (ESP) w/anti-slip regulation (ASR), brake assist

Front/rear head curtain airbags

Internal emergency release trunk handle w/location reflector

Passenger airbag cutoff

Tire-pressure monitoring system

## Optional Equipment

LIP SPOILER

REAR SIDE AIRBAGS

**\*DIO/PIO =** Dealer/Port Installed Options

## Loss Vehicle Base Value

Loss vehicle: 2009 Volkswagen Passat | Komfort 4 Door Sedan | 2.0L 4 Cyl Gas Turbocharged A FWD

### Regional Comparable Vehicle Information

Search Radius used for this valuation: 200 miles from loss vehicle zip/postal code.

Typical Mileage for this vehicle: 116,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2TURBO GAS A 2WD | 97,049 | 03106 | 158 miles | $5,995.00 List Price | $5,292.05 |
| 2 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2TURBO GAS A 2WD | 132,000 | 01970 | 161 miles | $5,500.00 List Price | $5,544.09 |
| 3 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2TURBO GAS A 2WD | 47,314 | 02190 | 180 miles | $6,995.00 List Price | $5,269.23 |
| 4 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2TURBO GAS A 2WD | 109,695 | 02382 | 185 miles | $5,995.00 List Price | $5,495.66 |
| 5 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2TURBO GAS A 2WD | 64,180 | 02382 | 185 miles | $6,995.00 List Price | $5,442.72 |

**Base Value:**  **$5,408.75**

## Loss Vehicle Adjustments

Loss vehicle: 2009 Volkswagen Passat | Komfort 4 Door Sedan | 2.0L 4 Cyl Gas Turbocharged A FWD


Mitchell **WorkCenter**
    **Total Loss**

PGR_THURSTON_0008149

## Condition Adjustments

Condition Adjustment: -$1,110.38          Overall Condition:  2.09-Fair          Typical Vehicle Condition:  3.00

| Category | Condition | Comments |
|---|---|---|
| Interior | | |
| CARPET | 2 Fair | significant wear |
| DASH/CONSOLE | 3 Good | |
| DOORS/INTERIOR PANELS | 3 Good | |
| HEADLINER | 3 Good | |
| GLASS | 3 Good | |
| SEATS | 2 Fair | multipe small cuts on driver seat |
| Exterior | | |
| PAINT | 3 Good | |
| TRIM | 2 Fair | right rear bumper large impact and cracked |
| BODY | 2 Fair | rust more than 2 panels...hood, both rear quarter panels |
| VINYL/CONVERTIBLE TOP | Typical | |
| Mechanical | | |
| TRANSMISSION | 3 Good | |
| ENGINE | 1 Poor | obvious leak/wet discharge on side of oil pan |
| Tire | 1 Poor | all four tires bald 0/32 tread depth |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

## Regional Comparable Vehicles

Loss vehicle:  2009 Volkswagen Passat | Komfort 4 Door Sedan | 2.0L 4 Cyl Gas Turbocharged A FWD


Mitchell **WorkCenter**
Total Loss

| 1 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2 TURBO GAS A2WD | | | | List Price: $5,995.00 |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|-----|----------|--------------|-----------------|----------------------------|---|
| WVWJK73C89P049965 | 09 2.0T KOMFORT 97 | 11/27/2018 | 03106 | 158 miles | |

Source

DEALER WEB LISTING - CARS.COM
MIKE'S IMPORT A/S OF HOOKSETT
196 LONDONDERRY TURNPIKE
HOOKSETT NH 03106
603-627-5800

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$485.00 |
| Mileage | 113,343 | 97,049 | -$350.14 |
| Equipment | | | |
| LIP SPOILER | Yes | No | $64.05 |
| REAR SIDE AIRBAGS | Yes | No | $68.14 |
| | | Total Adjustments: | -$702.95 |
| | | **Adjusted Price:** | **$5,292.05** |

| 2 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2 TURBO GAS A2WD | | | | List Price: $5,500.00 |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|-----|----------|--------------|-----------------|----------------------------|---|
| WVWJK73CX9P050003 | 101115 | 11/05/2018 | 01970 | 161 miles | |

