# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW THURSTON, KATHERINE BRIDGES, and GENEVIEVE MCDONALD, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY and UNITED FINANCIAL CASUALTY COMPANY,<br><br>Defendants. | Docket No. 1:22-cv-00375-NT |

## AMENDED DECLARATION OF JOHN RETTON

Pursuant to 28 U.S.C. § 1746, I, John Retton, hereby depose and state as follows:

1. I am a Claims Director for the Progressive group of insurance companies ("Progressive"), including United Financial Casualty Company. I have been employed by Progressive for approximately 33 years, and I have held my current position for approximately 23 years.

2. UFCC licenses a product from Mitchell International, Inc. ("Mitchell") called WorkCenter Total Loss ("the Mitchell Software"), which is used to assist in estimating the actual cash value of total-loss vehicles. In my role as Claims Process Director, I oversee UFCC and other Progressive insurance companies' use of the Mitchell Software. I also oversee UFCC and other Progressive insurance companies' handling of total loss automobile claims.

3. I make this declaration based on my own personal knowledge and after a review of company records in support of Defendants' Motion for Summary Judgment.

1

4. United Financial Casualty Company ("UFCC") underwrites automobile insurance policies in Maine on behalf of the Progressive brand.

5. UFCC underwrote and issued the insurance policies for Plaintiffs Thurston, McDonald, and Bridges.

6. UFCC adjusted and paid the insurance claims that are the subject of Plaintiffs' lawsuit.

7. Progressive Casualty Insurance Company is another insurance company that operates under the "Progressive" brand, but it did not provide insurance to any party in this case.

8. The joint record in this case contains certified transcripts of three audio recordings of phone calls with Progressive employees, which were produced in this litigation as PGR_THURSTON_00097, PGR_THURSTON_00098, and PGR_THURSTON_00099. Progressive regularly records phone calls between its customers and its representatives (with notice to the customer that the call is being recorded), and Progressive maintains those recordings in the ordinary course of business.

9. The first audio recording is a phone call made to Progressive from phone number (207) 266-8312 by an individual who identified himself as Matthew Thurston on January 25, 2022 at 2:48 p.m. This audio recording was produced as PGR_THURSTON_00097.

10. The second audio recording is the recorded statement provided by an individual who identified himself as Matthew Thurston on January 25, 2022 at 4:51 p.m. This audio recording was produced as PGR_THURSTON_00098.

11. The third audio recording is a phone call made to Progressive from phone number (207) 266-8312 by an individual who identified himself as Matthew Thurston on March 22, 2022 at 3:25 p.m. This audio recording was produced as PGR_THURSTON_00099.

12. Plaintiff Matthew Thurston reported to Progressive in connection with filing an insurance claim that his cellular phone number is (207) 266-8312.

13. Included in the joint record for purposes of summary judgment are true and accurate copies of the claim notes, valuation reports, and remittances, which were created by Progressive employees during the adjustment of Plaintiffs Thurston, McDonald, and Bridges' total loss insurance claims. The claim notes reflect Progressive employees' contemporaneous recordings of all communication and activity concerning each insurance claim. Claim notes, valuation reports, and remittances are regularly created or generated by Progressive employees in adjusting insurance claims and are kept in the ordinary course of Progressive's business.

14. Also included in the joint record for purposes of summary judgment are true and accurate copies of the declaration pages and insurance policies for the named plaintiffs in this case. These documents were produced as part of a Certified Underwriting File for each plaintiff, which includes a certification by a Progressive employee familiar with the manner and process by which the records were created, certifying, *e.g.*, that these documents were kept in the ordinary course of Progressive's business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2025.

*/s/ John Retton*
John Retton