UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW THURSTON, KATHERINE BRIDGES, and GENEVIEVE MCDONALD, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY and UNITED FINANCIAL CASUALTY COMPANY,<br><br>    Defendants. | Docket No. 1:22-cv-00375-NT |

## DECLARATION OF ALLISON HILL WHITE

Pursuant to 28 U.S.C. § 1746, I, Allison Hill White, hereby depose and state as follows:

1. I am a lawyer at the law firm of King & Spalding LLP and represent Defendants in this case.

2. The letter and all attachments filed with the Court at Dkt. 58-4 and included in the joint summary judgment record as Exhibits 6 and 7 to Matthew Thurston's deposition transcript are true and correct copies of the letter to John Steed and its enclosures, including an original check issued to Scott Thurston, which I caused to be mailed on March 21, 2023.

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2025.

*/s/ Allison Hill White*
Allison Hill White

1