UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW THRUSTON, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket No. 1:22-cv-00375-NT |
| | ) |
| PROGRESSIVE CASUALTY | ) |
| INSURANCE COMPANY, et al, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order on Defendants' Motion for Summary Judgment entered on July 30, 2025 by U.S. District Judge Nancy Torresen;

JUDGMENT is hereby entered for Defendants Progressive Casualty Insurance Company and United Financial Casualty Co. and against Plaintiffs Matthew Thurston, Katherine Bridges, and Genevieve McDonald.

ERIC M. STORMS
ACTING CLERK

By:   /s/ Stacey Graf
      Deputy Clerk

Dated this 31st day of July, 2025.