Source

DEALER WEB LISTING - CARS.COM
CARFIVE
296 HIGHLAND AVE
SALEM MA 01970
978-306-7109

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|-------------|--------------|--------------|--------|
| Projected Sold Adjustment | | | -$445.00 |
| Mileage | 113,343 | 132,000 | $367.81 |
| Equipment | | | |
| LIP SPOILER | Yes | No | $58.76 |
| REAR SIDE AIRBAGS | Yes | No | $62.52 |
| | | Total Adjustments: | $44.09 |
| | | **Adjusted Price:** | **$5,544.09** |

| 3: 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2 TURBO GAS A2WD | | | | List Price: $6,995.00 | |
|---|---|---|---|---|---|

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| WVWJK73C09E012968 | 02863 | 11/13/2018 | 02190 | 180 miles | |

Source

DEALER WEB LISTING - CARS.COM
777 AUTO LLC
1076 MAIN ST
WEYMOUTH MA 02190
781-340-0877

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$566.00 |
| Mileage | 113,343 | 47,314 | -$1,314.02 |
| Equipment | | | |
| LIP SPOILER | Yes | No | $74.74 |
| REAR SIDE AIRBAGS | Yes | No | $79.51 |
| | | Total Adjustments: | -$1,725.77 |
| | | Adjusted Price: | $5,269.23 |

| 4: 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2 TURBO GAS A2WD | | | | List Price: $5,995.00 | |
|---|---|---|---|---|---|

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| WVWJK73C99P049831 | NAVIGATION MINT | 12/09/2018 | 02382 | 185 miles | |

Source

DEALER WEB LISTING -
AUTOTRADER.COM
AUTO SALES EXPRESS
960 TEMPLE ST
WHITMAN MA 02382
508-507-9227

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$485.00 |
| Mileage | 113,343 | 109,695 | -$78.39 |
| Equipment | | | |
| LIP SPOILER | Yes | No | $64.05 |
| | | Total Adjustments: | -$499.34 |
| | | Adjusted Price: | $5,495.66 |

Comparable Vehicle Option Details

REAR SIDE AIRBAGS



| 5 | 2009 VOLKSWAGEN PASSAT KOMFORT 4D SDN 4 2 TURBO GAS A2WD | | | | List Price: $6,995.00 |
|---|---|---|---|---|---|

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle | |
|---|---|---|---|---|---|
| WVWJK73C29P018064 | 64k LOW MILES | 01/19/2019 | 02382 | 185 miles | |

Source

DEALER WEB LISTING -
AUTOTRADER.COM
AUTO SALES EXPRESS
960 TEMPLE ST
WHITMAN MA 02382
508-507-9227

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$566.00 |
| Mileage | 113,343 | 64,180 | -$1,061.02 |
| Equipment | | | |
| LIP SPOILER | Yes | No | $74.74 |
| | | **Total Adjustments:** | -$1,552.28 |
| | | **Adjusted Price:** | **$5,442.72** |

Comparable Vehicle Option Details
REAR SIDE AIRBAGS

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2009 Volkswagen Passat Komfort | 4 Door Sedan 2.0L 4 Cyl Gas Turbocharged  FWD | $28,300.00 |



PGR  THURSTON  0008153

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was designed and built in conjunction with J.D. Powers, experts in data analysis and vehicle pricing and a highly trusted name among consumers. With years of experience in vehicle pricing, J.D Power is a credible, third-party expert whose name provides consumer recognition and confidence. WCTL provides a consistent methodology across all vehicles and it includes valid comparable vehicles that most closely resemble the totaled vehicle and are similar to the vehicles a consumer would find in their own research.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

### Step 1 - Locate Comparable Vehicles

Locate vehicles that are the closest match to the loss vehicle in the same market area. WorkCenter Total Loss utilizes consumer-based vehicle sources along with inventory directly from Dealerships. When available WCTL also provides sold vehicle records from sources such as J.D. Powers.

### Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).

- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.

- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

### Step 3 - Calculate Base Vehicle Value

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

### Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment:

    Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

    Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

    Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

    Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

### Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.



Mitchell **WorkCenter**
**Total Loss**

Claim # 19-2813486-01 | © 2018 Mitchell International, Inc. All Rights Reserved. | Page 8